UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JOHN B. HEARN,

                    Plaintiff,

        -against-

UNITED STATES OF AMERICA, UNITED
STATES DEPARTMENT OF TRANSPORTATION,
UNITED STATES MERCHANT MARINE
ACADEMY, MICHAEL STROUD,
JAMES A. HELIS and JOHN DOES 1-10,

                    Defendants.
-------------------------------------------------------------------x


ADMINISTRATIVE RECORD

FIRST SAILING PERIOD — CLASS of 2019

**NAVIGATION LAW ONE**

Course No. NPRJ 235

<u>I N S T R U C T I O N S</u>

<u>Note</u>:  *A written examination [Part III] will be given upon your <u>return</u> to academy residence. It will **cover** material (described in <u>Paragraph E</u> of these instructions) contained in both **Parts I** and **II** of this project.*

A.  <u>OBJECTIVE</u>  - This project is designed to build upon that which was presented in your *Introduction to Navigation Law* course which concentrated mainly on the International Regulations (the 72COLREGS), but you will ply Inland Waters and encounter the Inland Rules upon departing or arriving at most U.S. ports; therefore, this project will introduce some of the differences between the two sets of rules.

B.  <u>TEXT and SOURCE MATERIAL</u>  -  The texts and reference materials for this portion of your sea project as follows:

  1.  *NAVIGATION RULES AND REGULATIONS HANDBOOK* prepared by the Department of Homeland Security and United States Coast Guard

  2.  *NAUTICAL RULES OF THE ROAD*; Farnsworth/Young/Browne, Cornell Maritime Press Centreville, MD

  3.  Charts and Publications found aboard your ship

  4.  Your introductory course notes [Note: *It is <u>strongly</u> suggested that you <u>bring</u> them with you!*]

  5.  Information available on you ship

  6.  Advice from the ship's officers

C.  <u>PROJECT DESCRIPTION</u>  -  This project contains **three parts** (I, II and III) of which **Parts I** and **II** are to be **completed** and **mailed back** to the academy by the completion dates listed in the next paragraph, <u>Paragraph D</u>.  **Part III**, a written **examination,** will be administered upon your return to the academy. For grading purposes **Part I** is worth **20%** of your final grade while **Parts II** and **III** are worth **40% each.**

**Part I** requires <u>specific</u> **topics** and **rules** (listed in <u>Paragraph E</u>) to be *copied <u>by</u> hand <u>and</u> in ink* from the text [*NAVIGATION RULES AND REGULATIONS HANDBOOK*]

**Part II** consists of the **ten (10) questions** whose **answers** are *also* <u>to be</u> *handwritten* <u>and</u> in *ink* and answered in detail.

**Part III** is the **written examination** and will **encompass** all material covered in **Parts I** and **II** (i.e., the rules copied and the topics addressed by the ten questions of Part II).

NL - 1

AR00001

D. <u>SUBMISSION</u> - The shipboard assignments, **Parts I and II**, are to be **completed** <u>by</u> the **dates** which follow and mailed back to the academy as soon thereafter as safe and reliable postal service allows; if no such service is available, you may mail your project from your first U.S. port, your home <u>or</u> hand deliver it upon your return to the academy whichever occurs first.

<u>Note</u>: Up to 15 *points may be lost* if any of these **instructions** are <u>not</u> **followed!**

<u>Note</u>: **Make a copy** of all your work just in case what you send gets lost in the mail;

<u>Note</u>: *Except for extraordinary circumstances*, such as shipwreck or illness, <u>unexcused</u> **late submissions** will receive a **grade no higher than D+**.

**Completion Dates:**

| | | |
|---|---|---|
| <u>B SPLITS</u> : | **Part I by September 1st** | **Part II by October 1st** |
| <u>A SPLITS</u> : | **Part I by January 1st** | **Part II by February 1st** |

**Mailing Instructions:**

1. When you have completed Parts I and II, <u>separately</u> bind <u>each</u> in an **official Sea Project Folder** (using flat fasteners such as brass round head or prong flat fasteners — **DO NOT** use <u>rings</u>, <u>pressure</u> <u>clips</u>, three ring <u>binders</u> or other bulky objects) and **complete** the **information** requested on the front of the folder.

<u>Note</u> - **DO NOT** place individual pages in <u>plastic sleeves</u>!

<u>Note</u> - **Regarding folders**: on the line "**Midshipman**" — <u>first</u>; write your **LAST NAME** - IN CAPTAL LETTERS (like these) followed by a coma (,) then your first name and capitalized middle initial (if you have one).

2. Place the properly bound project in an **official Sea Project Envelope**. Be sure that the required information in the upper left hand corner is complete as follows:

| | | |
|---|---|---|
| "Course Number" | → | NPRJ 235 |
| "Subject" | → | NAVLAW 1 |
| "Midshipman" | → | <u>first</u> your **LAST NAME,** <u>next</u> your First name & middle initial if you have one |
| "Class 20__, A-B" | → | (fill in your class year and circle your split) |

<u>Note</u> - **Regarding** *"REPEATS"* or *"REMEDIATIONS"*: if submitting a *<u>full</u> sailing period repeat* project, write "**REPEAT**" (IN CAPITAL LETTERS) <u>after</u> the course number; if, due to an *<u>abbreviated</u> sailing period,* you are submitting a **remediation**, write "**REMEDIATION**" (in CAPS) *after* the course number.

3. Seal the envelope's flap and then present the envelope to the master and request that he/she place his/her **signature** <u>and</u> **date** across the flap and affix the ship's seal across the signature and date. (Should the master not be available the chief officer's signature is acceptable.)

NL - 2

AR00002

4.  Next, insert the Sea Project Envelope containing Parts I or II into an **outer** envelope with **your home address** in the upper left hand corner. **Address** the **outer envelope** as follows:

> CAPT Brian J. Hall, USMS
> Bowditch Hall
> Dept. of Marine Transportation
> U.S. Merchant Marine Academy
> Kings Point, New York 11024, USA

5.  Mail your project <u>obtaining</u> a <u>dated</u> **receipt** from the postal facility.


E.  <u>ASSIGNMENTS</u>  -

**PART I:  1.  <u>Read</u>** and <u>familiarize</u> yourself with:

> (a)  The "Demarcation Lines" section of text, especially the beginning commencing at (approximately) pages 146 thru 157
> (b)  The commentaries, in *Farnsworth/Young/Browne*, pertaining to the rules copied

> 2.  **Copy**, *verbatim* from the text (USCG's *Navigation Rules*), in <u>*ink*</u> and in <u>*your* own</u> <u>*handwriting*</u> and in the order listed below, the following:

> (a)  "Introduction"
> (b)  The Table of "Contents"
> (c)  The following numbered **INLAND** Rules:
>> Rule  1 (including its footnote)
>> "     2
>> "     3
>> "     34
> (e)  The following numbered **INTERNATIONAL** Rules:

| Rule 1 | Rule 23(a), (b) & (c) | Rule 28 thru 33 | Annexes III & IV |
|---|---|---|---|
| "  3(h) & (m) | "  24 | "  32 & 33 | |
| "  4 thru 8(e) | "  25 & 26 | "  34 (a) thru (d) | |
| "  10 thru 21 | "  27(a) & (b) | "  35 (a) thru (h) | |

<u>Note</u>:  *If you make an error in your copy work (as you would with an error in the ship's log), draw a <u>neat ruled</u> straight <u>line</u> <u>through</u> the error, write your <u>initials</u> after the line, and then continue with your work.*


**PART II:**

<u>Note</u>:  The **item/question** is <u>to be</u> **handwritten** out in full (in ink) then **followed** <u>immediately</u> by the **handwritten answer** and/or **sketch/plot** pertaining to that question.


NL - 3


AR00003

<u>QUESTIONS</u>

**1. Navigation Lights.** Your ship's navigation lights will be controlled from a light panel on the navigation bridge:

(a) Explain where your ship's navigation light panel is located (in sufficient detail so that someone in the dark entering the wheelhouse for the first time could locate it).

(b) How is a light failure indicated to the watch officer?

(c) If a failure is indicted, how is it rectified?

(d) If the forward masthead light fails, *how* (and by *whom*) is it <u>physically</u> repaired/replaced?

(e) Sketch the light panel, including all labels and the panel's outside dimensions.

<u>Note</u>: All **sketches** *and* **plots** are to be drawn on **official sketch pad sheets** – *<u>not</u>* on PLOTTING SHEETS - so as to be <u>right</u> <u>side</u> <u>up</u> when bound and <u>fully</u> *and* <u>correctly</u> **labeled**. (*Note*: Fill in the boxes at the bottom of the sketch pad sheets being sure to indicate to which question the sketch pertains and in the box labeled "C/M" place <u>your</u> last name.)

**2. Traffic Separation Schemes [TSSs].** During your sea experience you will encounter TSSs:

(a) Sketch, in detail, a TSS you actually sail through, making sure to fully label all parts and characteristics, and *<u>name</u>* or describe the *<u>geographic</u> area* involved. [*If you <u>never</u> actually traverse a TSS, sketch one **found** on one of you vessel's **charts**.*]

(b) Explain how/where you entered and exited the TSS in question, how your vessel complied with the requirements of Rule 10, and how your vessel maneuvered (including any signals given) if traffic was encountered; include courses steered, times, course changes, etc.

**3. Sound Signaling Appliances .** As per Rule 33, your vessel is required to have appliances capable of making the various sound signals required, namely whistles, bells and gongs.

(a) Of what shall bells and gongs be made?

(b) How ***shall*** (i.e., <u>must</u>) the bell and gong be ***capable*** of being physically sounded?

(c) What size vessels are require to have each sounding device?

(d) What is the **difference** in **meaning** between the **COLREGS** and **Inland** Rules with regard to the <u>one</u> and <u>two</u> **short blast** maneuvering signals?

(e) Within what **fundament frequency** limits must your vessel's whistle lie?

NL - 4

AR00004

<u>Note</u>:  *If your vessel does not have any of these sound signaling appliances, inquire as to why not and explain the circumstances or reasons.*

**4.  Day Signals (Shapes).**  *The Rules* require vessels to carry shapes by which various signals can be made by day. (See International **Annex I**, paragraph **6**)

(a)  Sketch the shapes defined in Annex I (*include* the <u>dimensions</u> required of each as per the Rules).

(b)  Locate the shapes on your vessel:
     (i)  where are they stored?
     (ii) how do their actual measurements compare with the required dimensions?

(c)  For <u>each</u> **shape**, give <u>two</u> examples of **signals** composed <u>only</u> of that shape. [Note: *one required shape has but one use.*]

(d)  From top to bottom, what would be the vertical length of a signal to indicate a *vessel restricted in ability to maneuver?*

**5.  Lines of Demarcation:** In the United States, these imaginary lines separate the waters upon which either the COLREGS or Inland Rules apply. Of the INTERNATIONAL (i.e., the COLREGS), INLAND and CANADIAN, which rules would apply to the following vessels in the geographic locations indicated:

A.  A vessel of **Canadian registry** in:

(1)  Washington Harbor, Isle Royale, Lake Superior

(2)  Rockland, Maine

(3)  Edgartown (Martha's Vineyard), Massachusetts

(4)  Gardiners Island, New York

(5)  Key West, Florida

(6)  San Juan, Puerto Rico

(7)  Port Angeles, Washington

B.  [*Assuming no* "special rules"] A vessel of **U.S registry** in:

(8)  Montreal, Canada

(9)  Toronto, Canada

(10) Victoria (British Columbia), Canada

NL - 5

AR00005

**6. Maneuvering Responsibilities.** Explain, in your own words, the following two terms and explain the maneuvers *and* sound signals (if any) authorized and/or required by both responsibilities. If signals are involved, how do the INLAND and INTERNATIONAL Rules' signaling requirements *differ*?

A. The "Give-way Vessel"

B. The "Stand-on Vessel"

**7. Traffic Encounter.** You are aboard a power-driven vessel [**PDV**] on the *Inland Waters* at night. For some time you have detected, by radar alone, a target making six knots on a constant bearing broad on your port bow. You reduce speed, but are still making way. Then, from off on the port bow, you hear a whistle signal consisting of "prolonged-short-short" blasts, so you stop your engines. Finally, at a mile broad on your port bow, you sight three lights in an apparent vertical line, **white** over **white** over **green**.

(a)  What *restricted visibility sound signal* [**RVSS**] should you have been giving prior to hearing the other vessel's RVSS?

(b)  What RVSS should you be sounding *immediately* upon stopping your engines?

(c)  What is the status or category of the vessel you have sighted?

(d)  When in sight the other vessel sounded one short blast: (1) What response, if any, will you sound and (2) what are your related maneuvering responsibilities?

*Questions #8 and #9* - **Note:** The **sketches** required for Questions #8 and #9 are to be properly and fully **labeled** including all **directions** (e.g., *lines of sight* [**LOS**]), all **arcs** (i.e., bearings [Ø], headings, etc.), with a **plan view** of your vessel at the **center**. Most importantly, the **sketch** must **support** your answer!

**8. Bearing Problem.** Upon the *high seas* you are aboard a PDV heading due east [**Hdn = 090°**] and approaching you from one point abaft your port beam is a vessel exhibiting, in an apparent vertical line, **green** over **white** over **green** lights:

(a)  In degrees, what is the **range** (arc) of *all possible true headings* [i.e., **Hdn** = ?] of the vessel sighted?

(b)  Is there a *risk of collision* [**ROC**]? If so, on which **headings** (all or only some)?

(c)  Assuming **ROC**, what, if any, are your **maneuvering/signaling** obligations as *required* by The Rules?

(d)  If permitted/required to **maneuver** and/or signal, when *may* and/or *shall* you do so, what **maneuver** will you execute and what **signal**(s) if any may/shall you give and when will you do so?

(e)  Sketch the encounter as per instructions above.

NL - 6

**9. Bearing Problem.** On the *high seas* you are aboard a PDV on a heading of 290° by your wheelhouse magnetic compass [**Hdpwc = 290°**]. The variation of the location is 25° west [**V = 25° (w)**] and the deviation of the wheelhouse compass on that heading is 5° east [**WCD = 5° (e)**]. The lookout brings your attention to a **red** sidelight of a PDV approaching on a <u>true</u> bearing of 015° [**Øn = 015°**].

(a) In <u>degrees</u>, what is the **range** (arc) of <u>all possible <em>true</em> headings</u> [**Hdn = ?**] of the vessel sighted?

(b) <u>Is</u> there **ROC**? If so, on <u>which</u> **headings** (all or only some)?

(c) <u>Assuming</u> **ROC**, what, if any, are your **maneuvering/signaling** obligations as <u>required</u> by The Rules?

(d) <u>If</u> permitted/required to **maneuver** and/or **signal**, <u>when *may*</u> and/or *shall* you do so, <u>what</u> **maneuver** will you execute and what **signal**(s), if any, may/shall you give and <u>when</u> will you do so?

(e) **Sketch** the encounter as per instructions above.


**10. Crossing Situation.** Sketch (a <u>north-up</u> plan or bird's eye view) and write a description and your analysis of a *"Crossing Situation"* (as defined in Rule 15) which occurred on **COLREGS waters** in which your ship is the GIVE-WAY vessel. [<u>Note</u>: A "Crossing Situation" exists <u>only</u> *if* <u>both</u> vessels are PDVs; encounters with other categories of vessels, such as a vessels engaged in fishing, *<u>do not</u>* constitute a "Crossing Situation"!]

In your written analysis be sure to include:

(a) the types, magnitude and times of any bearings taken;
(b) a description of the navigation lights sighted on other vessel;
(c)  the relative bearings of the two vessels as the encounter evolved;
(d) a description of the sound signals required and given, if any (if required but not sounded, why not?)
(e) a discussion of the encounter with the officer on watch;  and
(f)  what, if anything , you might have done differently had you been the watch officer.


F. <u>GRADING</u>

Your numerical score for this NAVLAW project will be calculated as follows:  20% for Part I and 40% each for Parts II and III. The resulting score will be equated to a letter grade as per the scale which follows:

Numerical Score Letter Grade Equivalents:

| | | | |
|---|---|---|---|
| 93.0 - 100  = A | 87.5 - 89.5 = B+ | 80.0 - 82.0 = C+ | 72.5 - 74.5  = D+ |
| 90.0 - 92.5 = A- | 85.0 - 87.0 = B | 77.5 - 79.5 = C | 70.0 - 72.0 = D |
| | 82.5 – 84.5 = B- | 75.0 - 77.0 = C- | Below 70  = F |

<u>Note</u>:  *Any violation of the Honor Code will be reported to the Honor Board for appropriate action!*

E N D
NL - 7

AR00007



AR00008

ARN, JOHN

Created February 28th, 2017
Version 1

# USMMA - Kings Point

## Test #469706 - NAVLAW I NPRJ235
### Generated By: Captain Brian J Hall

#1 - USCG 279
BOTH INTERNATIONAL & INLAND Which statement is TRUE concerning a situation involving a fishing vessel and a vessel not under command?

A. If the vessel not under command is a power-driven vessel, she must keep clear of the fishing vessel.
B. Both vessels are required to take action to stay clear of each other.
C. They are required to communicate by radiotelephone.
D. The fishing vessel must keep out of the way of the vessel not under command.

#2 - USCG 416
INTERNATIONAL ONLY What statement is TRUE when operating in fog and other vessels are detected by radar?

A. You should maneuver in accordance with the steering and sailing rules.
B. You should make an ample change to port for a vessel crossing on the starboard bow.
C. You should determine the course and speed of all radar contacts at six minute intervals.
D. You should make a series of small course alterations when maneuvering in order to continually assess the situation.

#3 - USCG 534
BOTH INTERNATIONAL & INLAND Which statement is TRUE regarding equipment for bell and gong signals?

A. Any vessel over 12 meters in length must be provided with a gong.
B. Manual sounding of the signals must always be possible.
C. Signals must be able to be sounded manually and automatically.
D. A vessel of less than 12 meters in length need not have any sound signaling equipment.

#4 - USCG 726
BOTH INTERNATIONAL & INLAND Which is TRUE for a towing light?

A. flashes at regular intervals of 50-70 flashes per minute
B. shows an unbroken light over an arc of the horizon of not less than 180° nor more than 225°
C. is yellow in color
D. All of the above

#5 - USCG 72
BOTH INTERNATIONAL & INLAND In restricted visibility, a vessel which detects by radar alone the presence of another vessel shall determine if a close-quarters situation is developing or risk of collision exists. If so, she shall _____.

A. when taking action, make only course changes
B. sound the danger signal
C. avoid altering course toward a vessel abaft the beam
D. All of the above

#6 - USCG 187
BOTH INTERNATIONAL & INLAND When two power-driven vessels are crossing, which vessel is the stand-on vessel?

A. The vessel which is to starboard of the other vessel
B. The larger vessel
C. The vessel that sounds the first whistle signal
D. The vessel which is to port of the other vessel

#7 - USCG 136
BOTH INTERNATIONAL & INLAND Which is a key requirement when taking action to avoid collision?

A. not make any large speed changes
B. make sure the action is taken in enough time
C. not make any large course changes
D. All of the above

Test #469706 - NAVLAW I NPRJ235

AR00009

#8 - USCG 128
INLAND ONLY Vessels "A" and "B" are meeting on a river as shown in illustration D029RR below and will pass 1/4 mile apart. Which statement is TRUE?
See Diagram: DIAGRAM 29

   A. The vessels must exchange two blast whistle signals and pass port to port.
   B. The vessels may reach agreement by radiotelephone and sound no whistle signal.
   C. The vessels must exchange one blast whistle signals and pass starboard to starboard
   D. Both vessels should continue on course and pass without sounding any whistle signals.


#9 - USCG 288
BOTH INTERNATIONAL & INLAND What is required of a vessel navigating near an area of restricted visibility?

   A. A power-driven vessel shall have her engines ready for immediate maneuver.
   B. If she detects another vessel by radar, she shall determine if risk of collision exists.
   C. She must sound appropriate sound signals.
   D. All of the above


#10 - USCG 289
BOTH INTERNATIONAL & INLAND In fog you observe your radar and determine that risk of collision exists with a vessel which is 2 miles off your port bow. Which action should you take?

   A. sound the danger signal at two-minute intervals
   B. take avoiding action as soon as possible
   C. stop your engines
   D. hold course and speed until the other vessel is sighted


#11 - USCG 70
BOTH INTERNATIONAL & INLAND The steering and sailing rules for vessels in restricted visibility apply to vessels _____.

   A. in sight of one another in fog
   B. only if they have operational radar
   C. only if they are showing special purpose lights
   D. navigating in or near an area of restricted visibility


#12 - USCG 145
INLAND ONLY A vessel leaving a dock or berth must sound a prolonged blast of the whistle only if _____.

   A. she is a power-driven vessel
   B. her engines are going astern
   C. visibility is restricted
   D. other vessels can be seen approaching


#13 - USCG 394
INTERNATIONAL ONLY You are operating a vessel in a narrow channel. Your vessel must stay within the channel to be navigated safely. Another vessel is crossing your course from starboard to port, and you are in doubt as to his intentions. According to Rule 9, which statement is TRUE?

   A. You should sound one short blast to indicate that you are holding course and speed
   B. You are required to back down
   C. You may sound the danger signal
   D. You must sound one prolonged and two short blasts


#14 - USCG 477
INTERNATIONAL ONLY Which is TRUE for the light which may be used with a vessel's whistle?

   A. It is used when the whistle is broken
   B. It is used only at night
   C. It is used prior to sounding the whistle
   D. It is a white light


Test #469706 - NAVLAW I  NPRJ235

AR00010

#15 – USCG 512
BOTH INTERNATIONAL & INLAND Which vessel, when anchored at night, would NOT be required to show anchor lights?

A. A power-driven vessel
B. A vessel on pilotage duty
C. A vessel dredging
D. A vessel restricted in her ability to maneuver


#16 – USCG 634
BOTH INTERNATIONAL & INLAND By definition which vessel is unable to keep out of the way of another vessel?

A. Vessel towing
B. Sailing vessel
C. Vessel restricted in her ability to maneuver
D. Vessel engaged in fishing


#17 – USCG 1019
BOTH INTERNATIONAL & INLAND Which of the following is TRUE of a distress signal?

A. Consists of the raising and lowering of a large white flag
B. Consists of 5 or more short blasts of the fog signal apparatus
C. May be used separately or with other distress signals
D. Is used to indicate doubt about another vessel's intentions


#18 – USCG 75
BOTH INTERNATIONAL & INLAND Which vessel should NOT impede the navigation of a power-driven vessel?

A. A vessel engaged in fishing
B. A wing in ground craft when taking off or landing
C. A sailing vessel
D. A vessel not under command


#19 – USCG 224
BOTH INTERNATIONAL & INLAND Which vessel is the stand-on vessel when two vessels crossing in fog are NOT in sight of one another?

A. The vessel which has the other on her own port side
B. The vessel which hears the other vessel's fog signal first
C. Neither vessel is the stand-on vessel.
D. The vessel which has the other on her own starboard side


#20 – USCG 380
INLAND ONLY Which statement is TRUE concerning the fog signal of a barge 35 meters in length, anchored in a "special anchorage area" approved by the Secretary?

A. The vessel shall sound three blasts on the whistle every 2 minutes.
B. The vessel shall sound one blast of the whistle every 2 minutes.
C. The vessel is not required to sound a fog signal.
D. The vessel shall ring a bell for 5 seconds every minute.


#21 – USCG 241
BOTH INTERNATIONAL & INLAND Vessel "A" is underway and pushing ahead when vessel "B" is sighted off the starboard bow as shown in illustration D005RR below. Which statement is TRUE?
See Diagram: DIAGRAM 5

A. Vessel "A" is the stand-on vessel because it is pushing ahead.
B. Vessel "A" is the stand-on vessel because it is to the port side of vessel "B".
C. Vessel "B" is the stand-on vessel because it is to starboard of vessel "A".
D. Neither vessel is the stand-on vessel.


Test #469706 – NAVLAW I NPRJ235

AR00011

#22 - USCG 453
INTERNATIONAL ONLY Two power-driven vessels are meeting in the situation as shown in illustration D037RR below. What does two short blasts from either vessel mean?
See Diagram: DIAGRAM 37

   A. "I am altering my course to starboard."
   B. "I intend to leave you on my port side."
   C. "I am operating astern propulsion."
   D. "I am altering my course to port."

#23 - USCG 677
BOTH INTERNATIONAL & INLAND What shape would a vessel at anchor show during daylight?

   A. One black ball
   B. Two black balls
   C. Three black balls
   D. No signal

#24 - USCG 876
BOTH INTERNATIONAL & INLAND A vessel engaged in mineclearing shows special identity lights _____.

   A. which are green and show all-round
   B. which mean that other vessels should not approach within 1000 meters of the mineclearing vessel
   C. in addition to the lights required for a power-driven vessel
   D. All of the above

#25 - USCG 367
INLAND ONLY You are overtaking another power-driven vessel in a narrow channel. The other vessel will have to move to allow you to pass. You wish to overtake the other vessel on her starboard side. What should be your first whistle signal?

   A. two prolonged blasts followed by one short blast
   B. one short blast
   C. two prolonged blasts followed by two short blasts
   D. two short blasts

#26 - USCG 159
BOTH INTERNATIONAL & INLAND Which statement is TRUE concerning seaplanes on the water?

   A. A seaplane should show the lights for a vessel constrained by her draft.
   B. A seaplane must exhibit appropriate lights but need not exhibit shapes.
   C. In situations where a risk of collision exists, a seaplane should always give way.
   D. A seaplane on the water shall, in general, keep well clear of all vessels.

#27 - USCG 171
BOTH INTERNATIONAL & INLAND You are underway in heavy fog. You hear the fog signal of a vessel which is somewhere ahead of your vessel. Which action(s) are your required to take?

   A. maintain speed and sound the danger signal
   B. stop engines and navigate with caution
   C. slow to bare steerageway and navigate with caution
   D. slow to moderate speed and navigate with caution

#28 - USCG 567
BOTH INTERNATIONAL & INLAND What is a light signal authorized by the Secretary of the Navy as an additional navigational light for a ship of war?

   A. Green masthead and yardarm lights for a vessel engaged in mineclearing operations
   B. Yellow flares indicating torpedo firing exercises
   C. Intermittent flashing amber beacon for submarines
   D. Two yellow lights in a vertical line for a carrier launching aircraft

AR00012

#29 – USCG 966
BOTH INTERNATIONAL & INLAND You are underway in fog when you hear the rapid ringing of a bell for five seconds followed by the sounding of a gong for five seconds. What does this signal indicate about the vessel?
A. More than 100 meters in length, at anchor
B. Fishing while making no way through the water
C. Fishing in company with another vessel
D. Aground

#30 – USCG 357
INLAND ONLY Vessels "A" and "B" are meeting on a river as shown in illustration D029RR below and will pass about 1/4 mile apart. Which statement is TRUE?
See Diagram: DIAGRAM 29
A. Both vessels should continue on course and pass without sounding any whistle signals.
B. The vessels should pass port to port and must sound whistle signals only if either vessel changes course.
C. The vessels should exchange two blast whistle signals and pass port to port.
D. The vessels should exchange two blast whistle signals and pass starboard to starboard.

#31 – USCG 516
BOTH INTERNATIONAL & INLAND A power-driven vessel "not under command" at night must show which lights in a vertical line?
A. Three white
B. Two white
C. Three red
D. Two red

#32 – USCG 650
BOTH INTERNATIONAL & INLAND You are on a vessel heading due north and see the lights shown in illustration D051RR below one point on your port bow. This vessel could be heading in what direction?
See Diagram: DIAGRAM 51
A. SW
B. NW
C. NE
D. SE

#33 – USCG 62
INLAND ONLY The special light for a vessel engaged in public safety activities must meet which of the following requirements?
A. not interfere with the visibility of the navigation lights
B. not be visible more than 22 1/2 degrees abaft the beam o
C. be on top of the mast or highest structure of the vessel o
D. be as far forward as possible

#34 – USCG 493
BOTH INTERNATIONAL & INLAND While underway in fog you hear the rapid ringing of a bell. What does this signal indicate?
A. A vessel drifting
B. A vessel backing down
C. A sailboat underway
D. A vessel at anchor

#35 – USCG 669
BOTH INTERNATIONAL & INLAND According to the Rules, which vessel is NOT "restricted in her ability to maneuver"?
A. A vessel dredging
B. A vessel mineclearing
C. A vessel servicing a navigation marker
D. A sailing vessel

Test #469706 - NAVLAW I  NPRJ235

AR00013

#36 - USCG 978
BOTH INTERNATIONAL & INLAND A 200-meter vessel is aground in fog. Which signal is optional?

   A. A bell signal
   B. A gong signal
   C. A whistle signal
   D. All of the above are mandatory.

#37 - USCG 29
INLAND ONLY You are overtaking another power-driven vessel in a narrow channel and wish to leave her on your starboard side. You may _____.

   A. sound four short blasts
   B. overtake her without sounding whistle signals
   C. sound one short blast
   D. attempt to contact her on the radiotelephone to arrange for the passage

#38 - USCG 565
BOTH INTERNATIONAL & INLAND What equipment for fog signals is required for a vessel 15 meters in length?

   A. Bell only
   B. Whistle only
   C. Whistle, bell, and gong
   D. Whistle and bell only

#39 - USCG 272
BOTH INTERNATIONAL & INLAND Vessels I and II are underway as shown in illustration D033RR below. Vessel I is a sailing vessel with the wind dead aft. Vessel II is a power-driven vessel trawling. Which statement is TRUE?
See Diagram: DIAGRAM 33

   A. Vessel II is to keep clear because the other vessel is to its starboard.
   B. Both vessels are to take action to stay clear of each other.
   C. Vessel I is to keep clear because the other vessel is fishing.
   D. Vessel II is to keep clear because she is a power-driven vessel.

#40 - USCG 63
BOTH INTERNATIONAL & INLAND You are crossing a narrow channel on your 15-meter vessel. A deeply loaded cargo vessel is proceeding down the channel as shown in illustration D040RR below. In this situation, which statement is correct?
See Diagram: DIAGRAM 40

   A. You are the stand-on vessel because you are less than 65 feet in length.
   B. The cargo vessel is the stand-on vessel because she is running with the current.
   C. The Rule of Special Circumstances applies in this case.
   D. You cannot impede the passage of the cargo vessel.

#41 - USCG 260
BOTH INTERNATIONAL & INLAND You are in charge of a stand-on vessel in a crossing situation. The other vessel is 1.5 miles to port. Which action should you take if you believe that risk of collision exists?

   A. immediately sound the danger signal
   B. hold course and speed until the point of extremis, and then sound the danger signal, taking whatever action will best avert collision
   C. take avoiding action only after providing the give-way vessel time to take action, and determining that her action is not appropriate
   D. take avoiding action immediately upon determining that risk of collision exists

#42 - USCG 404
INTERNATIONAL ONLY In a narrow channel, an overtaking vessel which intends to pass on the other vessel's port side would sound which signal?

   A. Two prolonged followed by two short blasts
   B. Two short blasts
   C. One prolonged followed by two short blasts
   D. One short blast

Test #469706 - NAVLAW I NPRJ235

AR00014

#43 – USCG 736
BOTH INTERNATIONAL & INLAND In illustration D023RR below item "A" represents the arc of visibility of which of the following lights?
See Diagram: DIAGRAM 23

   A. stern light
   B. white masthead light
   C. red sidelight
   D. green sidelight

#44 - USCG 943
BOTH INTERNATIONAL & INLAND A power-driven vessel underway in fog making NO way must sound which signal?

   A. One prolonged and two short blasts
   B. Two prolonged blasts
   C. One long blast
   D. One prolonged blast

#45 - USCG 390
INLAND ONLY A vessel engaged in public safety activities may display an alternately flashing red and yellow light. This special light may be used by a vessel engaged in which of the following?

   A. submarine operations
   B. firefighting
   C. river bank protection
   D. law enforcement

#46 - USCG 1000
BOTH INTERNATIONAL & INLAND Your vessel is at anchor in fog. The fog signal of another vessel, apparently underway, has been growing louder and the danger of collision appears to exist. In addition to your fog signal, what signal may be used to indicate your presence?

   A. No signal other than your fog signal may be used.
   B. One prolonged, one short, and one prolonged whistle blast
   C. One prolonged followed by two short whistle blasts
   D. One short, one prolonged, and one short whistle blast

#47 - USCG 839
BOTH INTERNATIONAL & INLAND When is a fishing vessel required to show sidelights and a stern light?

   A. dead in the water
   B. anchored
   C. underway
   D. underway and making way

#48 - USCG 176
BOTH INTERNATIONAL & INLAND The purpose of established traffic separation schemes is to do which of the following?

   A. prohibit vessels carrying hazardous cargos from entering waters that are environmentally sensitive
   B. provide inbound and outbound lanes to promote the safe flow of vessel traffic
   C. provide routing and vessel scheduling procedures to reduce shipping delays
   D. provide vessel reporting systems to assist in search and rescue in the event of a vessel casualty

#49 – USCG 847
BOTH INTERNATIONAL & INLAND What type of vessel or operation is indicated by showing two cones with the apexes together?

   A. Mineclearing
   B. Sailing vessel
   C. Dredge
   D. Vessel trawling

Test #469706 – NAVLAW I  NPRJ235

AR00015

#50 - USCG 974
BOTH INTERNATIONAL & INLAND Which signal shall a vessel towing in fog required to sound?

  A. One prolonged blast every one minute
  B. Two prolonged blasts every two minutes
  C. One prolonged blast every two minutes
  (D.) One prolonged and two short blasts every two minutes

**DIAGRAM 29**



**DIAGRAM 5**



Test #469706 - NAVLAW I  NPRJ235

AR00016

DIAGRAM 37



DIAGRAM 51



Diagram 51

DIAGRAM 33



WIND

Test #469706 - NAVLAW I NPRJ235

AR00017

**DIAGRAM 40**



**DIAGRAM 23**





SUPERINTENDENT
**UNITED STATES MERCHANT MARINE ACADEMY**
KINGS POINT, NEW YORK 11024-1699

Midshipman John Hearn                                                July 12, 2016
Class of 2018
Marine Transportation

**TERMS OF PROBATION**

MIDN Hearn:

After a careful review of your academic record, I have accepted the recommendation of the Academic Review Board and the Interim Academic Dean that you be placed on Probationary Setback/Leave of Absence status. The terms of your probation are as follows:

1. You must take 12 academic credits at another accredited institution, as discussed in your phone conversation with the Assistant Dean. The courses must be pre-approved by Academy department heads and must be eligible for exemption from Academy courses. You must earn a grade $\geq$ C in each course to qualify for the exemptions.
2. You must arrange to have an official transcript sent from the Registrar at the other institution to the Academy Registrar. The transcript must be received by 15 January, 2017.
3. While final clearance for the probationary setback is pending, you will receive orders from the Commandant to come to the Academy on or about 15 December to clear for sea in order to repeat the two failed sea projects from the first sailing period.
4. If you meet condition 1 above, you will be set back to the Class of 2019 and return to repeat the third term of the third class year, T3-17.
5. You will remain on Academic Probation status through the end of the second sailing period: No Fs and QPA/CQPA $\geq$ 2.00
6. While on setback, you must assure that your Academy email account remains active. It is via this account that all Academy personnel will communicate with you. As there will be no reminder, you must remember to change your password every 55 days.
7. Failure to acknowledge receipt of, and sign, these terms of probation will not be deemed an excuse for failure to comply with the conditions set

Failure to meet condition 5, as outlined above, may result in disenrollment.

JAMES A. HELIS
Rear Admiral, USMS
Superintendent

cc: C, R, ADH, MPO, DACE

I have received and understand the terms of this letter. I understand that failure to accept or failure to comply with these terms may result in my academic disenrollment from USMMA.

Signed: _____          Date: 7/21/16

AR00019

FIRST SAILING PERIOD

**NAVIGATION LAW ONE**

Course No. NPRJ235

I N S T R U C T I O N S

<u>Note</u>:  *A **written examination** [Part III] will be administered upon your <u>**return**</u> to academy residence. It will **cover** material (described in <u>Paragraph E</u> of these instructions) contained in both **Parts I** and **II** of this project.*

A.  <u>OBJECTIVE</u>  -  This project is designed to build upon that which was presented in the *Introduction to Navigation Law* course which concentrated on the International Regulations (i.e., the 72COLREGS), but you will encounter the Inland Rules upon departing/arriving from/to most U.S. ports; therefore, this project will introduce you to some of the differences between the two sets of rules and where they apply.

B.  <u>TEXT and SOURCE MATERIAL</u>  -  The texts and reference materials for this portion of your sea project as follows:

  1.  *NAVIGATION RULES AND REGULATIONS HANDBOOK* prepared by the Department of Homeland Security and United States Coast Guard, August 1, 2014

  2.  *NAUTICAL RULES OF THE ROAD*, Farnsworth and Young, Cornell Maritime Press, Centreville, MD

  3.  Charts and Publications found aboard your ship

  4.  Your notes from the *Introduction to NAVLAW* course taken plebe year [Note: <u>*Bring*</u> *them with you!*]

  5.  Information available on you ship

  6.  Advice from the ship's officers

C.  <u>PROJECT DESCRIPTION</u>  -  This project contains **three parts** (I, II and III) of which **Parts I** and **II** are to be **completed aboard ship** and **mailed back** to the academy by the completion dates listed in the next paragraph, <u>Paragraph D</u>.  **Part III**, a written **examination**, will be administered upon your return to the academy. For grading purposes **Part I** is worth **20%** of your final grade while **Parts II** and **III** are worth **40% each**.

**Part I** requires <u>specific</u> **topics** and **rules** (listed in <u>Paragraph E</u>) to be **copied** <u>*by hand*</u> from the text (i.e., *NAVIGATION RULES AND REGULATIONS HANDBOOK* )

NL - 80

AR00020

Part II consists of the **ten (10) questions** whose **answers** are *also* to be *handwritten* and answered in detail.

**Part III** is the **written examination** and will **encompass** all material covered in **Parts I** and **II** (i.e., the rules copied and the topics addressed by the ten questions of Part II).

D. SUBMISSION - The shipboard assignments, **Parts I** and **II**, are to be **completed** by the **dates** which follow and mailed back to the academy as soon thereafter as safe and reliable postal service allows; if no such service is available, you may mail your project from your first U.S. port, your home or hand deliver it upon your return to the academy whichever occurs first.

Note: Up to 15 *points may be lost* if any of these **instructions** are not **followed!**

Note: It is *strongly suggested* that you **make a copy** of all your work just in case it gets lost in the mail;

Note: *Except for extraordinary circumstances*, such as shipwreck or illness, unexcused **late submissions** will receive a **grade no higher than D+.**

**Completion Dates:**

| B SPLITS : | **Part I** by **September 1st** | **Part II** by **October 1st** |
|---|---|---|
| A SPLITS : | **Part I** by **January 1st** | **Part II** by **February 1st** |

**Mailing Instructions:**

1. When you have completed Parts I and II, separately bind each (using flat fasteners such as brass round head or prong flat fasteners — **DO NOT** use rings, pressure clips, three ring binders or other bulky objects) in an **official Sea Project Folder** and complete the information requested on the front of the folder. **Note:** Include a **copy** of these instructions along with Part II.

Note: **DO NOT** place individual pages in **plastic sleeves!**

Note: Regarding folders, on the line **"Midshipman"** — first write your **LAST NAME** - IN CAPITAL LETTERS (like these) followed by a coma (,) then your first name and middle initial (if you have one).

2. Place the properly bound project in an **official Sea Project Envelope**. Be sure that the required information in the upper left hand corner is complete as follows:

"Course Number"  → First Sailing REPEAT
"Subject"          → NAVLAW ONE
"Midshipman"     → first your **LAST NAME,** next your First name & middle initial if you have one
"Class 20__, A-B" → (fill in your class year and circle your split)

NL - 81

AR00021

3.  Seal the envelope's flap and then present the envelope to the master and request that he/she place his/her signature across the flap and affix the ship's seal across the signature. (Should the master not be available the chief officer's signature is acceptable.)

4.  Next, insert the Sea Project Envelope containing Parts I or II into an **outer** envelope with **your home address** in the upper left hand corner. **Address the outer envelope** as follows:

> Sea Project Coordinator
> Bowditch Hall
> Dept. of Marine Transportation
> U.S. Merchant Marine Academy
> Kings Point, New York 11024, USA

5.  Mail your project <u>obtaining</u> a <u>dated</u> **receipt** from the postal facility.


E.  <u>ASSIGNMENTS</u>  -

**PART I:**  1.  <u>**Read**</u> and <u>familiarize</u> yourself with:

(a)  The "Demarcation Lines" section of text (pp146-147)

(b)  The commentary, in *Farnsworth and Young*, pertaining to the rules copied

2.  <u>**Copy**</u>, *verbatim* from the text, in *your own* <u>*handwriting*</u> and in the order listed below, the following:

(a)  The two (2) "Contents" pages preceding page I;
(b)  The "Introduction" on pages i and ii;
(c)  The "Interpretive Rules" on page 138
(d)  The numbered **INLAND** Rules:
    Rule  1 (including its footnote)
      "    3
      "  34(a) thru (d)
(e)  The numbered **INTERNATIONAL** Rules:

| Rule 1 | Rule 23(a), (b) & (c) | Rule 28 thru 30 | Rule 35(a) thru (h) |
|---|---|---|---|
| "  3(h) | "  25 | "  32 | Annex IV |
| "  4 thru 8(e) | "  26 | "  33 | |
| "  10 thru 20 | "  27(a) & (b) | "  34 (a) thru (d) | |

<u>Note</u>:  *If you make an error in your copy work (as you would with an error in the ship's log), draw a* <u>*neat*</u> *straight* <u>*line*</u> <u>*through*</u> *the error, write your* <u>*initials*</u> *after the line, and then continue with your work.*

**PART II:**

<u>Note</u>:  The **item/question** is <u>to</u> <u>be</u> **handwritten** out in full then **followed** by the **handwritten answer** and/or sketch/plot as required.

NL - 82


AR00022

<u>**QUESTIONS**</u>

**1.  Navigation Lights**.  Your ship's navigation lights will be controlled from a light panel on the navigation bridge:

(a)  Explain where your ship's navigation light panel is located (in sufficient detail so that someone in the dark entering the wheelhouse for the first time could locate it).

(b)  Sketch the panel, including all labels and the panel's outside dimensions.

<u>Note</u>:  All **sketches** *and* **plots** are to be drawn on **official sketch pad sheets** – *not* PLOTTING SHEETS - so as to be <u>right</u> <u>side</u> <u>up</u> when bound and <u>fully</u> *and* <u>correctly</u> **labeled**. (*Note:*  In the box labeled "C/M" place <u>**your**</u> last name.)

**2.   Traffic Separation Schemes [TSSs]**.  During your sea experience you will encounter TSSs:

(a) Sketch, name and <u>fully</u> <u>label</u> a TSS you actually sail through, making sure to label **all** its parts and characteristics.

(b) Explain how/where you entered and exited the TSS in question, how your vessel complied with the requirements of Rule 10, and how your vessel maneuvered (including any signals given) if  traffic was encountered; include courses steered, times, course changes, etc.

**3.   Bell and Gong**.  As per Rule 33, your vessel is required to have a whistle and a gong:

(a)  How <u>***shall***</u> (i.e., must) the bell and gong <u>*be* **capable** *of*</u> being physically sounded?

(b)  Under what circumstances or conditions is the bell and, possibly the gong, **required** to be sounded?

(c)  Which rule lists and explains the required signals?

(d)  What are the **required** <u>signals</u> *and* <u>which</u> **vessels** are required to give them?

(e)  Sketch both your vessel's bell and gong.

<u>Note</u>:  *If your vessel does not have either of these sound signaling appliances, inquire as to why not and explain the circumstances or reasons.*

**4.  Day Signals (Shapes)**.  Your ship is required to carry shapes by which signals can be made by day. (See International **Appendix I**, paragraph **6**)

(a)  Sketch each shape (*include* <u>dimensions</u> as per the Rules)

(b)  Locate the shapes on your vessel:
       (i)  where are they stored?
       (ii) how do their actual measurements compare with the required dimensions?

AR00023

(c) Give two examples of how each shape is used. [Note: *One shape has but one use.*]

**5.  Define and/or Explain:**

(a) **Lines of Demarcation** [see pages 176-198 in COMDNTINST M16672.2D]; be sure to explain what they are, the purpose for their existence, and of what use they are to mariners (i.e., What Rules apply where?).

(b) Of the INTERNATIONAL, INLAND and CANADIAN, which of these sets of rules apply to the following vessels in the geographic locations indicated:

A.  A vessel of **Canadian registry** in:

(1)  Portland, Maine

(2)  Portsmouth, New Hampshire

(3)  Provincetown, Massachusetts

(4)  Georgian Bay, Lake Huron

(5)  Pearl Harbor, Hawaii

B.  A  vessel  of **French registry** in:

(6)  Vancouver, Washington

(7)  Port Townsend, Washington

C.  A vessel of **U.S registry** in:

(8)  Honolulu, Hawaii

(9)  on the St. Lawrence River, downstream of Montreal

(10) the Welland Canal, Ontario, Canada

**6.  Maneuvering Responsibilities.** Explain, in your own words, the following two terms and explain the maneuvers *and* sound signals (if any) authorized and/or required by both responsibilities. If signals are involved, how do the INLAND and INTERNATIONAL Rules' signaling requirements differ?

A.  The "Give-way Vessel"

B.  The "Stand-on Vessel"

NL - 84

AR00024

**7. Traffic Encounter.**

You are aboard a power-driven vessel [**PDV**] on the high seas at night making 6 knots. The visibility is very poor and suddenly, on your radar, you detect several targets ahead which you do not see visually. The closest target is dead ahead and you determine that it is making 3 knots; however, you have yet to see it visually. You stop your engines but are still making way when from ahead you hear a whistle signal consisting of "prolonged-short-short-short" [▬ ● ● ●] blasts. Shortly thereafter, dead ahead, you sight a single white light. You determine that vessel ahead is still making three knots, so you again restart your engines and proceed at six knots.

(a)   What *restricted visibility sound signal* [**RVSS**] should you have been giving prior to hearing the other vessel's RVSS?

(b)   What RVSS should have sounded immediately upon stopping your engines?

(c)   What type vessel have you sighted ahead?

(d)   The range to the vessel ahead is decreasing; what maneuver and signal(s), if any, will you execute to comply with *The Rules* and safely overtake the vessel (s) ahead?

**8. Bearing Problem.** You are aboard a PDV on a course of due east [**Cn = 090°**] upon the high seas and sight the red sidelight of a PDV one (1) point forward of your starboard beam (i.e., *ø*rel)  :

(a)   What is the range (arc) of *all possible **true** headings* [i.e., **Hdn** = ?] of the vessel sighted?

(b)   Is there a *risk of collision* [**ROC**]? If so, on ALL *or only* SOME of the headings; *which* heading(s)?

(c)   What, if any, are your *maneuvering* obligations as *required* by The Rules?

(d)   What, if any, *sound signals* are required; and, if required, *when* during the encounter are they to be sounded?

(e)   Sketch the encounter, properly and fully labeling all arcs (i.e., Course [**Cn**], bearings [*Ø* s], headings, etc,), directions and the *line of sight* [**LOS**].

**9. Bearing Problem.** On the high seas you are aboard a PDV on a course of northwest [**NW**] by your standard compass [**Cpsc = 315°**]. The variation of the location is 15° east [**V = 15° (e)**] and the deviation of the standard compass on that heading is 5° west [**SCD = 5° (w)**]. The lookout brings your attention to a red sidelight of a PDV bearing 080°true [*Ø*n = 080°].

(a)   What is the range (arc) of *all possible **true** headings* [Hdn = ?] of the vessel sighted?

(b)   Is there ROC?... if so, on ALL *or only* SOME of the headings; *which* heading(s)?

(c)   What are your **conduct responsibilities**?  **Why**?

NL - 85

AR00025

(d)  If permitted/required to **maneuver, when** will you do so, **what maneuver** will you execute and what **signal**(s), if any, shall you give?

(e)  Sketch the encounter to the same degree of detail (i.e., arcs of variation [**V**], deviation [**SCD**], compass error [**SCE**], your course [**Cn**] and all bearings [**Øpsc** & **Øn**], **LOS**s etc., as required in Question 8(e) above.

**10. Crossing Situation.**  Sketch (a <u>north-up</u> plan or bird's eye view) and write a description and your analysis of a *"Crossing Situation"* (as defined in Rule 15) which occurred on **COLREGS waters** in which your ship is the GIVE-WAY vessel.  [<u>Note</u>:  A "Crossing Situation" exists <u>only</u> *if* <u>**both**</u> vessels are **PDVs**; encounters with other categories of vessels, such as a vessels engaged in fishing, do not constitute a "Crossing Situation"!]

**Note:** If you do not <u>actually</u> experience such an encounter during your sea time, make one up!

In your written analysis be sure to include:

(a)  the types, magnitude and times of any bearings taken;
(b)  a description of the navigation lights sighted on other vessel;
(c)  the relative bearings of the two vessels as the encountered evolved;
(d)  a description of the sound signals require and given, if any (if required but not sounded, why not?)
(e)  a discussion of the encounter with the officer on watch;  and
(f)  what, if anything , you might have done differently had you been the watch officer.


F. <u>GRADING</u>

Your numerical score for this NAVLAW project will be calculated as follows:  20% for Part I and 40% each for Parts II and III. The resulting score will be equated to a letter grade as per the scale which follows:

Numerical Score Letter Grade Equivalents:

| | | | |
|---|---|---|---|
| 93.0 - 100  = A | 87.5 - 89.5  = B+ | 80.0 - 82.0  = C+ | 72.5 - 74.5  = D+ |
| 90.0 - 92.5  = A- | 85.0 – 87.0  = B | 77.5 - 79.5  = C | 70.0 - 72.0  = D |
| | 82.5 - 84.5  = B- | 75.0 - 77.0  = C- | Below 70   = F |

<u>Note</u>:  ***Any violation of the Honor Code will be reported to the Honor Board for appropriate action!***


E N D


NL - 86

AR00026

1. Navigation Lights. Your ship's navigation lights will be controlled from a light panel on the navigation bridge!

(a). Explain where your ship's navigation light panel is located (in sufficient detail so that someone in the dark entering the wheelhouse for the first time could locate it).
Enter the wheelhouse from aft heading forward and up the ladder well. At the top of the ladder well make an immediate 90° turn to the right, and take 2 steps. Then, make another 90° turn to the right, so as to be facing aft, and take 6 paces to reach the light panel.

(b). How is a light failure indicated to the watch officer?
The most common way for a watch officer to indicate a light failure is to physically check. Its easily done by switching the light on, and checking to see if it lights. If it doesn't then it isn't working.

(c). If a failure is indicated, how is it rectified?
Typically, light failures are rectified by reporting the issue to the engine department. Most ships keep a log of anything that breaks with dates, including when they are fixed.

(d) If the forward masthead light fails, how (and by whom) is it physically repaired/replaced?

AR00027

If the masthead light were to break it would be repaired/replaced by the vessels electrician or an engineer, if at sea. If, however, they are unable to repair it then it would be repaired at the vessels next port, or in shipyard if needed.

(e) Sketch the light panel, including all labels and the panel's outside dimensions.
See sketchpad sheet attached.

AR00028



AR00029

2. Traffic Separation Schemes (TSSs). During your sea experience you will encounter TSSs:

(a) Sketch, in detail, a TSS you actually sail through, making sure to fully label all parts and characteristics, and name or describe the geographic area involved. (If you never actually traverse a TSS, sketch one found on one of you vessel's charts). See sketch pad sheet attached.

(b) Explain how/where you entered and exited the TSS in question, how your vessel complied with the requirements of Rule 10, and how your vessel maneuverd (including any signals given) if traffic was encountered; include courses steered, times, course changes, etc. The T/V Kings Pointer entered the TSS from the south intending to circle Martha's Vineyard, on a course of 000°T. Upon entering the TSS we altered course to starboard to 038°T in order to remain in the proper traffic lane. There was no apparent traffic when crossing the scheme, so the signals were issued. Upon leaving we altered course to 090°T in order to approach Martha's Vineyard.

AR00030



AR00031

3. Sound Signaling Appliances. As per Rule 33, your vessel is required to have appliances capable of making the various sound signals required, namely whistles, bells and gongs.

(a) Of what shall bells and gongs be made?
According to Annex III, 33 CFR 86, bells and gongs shall be made of corrosion-resistant material and designed to give a clear tone.

(b) How shall (i. either, must) the bell and gong be capable of being physically sounded?
The bell and gong must be capable of being sounded manually.

(c) What size vessels are required to have each sounding device?
According to the COLREGS, a whistle, bell, and gong must be provided for a vessel of 100 meters or more in length. The gong's tone and sound cannot be confused with the tone and sound of a bell. According to the Inland Rules, a whistle, bell, and gong must be provided for a vessel of 100 meters or more in length, just like the COLREGS.

(d) What is the difference in meaning between the COLREGS and Inland Rules with regard to the one and two short blast maneuvering signals?
According to Rule 34 of the COLREGS, when vessels are in sight of one another, a PDV underway, shall notify the other

AR00032

vessel of its ~~actions on~~ action through the use of sound signals. By this is meant that these sound signals show the action that the vessel signaling is going to take. One short blast is to mean "I am altering my course to starboard," where two short blasts means "I am altering my course to port." According to Rule 34 of the Inland Rules, when vessels are in sight of one another and have a CPA of less than half of a mile, each vessel must abide by the signaling rules as follows. The give-way vessel shall sound a signal to show the intent of their action. One short blast means "I intend to leave you on my port side" and two short blasts means "I intend to leave you on my starboard side." Upon hearing this, so long as in agreement, the stand-on vessel shall reply by sound the same whistle signal as the give-way vessel to show their understanding. If in doubt, they shall sound the danger signal of five short blasts. The difference in meaning between the COLREGS and the Inland Rules is that the COLREGS signals show the action the vessel is going to take, while the Inland sound signals show the intention of the ~~vessels~~ JH vessel, but not their action until they have come to an agreement with the other vessel.

(e) JH

(e) Within what fundament frequency limits must your vessel's whistle lie?

According to Annex III (and 33 CFR 86 Inland) for both Inland and International the following fundamental frequency limits are as follows, for a vessel 200 meters or more in length, 70-200 Hz. For a vessel 75-200 meters in length, 130-350Hz. Finally, for a vessel less than 75 meters in length, 250 - 700 Hz.

AR00034

4. Day Signals (Shapes). The Rules require vessels to carry shapes by which various signals can be made by day. (See International Annex I, paragraph 6)

(a) Sketch the shapes defined in Annex I (include the dimensions required of each as per the Rules).
    See sketch pad sheet attached.

(b) Locate the shapes on your vessel:
    (i) Where are they stored?
    (ii) how do their actual measurements compare with the required dimensions?
    (i) The shapes were stored on the 01 Deck just outside the house. Once exiting and facing aft one must simply turn right to find the locker in which the shapes are stored.
    (ii) The dimensions do meet the minimum requirements and the shapes are appropriate.

(c) for each shape, give two examples of signals composed only of that shape. [Note: one required shape has but one use.]
    Ball:
    (1) Rule 30 of both the Inland Rules and COLREGS states that a vessel at anchor shall exhibit where it can best be seen in the fore part of the vessel, one ball.
    (2) Rule 27 of both the Inland Rules and COLREGS states that a vessel not under command or restricted in their ability to maneuver shall

AR00035

exhibit two balls or similar shapes in a vertical line where they can best be seen.

Cylinder:
Rule 28 of the COLREGS require a vessel constrained by their draft to exhibit where they can best be seen a cylinder. There is no Rule for a Vessel Constrained By Her Draft in the Inland Rules and the Rule is "reserved."

Cone:
(1) According to Rule 25, a vessel proceeding under sail when also propelled by machinery shall exhibit forward where it can best be seen, a conical shape, apex downward.
(2) According to Rule 26, a Vessel Engaged In Trawling shall exhibit the day shape of 2 cones, apexes together in a ~~time~~ S.H. vertical line, one above the other. Also, when there is outlying gear extending more than 150 meters horizontally from the vessel, a cone apex upwards in the direction of the gear is displayed for a day shape.

Diamond:
(1) A PDV towing astern when the length of tow exceeds 200 meters must display the day shape of one diamond where it can best be seen. Also, on the vessel being towed astern and if the length of tow ~~being~~ S.H. exceeds 200m, a diamond must be displayed where it can best be seen.

AR00036

(2) According to Rule 24, an inconspicuous, partly submerged vessel or object, or combination of such vessels or objects being towed shall exhibit a diamond shape at or near the after-most extremity of the last vessel or object being towed. Further, if the length of the tow exceeds 200 meters and additional diamond shape where it can best be seen and located as far forward as is practiceable.

(d). From top to bottom, what would be the vertical length of a signal to indicate a vessel restricted in ability to maneuver?
The three shapes shall be displayed in a vertical line in order of ball-diamond-ball according to Rule 27. The minimum dimension of a ball shall be not less than 0.6 meter, and a diamond being not less than 1.2 meters. The vertical distance between shapes shall be at least 1.5 meters, all according to Annex I. Therefore, the minimum vertical length for a VRIATM shall be at least 5.4 meters.



AR00038

5. Lines of Demarcation: In the United States, these imaginary lines separate the waters upon which either the COLREGS or Inland Rules apply. Of the INTERNATIONAL (i.e., the COLREGS), ~~Inland~~ or INLAND) and CANADIAN, which rules would apply to the following vessels in the geographic locations indicated:

A. A vessel of Canadian registry in:

(1). Washington Harbor, Isle Royale, Lake Superior:
The Inland Rules replaced the old Inland Rules, Western River Rules, Great Lakes Rules, their respective pilot rules and interpretive rules, and parts of the Motorboat Act of 1940. The Inland Navigation Rules Act of 1980 sets out Rules 1-38 as the main body of rules with five Annexes published as regulations. The effective date ~~was 5th~~ for the Inland Navigation Rules was December 24, 1981 except for the Great Lakes where the effective date was March 1, 1983. Washington Harbor, Isle Royale, Lake Superior is located on the Great Lakes where all vessels, including Canadian Registry, should follow the Inland Rules. Under Rule 1(a) of the Inland Rules, Application, "These Rules apply to all vessels upon the inland waters of the United States, and to all vessels of the United States on Canadian Waters of the Great Lakes to the extent that there is no conflict with Canadian law." Aimed under Inland Rule 3(m) "Great Lakes" means the Great Lakes and their connecting and tributary waters including the Calumet River as far as the Thomas J. O'brien Lock and Controlling Works, the

AR00039

Chicago River as far east of the Ashland Avenue Bridge and the Saint Lawrence River as far east as the lower exit of the Saint Lambert Lock, and 3(e) "Inland Waters" means the navigable waters of the United States shoreward of the navigational demarcation lines dividing the high seas from harbors, rivers, and other inland waters of the United States and the waters of the Great Lakes on the United States side of the International Boundary.

(2) Rockland, Maine:

Rockland is a small port on the east coast of Maine located between Rockport and near Owls Head. Under the USCG Atlantic Coast, First District, "The 72 COLREGS shall apply on the harbors, bays, and inlets on the east coast of Maine from the International Bridge at Calais, ME to the southwestern-most extremity of Bald Head at Cape Small." For this reason, a Canadian vessel visiting Rockland, Maine would continue to apply COLREGS rules.

(3) Edgartown (Martha's Vineyard), Massachusetts:

The COLREGS apply to vessels at Edgartown because Martha's Vineyard is outside the following line in accordance with paragraph 80.145 demarcation line which states under (a) "Except inside lines specifically prescribed in this section the 72 COLREGS shall apply on the sounds, bays, harbors and inlets along the coast of Cape Cod and the Southern

AR00040

coasts of Massachusetts and Rhode Island from Race Point to Watch Hill" and (b) "A line drawn from Nobska Point Light to Tarpaulin Cove Light on the Southeastern side of Naushon Island; then from the southern-most tangent of Naushon Island to the eastern-most extremity of Nashawena Island; then from the southwestern-most extremity of Nashawena Island to the easternmost extremity of Cuttyhunk Island.

(4) Gardiners Island, New York:
    The COLREGS apply to vessels at Gardiners Island, NY because these waters are outside the lines prescribed under paragraph 80.155 (a) A line drawn from Watch Hill to East Point on Fishers Island. (b) A line drawn from Race Point to Race Rock Light; then to Little Gull Island Light then to East Point on Plum Island. (c) A line drawn from Plum Island Harbor East Dolphin Light to Plum Island Harbor West Dolphin Light. (d) A line drawn from Plum Island Light to Orient Point Light; then to Orient Point. (e) A line drawn from the lighthouse ruins at the Southwestern end of Long Beach Point to Cornelius Point. (f) A line drawn from Coecles Harbor Entrance Light to Sungic Point. (g) A line drawn from Nicoll Point to Cedar Island Light. (h) A line drawn from Threemile Harbor West Breakwater to Threemile Harbor East Breakwater Light.

AR00041

(5) Key West, Florida:

The COLREGS apply to all vessels at Key West, Florida because this area is outside the demarcation lines prescribed under Paragraph 80.735 Miami, FL to Long Key, FL on the Atlantic Coast and under Paragraph 80.740 Long Key, FL to Cape Sable, FL on the Gulf Coast.

(6) San Juan, Puerto Rico:

Puerto Rico and the Virgin Islands, under the USCG Seventh District, detail the rules under Paragraph 80.738 which state (a) Except inside lines specifically described in this section, the 72 COLREGS shall apply on all other bays, harbors and lagoons of Puerto Rico and the U.S. Virgin Islands and (b) A line drawn from Puerto Rico San Juan Light to Cabras Light across the entrance of San Juan Harbor. Because the vessel of Canadian registry is in San Juan, Puerto Rico and inside the line described in (b) and drawn from Puerto Rico San Juan Light to Cabras Light the Inland Rules Apply. This is the only port or harbor in Puerto Rico and the Virgin Islands where the Inland Rules apply.

(7) Port Angeles, Washington:

A vessel of Canadian Registry in Port Angeles would observe the COLREGS because under Paragraph 80.1385 "The 72 COLREGS shall apply on all waters of the Strait of Juan de Fuca."

AR00042

(8). Montreal, Canada:

In accordance with Rule 3(n) under the Inland Rules, extend on the Great Lakes to "the Saint Lawrence River as far east as the lower exit of the Saint Lambert Lock" which is in Montreal. However, also under rule 3(o) the ""Inland Waters" means waters navigable in the United States shoreward of the navigational demarcation lines dividing the high seas from the harbors, rivers, and other inland waters of the United States and the waters of the Great Lakes on the United States side of the International Boundary." In this question, it is important to remember 54 remember that under Rule 1(a) "These rules apply to all vessels upon the inland waters of the United States, and to vessels of the United States on the Canadian Waters of the Great Lakes to the extent that there is no conflict with Canadian Law." A vessel of U.S. registry would apply the Inland Rules, even though they are in Canadian Waters, until the Saint Lambert Lock, and then apply the COLREGS once seaward of the lock.

(9) Toronto, Canada:

A U.S. vessel at Toronto, Canada is located in Canadian waters of Lake Ontario on the Great Lakes would expect 54 be expected to apply the Inland Rules for the same reasons detailed in for Montreal, Canada in Number 8.

AR00043

(10) Victoria, British Columbia, Canada:

Any vessel located at Victoria would observe the COLREGS because under Paragraph 80.1385 "the 72 COLREGS shall apply on all water of the Strait of Juan de Fuca" and under Paragraph 80.1390 "the 72 COLREGS shall apply on all waters of the Haro Straight and the Straight of Georgia."

AR00044

6. Explain in your own words, the following two terms and explain the maneuvering and signaling responsibilities (if any) associated with, or imposed by, both-

(a) "Give-Way Vessel"

The "Give-Way Vessel" is the vessel whose responsibility it is to keep out of the way of the other vessel in a crossing situation. This vessel will see the red (port) sidelight of the other, "Stand-On Vessel." This red light is an indication that the give-way vessel should cease continuing at her current course or speed, and take early and substantial action to keep well clear and minimize risk of collision. Whatever action that is taken by the give-way vessel should be clearly indicated by the required light and sound signals, and should be clearly indicated by the required light and sound signals, and should be of a large enough extent to be clear to the other vessel visually and by radar. The give-way vessel shall also avoid, if possible, crossing the bow of the stand-on vessel.

(b) "Stand-On Vessel"

The "Stand-On Vessel" is the vessel who has the right of way to continue at her present course and speed in a crossing situation. This vessel will see the green (starboard) sidelight of the other, "Give-Way Vessel." This green light is an indication that the stand-on vessel should maintain her present course and speed. However, the stand-on vessel may take action to avoid collision by her maneuver alone when it appears that the

AR00045

give-way vessel has failed to keep out of the way as required by the Rules. When the stand-on vessel finds that collision cannot be avoided by the action of the give-way vessel alone, it becomes the responsibility of the stand-on vessel to take whatever action will best help to avoid collision. Whenever actions are taken by the stand-on vessel, they should be clearly indicated by the required light and sound signals. The stand-on vessel shall also avoid, if possible, altering her course to port, toward the give-way vessel on her port side.

AR00046

7. Traffic Encounter. You are aboard a power-driven vessel (PDV) on the Inland waters at night. For some time you have detected, by radar alone, a target making six knots on a constant bearing broad on your port bow. You reduce speed, but are still making way. Then, from off the port bow, you hear a whistle signal consisting of "prolonged-short-short" blasts, so you stop your engines. Finally, at a mile broad on your port bow, you sight three lights in an apparent vertical line, white over white over green.

(a) What restricted visibility sound signal (RVSS) should you have been giving prior to hearing the other vessel's RVSS?

According to Rule 35(a)(Inland), I should sound at intervals of not more than two minutes, one prolonged blast because I am making way in restricted visibility in a PDV.

(b) What RVSS should you be sounding immediately upon stopping your engines?

Upon stopping my engines, so long as I remain underway but stopped and making no way through the water, I shall sound at intervals of not more than 2 minutes, two ~~prolonged~~ JH prolonged blasts with an interval of about 2 seconds between them.

(c) What is the status or category of the vessel you have sighted?

According to rule 35(c)(Inland) the vessel I have sighted is one of the following;

AR00047

a VNUC, VRIATM, SN, VEIF, or a VEIT.
This is because they were sounding three
~~short~~ blasts in succession, namely, one prolonged
followed by two short blasts. Further, once the
vessel came into sight I could notice the lights
in an apparent vertical line, being white over white
over green. According to Rule 24 (Inland) one can
assume that this vessel may be a VEIT,
seen from it's starboard side.

(d). When in sight the other vessel sounded one short blast:
(1). What response, if any, will you sound ~~to~~ and
(2) what are your related maneuvering responsibilities?
(1) According to Rule 34(a)(Inland) I shall respond
with one short blast so long as I agree
with this vessel's intentions. However, if in
doubt of the other vessel or if I do not agree
with the vessel's intention then I shall sound
the danger signal of five short blasts, found
in Rule 34(d)(Inland).
(2) If in agreement to the other vessels signal
then I am the stand-on vessel in a crossing
situation and only need to maneuver if in
doubt ~~of~~ that the other vessels actions
are substantial in avoiding a collision.

AR00048

8. Bearing Problem. Upon the high seas you are aboard a PDV heading due east (Hdn=090°) and approaching you from one point abaft your port beam is a vessel exhibiting, in an apparent vertical line, green over white over green lights:

(a) In degrees, what is the range (arc) of all possible true headings (i.e. Hdn=?) of the vessel sighted? The range of all possible true headings of the vessel sighted is 056.25°T to 168.75°T.

(b) Is there a risk of collision (ROC)? If so, on which headings (all or only some)?
Risk of collision exists from 090°T to 168.75°T.

(c) Assuming ROC, what, if any, are your maneuvering/signaling obligations as required by the Rules? In this situation I am the stand on vessel in a crossing situation. According to Rule 17 I shall maintain my course and speed. If it becomes apparent that the other vessel's actions are not substantial to avoid collision I shall maneuver as well. I will sound proper signals for course change (one short blast for A/C to starboard and two short blasts for A/C to port) and if in doubt I will sound the danger signal of five short blasts.

(d) If permitted/required to maneuver and/or signal, when may and/or shall you do so, what maneuver will you execute and what signal(s), if any, may/shall you give and when will you do so?

AR00049

. I will alter course when it becomes apparent that the action of the other vessel isn't substantial to avoid ROC. I may alter earlier if I choose. I will give the same signals as stated in part (c).

(e). Sketch the encounter as per instructions above. See sketch pad sheet attached.

AR00050



9. Bearing Problem. On the high seas you are aboard a PDV on a heading of 290° by your wheelhouse magnetic compass (Hdpwc = 290°). The variation of the location is 25° west (V = 25°(w)) and the deviation of the wheelhouse compass on that heading is 5° east (WCD = 5°(e)). The lookout brings your attention to a red sidelight of a PDV approaching on a true bearing of 015° (∅n = 015°).

(a). In degrees, what is the range (arc) of all possible true headings (Hdn = ?) of the vessel sighted? The range of all possible true headings of the vessel sighted is 195°T to 307.5°T.

(b) Is there ROC? If so, on which headings (all or only some)? Risk of collision exists from 195°T to 307.5°T.

(c). Assuming ROC, what, if any, are your maneuvering/ signaling obligations as required by The Rules? In this situation I am the give way vessel in a crossing situation. According to Rule 16 I shall take early and substantial action to keep well clear. According to Rule 15 I shall avoid crossing ahead of the other vessel. In order to do this, I should alter course, ideally to starboard, or slow my vessel. I shall sound the proper signal for course change (one short blast for A/C to starboard and two short blasts for A/C to port).

(d) If permitted/required to maneuver and/or signal,

AR00052

— when may and/or shall you do so, what
— maneuver will you execute and what signal(s), if any,
may/shall you give and when will you do so?
I will alter course substantially early to
avoid risk of collision and greatly enough so it
becomes clearly apparent to the other vessel that
I have taken action to avoid collision. I will
— also give the same sound signals as stated
in part (c).

(e) Sketch the encounter as per instructions above.
— See sketch pad sheet attached.

AR00053



AR00054

10. Crossing Situation. Sketch (a north-up plan or bird's eye view) and write a description and your analysis of a "Crossing Situation" (as defined in Rule 15) which occurred on COLREGS waters in which your ship is the GIVE-WAY vessel. (Note: A "Crossing Situation" exists only if both vessels are POVs; encounters with other categories of vessels, such as a vessels engaged in fishing, do not constitute a "Crossing Situation".)

In your written analysis be sure to include:

(a) the types, magnitude and times of any bearings taken;

(b) a description of the navigation lights sighted on other vessel;

(c) the relative bearings of the two vessels as the encounter evolved;

See description below for parts (a) (b) and (c).


1845: Vessel in position latitude 41-05.8 N, longitude 072-21.1 W on course 218° T, at a speed of 3.8 kts circling Shelter Island. Radar contact bearing 251° T at 2.2 nm, with a visual bearing of 031° relative on starboard bow. AIS shows the contact is a small passenger vessel, one of the Shelter Island ferries on course 168° T, speed at 0.8 kts and accelerating quickly with a CPA of 0.08 nm. Vessel shows white masthead light and red side light that are visually apparent.

1847: Once it is determined that the vessel is continuing to make way across the channel

AR00055

we stop engines

1848: Hard left on the rudder is ordered as we come to a halt. The ferry contacts us on the VHF radio to ensure we are taking action to avoid them.

1856: Vessel has passed and is clear, we push ahead on the engine and make a hard right to come back to our course.

(d) a description of the sound signals required and given if any (if required but not sounded, why not?) Rule 34(a) states that two short blasts mean "I am altering course to port." The signal was not sounded as contact was made on the VHF radio, and there wasn't sufficient time for the signal to be made.

(e) a discussion of the encounter with the officer on watch; and
After discussing the encounter with the officer on watch, there were several points to consider. First, he made it clear that it isn't very common using sound signals when the VHF is readily apparent. Another factor to consider in this scenario was the lack of space in the area which required us to reduce speed. Another final note the officer made was how quickly this scenario occured and that you must remain vigilant to prevent a collision.

AR00056

(f) what, if anything, you might have done differently had you been the watch officer.

I would have made radio contact sooner, rather than waiting for them to contact me. Further, though the officer didn't feel it was necessary, I would have still made the proper sound signal as soon as I took action.

AR00057



AR00058



*MPO – PALMER HALL*

**U.S. MERCHANT MARINE ACADEMY**
*Office of Midshipman Personnel*
*KINGS POINT NY 11024-9891*

**FOURTH CLASS QUESTIONNAIRE:** TYPE or PRINT (very neatly), using **BLACK INK ONLY**, all information on this form. Do not abbreviate. **You must COMPLETE ALL QUESTIONS.** After completion, return questionnaire in the postage paid envelope marked MPO-Palmer Hall which is provided. Do not include forms from other departments in MPO return envelope.
********************************************************************************

→ John Bayard Hearn                    Male

↑↑↑**PRINT YOUR FULL NAME AS RECORDED ON BIRTH CERTIFICATE**↑↑↑     ↑ Sex     | Social Security Number

↑Full (Home of Record) Address, City – State – Zip Code          ↑Area Code – Home Number and/or Cell Number

Milford-DE-U.S.A. 5'10"   160   Brown   Hazel

↑Birth Date (MM/DD/YYYY)  ↑Place of Birth (City-State-Country)  ↑Height (Ft./In.)  ↑Weight (Pounds)  ↑Hair Color  ↑Eye Color

John N. Hearn                    Didara O. Hearn

↑Father's First & Last Name          ↑Mother's First & Last Name

↑Father's Address, City-State-Zip Code (if same as yours print same)     ↑Mother's Address, City-State-Zip Code (if same as yours print same)

(HOME)                    (HOME)

↑Area Code & Home and/or Cell Telephone Number          ↑Area Code & Home and/or Cell Telephone Number

Ship Captain                    N/A

↑Father's Occupation & (Area Code) Office Telephone Number     ↑Mother's Occupation & (Area Code) Office Telephone Number

↑Father's Home email address          ↑Mother's Home email address

Sussex Technical High School – Georgetown, DE   August/2009 to May/2013

↑Name of High School you attended - City & State     ↑Dates attended (MM/YYYY to MM/YYYY)

New Mexico Military Institute – Roswell, NM   August/2013 to May/2014

↑Name of College you attended - City & State     ↑Dates attended (MM/YYYY to MM/YYYY)

Lacrosse, Soccer, Key Club, Honor Society, Sailing, Martial Arts

↑List school activities you participated in (Teams, Clubs, etc.)

Sailing Instructor

↑Work Experience (Position's held)          ↑Military Experience or Training

Natalie J. Hearn, Sister,

↑Person to contact in an emergency if Parents are not available (Name - Relationship - Phone Number)

John N. Hearn, Father, 1979   Michael W. Hearn, Brother, 2011

↑List any Relatives who attended the USMMA (Name - Relationship - Year)

♪♪ None                    ♪♪ No

↑List any Musical Instruments you play          ↑Would you like to be in the Regimental Band?

1. If you are 18 years of age, it is MANDATORY that you register with the Selective Service. You can register on the Internet at WWW.SSS.GOV or apply at your local Post Office.

2. I authorize the United States Merchant Marine Academy to release any/all information to the Uniformed Services when required.

13 May 2014                    John B Hearn

↑**Today's Date**          ↑Signature
(4th)

AR00059





**Midshipman Record Card**
**Office of the Commandant**
**Kings Point, NY**

Date: 5/23/2017 8:12:47 AM
Page 1 of 3

Name : John Bayard Hearn            Social Security # :

Place of Birth : Milford DE  USA      Date of Birth :

Home Address :

High School Name & State : NEW MEXICO MILITARY INSTITUTE, NM



| Class Year | Major | Comp | Split | PO Box | Sex | Height | Weight | Hair Color | Eye Color | Phone1 | Mobile Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | Marine Transportation | 1 | A | 0131 | Male | 71 | 170 | Brown | Hazel | | |

| Status Date | Status |
|---|---|
| 07/02/2014 | Assigned to Fourth Class |
| 10/30/2015 | Assigned to Sea Duty |
| 10/30/2015 | |
| 03/13/2016 | Returned from Sea Duty |
| 07/15/2016 | Academic leave pending setback to 2019 |
| 12/13/2016 | Split Group Change from A to 2 special sailor |
| 12/15/2016 | Returned from leave status for sea duty pending setback |
| 03/12/2017 | Returned to the Academy for T3; Setback to the Class of 2019 A Split |
| 05/17/2017 | Academic Disenrollment |

**Midshipman Contacts:**

| Contact Type | Contact Name | Address | Phone 1 | Mobile Phone | Job Title |
|---|---|---|---|---|---|
| Congress Senate | Christopher A Coons | 500 West Loockerman Street Dover DE 19904 USA | 302-736-5601 | | |
| Assistant | Desiree Burritt | 500 West Loockerman Street Dover DE 19904 USA | 302-736-5601 | | |

AR00060





**Midshipman Record Card**
**Office of the Commandant**
**Kings Point, NY**

Date: 5/23/2017 8:12:47 AM
Page 2 of 3

| | | | | | |
|---|---|---|---|---|---|
| Congress House | John  Carney | 233 North King Street | (302) 691-7333 | | |
| | | Wilmington DE 19801 USA | | | |
| Assistant | Kristy Huxhold | 233 North King Street | 302-691-7333 | | |
| | | Wilmington DE 19801 USA | | | |
| Rep | Patrick  Beebe | 108 Cornwall Road Rehoboth Beach DE 19971 USA | 302-645-5398 | | |
| Mother | Didara  Hearn | 8 DeBraak Landing Lewes DE 19958 | 302-645-2528 | 302-344-2857 | |
| Father | John N. Hearn | 8 DeBraak Landing Lewes DE 19958 | (302) 645-2528 | (302) 344-2858 | Ship Captain |
| Emergency | Natalie  Hearn | | (302) 344-7868 | | |

**Conduct Grades:**

| | 1st Term Demerits | 1st Term Grade | 2nd Term Demerits | 2nd Term Grade | 3rd Term Demerits | 3rd Term Grade | Totals |
|---|---|---|---|---|---|---|---|
| 2014-2015 | 0 | A | 0 | A | 0 | A | 0 |
| 2015-2016 | 0 | A | 100 | F | 0 | A | 100 |

**Conduct Record (Date & Details) :**

## No records found

**Sea Year Assignments :**

| Vessel Name | Date Assigned | Date Detached |
|---|---|---|
| LIBERATOR | 7/11/2014 12:00:00 AM | 7/11/2014 12:00:00 AM |
| CAPE RISE (AKR 9678) | 11/11/2015 12:00:00 AM | 12/4/2015 12:00:00 AM |
| MAERSK KENTUCKY | 12/5/2015 12:00:00 AM | 12/18/2015 12:00:00 AM |
| KINGS POINTER | 1/26/2016 12:00:00 AM | 1/29/2016 12:00:00 AM |






**Midshipman Record Card**
**Office of the Commandant**
**Kings Point, NY**

Date: 5/23/2017 8:12:47 AM
Page 3 of 3

| Vessel Name | Date Assigned | Date Detached |
|---|---|---|
| MARJORIE C | 2/1/2016 12:00:00 AM | 3/7/2016 12:00:00 AM |
| KINGS POINTER | 6/18/2016 12:00:00 AM | 6/25/2016 12:00:00 AM |
| KINGS POINTER | 1/3/2017 12:00:00 AM | 2/1/2017 12:00:00 AM |
| KINGS POINTER | 3/4/2017 12:00:00 AM | 3/11/2017 12:00:00 AM |

| Activities/Interests | Officer Assignment |
|---|---|

Current Officer Assignments: N/A

Commendations: N/A

AR00062



UNITED STATES MERCHANT MARINE ACADEMY
OFFICE OF THE COMMANDANT OF MIDSHIPMEN
300 STEAMBOAT ROAD
KINGS POINT NEW YORK 11024-9891

Date:   May 19, 2017

From:   Superintendent
        U.S. Merchant Marine Academy
        Kings Point, New York 11024-1699

To:     Midshipman:  **JOHN B. HEARN:**

Subject:  **ACADEMIC DISENROLLMENT** -- CLASS OF **2019**

Your **ACADEMIC DISENROLLMENT** is hereby official.

The records of the U.S. Merchant Marine Academy will indicate that you were appointed a

Midshipman, USMMA Regiment of Midshipmen on **July 02, 2014** and you were officially

disenrolled on **May 17, 2017.**

MIKEL E. STROUD
Captain, USMS
Commandant of Midshipmen
By direction of

cc:   Officer-in-Charge, Dept. of Naval Science USMMA
      DOT MARAD (Danielle Bennett)
      Midshipman's Personnel Jacket

AR00063



UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK

PRELIMINARY ACADEMIC DISENROLLMENT INFORMATION

INSTRUCTIONS:  Midshipman must obtain the signatures listed below and
Return this form to the Midshipman Personnel Officer.

MIDSHIPMEN: _John_____ _B._____ _Hearn_____
            First Name      Middle Initial   Last Name

CLASS/COMPANY: 2019-1st   SOCIAL SECURITY NUMBER ███████████

MIDSHIPMEN CERTIFICATION:  This is to certify that I have notified my parents
or guardian by the following means of communication, of my DISENROLLMENT from
the U.S. Merchant Marine Academy:

( ) Telephone        ( ) Letter        (✓) Personally

**PLEASE NOTE:  YOU HAVE 48 HOURS TO COMPLETE THE DISENROLLMENT PROCESS!!!**

18 MAY 2017    0635       _John B. H_____
Date           Time       Signature of Midshipman

OBTAIN THE FOLLOWING SIGNATURES:

1.  DEPUTY COMMANDANT (Palmer Hall) _____

2.  ASSISTANT DEAN (Wiley Hall) _____  5/22/17

3.  ADMISSIONS (Vickery Gate) _____

4.  CHAPLAIN (Mariners Chapel) _____

(DISPRE)

AR00064

UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK
ACADEMIC DISENROLLMENT CHECK-OFF SHEET

YOU HAVE 48 HOURS TO COMPLETE
THIS DISENROLLMENT
Time Started: _0635_

MIDSHIPMAN: _John_ _B._ _Hearn_ _2019-1ˢᵗ_
              First Name    Initial    Last Name    Class/Company
HOME ADDRESS: ▮▮▮▮  ▮▮▮▮       ▮▮▮▮    ▮▮▮▮▮▮
              Number    Street              City/State/Zip Code

"I have sustained no disability or physical impairment of any nature during
My active service with the U.S. Merchant Marine Academy except as follows:

_N/A_                                                          "

_5/18/17_                          _John B. Id_____
Date                              Signature of Midshipman

*******************************************************************
*******************************************************************
PATTEN HEALTH SERVICES CLINIC        *PLEASE RETURN SHOT RECORD TO MIDSHIPMAN*
_Ben Epstein MD_  _5/18/17_       _DC Sr_        _5.18.2017_
Chief Medical Officer             Head, Dept. of Health Services

_[signature]_  _05/18/17_
Head Counseling Services

*******************************************************************
_[signature]_  _5/22/17_        _[signature]_  _22May17_
Computer Service Center  O Deck Samuels   Shipboard Training     Furuseth Hall
_[signature]_  _5-22-17_                               _5-22-17_
Uniform/Varsity Shop*   O Deck Delano    Linen Locker  (GSK) Fitch Building
_[signature]_  _5-22-17_        _Mike Lyons_  _5/22/17_
Text Book Store         O Deck Rogers    Mail Room              O Deck Jones
                                         _[signature]_  _5/22/17_
Admissions (Loan Fund)   Vickery Gate    Waterfront Activities Center
                                         _[signature] M. Rue_
                                         Regimental Drill & Ceremonies Officer
_E. A. Mucci_  _05/22/17_                Rifle turn in          (RDCO)
Marine Transportation    Bowditch Hall
_Nephew_  _05/22/17_             _[signature]_  _5/22/17_
Engineering             Fulton Hall      Regimental Section March Officer (RSWO)
_for Mark Naum(y)_  _5/22/17_                          _5-22-17_
Math & Science          Fulton Hall      Public Safety          Furuseth Hall
_[signature]_  _5/22/17_                 (Return Gov't License)
Library                 Bland Library
_[signature]_ ID rec'd  _5/22/17_  *************************************
Physical Ed. & Athletics  O'Hara Hall    THE FOLLOWING SIGNATURES ARE TO BE
_[signature]_  _5/22/17_        OBTAINED LAST:
Naval Science           Furuseth Hall
                                                       _5-22-17_
*You MUST RETURN all UNIFORMS          Pay Accounts Office    Furuseth Hall
                                         _Michael Pinto_  _5/22/17_
                                         Travel Section         Furuseth Hall
                                         _[signature]_
                                         Company Officer

Academy ID _18077_              Registrar              Wiley Hall
MMD _5564980_
                                Midshipmen Personnel    Palmer Hall
                                (Return this completed sheet along   Room 1106
                                 with your ID card and Z card)

(disform)                                              AR00065

UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK
ACADEMIC DISENROLLMENT CHECK-OFF SHEET

YOU HAVE 48 HOURS TO COMPLETE
THIS DISENROLLMENT
Time Started: __0635__

MIDSHIPMAN: _John_ _B._ _Hearn_ _2019 - 1st_

| First Name | Initial | Last Name | Class/Company |

HOME ADDRESS: ▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮▮

| Number | Street | | City/State/Zip Code |

"I have sustained no disability or physical impairment of any nature during
My active service with the U.S. Merchant Marine Academy except as follows:

__N/A__ "

__5/18/17__                     _____
Date                          Signature of Midshipman

********************************************************************
********************************************************************

PATTEN HEALTH SERVICES CLINIC    *PLEASE RETURN SHOT RECORD TO MIDSHIPMAN*

_____ 5/18/17      _____ 5.18.2017
Chief Medical Officer      Head, Dept. of Health Services

_____ 05/10/(17)
Head Counseling Services

********************************************************************

_____ 5/22/17        _____ 22may17
Computer Service Center  0 Deck Samuels    Shipboard Training    Furuseth Hall
_____ 5-22-17        _____ 5-22-17
Uniform/Varsity Shop*    0 Deck Delano     Linen Locker  (GSK) Fitch Building
_____ 5-22-17        _____ 5/22/17
Textbook Store           0 Deck Rogers     Mail Room           0 Deck Jones
                                            _____ 5/22/17
Admissions (Loan Fund)   Vickery Gate      Waterfront Activities Center

                                            _____ M. Rice
_E. A. Mucci_  05/22/17     Regimental Drill & Ceremonies Officer
Marine Transportation   Bowditch Hall      Rifle turn in       (RDCO)
_____ 05/22/17
Engineering             Fulton Hall        _____ 5/22/17
_for Mark R Noewg_ 5/22/17  Regimental Senior Watch Officer (RSWO)
Math & Science          Fulton Hall        _____ 5-22-17
_____              Public Safety    Furuseth Hall
Library                 Bland Library     (Return Gov't License)
_____ 5/22/17
Physical Ed. & Athletics  O'Hara Hall     ****THE FOLLOWING SIGNATURES ARE TO BE
_____ ID rec'd 5/22/17  OBTAINED LAST:
Naval Science           Furuseth Hall
                                            _____ 5-22-17
                                            Pay Accounts Office  Furuseth Hall
*You MUST RETURN all UNIFORMS               _Michael Pinto_ 5/22/17
                                            Travel Section      Furuseth Hall

                                            _____ 5/22/17
                                            Company Officer
Academy ID 18077                            _____ 5/22/17
MMD 3564980                                 Registrar            Wiley Hall
                                            _Diana Gill_ 5/22/17
                                            Midshipman Personnel  Palmer Hall
                                            (Return this completed sheet along  Room 1106
                                            with your ID card and Z card)

(disform)                                              AR00066

**Reilly, Virginia**

| | |
|---|---|
| **From:** | Taha, Dianne |
| **Sent:** | Wednesday, May 17, 2017 3:20 PM |
| **To:** | Reilly, Virginia; Lisa Jerry, Registrar; Widelo, Maribeth; Aberger, Antoinette |
| **Subject:** | Hearn '19 |

All,

Hearn, John was disenrolled after an academic appeal.

Dianne Taha

1

AR00067

Name:       M/N John Hearn

Class:      2019-A (Setback)

Major:      Marine Transportation

Cum. GPA:   2.495          Term GPA:   0.0

> **BUSINESS HOLD FOR UNPAID FEES**

| Previous Deficient Terms: | | |
|---|---|---|
| Term | Status | Reason |
| AY 2015 – Term 3 | RFD/ Academic Probation | Received "F" in MATH210 Prob. Stat. and received an "F" in NAUT125 Ter. Nav 2. Result was academic probation and went to Summer School 2015. Repeated both courses in summer school and received "B–" in MATH210 and a "C+" in NAUT125. |
| AY 2016 – Term 2A | RFD/ Continued Academic Probation | Received "F" in NPRJ225 Ship Structure and an "F" in NPRJ235 Navigation Law 1.   Repeated both courses during AY 2017 T2A 1 received a "NG" in NPRJ225 Ship Structure and an "F" in NPRJ235 Navigation Law 1 *(repeat failure)*. |
| AY 2016 – Term 3 | RFD/ Setback | Received "F" in NAUT230 Navigation Law. Currently enrolled currently in NAUT230. |

| Academic Deficiencies:  Term 2 A | |
|---|---|
| Course: | NPRJ 235 Navigation Law |
| Grade: | F |
| Remarks: | Exam: 78%   Project: 53.3% - Part 1 -- Non-submit, which only required re-writing the Rules of the Road. Part 2 was 80% |
| Course: | NPRJ 225 Ships Structure and Stability |
| Grade: | NG |
| Remarks: | Per PDCS, was not able to obtain vessel to accommodate. |

| Outstanding Course Work: | NPRJ 225 Ships Structure and Stability, NPRJ 235 Navigation Law 1, NAUT230 Navigation Law *(currently taking)* |
|---|---|

| Comments: | |
|---|---|
| Dean | |
| PDCS | (See attached) |
| PE&A | N/A |
| ACE | Student RFD'ed for fourth time and his third term in succession. Was retained after the Sea year ARB and was Setback in T3 AY 2016. Student was working with LT Boyle and myself while enrolled and during setback, but during his sea time and upon return has had little to no contact with me. |
| CMDT | Previously had alcohol offense at sea during first sailing.  Not particularly outstanding! |

| ARB RESULTS:     DISENROLL |
|---|
| VOTES:<br>7 – Disenroll<br>3 - Abstained |

AR00068



**Reilly, Virginia**

| | |
|---|---|
| **From:** | Stroud, CAPT Mikel |
| **Sent:** | Thursday, May 18, 2017 8:52 AM |
| **To:** | 2018Hearn, John |
| **Cc:** | DeJean, Preston; McCarthy, CDR Andrew; Reilly, Virginia |
| **Subject:** | APPEAL OF YOUR APPEAL |

M/N Hearn,

   Per your request this morning I approached the Dean and Superintendent about your thought that you can Appeal your Appeal. This is not an option as you the right to appeal and you have used that appeal yesterday. I will need you to report to Mrs. Reilly's office and start your out processing paperwork. We should plan for you to be completed and off Academy grounds by COB this Friday 19 May 17.
CAPT Stroud
Commandant of Midshipmen

1

AR00069

UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK 11024-1699
OFFICE OF THE COMMANDANT

From:  MIKEL E. STROUD, Captain, USMS
       Commandant of Midshipmen

To:  TRAVEL SECTION

Re:  Midshipman  JOHN HEARN  of Class of 2019

Travel Order Number:  ___DST1750 20___

Social Security Number:  _____

Detachment date:  ___5-19-17___

Approval for such travel is authorized by the Superintendent, U.S. Merchant Marine Academy in accordance with Maritime Administrative Order 350-1.

## *ACADEMY TRAVEL REIMBURSEMENT:*

Subject midshipman has been informed that he/she is to be reimbursed for travel expense from the U.S. Merchant Marine Academy, Kings Point, New York to his home of record. The cost of such trip will not exceed the cost of common carrier.

## *SEA YEAR PORT REIMBURSEMENT:*

Subject midshipman has been informed that he/she is to be reimbursed for travel expense from the port of _____ , to his/her home of record. The cost of such trip will not exceed the cost of common carrier.

MILEAGE: _____

AIR FARE: _____

OTHER: _____

AMOUNT: _____

AUDITOR: _____

FUND CONTROL OFFICER: _____

*************************************************************************

AR00070

  

UNITED STATES MERCHANT MARINE ACADEMY
OFFICE OF THE COMMANDANT OF MIDSHIPMEN
300 STEAMBOAT ROAD
KINGS POINT NEW YORK 11024-9891

## Leave of Absence Information Update/Information Necessary to Update Security Questionnaire

To the Returning Midshipman:

As you prepare to return to the United States Merchant Marine Academy, you must update important security information.   Please answer all questions fully and accurately and return the completed forms with your orders to Office of the Commandant.

MIDN Name: _John B. Hearn_____    Date: _16 MAR 2017_

Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Telephone:  (home) ▓▓▓▓▓ (cell) ▓▓▓▓▓ (fax) _____
(e-mail) ▓▓▓▓▓▓▓▓ @ usmma.edu  DOB: ▓▓▓▓

*For the following items, report information regardless of whether the record in your case has been "sealed" or otherwise stricken from the court record unless the court issued an expungement order under the authority of 21 U.S.C. 844 or 18 U.S.C. 3607.*

1. During your leave, were you charged with or convicted of any felony offense, or any firearms or explosives offense or any offense(s) related to alcohol or drugs?
                    Yes: _____            No: _✓_
2. Are there currently any charges pending against you for any criminal offense?
                    Yes: _____            No: _✓_
3. During your leave, were you arrested for, charged with, or convicted of any offense(s) not listed in your response to 1 or 2 above?  (Leave out traffic fines of less than $150 unless the violation was alcohol or drug related).
            Yes: _____            No: _✓_
4. If you answered "Yes" to either 1, 2, or 3, please explain below.  Under "Offense" do not list specific penalty codes, list the actual offense or violation (for example, arson, theft, etc.).

Action Taken: _____ For Offense: _____ Month/Year: _____
Law Enforcement Authority/Court
(Include City, County, State and Zip Code.  Include Country if outside U.S.):

_____

Certification that my answers are true
My statements on this form, and any attachments to it, are true, complete and correct to the best of my knowledge and belief and are made in good faith.  I understand that a knowing and willful false statement on this form can adversely affect my application to USMMA.

Signature (sign in ink): _John B. H_____

Date: _16 MAR 2017_

AR00071

 

UNITED STATES MERCHANT MARINE ACADEMY
OFFICE OF THE COMMANDANT OF MIDSHIPMEN
300 STEAMBOAT ROAD
KINGS POINT NEW YORK 11024-9891

### MIDSHIPMAN PERSONNEL OFFICE

Date: March 8, 2017

Dear Midshipman JOHN B. HEARN:

You are hereby directed to report to the U.S. Merchant Marine Academy by 1800 hours,

March 12, 2017, to resume classes with the Class of 2019. Report with your complement

of issued uniforms. Unless there is good reason, articles which you do not have, will be replaced

at *your own expense.*

 **YOU ARE DIRECTED TO REPORT TO THE OFFICE OF MIDSHIPMAN**

**PERSONNEL/COMMANDANT (located in Palmer Hall- Room 1119) the next day,**

to confirm your return and that you have in your possession your

USCG Merchant Mariner's Credential Sailing Document and TWIC Card.    You

will then report to the Department of Naval Science.

**Please sign one copy and return via email**  or fax it to (516) 773-5717 to signify your

acceptance of these orders IMMEDIATELY.

In addition, you must complete the enclosed Leave of Absence Information Update and include

it with your signed orders.  If you are **not planning to return,** you must **notify Midshipman**

**Personnel** before that date via mail or fax.

*MIKEL E. STROUD*
Captain, USMS
Commandant of Midshipmen (acting)
By direction of

This is to acknowledge receipt of the above orders.

_____ Signature of Midshipman

Date: 16 MAR 2017

AR00072



UNITED STATES MERCHANT MARINE ACADEMY
OFFICE OF THE COMMANDANT OF MIDSHIPMEN
300 STEAMBOAT ROAD
KINGS POINT NEW YORK 11024-9891

<u>MIDSHIPMAN PERSONNEL OFFICE</u>

Date: <u>November 17, 2016</u>    **"ORDERS TO RETURN"**

Dear Midshipman **JOHN B. HEARN**:

You are hereby directed to report to the U.S. Merchant Marine Academy by 1200 on

<u>Thursday, December 15, 2016</u> to complete all requirements necessary to clear for sea duty.

Report with your complement of issued uniforms and gear necessary for Sea Year.  Unless there

is good reason, articles which you do not have, will be replaced at *your own expense*.

***Report to the Commandant's Office/Midshipman Personnel on the day of your return,*** to

confirm your return, and that you have in your possession your  TWIC and U.S. Coast Guard

Merchant Mariner's Sailing Document.  You will then report to the <u>Department of</u>

<u>Health Services Patten Hall</u> to complete your medical clearance.  After that, you will report

to the <u>Department of Shipboard Training</u>.

**Please sign one copy of these orders and return in the enclosed envelope, or fax to**

516-773-5717 to signify your acceptance.  You have already provided this office with your signed

Leave of Absence Information Update.

<u>**If you are not planning to return, please notify Midshipman Personnel at 516-726-6179.**</u>

*Virginia Reilly*
*MIKEL E. STROUD*  for
Captain, USMS
Commandant of Midshipmen (Acting)
By direction of

This is to acknowledge receipt of the above orders.

_____   11/19/2016
Signature of Midshipman        Date

cc: Head, Department of Shipboard Training

AR00073

 

**UNITED STATES MERCHANT MARINE ACADEMY**
OFFICE OF THE COMMANDANT OF MIDSHIPMEN
300 STEAMBOAT ROAD
KINGS POINT NEW YORK 11024-9891

## Leave of Absence Information Update/Information Necessary to Update Security Questionnaire

To the Returning Midshipman:

As you prepare to return to the United States Merchant Marine Academy, you must update important security information.   Please answer all questions fully and accurately and return the completed forms with your orders to Office of the Commandant.

MIDN Name: _John B. Hearn_     Date: _11/19/2016_

Address: ████████████████████

████████████████████

Telephone: (home)████████ (cell)███████████(fax)_____

(e-████████ DOB: ███ ██████

████████

*For the following items, report information regardless of whether the record in your case has been "sealed" or otherwise stricken from the court record unless the court issued an expungement order under the authority of 21 U.S.C. 844 or 18 U.S.C. 3607.*

1. During your leave, were you charged with or convicted of any felony offense, or any firearms or explosives offense or any offense(s) related to alcohol or drugs?
Yes: _____     No: _✓_
2. Are there currently any charges pending against you for any criminal offense?
Yes: _____     No: _✓_
3. During your leave, were you arrested for, charged with, or convicted of any offense(s) not listed in your response to 1 or 2 above?  (Leave out traffic fines of less than $150 unless the violation was alcohol or drug related).
Yes: _____     No: _✓_
4. If you answered "Yes" to either 1, 2, or 3, please explain below.  Under "Offense" do not list specific penalty codes, list the actual offence or violation (for example, arson, theft, etc.).

Action Taken: _____ For Offense: _____ Month/Year: _____
Law Enforcement Authority/Court
(Include City, County, State and Zip Code.  Include Country if outside U.S.):

_____

**Certification that my answers are true**
My statements on this form, and any attachments to it, are true, complete and correct to the best of my knowledge and belief and are made in good faith.  I understand that a knowing and willful false statement on this form can adversely affect my application to USMMA.

Signature (sign in ink): _John B. Hearn_

Date: _11/19/2016_

AR00074



UNITED STATES MERCHANT MARINE ACADEMY
OFFICE OF THE COMMANDANT OF MIDSHIPMEN
300 STEAMBOAT ROAD
KINGS POINT NEW YORK 11024-9891

<u>MIDSHIPMAN PERSONNEL OFFICE</u>

Date: <u>November 17, 2016</u>     **"ORDERS TO RETURN"**

Dear Midshipman **JOHN B. HEARN:**

You are hereby directed to report to the U.S. Merchant Marine Academy by 1200 on

<u>Thursday, December 15, 2016</u> to complete all requirements necessary to clear for sea duty.

Report with your complement of issued uniforms and gear necessary for Sea Year.  Unless there

is good reason, articles which you do not have, will be replaced at *<u>your own expense</u>.*

***<u>Report to the Commandant's Office/Midshipman Personnel on the day of your return,</u>*** to

confirm your return, and that you have in your possession your TWIC and U.S. Coast Guard

Merchant Mariner's Sailing Document.  You will then report to the <u>Department of</u>

<u>Health Services Patten Hall</u> to complete your medical clearance.  After that, you will report

to the <u>Department of Shipboard Training</u>.

**Please sign one copy of these orders and return in the enclosed envelope,** or fax to

516-773-5717 to signify your acceptance.  You have already provided this office with your signed

Leave of Absence Information Update.

<u>**If you are not planning to return, please notify Midshipman Personnel at 516-726-6179.**</u>

*MIKEL E. STROUD*
Captain, USMS
Commandant of Midshipmen (Acting)
By direction of

This is to acknowledge receipt of the above orders.

_____     _____
Signature of Midshipman                    Date

cc: Head, Department of Shipboard Training

AR00075

**Reilly, Virginia**

| | |
|---|---|
| **From:** | Albert, CAPT Gene E. R. |
| **Sent:** | Thursday, November 17, 2016 11:11 AM |
| **To:** | Taha, Dianne; Reilly, Virginia |
| **Subject:** | RE: John Hearn |

Ginny

I agree with return date to get him prepared for sea year.

Regards

Gene

CAPT Eugene Albert KP'79, Master Mariner
Department Head, PDGS – Shipboard Training
United States Merchant Marine Academy
Kings Point, NY 11024-1699
tel: 516.726.5821
albertg@usmma.edu

**From:** Taha, Dianne
**Sent:** Thursday, November 17, 2016 10:47 AM
**To:** Reilly, Virginia <ReillyV@USMMA.EDU>; Albert, CAPT Gene E. R. <AlbertG@USMMA.EDU>
**Subject:** RE: John Hearn

I defer to Gene Albert, as the circumstances of the stand-down may have changed that directive.

Dianne

**From:** Reilly, Virginia
**Sent:** Thursday, November 17, 2016 10:06 AM
**To:** Taha, Dianne <TahaD@USMMA.EDU>; Albert, CAPT Gene E. R. <AlbertG@USMMA.EDU>
**Subject:** John Hearn
**Importance:** High

According to his TOP, John Hearn (2018) is scheduled to receive orders to return to clear for sea duty on or about Dec. 15, 2016.

Please confirm if my office should issue orders for him to return.

Ginny

*Virginia A. Reilly*
Midshipman Personnel Officer
Office of the Commandant

1

AR00076

U.S. Merchant Marine Academy
300 Steamboat Rd.
Kings Point, New York 11024-1198
Phone: (516) 726-6179
Fax: (516) 773-5717
Email: reillyv@usmma.edu

AR00077



**SUPERINTENDENT**
**UNITED STATES MERCHANT MARINE ACADEMY**
KINGS POINT, NEW YORK 11024-1699

Midshipman John Hearn                                                         July 12, 2016
Class of 2018
Marine Transportation

## TERMS OF PROBATION

MIDN Hearn:

After a careful review of your academic record, I have accepted the recommendation of the Academic Review Board and the Interim Academic Dean that you be placed on Probationary Setback/Leave of Absence status. The terms of your probation are as follows:

1. You must take 12 academic credits at another accredited institution, as discussed in your phone conversation with the Assistant Dean. The courses must be pre-approved by Academy department heads and must be eligible for exemption from Academy courses. You must earn a grade $\geq$ C in each course to qualify for the exemptions.
2. You must arrange to have an official transcript sent from the Registrar at the other institution to the Academy Registrar. The transcript must be received by 15 January, 2017.
3. While final clearance for the probationary setback is pending, you will receive orders from the Commandant to come to the Academy on or about 15 December to clear for sea in order to repeat the two failed sea projects from the first sailing period.
4. If you meet condition 1 above, you will be set back to the Class of 2019 and return to repeat the third term of the third class year, T3-17.
5. You will remain on Academic Probation status through the end of the second sailing period: No Fs and QPA/CQPA $\geq$ 2.00
6. While on setback, you must assure that your Academy email account remains active. It is via this account that all Academy personnel will communicate with you. As there will be no reminder, you must remember to change your password every 55 days.
7. Failure to acknowledge receipt of, and sign, these terms of probation will not be deemed an excuse for failure to comply with the conditions set

Failure to meet condition 5, as outlined above, may result in disenrollment.

JAMES A. HELIS
Rear Admiral, USMS
Superintendent

cc: C, R, ADH, MPO, DACE

---

I have received and understand the terms of this letter. I understand that failure to accept or failure to comply with these terms may result in my academic disenrollment from USMMA.

Signed: _____                    Date: 7/21/16

AR00078



SUPERINTENDENT
UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT NEW YORK 11024-1699

Midshipman John Hearn                                                July 12, 2016
Class of 2018
Marine Transportation

**TERMS OF PROBATION**

MIDN Hearn:

After a careful review of your academic record, I have accepted the recommendation of the Academic Review Board and the Interim Academic Dean that you be placed on Probationary Setback/Leave of Absence status. The terms of your probation are as follows:

1. You must take 12 academic credits at another accredited institution, as discussed in your phone conversation with the Assistant Dean. The courses must be pre-approved by Academy department heads and must be eligible for exemption from Academy courses. You must earn a grade > C in each course to qualify for the exemptions.
2. You must arrange to have an official transcript sent from the Registrar at the other institution to the Academy Registrar The transcript must be received by 15 January, 2017.
3. While final clearance for the probationary setback is pending, you will receive orders from the Commandant to come to the Academy on or about 15 December to clear for sea in order to repeat the two failed sea projects from the first sailing period.
4. If you meet condition 1 above, you will be set back to the Class of 2019 and return to repeat the third term of the third class year, T3-17.
5. You will remain on Academic Probation status through the end of the second sailing period: No Fs and QPA/CQPA ≥ 2.00
6. While on setback, you must assure that your Academy email account remains active. It is via this account that all Academy personnel will communicate with you. As there will be no reminder, you must remember to change your password every 55 days.
7. Failure to acknowledge receipt of, and sign, these terms of probation will not be deemed an excuse for failure to comply with the conditions set

Failure to meet condition 5, as outlined above, may result in disenrollment.

JAMES A. HELIS
Rear Admiral, USMS
Superintendent

cc: C, R, ADH, MPO, DACE

_____

I have received and understand the terms of this letter. I understand that failure to accept or failure to comply with these terms may result in my academic disenrollment from USMMA.

Signed: _____          Date: _____

AR00079

**Reilly, Virginia**

| | |
|---|---|
| **From:** | Taha, Dianne |
| **Sent:** | Monday, June 27, 2016 12:24 PM |
| **To:** | Reilly, Virginia; Lisa Jerry, Registrar; Widelo, Maribeth; Aberger, Antoinette; Pilosi, Kathleen; Albert, CAPT Gene E. R. |
| **Subject:** | Fwd: Hearn RFD |

All,

HEARN is on immediate LOA, prob. setback to 2019, return 15 Dec. if prob.terms met, to repeat sea projects before returning for classes T3-17

Dianne


Begin forwarded message:

> **From:** "Taha, Dianne" <TahaD@USMMA.EDU>
> **Date:** June 27, 2016 at 12:12:38 PM EDT
> **To:** "2018Hearn, John" <John.Hearn.2018@midshipman.usmma.edu>
> **Subject: Re: Hearn RFD**
>
> Midn Hearn,
>
> You need to phone me on Thursday at 1000 to discuss the terms of your probation.
>
> Dean Taha
>
> On Jun 27, 2016, at 11:58 AM, 2018Hearn, John <John.Hearn.2018@midshipman.usmma.edu> wrote:
>
>> Dean Taha,
>>
>> Following a discussion with CDR Acquaro, I understand that there is opportunity for remedial academics and sea project completions. Therefore, I accept the decision to setback to the Class of 2019.
>>
>> Very respectfully,
>> M/N John Hearn 3/C
>> 1st Company CTO PO
>> 2018-A
>>
>> "All the adversity I've had in my life, all my troubles and obstacles, have strengthened me... You may not realize it when it happens, but a kick in the teeth may be the best thing in the world for you." -Walt Disney
>>
>> **From:** Taha, Dianne [TahaD@USMMA.EDU]
>> **Sent:** Thursday, June 23, 2016 11:12 AM
>> **To:** 2018Hearn, John

1

AR00080

**Cc:** Acquaro, Paul; Flynn, Cynthia
**Subject:** RE: Hearn RFD

Midn Hearn,

The Superintendent has accepted the recommendation of the Interim
Dean and ARB that you proceed on leave of absence and be put on
probationary setback status to the Class of 2019.

My understanding is that you will return aboar the TV/KPer on Sunday
26 June. You must respond to this email stating whether you accept these
terms, or if you intend to appeal the setback. You must respond to all in
this email by 1200 on Monday 27 June, and if you plan to appeal, you
must appear in person at the Office of the Superintendent to book the
appointment.

Dean Taha

**From:** Taha, Dianne
**Sent:** Monday, June 20, 2016 5:44 PM
**To:** 2018Hearn, John <John.Hearn.2018@midshipman.usmma.edu>
**Cc:** Acquaro, Paul <AcquaroP@USMMA.EDU>
**Subject:** Hearn RFD

Midn Hearn,

You have been referred for disenrollment to the Academic Review Board
due to one earned F, which constitutes a violation of the terms of
probation imposed after the first sailing period. The ARB will meet on
Wednesday, and you will be informed of its recommendation to the Supt.

Dean Taha

2

AR00081

 



**Midshipman Record Card**
**Office of the Commandant**
**Kings Point, NY**

Date: 6/20/2016 5:14:49 PM
Page 1 of 2

Name : John Bayard Hearn                    Social Security # : ▮▮▮▮▮▮

Place of Birth : Milford DE  USA             Date of Birth : ▮▮▮▮▮▮

Home Address : ▮▮▮▮▮▮▮  ▮▮▮▮▮▮

High School Name & State : NEW MEXICO MILITARY INSTITUTE

| Class Year | Major | Comp | Split | PO Box | Sex | Height | Weight | Hair Color | Eye Color | Phone1 | Mobile Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | Marine Transportation | 1 | A | 0131 | Male | 71 | 170 | Brown | Hazel | ▮▮▮▮ | ▮▮▮▮ |

| Status Date | Status |
|---|---|
| 07/02/2014 | Assigned to Fourth Class |
| 10/30/2015 | Assigned to Sea Duty |
| 10/30/2015 | |
| 03/13/2016 | Returned from Sea Duty |

Midshipman Contacts:

| Contact Type | Contact Name | Address | Phone 1 | Mobile Phone | Job Title |
|---|---|---|---|---|---|
| Congress Senate | Christopher A Coons | 500 West Loockerman Street<br><br>Dover DE 19904 USA | 302-736-5601 | | |
| Assistant | Desiree Burritt | 500 West Loockerman Street<br><br>Dover DE 19904 USA | 302-736-5601 | | |
| Congress House | John Carney | 233 North King Street<br><br>Wilmington DE 19801 USA | (302) 691-7333 | | |
| Assistant | Kristy Huxhold | 233 North King Street<br><br>Wilmington DE 19801 USA | 302-691-7333 | | |

AR00082





**Midshipman Record Card**
**Office of the Commandant**
**Kings Point, NY**

Date: 6/20/2016 5:14:49 PM
Page 2 of 2

| | | | | |
|---|---|---|---|---|
| Rep | Patrick Beebe | 108 Cornwall Road Rehoboth Beach DE 19971 USA | 302-645-5398 | |
| Mother | Didara Hearn | 8 DeBraak Landing Lewes DE 19958 | 302-645-2528 | 302-344-2857 |
| Father | John N. Hearn | 8 DeBraak Landing Lewes DE 19958 | (302) 645-2528 | (302) 344-2858  Ship Captain |
| Emergency | Natalie Hearn | | (302) 344-7868 | |

**Conduct Grades:**

| | 1st Term Demerits | 1st Term Grade | 2nd Term Demerits | 2nd Term Grade | 3rd Term Demerits | 3rd Term Grade | Totals |
|---|---|---|---|---|---|---|---|
| 2014-2015 | 0 | A | | | | | 0 |

**Conduct Record (Date & Details) :**

# No records found

**Sea Year Assignments :**

| Vessel Name | Date Assigned | Date Detached |
|---|---|---|
| LIBERATOR | 7/11/2014 12:00:00 AM | 7/11/2014 12:00:00 AM |
| CAPE RISE (AKR 9678) | 11/11/2015 12:00:00 AM | 12/4/2015 12:00:00 AM |
| MAERSK KENTUCKY | 12/5/2015 12:00:00 AM | 12/18/2015 12:00:00 AM |
| KINGS POINTER | 1/26/2016 12:00:00 AM | 1/29/2016 12:00:00 AM |
| MARJORIE C | 2/1/2016 12:00:00 AM | 3/7/2016 12:00:00 AM |

| Activities/Interests | Officer Assignment |
|---|---|

Current Officer Assignments: N/A

Commendations: N/A

Why not conduct Results

AR00083



SUPERINTENDENT
UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK 11024-1699

Midshipman John Hearn
Class of 2018
Maritime Logistics and Security

July 7, 2015

**TERMS OF PROBATION**

MIDN Hearn:

After a careful review of your academic record, I have accepted the recommendation of the Academic Board and Academic Dean that you be on Academic Probation status. The terms of your probation are as follows:

You will remain on Academic Probation status through the end summer school 2015: No Fs and QPA/CQPA ≥ 2.00. Any deficiency status will constitute a violation of terms, and will result in your being Referred for Disenrollment.

Failure to meet the conditions set herein may result in your disenrollment. I therefore urge you to dedicate yourself to successful completion of the USMMA program.

JAMES A. HELIS
Rear Admiral, USMS
Superintendent

cc: D, R, C, MPO, ADH, HDWF

I, hereby, acknowledge and understand the probationary terms set forth in this letter.

Signed: _____ Date: 9 July 2015

AR00084

 

 **UNITED STATES MERCHANT MARINE ACADEMY**
**KINGS POINT, NY** 

PRINT NAME:

_HEARN_        _John_        _B._

Student's Last Name        First Name        Middle Initial

**Voluntary Consent to Disclose Midshipmen Information under the Privacy Act of 1974, as amended, and to the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and Federal Educational Records Privacy Act of 1974 (FERPA) to the extent applicable by law.**

**PART A:** I hereby authorize the U.S. Merchant Marine Academy (USMMA) to release information contained in my official USMMA personnel, conduct, health, and academic records to the following individuals/groups/entities when deemed appropriate by the Academy:

__✓__ 1. My parents or legal guardian _and_ the Office of the Member of Congress who nominated me.

_____ 2. Only my parents or legal guardian.

_____ 3. Only the Office of the Member of Congress who nominated me.

_____ 4. Other (please describe, e.g., college, graduate school, employer, etc.).

       _____

__✓__ 5. When releasing information to parents, I authorize release to (check one)
       __✓__ Both Mother and Father OR ___ only my Mother OR ___ Only my Father

_____ 6. I do _not_ authorize release to the above individuals, entities, or groups.

I understand that this express permission to disclose information is applicable only while I remain a Midshipman at the U.S. Merchant Marine Academy and that I do not have to authorize the release of this information in order to attend the Academy. When my information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected by federal privacy rules. I can **withdraw permission at any time by notifying the Commandant of Midshipmen in writing.**

This statement is signed with full knowledge of my prerogatives under 42 CFR, Part 2 (Confidentiality of Alcohol and Drug Abuse Patient Records) and the Privacy Act of 1974, as amended (5 U.S.C. §552a) and its related regulations in 49 CFR Part 10.

**PART B:** I also hereby give my consent for the USMMA to provide directory information to include my name, home address, telephone number, email address, and parents' name(s) to the USMMA Alumni Association & Foundation and to the USMMA Parent's Association (including the Parents' Association State Chapters) for their use in furthering the purposes and objectives of their respective organizations.

__✓__ 1. I consent to release the information (described above) to the Alumni and Parents' Associations.

_____ 2. I do _not_ give my consent to release of directory information to the above organizations.

_20 JAN 2016_                 _John B. Hearn_

Date                             Signature of Midshipman

AR00085



U.S. Department
of Transportation
**Maritime
Administration**

# NOMINATION FOR THE
# UNITED STATES MERCHANT MARINE ACADEMY

## INSTRUCTIONS

After completion by the nominating authority the original and all copies of this form are to be returned to the Director of Admissions, U.S. Merchant Marine Academy, where after acceptance, copies will be distributed as noted at bottom of this form.

The copy marked "Congressional Copy" will be returned to the nominating authority.

DATE *(Day, Month and Year)*
31 / 1 /14

RETURN TO:

Director of Admissions
U.S. Merchant Marine Academy
Kings Point, New York  11024

NAME OF CANDIDATE *(Last name, First name, Middle name)*

Hearn, John B.

DATE OF BIRTH *(Day, Month and Year)*  ███ ██ ███

SOCIAL SECURITY NUMBER  ███ ██ ████

ADDRESS *(Number, Street, Town or City, State and Zip Code)*

███████████████████████

FOR ACADEMY USE ONLY

Congressional Code: _____

TELEPHONE NUMBER  ██ ████████

Resident Code: _____

TEMPORARY ADDRESS *(If any)*

I hereby nominate the above-named individual as a candidate for admission to the United States Merchant Marine Academy as Midshipman.

The nominee ( ✓ ) is ( ) is not a resident of my constituency, and, after due inquiry, I believe that he/she is in every respect qualified for appointment.

I understand that the Superintendent, United States Merchant Marine Academy will be informed of my candidate's nomination, and that I am his/her sponsor. The Superintendent will furnish the candidate with all necessary instructions regarding the competitive and physical examination.

I understand that the application records created for my candidate are subject to the Privacy Act of 1974 (5 U.S.C. 552a).

However, the fact of this nomination and this nomination form is considered to be public information by my office.

TYPE FULL NAME OF NOMINATING AUTHORITY AND CONGRESSIONAL DISTRICT

John C. Carney, Jr.    DE/AL

SIGNATURE OF NOMINATING AUTHORITY

*John C. Carney*

## SPACE BELOW FOR ACTION BY THE SUPERINTENDENT, USMMA

☐ NOMINATION ACCEPTED | DATE | APPROVAL

SUPERINTENDENT—USMMA
Form MA-423 (Rev. 9-02)

PART 1

(N) A

AR00086



U.S. Department
of Transportation

Maritime
Administration

**U.S. Merchant Marine Ac..emy**
*300 Steamboat Road, Kings Point, New York 11024-1699*

**CANDIDATE APPLICATION — PART I**

OMB No. 2133-0010




This collection of information is required to obtain benefits and will be used to determine the eligibility of respondents for admission to the U.S. Merchant Marine Academy. Public reporting burden is estimated to average five hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The U.S. Merchant Marine Academy does not consult or discuss any information with anyone not expressly designated by the candidate. Please note that an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The OMB control number for this information is 2133-0010. Send comments regarding this burden estimate or any other aspect of this information collection to the Maritime Administration, Office of Management and Administrative Services, 1200 New Jersey Avenue, SE, Room W28-302, Washington, DC 20590.

APPLICANT NAME: *(Last, First, Middle, and Suffix (Jr., Sr., II, III, IV))*

Hearn, John B

**SOCIAL SECURITY NO.**

[redacted]

**DATE OF BIRTH**

| Month | Day | Year |
|---|---|---|
| ○ January | | |
| ● February | | |
| ○ March | | |
| ○ April | | |
| ○ May | | |
| ○ June | | |
| ○ July | | |
| ○ August | | |
| ○ September | | |
| ○ October | | |
| ○ November | | |
| ○ December | | |

**SEX**

Male ○
Female ○

**RACE AND NATIONAL ORIGIN (OPTIONAL)**

○ American Indian/Alaskan Native
● Asian/Pacific Islander
○ Hispanic
○ Black, not of Hispanic origin
○ White, not of Hispanic origin

**CITIZENSHIP**

● U.S. Citizen    ○ Not a U.S. Citizen
Citizen of: _____

**PLACE OF BIRTH**

Milford, DE
*(City and State)*

**TELEPHONE NUMBER**

[redacted]

HOME ADDRESS: *(Street, City, County, State, and Zip Code)*

[redacted]

MAILING ADDRESS: ( If different than home address above) *(Street, City, County, State, and Zip Code)*

[redacted]

Your E-Mail Address:

[redacted]

| | Parent/Guardian's Name | Work Telephone No. (Area Code) | Home Telephone No. (Area Code) | |
|---|---|---|---|---|
| Father: | John Hearn | | [redacted] | Have you ever been a candidate for the USMMA? |
| Mother: | Didara · Hearn | | [redacted] | ● Yes    ○ No |
| Guardian: | | | | *If 'yes', when? (Year)* |
| | | | | 2013 |

Parent/Guardian's Address *(If different than applicant's permanent address)*

**ACADEMIC MAJOR**

○ Logistics and Intermodal Transportation
○ Marine Engineering
○ Marine Engineering Systems
○ Marine Engineering and Shipyard Management
● Marine Transportation
○ Maritime Operations and Technology
○ Dual License
○ Undecided

**FOLLOWING INFORMATION**

On entering USMMA in July, you will have completed:

| Yes | No | |
|---|---|---|
| ● | ○ | Trigonometry (at least 1 Semester)? |
| ● | ○ | Chemistry (with Lab)? |
| ● | ○ | Physics (with Lab)? |
| ● | ○ | Is your visual acuity 20/400 or better? |
| ● | ○ | Is your vision correctable to 20/20? |
| ○ | ● | Do you have a history of asthma? |
| ○ | ● | Do you have problems with color vision? |

Do you wish to be considered for Early Decision? *(Must apply by 1 November)*

● Yes    ○ No

N.B. Early Decision candidates agree to withdraw applications from all other institutions upon notification of unconditional appointment to USMMA.

NAME OF HIGH SCHOOL OR PREP SCHOOL YOU ATTENDED/ARE ATTENDING: *(Name, Address, City, State, and Zip Code)*

New Mexico Military Institute, 101 W. College Blvd., Roswell, NM, 8

DID YOU ATTEND COLLEGE OR PREP SCHOOL AFTER HIGH SCHOOL GRADUATION? *(If you did, list that school's name and state)*:

○ College
○ Prep

IF YOU ARE CURRENTLY IN THE MILITARY (Guard, Reserve or Active Duty), WHAT IS YOUR PAY GRADE: E - ① ② ③ ④ ⑤

AR00087

KP 2-65 (June 09)

*Continued on Reverse*

| SAT SCORES | | ACT SCORES | |
|---|---|---|---|
| VERBAL | MATH | ENGLISH | MATH |
| 0 | 0 | | |

**HIGH SCHOOL ACTIVITIES** — PARTICIPATION — VARSITY LETTER — INTEND TO PARTICIPATE IN COLLEGE

| Activity | Yes | No | One Year | More Than One Year | Yes | No |
|---|---|---|---|---|---|---|
| Baseball | ○ | ○ | ○ | ○ | ○ | ○ |
| Basketball | ○ | ○ | ○ | ○ | ○ | ○ |
| Crew | ○ | ○ | ○ | ○ | ○ | ○ |
| Cross-Country | ○ | ○ | ○ | ○ | ○ | ○ |
| Football | ○ | ○ | ○ | ○ | ○ | ○ |
| Golf | ○ | ○ | ○ | ○ | ○ | ○ |
| Lacrosse | ● | ○ | ○ | ○ | ○ | ○ |
| Pistol & Rifle | ○ | ○ | ○ | ○ | ○ | ○ |
| Sailing | ○ | ○ | ○ | ○ | ○ | ○ |
| Soccer | ● | ○ | ● | ○ | ○ | ○ |
| Softball | ○ | ○ | ○ | ○ | ○ | ○ |
| Swimming/Diving | ○ | ○ | ○ | ○ | ○ | ○ |
| Tennis | ○ | ○ | ○ | ○ | ○ | ○ |
| Track & Field | ○ | ○ | ○ | ○ | ○ | ○ |
| Water Polo | ○ | ○ | ○ | ○ | ○ | ○ |
| Wrestling | ○ | ○ | ○ | ○ | ○ | ○ |
| Volleyball | ○ | ○ | ● | ○ | ○ | ○ |
| Drill Team | ○ | ○ | ○ | ○ | ○ | ○ |
| Boy/Girl Scouts/Explorers/Campfire | ○ | ○ | | | ○ | ○ |
| Band/Orchestra/Chorus | ○ | ○ | | | ○ | ○ |
| Cheerleading | ○ | ○ | | | ○ | ○ |
| Newspaper/Yearbook | ○ | ○ | | | ○ | ○ |
| Other (specify) | ○ | ○ | | | ○ | ○ |

Other: Key Club

Height: 5'11"
Weight: 155 lbs

RANK IN CLASS: Top 5 / 10 / 20 / 30 / 40 / 50 Percent / Lower 50 Percent

YEAR OF HS GRADUATION: 2013

Have you served as Captain of an organized athletic team? ○ Yes ● No
Have you served in a High School Student Government position? ○ Yes ● No
Have you actively participated in community organizations such as Religious, Scouts, 4-H, Sea Cadets, Coast Guard Aux., Civil Air Patrol, etc.? ● Yes ○ No
Have you received special recognition such as Eagle/Gold Award, Boy's/Girl's State, Billy Mitchell Award, etc.? ○ Yes ● No
Have you worked at least 10 hours per week during the school year? ● Yes ○ No
Have you ever been rejected for any branch of the Armed Forces, ROTC, or Service Academy? ● Yes ○ No
Have you ever been arrested, indicted, or convicted of any violation of Civil or Military Law? ● Yes ✗ No

*APPLICATION DEADLINE IS MARCH 1*
*An Appointment will not be considered unless Parts 2 and 3 and the Biographical Essay are also completed and received by the above deadline.*

APPLICANT'S SIGNATURE: John B Kearn    DATE: 8/4/13

### Privacy Act Statement

In accordance with 5 USC 552a(e)(3), the following information is provided to you when supplying personal information to the Maritime Administration.

1. *Authority* which authorized the solicitation of the information: 46 App. USC 1295b and 1295g.

2. Principal *purpose(s)* for which information is intended to be used: The information is used to evaluate each applicant for an appointment to the U.S. Merchant Marine Academy.

3. The *routine uses* which may be made of the information: As background information on applicants for the selection process. To contact the applicant. The social security number is a basic identifier.

4. Whether or not *disclosure* of such information is mandatory or voluntary (required by law or optional) and the effects on the individual, if any, of not providing all or any part of the requested information: Disclosure of the information is voluntary, but the applicant will not be considered further if all information is not provided.

KP 2-65 (June 09)                                                    AR00088

OMB No. 2133-001

U.S. Department of Transportation
Maritime Administration

**U.S. Merchant Marine Academy**
*300 Steamboat Road, Kings Point, New York 11024-1699*

**CANDIDATE APPLICATION — PART II**

APPLICANT NAME: *(Last, First, Middle, and Suffix (Jr., Sr., II, III, IV))*

Hearn, John, Bayard

NOMINATION SOURCE(S): Indicate Name of U.S. Senator and/or Representative you:

☐ Applied to  Senator Coons, Congressman Carney

☐ Were Nominated by  ~~Senator Coons, Congressman Carney~~

Who was your Initial Source of Information about the U.S. Merchant Marine Academy?

☐ Academy Admissions Office ☐ Academy Faculty ☐ HS Coach ☑ Relative
☐ Academy Field Rep. or Alumni ☐ Congressional Office ☐ HS Counselor ☐ Other *(Identify)*
☐ Academy Athletic Coach ☐ Friend ☐ HS Faculty

If you have applied to any other U.S. Service Academies and/or any of the State Maritime Schools, please check the appropriate box(es) below:

☐ USAFA ☐ USMA ☐ California Maritime ☐ Maine Maritime ☐ New York (SUNY) Maritime
☐ USCGA ☐ USNA ☐ Great Lakes Maritime ☐ Massachusetts Maritime ☐ Texas (A&M) Maritime

*IDENTIFY ONLY THOSE ACTIVITIES IN WHICH YOU PARTICIPATED FROM GRADE 9 TO PRESENT.*

NON-ATHLETIC ACTIVITIES: (include work experience, clubs, hobbies, community service organizations, Naval Reserve Sea Cadets, Scouting, etc.)

| Activity | Special Achievement or Awards | Offices Held | Years |
|---|---|---|---|
| Maritime Day | Letter of Recognition | Board Member | 2013 |
| Habitat for Humanity | | ~~Volunteer~~ | 2013 |
| Annapolis Sailing School | Sailing Certification | | 2013 |
| ROTC PT | | Squad Leader | 2013 |

SCHOOL ATHLETIC ACTIVITIES:

| Activity | Number Varsity Awards | Position | Special Achievements | Years |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

AR00089

**BIOGRAPHICAL SKETCH/ESSAY:** (On a separate sheet ... er, give a biographical sketch of at least 200 but not more ... 400 words. It is suggested that you include your reasons for wishing to attend the Academy, a discussion of your curriculum preference, the development of your career into ... as a result of your high school classes, hobbies and activities, including any sailing experience, seaman's experience, and/or military experience.)

Have you ever visited the Academy?

☑ Yes    ☐ No    Plan To Visit (Date)

Indicate below the person(s) with whom the Admissions Office may disclose information regarding your candidacy

☑ Yes    ☐ No    Nominating Authority

☑ Yes    ☐ No    Parents/Guardian

☑ Yes    ☐ No    School Counselor/Principal

Other (Identify)

**CERTIFICATION OF APPLICANT:**

I understand that if I am appointed, after reporting to the Academy to begin the program, I must sign a *Service Obligation Contract* as set forth in the current official catalog.

I certify that the statements of dates, place of birth, citizenship, and all other information contained on Parts I and II of this application, are true and correct to the best of my knowledge. Knowingly providing false information may result in forfeiture of appointment to the Academy.

| Signature of Applicant | Date |
|---|---|
| *John B Dean* | 19 November 2013 |

**CERTIFICATION AND CONSENT OF PARENT/GUARDIAN**
(Not required if applicant has reached majority age of consent under the laws of his/her State of residence.)

I hereby consent to my son, daughter or ward's appointment as a midshipman to the U.S. Merchant Marine Academy should he/she become entitled to such appointment. I am aware and in agreement with their mandatory obligation to serve in the U.S. Merchant Marine and to seek and accept, if tendered, a commission in an armed force reserve and as set forth in the current catalog.

I certify that the statements of dates, place of birth, citizenship, and all other information contained on Parts I and II of this application, are true and correct to the best of my knowledge. Knowingly providing false information may result in forfeiture of appointment to the Academy

| Signature of Parent or Guardian | Date |
|---|---|
| *N/A* | |

*APPLICATION DEADLINE IS MARCH 1*
*An Appointment will not be considered unless Parts 1 and 3 and the Biographical Essay described above are also completed and received by the above deadline.*

**Privacy Act Statement**

In accordance with 5 USC 552a(e)(3), the following information is provided to you when supplying personal information to the Maritime Administration

1. *Authority* which authorized the solicitation of the information: 46 App. USC 1295b and 1295c.

2. *Principal purpose(s)* for which information is intended to be used: the information is used to evaluate each applicant for an appointment to the U.S. Merchant Marine Academy.

3. The *routine uses* which may be made of the information: As background information on applicants for the selection process. To contact the applicant. The social security number is a basic identifier.

4. Whether or not *disclosure* of such information is mandatory or voluntary (required by law or optional) and the effects on the individual, if any, of not providing all or any part of the requested information: Disclosure of the information is voluntary, but the applicant will not be considered further if all information is not provided

This collection of information is required to obtain benefits, and will be used to determine the eligibility of respondents for admission to the U.S. Merchant Marine Academy. Public reporting burden is estimated to average five hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The U.S. Merchant Marine Academy does not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The OMB control number for this collection is 2133-0010. Send comments regarding this burden estimate or any other aspect of this information collection to the Maritime Administration, Office of Management and Administrative Services, 1200 New Jersey Avenue, SE, Room W26-302, Washington, DC 20590

KP 2-65 (June 09)

Hearn, John B.

21 November 2013

USMMA Application Essay

Attending New Mexico Military Institute (N.M.M.I.) as a sponsored prep has helped prepare me better for the United States Merchant Marine Academy (U.S.M.M.A.) in a great way. There have been many great opportunities presented to me while at N.M.M.I. that have taught me a lot. From being a squad leader in my Military Science PT class, to learning basic rifle drill, to improving my study habits in the library it is clear that I have learned a lot in just one short year. One example is learning basic marching and drill commands. Having not been able to do JROTC in high school I had little knowledge of anything related to the military. In only a few short weeks however, I was able to execute the "Manual of Arms" flawlessly as well as march in step with no problem.  Another opportunity N.M.M.I. has presented to me is the chance to lead others in ways I never could have just under a year ago. I was selected to be a squad leader for my PT class taken with the ROTC students. My duties are to take accountability for my squad, take over as the Platoon Sergeant for the "Prep Platoon" if the Platoon Sergeant is absent, and help lead in various exercises. Through commitment and hard-work I have been able to take away a lot from my year so far at N.M.M.I. that I know will help me beyond preparing for U.S.M.M.A.

Word Count: 240

10 DEC 2013 10:55

AR00091



U.S. Department
of Transportation
Maritime
Administration

**NOMINATION FOR THE**
**UNITED STATES MERCHANT MARINE ACADEMY**

| INSTRUCTIONS | DATE (Day, Month, and Year) 31, 12, 2012 |
|---|---|

After completion by the nominating authority the original and all copies of this form are to be returned to the Director of Admissions, U.S. Merchant Marine Academy, where after acceptance, copies will be distributed as noted at bottom this form.
The copy marked "Congressional Copy" will be returned to the nominating authority.

RETURN TO:
Director of Admissions
U.S. Merchant Marine Academy
Kings Point, New York 11024

NAME OF CANDIDATE (Last name, First Name, Middle)

Hearn, John, Bayard

DATE OF BIRTH (Day, Month, Year) ███

SOCIAL SECURITY NUMBER ███

ADDRESS (Number, Street, Town or City, State and Zip Code)
███

**FOR ACADEMY USE ONLY**

Resident Code: _____

TEMPORARY ADDRESS (if any)
N/A

I hereby nominate the above named individual as a candidate for admission to the United States Merchant Marine Academy as Midshipman.

The nominee ( ✓ ) is ( ) is not a resident of my constituency, and, after due inquiry, I believe that he/she is in every respect qualified for appointment.

I understand that the Superintendent, United States Merchant Marine Academy will be informed of my candidate's nomination, and that I am his/her sponsor. The Superintendent will furnish the candidate with all necessary instructions regarding the competitive and physical examination.

I understand that the application records created for my candidate are subject to the Privacy Act of 1974 (5 U.S.C. 552a).

However, the fact of this nomination and this nomination form is considered to be public information by my office.

TYPE FULL NAME OF NOMINATING AUTHORITY AND CONGRESSIONAL DISTRICT
John C. Carney, Jr.   DE/AL

SIGNATURE OF NOMINATING AUTHORITY
*John C Carney*

**SPACE BELOW FOR ACTION BY THE SUPERINTENDENT, USMMA**

| ☑ Nomination Accepted | Date | Approval |
|---|---|---|

SUPERINTENDENT - USMMA
Form MA-423

AR00092

| U.S. Department of Transportation Maritime Administration | NOMINATION FOR THE UNITED STATES MERCHANT MARINE ACADEMY | |
|---|---|---|

| INSTRUCTIONS | DATE 1/7/2013 |
|---|---|
| After completion by the nominating authority the original and all copies of this form are to be returned to the Director of Admissions, U.S. Merchant Marine Academy, where after acceptance, copies will be distributed as noted at bottom of this form.<br><br>The copy marked "Congressional Copy" will be returned to the nominating authority. | RETURN TO:<br><br>Director of Admissions<br>U.S. Merchant Marine Academy<br>Kings Point, New York 11024 |

| NAME OF CANDIDATE *(Last name, First name, Middle name)* | DATE OF BIRTH *(Month, Day, and Year)* ▉ |
|---|---|
| Hearn, John, Bayard | SOCIAL SECURITY NUMBER ▉ |
| ADDRESS ▉ | FOR ACADEMY USE ONLY<br><br>Congressional Code- _____ |
| TELEPHONE NUMBER: ▉8 | Resident Code: _____ |

TEMPORARY ADDRESS *(if any)*

I hereby nominate the above-named individual as a candidate for admission to the United States Merchant Marine Academy as Midshipman.

The nominee is ☒ is not ☐ a resident of my constituency, and, after due inquiry, I believe that he/she is in every respect qualified for appointment.

I understand that the Superintendent, United States Merchant Marine Academy will be informed of my candidate's nomination, and that I am his/her sponsor. The Superintendent will furnish the candidate with all necessary instructions regarding the competitive and physical examination.

I understand that the application records created for my candidate are subject to the Privacy Act of 1974 (5 U.S.C. 552a). However, the fact of this nomination and this nomination form is considered to be public information by my office.

| FULL NAME OF NOMINATING AUTHORITY AND CONGRESSIONAL DISTRICT | SIGNATURE OF NOMINATING AUTHORITY |
|---|---|
| United States Senator Christopher A. Coons- Delaware At Large | *[signature]* |

SPACE BELOW FOR ACTION BY THE SUPERINTENDENT, USMMA

| | DATE | | APPROVAL |
|---|---|---|---|
| ☑ NOMINATION ACCEPTED | | | *[signature]* |

SUPERINTENDENT-USMMA
Form MA-423 (Rev. 8-96)

PART I

AR00093

H



**U.S. Department of Transportation**
**Maritime Administration**

**U.S. Merchant Marine Academy**
300 Steamboat Road, Kings Point, New York 11024-1699
**CANDIDATE APPLICATION — PART I**

OMB No. 2133-0010



This collection of information is required to obtain benefits and will be used to determine the eligibility of respondents for admission to the U.S. Merchant Marine Academy. Public reporting burden is estimated to average five hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The U.S. Merchant Marine Academy does not consult or discuss any information with anyone not expressly designated by the candidate. Please note that an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The OMB control number for this collection is 2133-0010. Send comments regarding this burden estimate or any aspect of this information collection to the Maritime Administration, Office of Management and Information Services, 400 Seventh Street, S.W., Room 7301, Washington, D.C. 20590.

APPLICANT NAME: *(Last, First, Middle, and Suffix (Jr., Sr., II, III, IV))*

John Boxyard Hearn

**SOCIAL SECURITY NO.**

**DATE OF BIRTH**

| Month | Day | Year |
|-------|-----|------|
| January | | |
| February | | |
| March | | |
| April | | |
| May | | |
| June | | |
| July | | |
| August | | |
| September | | |
| October | | |
| November | | |
| December | | |

**SEX**
Male ○
Female ○

**RACE AND NATIONAL ORIGIN (Optional)**
○ American Indian/Alaskan Native
○ Asian/Pacific Islander
○ Hispanic
○ Black, not of Hispanic origin
● White, not of Hispanic origin

**CITIZENSHIP**
○ U.S. Citizen    ○ Not a U.S. Citizen
Citizen of: _____

**TELEPHONE NUMBER**

**PLACE OF BIRTH**
Milford, Delaware
*(City and State)*

HOME ADDRESS: *(Street, City, County, State, and Zip Code)*

MAILING ADDRESS: *( If different than home address above) (Street, City, County, State, and Zip Code)*

Your E-Mail Address:

| Parent/Guardian's Name | Work Telephone No. (Area Code) | Home Telephone No. (Area Code) | Have you ever been a candidate for the USMMA? |
|---|---|---|---|
| Father: John N. Hearn | | | ○ Yes   ● No |
| Mother: Didara D. Hearn | | | If "yes", when? (Year) |
| Guardian: | | | |

Parent/Guardian's Address *(If different than applicant's permanent address)*

**ACADEMIC MAJOR**
○ Logistics and Intermodal Transportation
○ Marine Engineering
○ Marine Engineering Systems
○ Marine Engineering and Shipyard Management
● Marine Transportation
○ Maritime Operations and Technology
○ Dual License
○ Undecided

**TECHNICAL INFORMATION**
On entering USMMA in July, you will have completed:

| | Yes | No | |
|---|---|---|---|
| | ● | ○ | Trigonometry (at least 1 Semester)? |
| | ● | ○ | Chemistry (with Lab)? |
| | ● | ○ | Physics (with Lab)? |
| | ● | ○ | Is your visual acuity 20/400 or better? |
| | ● | ○ | Is your vision correctable to 20/20? |
| | ○ | ● | Do you have a history of asthma? |
| | ○ | ● | Do you have problems with color vision? |

Do you wish to be considered for Early Decision? *(Must apply by 1 November)*
● Yes    ○ No

N.B. Early Decision candidates agree to withdraw applications from all other institutions upon notification of unconditional appointment to USMMA.

NAME OF HIGH SCHOOL OR PREP SCHOOL YOU ATTENDED/ARE ATTENDING: *(Name, Address, City, State, and Zip Code)*

Sussex Technical High School 17099 County Seat Highway Georgetown, DE 19947

DID YOU ATTEND COLLEGE OR PREP SCHOOL AFTER HIGH SCHOOL GRADUATION? *(If you did, list that school's name and state):*

No

○ College
○ Prep

IF YOU ARE CURRENTLY IN THE MILITARY (Guard, Reserve or Active Duty), WHAT IS YOUR PAY GRADE: E - ① ② ③ ④ ⑤

AR00094

KP 2-65 (Oct. 99)

*Continued on Reverse*

**SAT SCORES**

| VERBAL | MATH |
|--------|------|
| 5 7 0 | 5 9 0 |

**ACT SCORES**

| ENGLISH | MATH |
|---------|------|

**H.S. GPA**

9 1 1 5

**RANK IN CLASS**

- ○ Top 5 Percent
- ○ Top 10 Percent
- ○ Top 20 Percent
- ◉ Top 30 Percent
- ○ Top 40 Percent
- ○ Top 50 Percent
- ○ Lower 50 Percent

Height 5' 10½"
Weight 160 lb

**ZIP CODE**

0 8 0 5 2

**YEAR OF GRADUATION**

2 0 1 3

| | Yes | No | One Year | More Than One Year | Yes | No |
|---|---|---|---|---|---|---|
| Baseball | ○ | ○ | ○ | ○ | ○ | ○ |
| Basketball | ○ | ○ | ○ | ○ | ○ | ○ |
| Crew | ○ | ○ | ○ | ○ | ○ | ○ |
| Cross-Country | ○ | ○ | ○ | ○ | ○ | ○ |
| Football | ○ | ○ | ○ | ○ | ○ | ○ |
| Golf | ○ | ○ | ○ | ○ | ○ | ○ |
| Lacrosse | ◉ | ○ | ○ | ◉ | ◉ | ◉ |
| Pistol & Rifle | ○ | ○ | ○ | ○ | ○ | ○ |
| Sailing (out of school) | ◉ | ○ | ○ | ◉ | ◉ | ○ |
| Soccer | ◉ | ○ | ○ | ◉ | ◉ | ◉ |
| Softball | ○ | ○ | ○ | ○ | ○ | ○ |
| Swimming/Diving | ○ | ○ | ○ | ○ | ○ | ○ |
| Tennis | ○ | ○ | ○ | ○ | ○ | ○ |
| Track & Field | ○ | ○ | ○ | ○ | ○ | ○ |
| Water Polo | ○ | ○ | ○ | ○ | ○ | ○ |
| Wrestling | ○ | ○ | ○ | ○ | ○ | ○ |
| Volleyball | ○ | ○ | ○ | ○ | ○ | ○ |
| Drill Team | ○ | ○ | | | ○ | ○ |
| Boy/Girl Scouts/Explorers/Campfire | ○ | ○ | | | ○ | ○ |
| Band/Orchestra/Chorus | ○ | ○ | | | ○ | ○ |
| Cheerleading | ○ | ○ | | | ○ | ○ |
| Newspaper/Yearbook | ○ | ○ | | | ○ | ○ |
| Other (specify) | ○ | ○ | | | ○ | ○ |

| | Yes | No |
|---|---|---|
| Have you served as Captain of an organized athletic team? | ◉ Yes | ○ No |
| Have you served in a High School Student Government position? | ○ Yes | ◉ No |
| Have you actively participated in community organizations such as Religious, Scouts, 4-H, Sea Cadets, Coast Guard Aux., Civil Air Patrol, etc.? | ◉ Yes | ○ No |
| Have you received special recognition such as Eagle/Gold Award, Boy's/Girl's State, Billy Mitchell Award, etc.? | ○ Yes | ◉ No |
| Have you worked at least 10 hours per week during the school year? | ◉ Yes | ○ No |
| Have you ever been rejected for any branch of the Armed Forces, ROTC, or Service Academy? | ○ Yes | ◉ No |
| Have you ever been arrested, indicted, or convicted of any violation of Civil or Military Law? | ○ Yes | ◉ No |

*APPLICATION DEADLINE IS MARCH 1*
*An Appointment will not be considered unless Parts 2 and 3 and the Biographical Essay are also completed and received by the above deadline.*

APPLICANT'S SIGNATURE

DATE  10/25/12

---

## Privacy Act Statement

In accordance with 5 USC 552a(e)(3), the following information is provided to you when supplying personal information to the Maritime Administration.

1. *Authority* which authorized the solicitation of the information: 46 App. USC 1295b and 1295g.

2. Principal *purpose(s)* for which information is intended to be used: The information is used to evaluate each applicant for an appointment to the U.S. Merchant Marine Academy.

3. The *routine uses* which may be made of the information: As background information on applicants for the selection process. To contact the applicant. The social security number is a basic identifier.

4. Whether or not *disclosure* of such information is mandatory or voluntary (required by law or optional) and the effects on the individual, if any, of not providing all or any part of the requested information: Disclosure of the information is voluntary, but the applicant will not be considered further if all information is not provided.

KP 2-65 (Oct. 99)

AR00095



U.S. Department
of Transportation
**Maritime
Administration**

**U.S. Merchant Marine Academy**
*300 Steamboat Road, Kings Point, New York 11024-1699*
CANDIDATE APPLICATION — PART II

OMB No. 2133-0010

APPLICANT NAME: *(Last, First, Middle, and Suffix (Jr., Sr., II, III, IV))*

*HEARN, JOHN BAYARD*

NOMINATION SOURCE(S): Indicate Name of U.S. Senator and/or Representative you:

☒ Applied to *Senator Chris Coons, Representative John Carney*

☐ Were Nominated by _____

**Who was your Initial Source of Information about the U.S. Merchant Marine Academy?**

☐ Academy Admissions Office      ☐ Academy Faculty        ☐ HS Coach         ☒ Relative

☐ Academy Field Rep. or Alumni/ae   ☐ Congressional Office    ☐ HS Counselor     ☐ Other *(Identify)*:

☐ Academy Athletic Coach         ☐ Friend              ☐ HS Faculty        _____

If you have applied to any other U.S. Service Academies and/or any of the State Maritime Schools, please check the appropriate box(es) below:

☐ USAFA        ☐ USMA        ☐ California Maritime     ☐ Maine Maritime         ☐ New York (SUNY) Maritime

☐ USCGA        ☐ USNA        ☐ Great Lakes Maritime    ☐ Massachusetts Maritime   ☐ Texas (A&M) Maritime

---

*IDENTIFY ONLY THOSE ACTIVITIES IN WHICH YOU PARTICIPATED FROM GRADE 9 TO PRESENT.*

NON ATHLETIC ACTIVITIES: *(Include work experience, clubs, hobbies, community or service organizations, Naval Reserve Sea Cadets, Scouting, etc.)*

| Activity | Special Achievement or Awards | Offices Held | Years |
|---|---|---|---|
| See Attached Sheet | | | |
| | | | |
| | | | |
| | | | |

SCHOOL ATHLETIC ACTIVITIES:

| Activity | Number Varsity Awards | Position | Special Achievements | Years |
|---|---|---|---|---|
| See Attached Sheet | | | | |
| | | | | |
| | | | | |

AR00096

KP 2-65 (Oct. 99)                           *Continued on Reverse*

BIOGRAPHICAL SKETCH/ESSAY: (On a separate sheet ___er, give a biographical sketch of at least 200 but mo___     300 words. It is suggested that you include an
reasons for wishing to attend the Academy, a discussion o___     curriculum preference, the development of your career in.     as a result of your high school classes, hobbies and
activities, including any sailing experience, seaman's experience, and/or military experience.)

Have you ever visited the Academy?

☒ Yes     ☐ No     Plan To Visit (Date) _Spring 2013_____

Indicate below the person(s) with whom the Admissions Office may disclose information regarding your candidacy.

☒ Yes     ☐ No     Nominating Authority

☒ Yes     ☐ No     Parents/Guardian

☐ Yes     ☐ No     School Counselor/Principal

Other (Identify) _____

CERTIFICATION OF APPLICANT:

I understand that if I am appointed, after reporting to the Academy to begin the program, I must sign a *Service Obligation Contract* as set forth in the current official catalog.

I certify that the statements of dates, place of birth, citizenship, and all other information contained on Parts I and II of this application, are true and correct to the best of my knowledge. Knowingly providing false information may result in forfeiture of appointment to the Academy.

Signature of Applicant _____     Date _10/25.12_

CERTIFICATION AND CONSENT OF PARENT/GUARDIAN
(Not required if applicant has reached majority age of consent under the laws of his/her State of residence.)

I hereby consent to my son, daughter or ward's appointment as a Midshipman to the U.S. Merchant Marine Academy should he/she become entitled to such appointment. I am aware and in agreement with their mandatory obligation to serve in the U.S. Merchant Marine and to seek and accept, if tendered, a commission in an armed force reserve unit as set forth in the current catalog.

I certify that the statements of dates, place of birth, citizenship, and all other information contained on Parts I and II of this application, are true and correct to the best of my knowledge. Knowingly providing false information may result in forfeiture of appointment to the Academy.

Signature of Parent or Guardian _____     Date _10/25/2012_

*APPLICATION DEADLINE IS MARCH 1*
An Appointment will not be considered unless Parts 1 and 3 and the Biographical Essay described above are also completed and received by the above deadline.

## Privacy Act Statement

In accordance with 5 USC 552a(e)(3), the following information is provided to you when supplying personal information to the Maritime Administration.

1. *Authority* which authorized the solicitation of the information: 46 App. USC 1295b and 1295g.

2. Principal *purpose(s)* for which information is intended to be used: The information is used to evaluate each applicant for an appointment to the U.S. Merchant Marine Academy.

3. The *routine uses* which may be made of the information: As background information on applicants for the selection process. To contact the applicant. The social security number is a basic identifier.

4. Whether or not *disclosure* of such information is mandatory or voluntary (required by law or optional) and the effect on the individual, if any, of not providing all or any part of the requested information: Disclosure of information is voluntary, but the applicant will not be considered further if all information is not provided.

This collection of information is required to obtain benefits and will be used to determine the eligibility of respondents for admission to the U.S. Merchant Marine Academy. Public reporting burden is estimated to average five hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. The U.S Merchant Marine Academy does not consult or discuss any information with anyone not expressly designated by the candidate. Please note that an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The OMB control number for this collection is 2133-0010. Send comments regarding this burden estimate or any other aspect of this information collection to the Maritime Administration, Office of Management and Information Services, 400 Seventh Street, S.W., Room 7301, Washington, D.C. 20590.

KP 2-65 (Oct. 99)     AR00097

John Bayard "Jack" Hearn
8 DeBraak Landing
Lewes, DE 19958
302-645-2528

My ambition is to become a graduate of the U.S. Merchant Marine Academy. I intend to serve my country and go to sea like my grandfather, father, uncle, brother, and cousin. My father and brother are graduates of Kings Point and both are at sea today. My uncle is a Captain in the U.S. Navy.

I visited my brother often at Kings Point. I worked with my father while he tended a lay-up ship and I made a voyage on a container ship. My family lives in a maritime community. My father is often away at sea for months at a time. I understand this life and feel that it is what I want for myself. I also understand that I must be a hard worker, an excellent student, physically fit, and a good citizen. I know that Kings Point is demanding and have worked throughout my life to be qualified and prepared for this opportunity.

My academic record and achievements have always been very good. I am a member of Honor Society. I have taken the most difficult classes available including AP English, AP Calculus, and Chemistry. My first try at the SAT exam qualified me for the U.S. Merchant Marine Academy but I intend to improve this score. My parents insist that my academic skills are balanced to do well in verbal, science, and math classes.

I enjoy sports and am a varsity athlete. I received the first-ever sportsmanship award in the JV soccer program. I am currently focusing on increasing my athletic strength in varsity Lacrosse during all three seasons of events this year. Outside of school, I am frequently involved in martial arts and sailing programs. In both, I was selected as an assistant instructor by the program managers. I have a Leadership award in martial arts and served as a Junior Sailing Instructor while training children in these programs.

I believe that a commitment to community service is important. I have given one week of summer vacation for three years to help build homes in a church diocese program with Habitat for Humanity. I have also given community service time to teach Spanish children, serve the underprivileged, and protect the environment by cleaning the beaches and planting beach grasses.

My high school technical area is electronics. I enjoy hands-on training and work. During a voyage at sea, my father challenged me with a technical job on his ship. Under supervision of the Chief Engineer, I completed the jobs he issued using the skills I learned at Sussex Tech High School. I look forward to the challenges of technology at sea and want to excel in my career. I believe that the U.S. Merchant Marine Academy is the best choice and I will do my best to deserve this opportunity and to fulfill my commitment for this privilege.

05 NOV 2012 16:08

AR00098

**John B. Hearn**

**Extracurricular Activities**

1. **High School Athletics**
   a. Varsity and JV Soccer -2009-2011
      i. Sportsmanship Award-2009
   b. Varsity and JV Lacrosse -2011-2012

2. **Special Awards**
   a. Bronze Medal- Skills USA-2010
   b. Spanish Honor Society 2010-2012
   c. National Honor Society2010-2012
   d. Leadership Award, Horizon Martial Arts-2010
   e. Black Belt, Tang So Doo
   f. Service Award, Lewes Yacht Club

3. **Volunteer and Community Involvement**
   a. Habitat for Humanity, Wilmington Diocese, Cambridge, MD
      i. Building and construction crew2010-2012
   b. Church youth volunteer, St. Edmonds' parish, Rehoboth Beach, DE
      i. Church youth volunteer and mentor 2006-2012
   c. La Casita, Georgetown, DE
      i. Tutor for Spanish speaking children2010-2012
   d. Selbyville, DE Food Bank, Selbyville, DE
      i. Volunteer server2010-2012
   e. State of Delaware, Dept. Natural Resources and Recreation
      i. Community environmental clean-up 2009-2012
   f. Sussex Dance Academy theater performances
      i. Stage construction and assistance- 2008- 2012
   g. Sailing Instructor, Lewes Yacht Club, Lewes, DE
      i. Junior Sailing Program 2009-2011
   h. Horizon Martial Arts, Georgetown, DE
      i. Youth Instructor 2009-2011

05 NOV 2012 16:08

4. **Recreational activities and Clubs**
   a. STHS Lacrosse Club-2011-12
   b. STHS Winter Lacrosse program-2011/2012
   c. STHS Key Club- 2012
   d. St. Edmond's Youth Group-2006- 2012
   e. STHS Soccer camp 2009-2011
   f. Henlopen Soccer Club-2008-2011
   g. Lewes Sailing/Regatta- 2008-2011
   h. Horizon Martial Arts/Tang So Doo- 2005-2011

AR00099

I acknowledge receiving, reading, and understanding the contents of this letter.

**Signature**

Hearn, John Bayard

**Printed Full Name (Last, First and Middle Name)**

5 / 10 / 16            **Date**

_____            **Mariner Reference Number ***

* When a mariner applies for a USCG MMC for the first time, they will receive a mariner reference number. The mariner reference number is unique to the mariner and will not change during subsequent credential transactions. Your USCG reference number is printed on your MMC.

**\*\*\* SIGN AND RETURN THIS PAGE TO YOUR COMPANY OFFICER WITHIN SEVEN DAYS \*\*\***

4

AR00100



**U.S. Department of Transportation**
**Maritime Administration**

**SERVICE OBLIGATION CONTRACT FOR UNITED STATES MERCHANT MARINE ACADEMY**

**Authority: P.L. 96-453**

NAME: *(Last, First, MI)*
Hearn, John, Bayard

SOCIAL SECURITY NUMBER

DATE OF BIRTH

I hereby accept appointment as a cadet in the United States Merchant Marine Academy (Academy) for the class entering in July ___2014___ .

**A.     ACKNOWLEDGEMENTS**

   (1) I acknowledge that the Maritime Administration is hereby conditionally appointing me a cadet pending the approval of my entry as a midshipman into the United States Naval Reserve. My conditional appointment may be immediately revoked if I fail in any respect to meet the requirements established for appointment as a midshipman in the United States Naval Reserve.

   (2) I acknowledge that a prerequisite for continuance of my cadet status at the Academy is enrollment and service in the United States Naval Reserve or an approved substitute reserve component.

   (3) Unless entered into an approved substitute reserve component, I acknowledge that loss of Midshipman status at any time and for any reason constitutes cause for immediate separation from the Academy.

**B.     SERVICE OBLIGATION COMMITMENT**

In consideration for appointment as a cadet to the Academy, I hereby commit to:

   (1) complete the course of instruction at the Academy;

   (2) fulfill the requirements for a license as an officer in the merchant marine of the United States on or before the date of my graduation from the Academy;

   (3) maintain a valid license as an officer in the merchant marine of the United States for at least 6 years following the date of my graduation from the Academy, accompanied by the appropriate national and international endorsements and certifications as required by the United States Coast Guard for service aboard vessels on domestic and international voyages;

   (4) apply for an appointment as, to accept if tendered an appointment as, and to participate as a commissioned officer in the United States Naval Reserve (including the Merchant Marine Reserve, United States Naval Reserve), the United States Coast Guard Reserve, or any other Reserve Component of an Armed Force of the United States, for at least 6 years following the date of my graduation from the Academy;

   (5) serve the foreign and domestic commerce and the national defense of the United States for at least 5 years following the date of graduation from the Academy --

      (a) as a merchant marine officer serving on vessels documented under the laws of the United States or on vessels owned and operated by the United States or by any State or territory of the United States;

      (b) as an employee in a United States maritime-related industry, profession, or marine science (as determined by the Maritime Administration), if the Maritime Administration determines that service under clause (a) is not available to me;

      (c) as a commissioned officer on active duty in an armed force of the United States, as a commissioned officer in the National Oceanic and Atmospheric Administration, or other maritime-related employment with the Federal Government which serves the national security interests of the United States, as determined by the Secretary;  or

      (d) by combining the services specified in clauses (a), (b) and (c); and

   (6) submit an annual service obligation compliance report form to the Compliance Specialist, Office of Policy and Plans, Maritime Administration, MAR-410  Room 7123, 400 7th Street, SW, Washington, D.C. 20590 between January 1 and March 1 of each year following the year of graduation, until all components of my service obligation are fulfilled and have been so reported. If I am granted a deferment of the service obligation to engage in a graduate course of study, as described below, reports must be submitted during the period of graduate course study, and then annually for the period following such deferment.

**C.     BREACH OF SERVICE OBLIGATION CONTRACT**

   (1) Failure to complete any of the obligations outlined above constitutes a breach of this agreement.

   (2) Whether at the Academy or at sea, at anytime subsequent to the beginning date of my seventh (7th) trimester, should I fail to complete the course of instruction at the Academy, as prescribed in Section B, Paragraph 1 above, I understand and agree that:

      (a) I may be ordered by the Secretary of Defense to active duty in one of the armed forces of the United States to serve for a period of time not to exceed 2 years. The determination as to whether I have failed to complete the course of instruction shall be made by the Maritime Administration; or

      (b) If the Secretary of Defense is unable or unwilling to order me to active duty or if the Maritime Administration determines that reimbursement of the cost of education provided would better serve the interests of the United States, the Maritime Administration may recover the cost of education provided by the Federal Government from me.

AR00101

 

4A FORM-889 (Rev. 12-2004)      Original Copy - MAR 410      Photo Copy - Midshipman Official Personnel Jacket    Photo Copy -
Midshipman

(3) If I have failed to fulfill any part of this Service Obligation Contract as set out in Section B, Paragraphs (2) through (6) above, I understand and agree that:

    (a) I may be ordered to active duty in one of the armed forces of the United States to serve a period of time not less than three (3) years and not more than the unexpired portion of the service required under Section B, Paragraph 5 above (as determined by the Maritime Administration). The Maritime Administration, in consultation with the Department of Defense, shall determine in which service I shall be ordered to serve such period of time.

    (b) If the Secretary of Defense is unable or unwilling to order me to active duty under subparagraph (a) above, or if the Maritime Administration determines that reimbursement of the cost of education provided would better serve the interests of the United States, the Maritime Administration may seek to recover the cost of education provided by the Federal Government to me.

(4) <u>Indebtedness Agreement</u>: I agree that if the Maritime Administration decides to proceed against me under either C.2.b. or C.3.b, I will be indebted to the United States and upon request will pay to the United States the "cost of the education provided" to me by the Federal Government as such term is defined in the law and the regulations.

(5) <u>Remedies for Cost of Education Provided</u>: In pursuing its remedies hereunder, I recognize and agree that the Maritime Administration may pursue any remedy available at law or equity and exercise all administrative remedies available to the United States.

D.    <u>WAIVERS AND DEFERMENTS:</u>

Upon application by me, the Maritime Administration may waive the remedies for breach of this Service Obligation Contract or defer my service obligations. Waivers and deferments are granted only upon the satisfaction of certain conditions. Information concerning the requirements to obtain such a waiver or deferment are set forth at 46 C.F.R. Part 310; Subpart C. For further information concerning such waivers and deferments, contact the individual listed as the contact on the Maritime Administration's website at https://mscs.marad.dot.gov.

E.    <u>CONTRACT EMBODIES ENTIRE UNDERSTANDING OF PARTIES, CHANGES CLAUSE</u>

Except as modified by applicable law or regulation, this Service Obligation Contract embodies the entire agreement and understanding among the undersigned relating to this subject matter hereof and supercedes prior agreements and understandings relating to such subject matter. Neither this Service Obligation Contract nor any terms thereof may be changed, waived, discharged, or terminated orally, but only by an instrument in writing signed by the party against whom enforcement of the change, waiver, discharge, or termination is sought.

G.    PRIVACY ACT: I have read and understand the Privacy Act Notice below on this form.

SIGNATURE                                          DATE   4/29/15

WITNESS (Signature)                                   DATE

AR00102

NAME: HEADN ~ JOHN

DATE: 7-9-14

## Office of the Commandant of Midshipmen

THIS IS TO ACKNOWLEDGE THAT THE FOLLOWING ORIGINAL DOCUMENTS
HAVE BEEN RETURNED TO ME.

PASSPORT: ✓

TWIC · ✓

VISA:

SIGN YOUR NAME: _John Heam_

DATE: 7-9-14

AR00103



AR00104



AR00105

ID-One PIV (1107253)    TWIC v2.3 03.14    4820-502B-1253-001140945

This credential is issued under authority of the United States Government.
Improper use, possession or alteration is subject to penalties under Title
18 of the U.S. Code, sections 499 and 1028.

If found, please mail to:   TWIC / TSA 10
601 S. 12th Street
Arlington, VA 20598-6025

11916876    70885016

AR00106



AR00107

UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK
REVIEW TRANSCRIPT
Page 1 of 2
Date: 5/23/2017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Name :** Hearn, John Bayard

**Social Security No.:** ▮▮▮▮▮▮▮

**USMMA Address - P.O. Box:** 0131    **Split:** A    **Class Year:** 2019

**Address:** ▮▮▮▮▮▮▮

**Major:** Marine Transportation

**SAT - Verbal:** 570    **Math:** 590

**Admitted:** 07/02/2014
**Effective:** 05/17/2017

Academic Disenrollment

**Remarks:**

| | 4TH CLASS FIRST TERM | ACADEMIC YEAR 14-15 | | | 2015/1 |
|---|---|---|---|---|---|
| CMDT100 | Social Responsibility | P | 0.00 | 0.000 | |
| ECME101 | Intro to Marine Engineering I | B | 3.50 | 10.500 | |
| HIST100 | History of Sea Power | B | 3.00 | 9.000 | |
| MATH101 | Calculus I | C- | 3.00 | 5.010 | |
| NAUT101 | Intro to Nautical Science | A- | 3.00 | 11.010 | |
| NAUT110 | Basic Firefighting and Safety | B | 2.00 | 6.000 | |
| PE&A120 | First Aid | A | 0.50 | 2.000 | |
| PE&A125 | Self Defense Tactics | A | 0.50 | 2.000 | |
| PHYS110 | Physics 1 | C | 3.00 | 6.000 | |

SEM TOTAL CRED : 18.50    SEM TOTAL QUAL PTS: 51.520    SEM QPA: 2.785
CUM. TOTAL CRED: 18.50    CUM TOTAL QUAL PTS: 51.520    CUM QPA: 2.785

| | 4TH CLASS SECOND TERM | ACADEMIC YEAR 14-15 | | | 2015/2 |
|---|---|---|---|---|---|
| BUSN110 | The Business of Transportation | B | 3.00 | 9.000 | |
| MATH120 | Calculus II | D | 3.00 | 3.000 | |
| NASC100 | Introduction to Naval Science | A | 2.00 | 8.000 | |
| NAUT120 | Terrestrial Navigation 1 | B- | 3.00 | 8.010 | |
| NAUT130 | Introduction to Navigation Law | B | 1.00 | 3.000 | |
| PE&A110 | Basic Swimming | A | 1.00 | 4.000 | |
| **Transfer:** New Mexico Military Institute - Roswell, NM | | | | | |
| ENGL1113 | Freshman Composition I | B+ | 3.00 | | |

SEM TOTAL CRED : 13.00    SEM TOTAL QUAL PTS: 35.010    SEM QPA: 2.693
CUM. TOTAL CRED: 31.50    CUM TOTAL QUAL PTS: 86.530    CUM QPA: 2.747

| | 4TH CLASS THIRD TERM | ACADEMIC YEAR 14-15 | | | 2015/3 |
|---|---|---|---|---|---|
| BUSN210 | Principles of Economics | D | 3.00 | 3.000 | |
| MATH210 | Probability & Statistics | F | 3.00 | 0.000 | |
| MLOG120 | VSL PERS w/ Secty Duties | P | 0.00 | 0.000 | |
| NAUT125 | Terrestrial Navigation 2 | F | 3.00 | 0.000 | |
| NAUT160 | Ship Constructions & Stability | B | 3.00 | 9.000 | |
| PE&A130 | Aquatic Survival | A | 1.00 | 4.000 | |
| PHYS120 | Physics 2 | D+ | 3.00 | 3.990 | |

SEM TOTAL CRED : 16.00    SEM TOTAL QUAL PTS: 19.990    SEM QPA: 1.249
CUM. TOTAL CRED: 47.50    CUM TOTAL QUAL PTS: 106.520    CUM QPA: 2.243

| | 4TH CLASS SUMMER SESSION | ACADEMIC YEAR 14-15 | | | 2015/3/X |
|---|---|---|---|---|---|
| MATH210 P | Probability & Statistics | B- | 3.00 | 8.010 | |
| NAUT125 P | Terrestrial Navigation 2 | C+ | 3.00 | 6.990 | |

SEM TOTAL CRED : 6.00    SEM TOTAL QUAL PTS: 15.000    SEM QPA: 2.500
CUM. TOTAL CRED: 47.50    CUM TOTAL QUAL PTS: 121.520    CUM QPA: 2.558

AR00108

UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK
REVIEW TRANSCRIPT
*************************************************

Page 2 of 2

5/23/2017

Hearn, John Bayard

### 3RD CLASS FIRST TERM — ACADEMIC YEAR 15-16 — 2016/1

| Code | Course | Grade | Cred | Qual Pts |
|------|--------|-------|------|----------|
| BUSN310 | Accounting and Finance | C+ | 3.00 | 6.990 |
| NAUT140 | Maritime Communications | B- | 4.00 | 10.680 |
| NAUT210 | Integrated Navigation 1 | B | 4.00 | 12.000 |
| NAUT220 | Liquid Cargo Operations | B- | 3.00 | 8.010 |
| WTRF100 | Safety of Life at Sea | B+ | 2.00 | 6.660 |

SEM TOTAL CRED : 16.00    SEM TOTAL QUAL PTS: 44.340    SEM QPA: 2.771
CUM. TOTAL CRED: 63.50    CUM TOTAL QUAL PTS: 165.860    CUM QPA: 2.612

### 3RD CLASS SEA PERIOD — ACADEMIC YEAR 15-16 — 2016/2/A

| Code | Course | Grade | Cred | Qual Pts |
|------|--------|-------|------|----------|
| EPRJ245 | Marine Engineering for Deck | A- | 1.00 | 3.670 |
| NPRJ210 | Cargo Operations 1 | C- | 1.00 | 1.670 |
| NPRJ215 | Integrated Navigation Sys 1 | B | 1.00 | 3.000 |
| NPRJ220 | Seamanship 1 | C | 1.00 | 2.000 |
| NPRJ225 | Ship Structure and Stability 1 | F | 1.00 | 0.000 |
| NPRJ230 | Navigation I | C- | 1.00 | 1.670 |
| NPRJ235 S | Navigation Law 1 | F | 1.00 | 0.000 |

SEM TOTAL CRED : 7.00    SEM TOTAL QUAL PTS: 12.010    SEM QPA: 1.716
CUM. TOTAL CRED: 69.50    CUM TOTAL QUAL PTS: 177.870    CUM QPA: 2.559

### 3RD CLASS THIRD TERM — ACADEMIC YEAR 15-16 — 2016/3

| Code | Course | Grade | Cred | Qual Pts |
|------|--------|-------|------|----------|
| BUSN230 | Principles of Management | B | 3.00 | 9.000 |
| LITR201 | Literature | C+ | 3.00 | 6.990 |
| NAUT215 | Integrated Navigation 2 | B | 4.00 | 12.000 |
| NAUT230 | Navigation Law | F | 2.00 | 0.000 |
| XCEPT0 2 | SETBACK: SEE REMARKS | NG | 0.00 | 0.000 |

**Transfer:** New Mexico Miltary Institute - Roswell, NM
| CHEM1214 | General Chemistry 1 | C | 4.00 | |

SEM TOTAL CRED : 12.00    SEM TOTAL QUAL PTS: 27.990    SEM QPA: 2.333
CUM. TOTAL CRED: 81.50    CUM TOTAL QUAL PTS: 205.860    CUM QPA: 2.526

### 2ND CLASS SEA PERIOD — ACADEMIC YEAR 16-17 — 2017/2/A

| Code | Course | Grade | Cred | Qual Pts |
|------|--------|-------|------|----------|
| NPRJ235 R | Navigation Law 1 | F | 1.00 | 0.000 |

SEM TOTAL CRED : 1.00    SEM TOTAL QUAL PTS: 0.000    SEM QPA: 0.000
CUM. TOTAL CRED: 82.50    CUM TOTAL QUAL PTS: 205.860    CUM QPA: 2.495

### 2ND CLASS THIRD TERM — ACADEMIC YEAR 16-17 — 2017/3

| Code | Course | Grade | Cred | Qual Pts |
|------|--------|-------|------|----------|
| BUSN300 | Fundamentals of Busn Law | W | 0.00 | 0.000 |
| HIST410 | Modern World History | B | 3.00 | 9.000 |
| NASC200 | Strategic Sealift | W | 0.00 | 0.000 |
| NAUT230 | Navigation Law | W | 0.00 | 0.000 |

SEM TOTAL CRED : 3.00    SEM TOTAL QUAL PTS: 9.000    SEM QPA: 3.000
CUM. TOTAL CRED: 85.50    CUM TOTAL QUAL PTS: 214.860    CUM QPA: 2.513

Academic Status:2015/3 RFD-Academic Probation - 2016/2/A RFD-Academic Probation - 2016/3 RF
**DEFICIENCY CODE:**

AR00109

Class of 2018

In order to facilitate your registration for Plebe year we request that you complete the following brief questionnaire indicating a choice of major/license program.

Name: John Bayard Hearn

DECK LICENSE PROGRAM:

☒  Marine Transportation

☐  Maritime Logistics and Security

☐  I am not sure of a particular Marine Transportation major but I am interested in a DECK License.

ENGINEER LICENSE PROGRAM:

☐  Marine Engineering

☐  Marine Engineering Systems

☐  Marine Engineering & Shipyard Management

☐  I am not sure of a particular Engineering major, but I am interested in an ENGINEER License.

Please read the attached for information about your major choices. Also, consult our online Catalog at http://www.usmma.edu/leadership/academic-dean/2014-2015-usmma-catalog for further course descriptions for each major. You will have an opportunity during your first term to confirm your response above or to indicate another major choice.

Please return this form by mail in the enclosed envelope by June 16, 2014.

AR00110



# U. S. Merchant Marine Academy

U.S. Department of Transportation

Kings Point, NY 11024-1699

Maritime
Administration

Office of the Registrar
516-726-5799 / 516-773-5241 (fax)

25 September 2014

To:   John Bayard Hearn                                    Class of 2018
      ██████████████

From: Ms. Lisa Jerry
      Academy Registrar

Subject:    Major/Split Selections

*Choice of Major*
The courses for which you will be registered depend on your choice of major.
Please indicate your choice of major below.

I wish to major in:

☑  Marine Transportation              ☐  Marine Engineering

☐  Maritime Logistics and Security

**Students should be aware that the splits must have the same amount of students. We will try to accommodate your request but can't always do so; when making your selection please be sure this is what you want.**

*Choice of Sea Year Split*

☐    B – Assigned to sea:  1st Sailing 1st trimester of 3rd class year
                           2nd Sailing 3rd trimester of 3rd class year and 1st trimester of 2nd class year

☑    A – Assigned to sea:  1st Sailing 2nd trimester of 3rd class year
                           2nd Sailing 2nd and 3rd trimester of 2nd class year

Signature _John B. Hearn_          Date: 9 - 29 - 2014

AR00111

 

**UNITED STATES MERCHANT MARINE ACADEMY**
**KINGS POINT, NY**

**PRINT NAME:**

HEARN                           JOHN                        B.
_____      _____         _____
Student's Last Name             First Name                 Middle Initial

**Voluntary Consent to Disclose Midshipmen Information under the Privacy Act of 1974, as amended, and to the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and Federal Educational Records Privacy Act of 1974 (FERPA) to the extent applicable by law.**

**PART A:** I hereby authorize the U.S. Merchant Marine Academy (USMMA) to release information contained in my official USMMA personnel, conduct, health, and academic records to the following individuals/groups/entities when deemed appropriate by the Academy:

✓    1. My parents or legal guardian and the Office of the Member of Congress who nominated me.

_____ 2. Only my parents or legal guardian.

_____ 3. Only the Office of the Member of Congress who nominated me.

_____ 4. Other (please describe, e.g., college, graduate school, employer, etc.).
         _____

✓    5. When releasing information to parents, I authorize release to (check one)
         ✓ Both Mother and Father OR ___ only my Mother OR ___ Only my Father

_____ 6. I do not authorize release to the above individuals, entities, or groups.

I understand that this express permission to disclose information is applicable only while I remain a Midshipman at the U.S. Merchant Marine Academy and that I do not have to authorize the release of this information in order to attend the Academy. When my information is used or disclosed pursuant to this authorization, it may be subject to re-disclosure by the recipient and may no longer be protected by federal privacy rules. **I can withdraw permission at any time by notifying the Commandant of Midshipmen in writing.**

This statement is signed with full knowledge of my prerogatives under 42 CFR, Part 2 (Confidentiality of Alcohol and Drug Abuse Patient Records) and the Privacy Act of 1974, as amended (5 U.S.C. §552a) and its related regulations in 49 CFR Part 10.

**PART B:** I also hereby give my consent for the USMMA to provide directory information to include my name, home address, telephone number, email address, and parents' name(s) to the USMMA Alumni Association & Foundation and to the USMMA Parent's Association (including the Parents' Association State Chapters) for their use in furthering the purposes and objectives of their respective organizations.

✓    1. I consent to release the information (described above) to the Alumni and Parents' Associations.

_____ 2. I do not give my consent to release of directory information to the above organizations.

20 JAN 2016                              John B. Hearn
_____               _____
Date                                    Signature of Midshipman

AR00112

UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NY

## TRANSFER CREDIT REQUEST

| LAST NAME: | FIRST NAME: | M.I.: | CLASS YEAR: | MIDID: | DATE: |
|---|---|---|---|---|---|
| Hearn | John | B. | 2018 | ▓▓▓▓ | |

PLEASE EVALUATE FOR TRNASFER CREDIT:

| COURSE: | GRADE RECEIVED: | COLLEGE WHERE COMPLETED: |
|---|---|---|
| Freshman Composition | B+ | New Mexico Military Institute |
| General Chemistry | C | New Mexico Military Institute |
| | | |

| ACADEMIC DEPARTMENT: | COURSE APPROVAL: | COURSE NUMBER: | SIGNATURE-DEPARTMENT HEAD: | DATE |
|---|---|---|---|---|
| HUM | (✓) APPROVED ( ) DISAPPROVED | LITR.101 | [signature] | 11/10/2014 |
| | ( ) APPROVED ( ) DISAPPROVED | | | |
| | ( ) APPROVED ( ) DISAPPROVED | | | |
| | ( ) APPROVED ( ) DISAPPROVED | | | |

| REGISTRAR: | PERMANENT RECORD POSTED: | DATE: |
|---|---|---|
| [signature] | | 11/12/14 |

AR00113

UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NY

## EXEMPTION CREDIT REQUEST

| LAST NAME: | FIRST NAME: | M.I.: | CLASS YEAR: | MAJOR: | DATE: |
|---|---|---|---|---|---|
| HEARN | JOHN | B. | 2018 | MARINE TRANSPORTATION | 03/14/16 |

**PLEASE EVALUATE FOR EXEMPTION CREDIT:**

| COURSE NUMBER: | COURSE TITLE: | GRADE RECEIVED:: | COLLEGE WHERE COMPLETED OR AP SCORES: |
|---|---|---|---|
| CHEM 1214 | GENERAL CHEMISTRY I | C | NEW MEXICO MILITARY INSTITUTE |
| CHEM 1224 | GENERAL CHEMISTRY II | C | NEW MEXICO MILITARY INSTITUTE |
| | | | |
| | | | |

| ACADEMIC DEPARTMENT: | COURSE EXEMPTED FROM: | COURSE USED FOR EXEMPTION: | COURSE APPROVAL: | SIGNATURE-DEPARTMENT HEAD: | DATE: |
|---|---|---|---|---|---|
| M&S | CHEM100 | CHEM1224 | (X) APPROVED ( ) DISAPPROVED | Mark J. Hoyer | 3/15/16 |
| | | | ( ) APPROVED ( ) DISAPPROVED | | |
| | | | ( ) APPROVED ( ) DISAPPROVED | | |
| | | | ( ) APPROVED ( ) DISAPPROVED | | |

| REGISTRAR: | DATE: |
|---|---|
| Lisa Jerry | 3.16.16 |

AR00114

**Aberger, Antoinette**

| | |
|---|---|
| **From:** | Taha, Dianne |
| **Sent:** | Monday, June 27, 2016 12:24 PM |
| **To:** | Reilly, Virginia; Lisa Jerry, Registrar; Widelo, Maribeth; Aberger, Antoinette; Pilosi, Kathleen; Albert, CAPT Gene E. R. |
| **Subject:** | Fwd: Hearn RFD |

All,

HEARN is on immediate LOA, prob. setback to 2019, return 15 Dec. if prob.terms met, to repeat sea projects before returning for classes T3-17

Dianne

*6.27.16 of*

Begin forwarded message:

> **From:** "Taha, Dianne" <TahaD@USMMA.EDU>
> **Date:** June 27, 2016 at 12:12:38 PM EDT
> **To:** "2018Hearn, John" <John.Hearn.2018@midshipman.usmma.edu>
> **Subject: Re: Hearn RFD**
>
> Midn Hearn,
>
> You need to phone me on Thursday at 1000 to discuss the terms of your probation.
>
> Dean Taha
>
> On Jun 27, 2016, at 11:58 AM, 2018Hearn, John <John.Hearn.2018@midshipman.usmma.edu> wrote:
>
>> Dean Taha,
>>
>> Following a discussion with CDR Acquaro, I understand that there is opportunity for remedial academics and sea project completions. Therefore, I accept the decision to setback to the Class of 2019.
>>
>> Very respectfully,
>> M/N John Hearn 3/C
>> 1st Company CTO PO
>> 2018-A
>>
>> "All the adversity I've had in my life, all my troubles and obstacles, have strengthened me... You may not realize it when it happens, but a kick in the teeth may be the best thing in the world for you." -Walt Disney
>>
>>> **From:** Taha, Dianne [TahaD@USMMA.EDU]
>>> **Sent:** Thursday, June 23, 2016 11:12 AM
>>> **To:** 2018Hearn, John

1

AR00115

**Cc:** Acquaro, Paul; Flynn, Cynthia
**Subject:** RE: Hearn RFD

Midn Hearn,

The Superintendent has accepted the recommendation of the Interim Dean and ARB that you proceed on leave of absence and be put on probationary setback status to the Class of 2019.

My understanding is that you will return aboar the TV/KPer on Sunday 26 June. You must respond to this email stating whether you accept these terms, or if you intend to appeal the setback. You must respond to all in this email by 1200 on Monday 27 June, and if you plan to appeal, you must appear in person at the Office of the Superintendent to book the appointment.

Dean Taha

**From:** Taha, Dianne
**Sent:** Monday, June 20, 2016 5:44 PM
**To:** 2018Hearn, John <John.Hearn.2018@midshipman.usmma.edu>
**Cc:** Acquaro, Paul <AcquaroP@USMMA.EDU>
**Subject:** Hearn RFD

Midn Hearn,

You have been referred for disenrollment to the Academic Review Board due to one earned F, which constitutes a violation of the terms of probation imposed after the first sailing period. The ARB will meet on Wednesday, and you will be informed of its recommendation to the Supt.

Dean Taha

2

AR00116



SUPERINTENDENT
UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK 11024-1699

Midshipman John Hearn                                    May 17, 2016
Class of 2018
Marine Transportation

**TERMS OF PROBATION**

MIDN Hearn:

After a careful review of your academic record, I have accepted the recommendation of the
Interim Academic Dean and the Academic Review Board that you be put on Academic Probation
status. The terms of your probation are as follows:

1. You will repeat NPRJ225 and NPRJ235 during the second sailing period

2. You will be on Academic Probation status through the end of the second sailing period:
   No Fs and QPA/CQPA ≥ 2.00. Any deficiency status will constitute a violation of terms,
   and will result in your being Referred for Disenrollment.

Failure to meet the conditions set herein may result in your disenrollment. Disenrollment will
jeopardize your degree, your license, and your ability to fulfill your service obligations,
potentially subjecting you to efforts by the federal government to recoup the cost of your
education.

I therefore urge you to dedicate yourself to successful completion of the USMMA program.

JAMES A. HELIS
Rear Admiral, USMS
Superintendent

cc:  D, R, C, MPO, ADH, HDWF

I, hereby, acknowledge and understand the probationary terms set forth in this letter.

Signed: _____      Date: _____

AR00117



SUPERINTENDENT
UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK 11024-1699

Midshipman John Hearn                                                        July 7, 2015
Class of 2018
Maritime Logistics and Security

**TERMS OF PROBATION**

MIDN Hearn:

After a careful review of your academic record, I have accepted the recommendation of the Academic Board and Academic Dean that you be on Academic Probation status. The terms of your probation are as follows:

You will remain on Academic Probation status through the end summer school 2015: No Fs and QPA/CQPA $\geq$ 2.00. Any deficiency status will constitute a violation of terms, and will result in your being Referred for Disenrollment.

Failure to meet the conditions set herein may result in your disenrollment. I therefore urge you to dedicate yourself to successful completion of the USMMA program.

JAMES A. HELIS
Rear Admiral, USMS
Superintendent

cc: D, R, C, MPO, ADH, HDWF

I, hereby, acknowledge and understand the probationary terms set forth in this letter.

Signed: _John Hearn_         Date: _9 July 2015_

AR00118



SUPERINTENDENT
UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK 11024 1699

Midshipman John Hearn                                                July 12, 2016
Class of 2018
Marine Transportation

**TERMS OF PROBATION**

MIDN Hearn:

After a careful review of your academic record, I have accepted the recommendation of the Academic Review Board and the Interim Academic Dean that you be placed on Probationary Setback/Leave of Absence status. The terms of your probation are as follows:

1. You must take 12 academic credits at another accredited institution, as discussed in your phone conversation with the Assistant Dean. The courses must be pre-approved by Academy department heads and must be eligible for exemption from Academy courses. You must earn a grade $\geq$ C in each course to qualify for the exemptions.
2. You must arrange to have an official transcript sent from the Registrar at the other institution to the Academy Registrar. The transcript must be received by 15 January, 2017.
3. While final clearance for the probationary setback is pending, you will receive orders from the Commandant to come to the Academy on or about 15 December to clear for sea in order to repeat the two failed sea projects from the first sailing period.
4. If you meet condition 1 above, you will be set back to the Class of 2019 and return to repeat the third term of the third class year, T3-17.
5. You will remain on Academic Probation status through the end of the second sailing period; No Fs and QPA/CQPA $\geq$ 2.00
6. While on setback, you must assure that your Academy email account remains active. It is via this account that all Academy personnel will communicate with you. As there will be no reminder, you must remember to change your password every 55 days.
7. Failure to acknowledge receipt of, and sign, these terms of probation will not be deemed an excuse for failure to comply with the conditions set

Failure to meet condition 5, as outlined above, may result in disenrollment.

JAMES A. HELIS
Rear Admiral, USMS
Superintendent

cc: C, R, ADH, MPO, DACE

_____

I have received and understand the terms of this letter. I understand that failure to accept or failure to comply with these terms may result in my academic disenrollment from USMMA.

Signed: _____          Date: _____

AR00119

UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK
ACADEMIC DISENROLLMENT CHECK-OFF SHEET

YOU HAVE 48 HOURS TO COMPLETE
THIS DISENROLLMENT
Time Started: _0635_

MIDSHIPMAN: _John_    _B._    _Hearn_    _2019 - 1st_
          First Name    Initial    Last Name    Class/Company

HOME ADDRESS: ████████████████████████████████
         Number    Street        City/State/Zip Code

"I have sustained no disability or physical impairment of any nature during
My active service with the U.S. Merchant Marine Academy except as follows:

_N/A_
"

_5/18/17_             _John B. H_
Date                  Signature of Midshipman

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PATTEN HEALTH SERVICES CLINIC    \*PLEASE RETURN SHOT RECORD TO MIDSHIPMAN\*

_(signature)_ _5/18/17_        _(signature)_ _5.18.2017_
Chief Medical Officer            Head, Dept. of Health Services

_(signature)_ _05/10/17_
Head Counseling Services

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_(signature)_ _5/22/17_       _(signature)_ _22May17_
Computer Service Center  0 Deck Samuels   Shipboard Training    Furuseth Hall

_(signature)_ _5-22-17_         _5-22-17_
Uniform/Varsity Shop\*  0 Deck Delano   Linen Locker  (GSK) Fitch Building

_(signature)_ _5-22-17_      _(signature)_ _5/22/17_
Textbook Store       0 Deck Rogers   Mail Room       0 Deck Jones

                         _(signature)_ _5/22/17_
Admissions (Loan Fund)  Vickery Gate   Waterfront Activities Center

                         _High M. Re_
                         Regimental Drill & Ceremonies Officer

_E. A. Mucci_ _05/22/17_    Rifle turn in         (RDCO)
Marine Transportation  Bowditch Hall

_(signature)_ _05/22/17_     _(signature)_ _5/22/17_
Engineering        Fulton Hall   Regimental Senior Watch Officer (RSWO)

_for (Mark Hogan E)_ _5/22/17_       _5-22-17_
Math & Science     Fulton Hall   Public Safety     Furuseth Hall

_(signature)_ _5/22/17_      (Return Gov't License)
Library         Bland Library

_(signature)_ _5/22/17_    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Physical Ed. & Athletics  O'Hara Hall   THE FOLLOWING SIGNATURES ARE TO BE

_(signature)_ _ID ret_ _5/22/17_   OBTAINED LAST:
Naval Science      Furuseth Hall

                         _5-22-17_
                         Pay Accounts Office  Furuseth Hall

                         _Michael Pinto_ _5/22/17_
\*You MUST RETURN all UNIFORMS     Travel Section    Furuseth Hall

                         Company Officer

                         _(signature)_ _5/22/17_
Academy ID _18077_        Registrar        Wiley Hall
MMD _3564930_

                         Midshipmen Personnel  Palmer Hall
                         (Return this completed sheet along  Room 1106
                          with your ID card and Z card)

(disform)                               AR00120

***** U N O F F I C I A L C O P Y *****

Page 1 of 1

**Name :** Hearn, John Bayard

**Social Security No.:** ▮▮▮▮

**USMMA Address - P.O. Box:** 0131  **Split:** A

**Major:** Marine Transportation

SAT - **Verbal:** 570  **Math:** 590

ACTIVE

**Date:** 5/22/2017
**Class Year:** 2019

**Admitted:** 07/02/2014

**Address:**

**Remarks:**

### 4TH CLASS FIRST TERM AY 14-15

| | | | | |
|---|---|---|---|---|
| CMDT100 | Social Responsibility | P | 000 | 0000 |
| ECME101 | Intro to Marine Engineering I | B | 350 | 10500 |
| HIST100 | History of Sea Power | B | 300 | 9000 |
| MATH101 | Calculus I | C- | 300 | 5010 |
| NAUT101 | Intro to Nautical Science | A- | 300 | 11010 |
| NAUT110 | Basic Firefighting and Safety | B | 200 | 6000 |
| PE&A120 | First Aid | A | 050 | 2000 |
| PE&A125 | Self Defense Tactics | A | 050 | 2000 |
| PHYS110 | Physics 1 | C | 300 | 6000 |

SEM. TOTAL: **18.50 Q.P. 51520**
QUALITY POINT AVERAGE: **278**

### 4TH CLASS SECOND TERM AY 14-15

| | | | | |
|---|---|---|---|---|
| BUSN110 | The Business of Transportation | B | 300 | 9000 |
| MATH120 | Calculus II | D | 300 | 3000 |
| NASC100 | Introduction to Naval Science | A | 200 | 8000 |
| NAUT120 | Terrestrial Navigation 1 | B- | 300 | 8010 |
| NAUT130 | Introduction to Navigation Law | B | 100 | 3000 |
| PE&A110 | Basic Swimming | A | 100 | 4000 |

Transfer: New Mexico Military Institute - Roswell, NM
| ENGL1113 | Freshman Composition I | B+ | 300 | |

SEM. TOTAL: **13.00 Q.P. 35010**
QUALITY POINT AVERAGE: **269**

### 4TH CLASS THIRD TERM AY 14-15

| | | | | |
|---|---|---|---|---|
| BUSN210 | Principles of Economics | D | 300 | 3000 |
| MATH210 | Probability & Statistics | F | 300 | 0000 |
| MLOG120 | VSL PERS w/ Secty Duties | P | 000 | 0000 |
| NAUT125 | Terrestrial Navigation 2 | F | 300 | 0000 |
| NAUT160 | Ship Constructions & Stability | B | 300 | 9000 |
| PE&A130 | Aquatic Survival | A | 100 | 4000 |
| PHYS120 | Physics 2 | D+ | 300 | 3990 |

SEM. TOTAL: **16.00 Q.P. 19990**
QUALITY POINT AVERAGE: **125**

### 4TH CLASS SUMMER SESSION AY 14-15

| | | | | |
|---|---|---|---|---|
| MATH210 P | Probability & Statistics | B- | 300 | 8010 |
| NAUT125 P | Terrestrial Navigation 2 | C+ | 300 | 6990 |

SEM. TOTAL: **6.00 Q.P. 15000**
QUALITY POINT AVERAGE: **250**

### 3RD CLASS FIRST TERM AY 15-16

| | | | | |
|---|---|---|---|---|
| BUSN310 | Accounting and Finance | C+ | 300 | 6990 |
| NAUT140 | Maritime Communications | B- | 400 | 10680 |
| NAUT210 | Integrated Navigation 1 | B | 400 | 12000 |
| NAUT220 | Liquid Cargo Operations | B- | 300 | 8010 |

| | | | | |
|---|---|---|---|---|
| WTRF100 | Safety of Life at Sea | B+ | 200 | 6660 |

SEM. TOTAL: **16.00 Q.P. 44340**
QUALITY POINT AVERAGE: **277**

### 3RD CLASS SEA PERIOD AY 15-16

| | | | | |
|---|---|---|---|---|
| EPRJ245 | Marine Engineering for Deck | A- | 100 | 3670 |
| NPRJ210 | Cargo Operations 1 | C- | 100 | 1670 |
| NPRJ215 | Integrated Navigation Sys 1 | B | 100 | 3000 |
| NPRJ220 | Seamanship 1 | C | 100 | 2000 |
| NPRJ225 | Ship Structure and Stability 1 | F | 100 | 0000. |
| NPRJ230 | Navigation I | C- | 100 | 1670. |
| NPRJ235 S | Navigation Law 1 | F | 100 | 0000 |

SEM. TOTAL: **7.00 Q.P. 12010**
QUALITY POINT AVERAGE: **172**

### 3RD CLASS THIRD TERM AY 15-16

| | | | | |
|---|---|---|---|---|
| BUSN320 | Principles of Management | B | 300 | 9000 |
| LITR201 | Literature | C+ | 300 | 6990 |
| NAUT215 | Integrated Navigation 2 | B | 400 | 12000 |
| NAUT230 | Navigation Law | F | 200 | 0000 |

Transfer: New Mexico Military Institute - Roswell, NM
| CHEM1214 | General Chemistry 1 | C | 400 | |

SEM. TOTAL: **12.00 Q.P. 27990**
QUALITY POINT AVERAGE: **233**

### 2ND CLASS SEA PERIOD AY 16-17

| | | | | |
|---|---|---|---|---|
| NPRJ235 R | Navigation Law 1 | F | 100 | 0000 |

SEM. TOTAL: **1.00 Q.P. 0000**
QUALITY POINT AVERAGE: **000**

| | | | | |
|---|---|---|---|---|
| HIST410 | Modern World History | B | 300 | 9000 |

CUM. TOTAL: CRED.85.50 Q.P. 21486
CUMULATIVE QUAL. PT. AVG.: **2.513**
******************** END OF TRANSCRIPT ********************

AR00121

**Aberger, Antoinette**

| | |
|---|---|
| **From:** | Reilly, Virginia |
| **Sent:** | Tuesday, May 23, 2017 7:31 AM |
| **To:** | Aberger, Antoinette |
| **Subject:** | Hearn |

Good morning Ann,

Please use 5/17/17 as John Hearn's official academic disenrollment date.

Thanks, Ginny

*Virginia A. Reilly*
Midshipman Personnel Officer
Office of the Commandant
U.S. Merchant Marine Academy
300 Steamboat Rd.
Kings Point, New York 11024-1198
Phone: (516) 726-6179
Fax: (516) 773-5717
Email: reillyv@usmma.edu

5.22.17

1

AR00122

## MEMORANDUM

**SUBJ: Deck Sea Project Failures for 2019A First Sailors**
DATE: 04/24/2017

TO:      Diane Taha, Assistant Dean
FROM:    Kevin Hasson, CAPT, USMS

Please find below a list of First Sailing Deck Sea Project failures submitted during the Third Trimester Term AY 2016/2017, and the recommendations from DMT for repeat/ remediation.

**KEY:**

| COURSE | GRADE COMPOSITION | CREDITS |
|---|---|---|
| NPRJ210 = CARGO OPS 1 | Exam = 70%, Sub. = 30% | (1 credit) |
| NPRJ215 = INT NAV SYSTEMS 1 | Sub. = 100% | (1 credit) |
| NPRJ220 = SEAMANSHIP 1 | Exam = 60%, Sub. = 40% | (1 credit) |
| NPRJ225 = STRUCTURE/STAB | Exam = 70%, Sub = 30% | (1 credit) |
| NPRJ230 = NAV 1 | Exam = 70%, Sub. = 30% | (1 credit) |
| NPRJ235 = NAV LAW 1 | Exam = 40%, Sub = 60% | (1 credit) |

*All above Projects require a 70% to pass

| | | |
|---|---|---|
| EPRJ245 = Marine Engineering for Deck | | (1 credit) |

FOR ENGINEERS

| | | |
|---|---|---|
| NPRJ245 = Deck Ops for Eng | Exam = 50%, Sub. = 50% | (1 credit) |

AR00123

## 2019A FIRST SAILOR FAILURES

| Name | Course | | Grade | Comments / Recommendation |
|---|---|---|---|---|
| ████████ | NPRJ210 | Cargo Ops | F (59.5) | Exam: 85% Project: 0 |
| | | | | Non-submit |
| | NPRJ220 | Seamanship | F (62.6) | Exam: 59% Project: 68% |
| | | | | Poor exam score. Left many exam questions blank. Did not submit pre-fire plans worth 20 points and did not answer CFR questions worth 12 points. |
| | NPRJ245 | SS & S | F (60.6) | Exam: 58% Project: 100% |
| | | | | Did not submit a Stability report which is worth 10% of the total grade. |
| | EPRJ245 | Eng for Deck | F | |
| **Recommendation** | | | | **Disenroll** |

| Name | Course | | Grade | Comments / Recommendation |
|---|---|---|---|---|
| ████████ | NPRJ245 | SS & S | F (66.4) | Exam: 52% Project: 66.6% |
| | | | | Poor exam score. Completely skipped problems on the exam. |
| | NPRJ230 | Nav 1 | F (65.1) | Exam: 54% Project: 91% |
| | | | | Did not submit ETA problems, and did very poorly on the exam. |
| **Recommendation** | | | | **Setback / Disenroll** |

| Name | Course | | Grade | Comments / Recommendation |
|---|---|---|---|---|
| ████████ | EPRJ245 | Eng for Deck | F | |
| **Recommendation** | | | | **Repeat during 2nd Sailing** |

| Name | Course | | Grade | Comments / Recommendation |
|---|---|---|---|---|
| ████████ | NPRJ235 | NavLaw | F | Exam: 60% Project: 33% |
| | | | | Part 2 Non-submit. |
| | EPRJ245 | Eng for Deck | F | |
| **Recommendation** | | | | **Repeat during 2nd Sailing** |

| Name | Course | | Grade | Comments / Recommendation |
|---|---|---|---|---|
| Hearn, John | NPRJ225 | SS & S | NG | Non-Submit. DST determined it could not be completed. |
| | NPRJ235 | NavLaw | F | Exam: 78% Project: 53.3% |
| | | | | Part 1 Non-submit. Part 2 was 80% |
| **Recommendation** | | | | **Disenroll** |

| Name | Course | | Grade | Comments / Recommendation |
|---|---|---|---|---|
| ████████ | EPRJ245 | Eng for Deck | F | |
| **Recommendation** | | | | **Repeat during 2nd Sailing** |

| Name | Course | | Grade | Comments / Recommendation |
|---|---|---|---|---|
| ████████ | EPRJ245 | Eng for Deck | F | |
| **Recommendation** | | | | **Repeat during 2nd Sailing** |

AR00124

| Name: | M/N John Hearn |
|---|---|
| Class: | 2019-A (Setback) |
| Major: | Marine Transportation |
| Cum. GPA: | 2.495 |

Term GPA:    0.0

```
BUSINESS HOLD FOR
UNPAID FEES
```

**Previous Deficient Terms:**

| Term | Status | Reason |
|---|---|---|
| AY 2015 – Term 3 | RFD/ Academic Probation | Received "F" in MATH210 Prob. Stat. and received an "F" in NAUT125 Ter. Nav 2. Result was academic probation and went to Summer School 2015. Repeated both courses in summer school and received "B-" in MATH210 and a "C+" in NAUT125. |
| AY 2016 – Term 2A | RFD/ Continued Academic Probation | Received "F" in NPRJ225 Ship Structure and an "F" in NPRJ235 Navigation Law 1.   Repeated both courses during AY 2017 T2A 1 received a "NG" in NPRJ225 Ship Structure and an "F" in NPRJ235 Navigation Law 1 *(repeat failure)*. |
| AY 2016 – Term 3 | RFD/ Setback | Received "F" in NAUT230 Navigation Law. Currently enrolled currently in NAUT230. |

**Academic Deficiencies: Term 2 A**

| Course: | NPRJ 235 Navigation Law |
|---|---|
| Grade: | F |
| Remarks: | Exam: 78%   Project: 53.3% - Part 1 -- Non-submit, which only required re-writing the Rules of the Road. Part 2 was 80% |
| Course: | NPRJ 225 Ships Structure and Stability |
| Grade: | NG |
| Remarks: | Per PDCS, was not able to obtain vessel to accommodate. |

| Outstanding Course Work: | NPRJ 225 Ships Structure and Stability, NPRJ 235 Navigation Law 1, NAUT230 Navigation Law *(currently taking)* |
|---|---|

**Comments:**

| Dean | |
|---|---|
| PDCS | (See attached) |
| PE&A | N/A |
| ACE | Student RFD'ed for fourth time and his third term in succession. Was retained after the Sea year ARB and was Setback in T3 AY 2016. Student was working with LT Boyle and myself while enrolled and during setback, but during his sea time and upon return has had little to no contact with me. |
| CMDT | Previously had alcohol offense at sea during first sailing.  Not particularly outstanding! |

| ARB RESULTS:    DISENROLL |
|---|
| VOTES: 7 – Disenroll 3 - Abstained |

AR00125

UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK
REVIEW TRANSCRIPT
****************************************************************

Page 1 of 2

Date: 5/17/2017

Name : Hearn, John Bayard

Address: 8 DEBRAAK LANDING
LEWES DE 19958

Social Security No.: ████████
USMMA Address - P.O. Box: 0131      Split: A
Major: Marine Transportation
SAT - Verbal: 570      Math: 590
ACTIVE

Class Year: 2019

Admitted: 07/02/2014

Remarks:

| 4TH CLASS FIRST TERM | | ACADEMIC YEAR 14-15 | | | 2015/1 |
|---|---|---|---|---|---|
| CMDT100 | Social Responsibility | P | 0.00 | 0.000 | |
| ECME101 | Intro to Marine Engineering I | B | 3.50 | 10.500 | |
| HIST100 | History of Sea Power | B | 3.00 | 9.000 | |
| MATH101 | Calculus I | C- | 3.00 | 5.010 | |
| NAUT101 | Intro to Nautical Science | A- | 3.00 | 11.010 | |
| NAUT110 | Basic Firefighting and Safety | B | 2.00 | 6.000 | |
| PE&A120 | First Aid | A | 0.50 | 2.000 | |
| PE&A125 | Self Defense Tactics | A | 0.50 | 2.000 | |
| PHYS110 | Physics 1 | C | 3.00 | 6.000 | |

SEM TOTAL CRED : 18.50     SEM TOTAL QUAL PTS: 51.520     SEM QPA: 2.785
CUM. TOTAL CRED: 18.50     CUM TOTAL QUAL PTS: 51.520     CUM QPA: 2.785

| 4TH CLASS SECOND TERM | | ACADEMIC YEAR 14-15 | | | 2015/2 |
|---|---|---|---|---|---|
| BUSN110 | The Business of Transportation | B | 3.00 | 9.000 | |
| MATH120 | Calculus II | D | 3.00 | 3.000 | |
| NASC100 | Introduction to Naval Science | A | 2.00 | 8.000 | |
| NAUT120 | Terrestrial Navigation 1 | B- | 3.00 | 8.010 | |
| NAUT130 | Introduction to Navigation Law | B | 1.00 | 3.000 | |
| PE&A110 | Basic Swimming | A | 1.00 | 4.000 | |
| Transfer: New Mexico Miltary Institute - Roswell, NM | | | | | |
| ENGL1113 | Freshman Composition I | B+ | 3.00 | | |

SEM TOTAL CRED : 13.00     SEM TOTAL QUAL PTS: 35.010     SEM QPA: 2.693
CUM. TOTAL CRED: 31.50     CUM TOTAL QUAL PTS: 86.530     CUM QPA: 2.747

| 4TH CLASS THIRD TERM | | ACADEMIC YEAR 14-15 | | | 2015/3 |
|---|---|---|---|---|---|
| BUSN210 | Principles of Economics | D | 3.00 | 3.000 | |
| MATH210 | Probability & Statistics | F | 3.00 | 0.000 | |
| MLOG120 | VSL PERS w/ Secty Duties | P | 0.00 | 0.000 | |
| NAUT125 | Terrestrial Navigation 2 | F | 3.00 | 0.000 | |
| NAUT160 | Ship Constructions & Stability | B | 3.00 | 9.000 | |
| PE&A130 | Aquatic Survival | A | 1.00 | 4.000 | |
| PHYS120 | Physics 2 | D+ | 3.00 | 3.990 | |

SEM TOTAL CRED : 16.00     SEM TOTAL QUAL PTS: 19.990     SEM QPA: 1.249
CUM. TOTAL CRED: 47.50     CUM TOTAL QUAL PTS: 106.520     CUM QPA: 2.243

| 4TH CLASS SUMMER SESSION | | ACADEMIC YEAR 14-15 | | | 2015/3/X |
|---|---|---|---|---|---|
| MATH210 P | Probability & Statistics | B- | 3.00 | 8.010 | |
| NAUT125 P | Terrestrial Navigation 2 | C+ | 3.00 | 6.990 | |

SEM TOTAL CRED : 6.00     SEM TOTAL QUAL PTS: 15.000     SEM QPA: 2.500
CUM. TOTAL CRED: 47.50     CUM TOTAL QUAL PTS: 121.520     CUM QPA: 2.558

AR00126

UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK
REVIEW TRANSCRIPT
*************************************************************

Page 2 of 2
5/17/2017

Hearn, John Bayard                                        XXX-XX-7252
### 3RD CLASS FIRST TERM          ACADEMIC YEAR 15-16          2016/1

| Code | Course | Grade | Cred | Pts |
|---|---|---|---|---|
| BUSN310 | Accounting and Finance | C+ | 3.00 | 6.990 |
| NAUT140 | Maritime Communications | B- | 4.00 | 10.680 |
| NAUT210 | Integrated Navigation 1 | B | 4.00 | 12.000 |
| NAUT220 | Liquid Cargo Operations | B- | 3.00 | 8.010 |
| WTRF100 | Safety of Life at Sea | B+ | 2.00 | 6.660 |

SEM TOTAL CRED : 16.00     SEM TOTAL QUAL PTS : 44.340     SEM QPA: 2.771
CUM. TOTAL CRED: 63.50     CUM TOTAL QUAL PTS: 165.860     CUM QPA: 2.612

### 3RD CLASS SEA PERIOD          ACADEMIC YEAR 15-16          2016/2/A

| Code | Course | Grade | Cred | Pts |
|---|---|---|---|---|
| EPRJ245 | Marine Engineering for Deck | A- | 1.00 | 3.670 |
| NPRJ210 | Cargo Operations 1 | C- | 1.00 | 1.670 |
| NPRJ215 | Integrated Navigation Sys 1 | B | 1.00 | 3.000 |
| NPRJ220 | Seamanship 1 | C | 1.00 | 2.000 |
| NPRJ225 | Ship Structure and Stability 1 | F | 1.00 | 0.000 |
| NPRJ230 | Navigation I | C- | 1.00 | 1.670 |
| NPRJ235 S | Navigation Law 1 | F | 1.00 | 0.000 |

SEM TOTAL CRED : 7.00     SEM TOTAL QUAL PTS : 12.010     SEM QPA: 1.716
CUM. TOTAL CRED: 69.50     CUM TOTAL QUAL PTS: 177.870     CUM QPA: 2.559

### 3RD CLASS THIRD TERM          ACADEMIC YEAR 15-16          2016/3

| Code | Course | Grade | Cred | Pts |
|---|---|---|---|---|
| BUSN230 | Principles of Management | B | 3.00 | 9.000 |
| LITR201 | Literature | C+ | 3.00 | 6.990 |
| NAUT215 | Integrated Navigation 2 | B | 4.00 | 12.000 |
| NAUT230 | Navigation Law | F | 2.00 | 0.000 |
| XCEPT0 2 | SETBACK: SEE REMARKS | NG | 0.00 | 0.000 |

**Transfer:** New Mexico Military Institute - Roswell, NM
| CHEM1214 | General Chemistry 1 | C | 4.00 | |

SEM TOTAL CRED : 12.00     SEM TOTAL QUAL PTS : 27.990     SEM QPA: 2.333
CUM. TOTAL CRED: 81.50     CUM TOTAL QUAL PTS: 205.860     CUM QPA: 2.526

### 2ND CLASS SEA PERIOD          ACADEMIC YEAR 16-17          2017/2/A

| Code | Course | Grade | Cred | Pts |
|---|---|---|---|---|
| NPRJ235 R | Navigation Law 1 | F | 1.00 | 0.000 |

SEM TOTAL CRED : 1.00     SEM TOTAL QUAL PTS : 0.000     SEM QPA: 0.000
CUM. TOTAL CRED: 82.50     CUM TOTAL QUAL PTS: 205.860     CUM QPA: 2.495

Academic Status:2015/3 RFD-Academic Probation - 2016/2/A RFD-Academic Probation - 2016/3 RF
<u>DEFICIENCY CODE:</u>

AR00127

UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK 11024-1699

RECORD OF ACTIONS TAKEN FOR ACADEMIC DEFICIENCY

Midn John Hearn                                    Term: First Sailing - 19-B
Class Year: 2019
                        REVIEW TRANSCRIPT ATTACHED
*****************************************************************************
Sea Year Evaluations:  Excellent,    Good,       Average,    Poor

~~Pass~~ S8 Alcohol offense

Regimental Record:   A,   B,   C,   D,   F          Total Demerits _____

Other Information:
_____
_____
_____

===========================================================================
                     RECOMMENDATION OF THE DEAN

~~ACADEMIC WARNING~~      ACADEMIC PROBATION          CONTINUED ACADEMIC PROBATION

(DISENROLLED)            SUSPENDED DISENROLLMENT      EXECUTIVE BOARD

~~LEAVE OF ABSENCE~~      SUSPENDED LEAVE OF ABSENCE   DEFERRED GRADUATE

_Preston DeJean_                                      4/25/17
Capt.Preston DeJean, Interim Academic Dean            Date

Comments: NAU/ E63 7 SExam, 53 Proj. Part 1 of Proj Non sub out
4/00 on Part 2 of PROS E1

===========================================================================
                     SUPERINTENDENT'S ACTION

ACADEMIC WARNING         ACADEMIC PROBATION          CONTINUED ACADEMIC PROBATION

(DISENROLLED)            SUSPENDED DISENROLLMENT      EXECUTIVE BOARD

LEAVE OF ABSENCE         SUSPENDED LEAVE OF ABSENCE   DEFERRED GRADUATE

Comments: Failed to complete 1 sea project in spite of
3 mos to do so. Sought no assistance. No initiative or effort
shown. No acceptance of
ownership of his own              17 May 2017
failure on 1st sailing &          Date
his alcohol offense - blames others.

Dr. Helis
Superintendent

AR00128

**Pilosi, Kathleen**

| | |
|---|---|
| **From:** | Taha, Dianne |
| **Sent:** | Monday, June 27, 2016 12:24 PM |
| **To:** | Reilly, Virginia; Lisa Jerry, Registrar; Widelo, Maribeth; Aberger, Antoinette; Pilosi, Kathleen; Albert, CAPT Gene E. R. |
| **Subject:** | Fwd: Hearn RFD |

All,

HEARN is on immediate LOA, prob. setback to 2019, return 15 Dec. if prob.terms met, to repeat sea projects before returning for classes T3-17

Dianne

Begin forwarded message:

> **From:** "Taha, Dianne" <TahaD@USMMA.EDU>
> **Date:** June 27, 2016 at 12:12:38 PM EDT
> **To:** "2018Hearn, John" <John.Hearn.2018@midshipman.usmma.edu>
> **Subject: Re: Hearn RFD**
>
> Midn Hearn,
>
> You need to phone me on Thursday at 1000 to discuss the terms of your probation.
>
> Dean Taha
>
> On Jun 27, 2016, at 11:58 AM, 2018Hearn, John <John.Hearn.2018@midshipman.usmma.edu> wrote:
>
>> Dean Taha,
>>
>> Following a discussion with CDR Acquaro, I understand that there is opportunity for remedial academics and sea project completions. Therefore, I accept the decision to setback to the Class of 2019.
>>
>> Very respectfully,
>> M/N John Hearn 3/C
>> 1st Company CTO PO
>> 2018-A
>>
>> "All the adversity I've had in my life, all my troubles and obstacles, have strengthened me... You may not realize it when it happens, but a kick in the teeth may be the best thing in the world for you." -Walt Disney
>>
>> **From:** Taha, Dianne [TahaD@USMMA.EDU]
>> **Sent:** Thursday, June 23, 2016 11:12 AM
>> **To:** 2018Hearn, John

1

AR00129

**Cc:** Acquaro, Paul; Flynn, Cynthia
**Subject:** RE: Hearn RFD

Midn Hearn,

The Superintendent has accepted the recommendation of the Interim Dean and ARB that you proceed on leave of absence and be put on probationary setback status to the Class of 2019.

My understanding is that you will return aboar the TV/KPer on Sunday 26 June. You must respond to this email stating whether you accept these terms, or if you intend to appeal the setback. You must respond to all in this email by 1200 on Monday 27 June, and if you plan to appeal, you must appear in person at the Office of the Superintendent to book the appointment.

Dean Taha

**From:** Taha, Dianne
**Sent:** Monday, June 20, 2016 5:44 PM
**To:** 2018Hearn, John <John.Hearn.2018@midshipman.usmma.edu>
**Cc:** Acquaro, Paul <AcquaroP@USMMA.EDU>
**Subject:** Hearn RFD

Midn Hearn,

You have been referred for disenrollment to the Academic Review Board due to one earned F, which constitutes a violation of the terms of probation imposed after the first sailing period. The ARB will meet on Wednesday, and you will be informed of its recommendation to the Supt.

Dean Taha

2

AR00130





SUPERINTENDENT
UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK 11024-1699

Midshipman John Hearn
Class of 2018
Marine Transportation

July 12, 2016

**TERMS OF PROBATION**

MIDN Hearn:

After a careful review of your academic record, I have accepted the recommendation of the Academic Review Board and the Interim Academic Dean that you be placed on Probationary Setback/Leave of Absence status. The terms of your probation are as follows:

1. You must take 12 academic credits at another accredited institution, as discussed in your phone conversation with the Assistant Dean. The courses must be pre-approved by Academy department heads and must be eligible for exemption from Academy courses. You must earn a grade $\geq$ C in each course to qualify for the exemptions.
2. You must arrange to have an official transcript sent from the Registrar at the other institution to the Academy Registrar. The transcript must be received by 15 January, 2017.
3. While final clearance for the probationary setback is pending, you will receive orders from the Commandant to come to the Academy on or about 15 December to clear for sea in order to repeat the two failed sea projects from the first sailing period.
4. If you meet condition 1 above, you will be set back to the Class of 2019 and return to repeat the third term of the third class year, T3-17.
5. You will remain on Academic Probation status through the end of the second sailing period: No Fs and QPA/CQPA $\geq$ 2.00
6. While on setback, you must assure that your Academy email account remains active. It is via this account that all Academy personnel will communicate with you. As there will be no reminder, you must remember to change your password every 55 days.
7. Failure to acknowledge receipt of, and sign, these terms of probation will not be deemed an excuse for failure to comply with the conditions set

Failure to meet condition 5, as outlined above, may result in disenrollment.

JAMES A. HELIS
Rear Admiral, USMS
Superintendent

cc: C, R, ADH, MPO, DACE

---

I have received and understand the terms of this letter. I understand that failure to accept or failure to comply with these terms may result in my academic disenrollment from USMMA.

Signed: _____     Date: 7/21/16

AR00131

AR00132



UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK 11024-1699

RECORD OF ACTIONS TAKEN FOR ACADEMIC DEFICIENCY

Midn John Hearn                                         Term: AY2015-16 - 3
Class Year: 2018
                      REVIEW TRANSCRIPT ATTACHED
******************************************************************
Sea Year Evaluations:   Excellent,    Good,    Average,    Poor

*Alcohol at sea - removed after 14 days - didn't get resubstantiate time*

Regimental Record:   A,   B,   C,   D,   F        Total Demerits _____

Other Information: *Good rec f. CO.*
_____

=================================================================
                      RECOMMENDATION OF THE DEAN

ACADEMIC WARNING      ACADEMIC PROBATION         CONTINUED ACADEMIC PROBATION

DISENROLLED           SUSPENDED DISENROLLMENT    EXECUTIVE BOARD

(LEAVE OF ABSENCE)    SUSPENDED LEAVE OF ABSENCE DEFERRED GRADUATE

*David J. Palmer*                                          6/22/16
Dr. David Palmer, Interim Academic Dean                    Date

Comments: *NAVLAW - 55 Tests, Class 70, Final Exam 69  FINAL GRADE = 63.5*

=================================================================
                      SUPERINTENDENT'S ACTION

ACADEMIC WARNING      ACADEMIC PROBATION         CONTINUED ACADEMIC PROBATION

DISENROLLED           SUSPENDED DISENROLLMENT    EXECUTIVE BOARD

(LEAVE OF ABSENCE)    SUSPENDED LEAVE OF ABSENCE DEFERRED GRADUATE

Comments: _____

_____                 12 July 2016
Dr. Helis                                          Date
Superintendent

AR00133





SUPERINTENDENT
UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK 11024-1699

Midshipman John Hearn                                   May 17, 2016
Class of 2018
Marine Transportation

**TERMS OF PROBATION**

MIDN Hearn:

After a careful review of your academic record, I have accepted the recommendation of the Interim Academic Dean and the Academic Review Board that you be put on Academic Probation status. The terms of your probation are as follows:

1.  You will repeat NPRJ225 and NPRJ235 during the second sailing period

2.  You will be on Academic Probation status through the end of the second sailing period: No Fs and QPA/CQPA $\geq 2.00$. Any deficiency status will constitute a violation of terms, and will result in your being Referred for Disenrollment.

Failure to meet the conditions set herein may result in your disenrollment. Disenrollment will jeopardize your degree, your license, and your ability to fulfill your service obligations, potentially subjecting you to efforts by the federal government to recoup the cost of your education.

I therefore urge you to dedicate yourself to successful completion of the USMMA program.

JAMES A. HELIS
Rear Admiral, USMS
Superintendent


cc: D, R, C, MPO, ADH, HDWF

I, hereby, acknowledge and understand the probationary terms set forth in this letter.

Signed: _____        Date: _____

AR00134

**Acquaro, Paul**

| | |
|---|---|
| **From:** | Taha, Dianne |
| **Sent:** | Friday, April 29, 2016 9:21 AM |
| **To:** | 2018Hearn, John |
| **Cc:** | Acquaro, Paul |
| **Subject:** | RE: Hearn RFD |

Midn Hearn,

The Supt has accepted the recommendation of the Interim Dean and the ARB that you be put on Academic Probation status and repeat the failed projects during the second sailing period.

You will be summoned to the Dean's Office to sign a formal Terms of Probation letter sometime within the next two weeks.

Dean Taha

**From:** Taha, Dianne
**Sent:** Thursday, April 21, 2016 2:29 PM
**To:** 2018Hearn, John <John.Hearn.2018@midshipman.usmma.edu>
**Cc:** Acquaro, Paul <AcquaroP@USMMA.EDU>
**Subject:** Hearn RFD

Midn Hearn,

You have been referred for disenrollment to the Academic Review Board due to two sea project failures, which is also a violation of you terms of probation. The ARB will meet on Thursday 4/28, and you will be informed of its recommendation some time on Friday.

It's recommended that you consult the *Academic Policies Handbook*, pp. 13 – 17 for information about the ARB https://intranet.usmma.edu/AcademicDean/Deans%20Memoranda/dm210-18.docx

If you wish to consult LCDR Acquaro, you may see him until 1600 today, and again on Monday. He will not be at the Academy tomorrow, Fri. 4/22

Dean Taha

1

AR00135

**Acquaro, Paul**

| | |
|---|---|
| **From:** | Taha, Dianne |
| **Sent:** | Thursday, April 21, 2016 2:29 PM |
| **To:** | 2018Hearn, John |
| **Cc:** | Acquaro, Paul |
| **Subject:** | Hearn RFD |

Midn Hearn,

You have been referred for disenrollment to the Academic Review Board due to two sea project failures, which is also a violation of you terms of probation. The ARB will meet on Thursday 4/28, and you will be informed of its recommendation some time on Friday.

It's recommended that you consult the *Academic Policies Handbook*, pp. 13 – 17 for information about the ARB https://intranet.usmma.edu/AcademicDean/Deans%20Memoranda/dm210-18.docx

If you wish to consult LCDR Acquaro, you may see him until 1600 today, and again on Monday. He will not be at the Academy tomorrow, Fri. 4/22

Dean Taha

1

AR00136

UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK 11024-1699

RECORD OF ACTIONS TAKEN FOR ACADEMIC DEFICIENCY

Midn John Hearn                                    Term: First Sailing
Class Year: 2018A
                        REVIEW TRANSCRIPT ATTACHED
*************************************************************************
Sea Year Evaluations:  Excellent,   Good,   Average,   Poor

_M4 Dwgo | Entro off a ship    (Nethol)_

Regimental Record:  A,  (B,)  C,  D,  F          Total Demerits _____

Other Information: _above avg, PO, engaged this term_

==============================================================
                 RECOMMENDATION OF THE DEAN            _UNANIMOUS_

ACADEMIC WARNING     (ACADEMIC PROBATION)      CONTINUED ACADEMIC PROBATION

DISENROLLED          SUSPENDED DISENROLLMENT      EXECUTIVE BOARD

LEAVE OF ABSENCE     SUSPENDED LEAVE OF ABSENCE   DEFERRED GRADUATE     _4/28/16_
                                                                          Date
Dr. David Palmer, Interim Academic Dean

Comments: _Ship Stru 65 Final/Grade 61 Exam/75 proj._
_New Law C68 Final Grade 46.3 Proj_

==============================================================
                    SUPERINTENDENT'S ACTION

ACADEMIC WARNING     (ACADEMIC PROBATION)      CONTINUED ACADEMIC PROBATION

DISENROLLED          SUSPENDED DISENROLLMENT      EXECUTIVE BOARD

LEAVE OF ABSENCE     SUSPENDED LEAVE OF ABSENCE   DEFERRED GRADUATE

Comments: _____

Dr. (Helis)                                         _17 May 16_
Superintendent                                         Date

AR00137



SUPERINTENDENT
UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK 11024-1699

Midshipman John Hearn                                                July 7, 2015
Class of 2018
Maritime Logistics and Security

**TERMS OF PROBATION**

MIDN Hearn:

After a careful review of your academic record, I have accepted the recommendation of the Academic Board and Academic Dean that you be on Academic Probation status. The terms of your probation are as follows:

You will remain on Academic Probation status through the end summer school 2015: No Fs and QPA/CQPA ≥ 2.00. Any deficiency status will constitute a violation of terms, and will result in your being Referred for Disenrollment.

Failure to meet the conditions set herein may result in your disenrollment. I therefore urge you to dedicate yourself to successful completion of the USMMA program.

JAMES A. HELIS
Rear Admiral, USMS
Superintendent

cc: D, R, C, MPO, ADH, HDWF

I, hereby, acknowledge and understand the probationary terms set forth in this letter.

Signed: _____    Date: 9 July 2015

AR00138

UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT, NEW YORK 11024-1699

RECORD OF ACTIONS TAKEN FOR ACADEMIC DEFICIENCY

Midn John Hearn
Class Year: 2018                                          Term: AY2015-3
                       REVIEW TRANSCRIPT ATTACHED
**********************************************************************
Sea Year Evaluations:  Excellent,  Good,       Average,    Poor

Regimental Record:  A,  (B,)  C,    D,    F          Total Demerits _____

Other Information: Quiet reserved

==============================================================
                    RECOMMENDATION OF THE DEAN
ACADEMIC WARNING      (ACADEMIC PROBATION)        CONTINUED ACADEMIC PROBATION

DISENROLLED           SUSPENDED DISENROLLMENT      EXECUTIVE BOARD

LEAVE OF ABSENCE      SUSPENDED LEAVE OF ABSENCE   DEFERRED GRADUATE   6/25/15
_____                                             _____
Dr. Shashi Kumar, Dean                                               Date

Comments: Term Mau 62 Avg - Supported by MJ Faculty
Prob Stats 55.9 - 62 final, 50% homework, 52.5 tests
==============================================================
                    SUPERINTENDENT'S ACTION
ACADEMIC WARNING      (ACADEMIC PROBATION)        CONTINUED ACADEMIC PROBATION

DISENROLLED           SUSPENDED DISENROLLMENT      EXECUTIVE BOARD

LEAVE OF ABSENCE      SUSPENDED LEAVE OF ABSENCE   DEFERRED GRADUATE

Comments: _____

_____                          8 July 15
Dr. Helis                                        _____
Superintendent                                   Date

AR00139