

# ACADEMIC POLICIES HANDBOOK

## United States Merchant Marine Academy
## Kings Point, New York

## CLASS of 2019

## Shashi N. Kumar, Ph.D.
## Academic Dean

## Prepared by the Office of the Academic Dean

AR00140

Academic Policies Handbook

This handbook presents those regulations, procedures and policies that pertain to the academic program. It is intended not only for Midshipmen, but also for Faculty and Staff, particularly for those who mentor and counsel Midshipmen. It lays out requirements and responsibilities for Midshipmen and also specifies the obligations of Academic Departments and Faculty in supporting the institutional mission and student learning goals.

The Academic program is a complex one that places many demands upon Midshipmen, Faculty and Staff. Because of this, it is important that all members of the Kings Point community understand the regulations and policies that govern the administration of the academic program. Midshipmen are encouraged to discuss academic issues with their course Instructors, Mentors and Academic Department Heads. Further, the Academic Dean and the Assistant Deans stand ready to answer any questions users might have about the Handbook, as well as about the academic program.

The policies outlined in this handbook are applicable to all students entering the Academy with the Class of 2018. Midshipmen remain subject to these policies until their graduation or separation from the Academy; students who enter with the Class of 2018, but become part of an ensuing class will be subject to the policies of the new class.

*signed*

Shashi N. Kumar, Ph.D.
Academic Dean

2

AR00141

### Dean's Memorandum 210

The USMMA provides a four-year academic program leading to a bachelor of science degree, a license as a merchant marine officer (issued by the United States Coast Guard), and an appointment as a commissioned officer in a reserve component of the United States Armed Forces (including the Strategic Sealift Officer Program of the United States Navy.) The academic year is divided into three academic terms. All students spend 9 terms in residence, and 3 terms on a commercial shipping vessel. Credit for courses is given in credit hours, and academic proficiency is determined by a combination of academic credits and grades, with a system of Quality Points for the grades earned. Academic credit is also earned for the successful completion of Sea Projects during the sailing periods.

## I.    GRADUATION REQUIREMENTS

The minimum requirements for graduation are:
- Successfully complete the number of credit hours required by the curriculum in which enrolled. Exemptions from courses completed at other accredited institutions or waived due to physical disability may lower the number of credits required for some students.
- Pass the required resident and Sea Project courses. A four-year course of study is required by the Code of Federal Regulations: 46CFR 310.52 and 310.65. A maximum of 5 1/2 years in attendance as a Midshipman is permitted to complete degree requirements.
- Earn a Cumulative Quality Point Average (CQPA) of at least 2.000 for all courses
- Earn a 2.000 CQPA for all required courses specified in the student's major. See Appendix II.
- Earn a United States Coast Guard (USCG) Officer's license. Those not eligible to receive a license, including foreign nationals, must nevertheless pass the required U.S. Coast Guard exam successfully.
- Satisfy all certifications required by the USCG as specified in Section XXVII of this Instruction.
- For U.S. citizens, satisfactorily complete all Naval Science courses prescribed by the Department of the Navy as well as complete all the requirements for a Reserve Commission in the United States Navy Reserve. Ref: 46 CFR 310.59(a) and 310.65 (G)i.
- Apply for and accept, if offered, an appointment as a commissioned officer in The United States Navy Reserve, (including the Strategic Sealift Officer Program, United States Naval Reserve) or reserve component of any armed force of the United States. Ref: 46 CFR 310.65(G)iii
- Pass the Academy Physical Fitness Test
- Prospective graduates whose graduation is deferred for academic, regimental, and/or medical reasons will not participate in graduation activities for their class year, including the actual graduation ceremony

A Midshipman will not be commissioned or receive a diploma, a USCG license or receive any other official graduation documents unless each of the requirements specified above is satisfied.

3

II.  **CREDIT HOURS and GRADES**

Credit for courses is earned in credit hours. Each successfully completed course earns a letter grade and a specified number of credit hours. The number of credit hours for each course is indicated in the Academy catalog. Academic proficiency is determined by a combination of academic credits, letter grades, and a system of Quality Points for the grades earned.

III.  **COURSE and CREDIT REQUIREMENTS**

A.  **Satisfaction of Course Requirements**

Course requirements may be satisfied as follows:
- Successful completion of the course while enrolled at USMMA
- Successful resolution of a failed course through methods specified elsewhere in this handbook
- By demonstrating proficiency in the subject through an Advanced Placement (AP) examination
- By exemption from a course because of the successful completion of an approved course from another accredited college or university as specified elsewhere in this handbook
- By demonstrating proficiency in the subject through a departmental examination

B.  **Credit Hours**

The credit hour is the primary academic measure by which progress toward the degree is gauged. One credit hour is defined as one hour of class work per week per term, or two hours of laboratory work per week per term.

C.  **Authorized Grades**

Upon successful completion of a course, a student is awarded a letter grade:

- A   Outstanding
- B   Above Average
- C   Average
- D   Minimally Passing
- P   Passing (For Pass/Fail registration only)
- F   Unsatisfactory/Failing
- W   Withdrawal
- E   Exempt
- I   Incomplete

The plus suffix (+) may be assigned to the grades of "B", "C" or "D" to show strong performance at that grade level. The minus suffix (-) may be assigned to grades of "A" "B" or "C" to show below average performance at that grade level.

AR00143

## IV. QUALITY POINTS and QUALITY POINT AVERAGE

### A. Calculation of Quality Points Earned

Each letter grade corresponds to a number of Quality Points; the student earns that number of Quality Points for each credit completed. The Quality Points are used to compute the Quality Point Average (QPA) for *one* term, and the Cumulative Quality Point Average (CQPA) for *all terms* completed. The QPA and CQPA are used to determine academic proficiency. Table 1 outlines the number of Quality Points awarded for *each* credit.

### TABLE 1
### QUALITY POINTS

| LETTER GRADE | QUALITY POINTS EARNED PER CREDIT | LETTER GRADE | QUALITY POINTS EARNED PER CREDIT |
|---|---|---|---|
| A | 4.00 | C | 2.00 |
| A- | 3.67 | C- | 1.67 |
| B+ | 3.33 | D+ | 1.33 |
| B | 3.00 | D | 1.00 |
| B- | 2.67 | F | 0.00 |
| C+ | 2.33 | | |

For a single course, each credit is multiplied by the number of Quality Points per credit. Example: An "A" in a 1-credit course earns 4 Quality Points a 2-credit course earns 8 Quality Points; a 3-credit course earns 12 Quality Points and a 4-credit course earns 16 Quality Points (credits multiplied by Quality Points for the grade). No Quality Points are earned for the grades of "W" (Withdrawal), "E" (Exempt), "I" (Incomplete), and "P" (Passed).

### B. Computation of the QPA and CQPA

The QPA applies to a single term; the CQPA is for all terms of study at the Academy.

1. **Quality Point Average (QPA):** The QPA is calculated at the end of *each* term by dividing the Quality Points earned by the credit hours attempted.

2. **Cumulative Quality Point Average (CQPA):** The CQPA is the student's average for *all* terms of study. The CQPA is calculated at the end of each grading period by dividing the *total Quality Points* earned for the duration of the Midshipman's enrollment by the *total credit hours* attempted.

AR00144

Courses in which a grade of "W," "E," "I," or "P" has been assigned are not included in the calculations, *i.e.* these courses do not earn credits and Quality Points and do not figure in the calculations of the QPA and CQPA.

The following two examples show how to calculate the **QPA**:

**Term** 1

| Course | Credit Hours | Grade | Quality Points | Total Quality Points |
|--------|--------------|-------|----------------|----------------------|
| ABxxx | 4 | B | 3.00 | 12.00 |
| CDxxx | 3 | C | 2.00 | 9.00 |
| EFxxx | 3 | C+ | 2.33 | 6.99 |
| GHxxx | 2 | B | 3.00 | 6.00 |
| IJxxx | 3 | F | 0.00 | 0.00 |
| | 15 | | | 31.99 |

$$QPA = \frac{31.99}{15} = 2.13$$  Note that the average is computed using the total number of credits attempted, including course IJxxx, in which the student earned the grade of "F."

**Term** 2

| Course | Credit Hours | Grade | Quality Points | Total Quality Points |
|--------|--------------|-------|----------------|----------------------|
| KLxxx | 3 | C- | 1.67 | 5.01 |
| MNxxx | 4 | A | 4.00 | 16.00 |
| OPxxx | 3 | B | 3.00 | 9.00 |
| QRxxx | 1 | C+ | 2.33 | 2.33 |
| STxxx | 4 | C | 2.00 | 8.00 |
| UVxxx | 2 | B- | 2.67 | 5.34 |
| | 17 | | | 45.68 |

$$QPA = \frac{45.68}{17} = 2.69$$

The following example shows how to calculate the **CQPA** for the above two terms:

$$CQPA = \frac{\text{Total accumulated Quality Points}}{\text{Total credits attempted}} = \frac{31.99 + 45.68}{15 + 17} = \frac{77.67}{32} = 2.43$$

6

## C. Special Case Grade Calculations

Students must repeat all failed courses. There are two different policies which apply to the calculation of the CQPA when failed courses are repeated successfully. One policy applies only to Fourth Class courses and those repeated after a setback:

1. **Repeat Grades for Fourth Year Courses and Courses Repeated After Setback** (Forgiveness Policy)**:** Students who fail a course during the first three terms (in residence) of their Fourth Class year will be granted one opportunity to repeat or remediate the course without a negative impact on their CQPA. If the course is completed successfully on the second attempt, the Quality Points earned will not be divided by the credit hours attempted. The CQPA will be re-calculated using the new, presumably higher, grade and the corresponding number of quality points. Though the original grade remains on the transcript as part of the student's permanent record, the net effect is that the CQPA is improved.

   This one-time Forgiveness Policy will be in effect regardless of the class year in which the Midshipman repeats the Fourth Class course for the first time. On the transcript, courses subject to this policy will be coded with a "P" next to the course identifier.

   Students returning from setback whose special schedule requires that courses in which they earned grades < C be repeated also benefit from the Forgiveness Policy, even though the repeated course may not be a Fourth Class course.

2. **Repeated Course Grades for All Other Class Years:** For courses and Sea Projects failed after the first three terms, the CQPA is calculated in the normal manner, by dividing the quality points earned by the credit hours attempted. Both grades remain on the transcript, as well.

3. **Summer School Grades:** The grades for all courses taken in summer school will be calculated along with the grades for the last residential term, in most cases, the third term.

## D. Grades Requiring Approval of the Office of the Academic Dean

Grades of "W," "E," and "I" must have the approval of the Office of the Academic Dean. Enrollment in a course on a Pass/Fail basis must have the prior approval of the Dean, unless the course is only offered on a Pass/Fail basis.

## E. Incomplete Grades

An individual Faculty member may assign an "I" (Incomplete) in circumstances when s/he determines that the requirements of the course could not be met by the end of the grading period. The grade is reported on a special form available from the Registrar. The work required to resolve the Incomplete must be specified on the form. The Department Head and the Office of the Academic Dean must approve all Incomplete grades.

AR00146

Normally, an Incomplete will be resolved by the end of the sixth week of the succeeding residential grading period. An extension beyond the sixth week requires the approval of the Office of the Academic Dean. A grade of "I" that is not resolved or that is not approved for extension beyond the sixth week of the succeeding grading period will be converted to an "F."

F. **Limits on Credit Received by Exemption and Examination**

A maximum of 12 credit hours required for graduation may be applied to a Midshipman's record as a result of course exemptions satisfied by Advanced Placement examination, departmental examination, or transfer from another institution of higher education. Specific departmental policies are discussed, below.

G. **Credit for Courses Completed at another Educational Institution**

College level work may be accepted for transfer and substituted for a required course as an Exemption. Courses taken prior to attending the Academy and successfully completed with a grade of "C" or better will be considered for exemption if the course is equivalent to a required course in the Academy's curriculum. The exemption proposal must commence in the Registrar's Office, which can verify original transcripts and Advanced Placement scores. The proposal will then be presented to the appropriate academic Department Head. The proposal must be supported by copies of the catalog description of the course, the course outline obtained from the college or university, and a listing of the texts/references that are used in the course, when possible.

Neither the credit hours nor the grades earned are transferable. Courses accepted for exemption do not affect the student's Quality Point Average at the Academy. Except for first term plebe candidates, a student may not apply for exemption from a course after s/he has enrolled in the comparable course at the Academy. First term plebe candidates may apply for exemption up to the end of the Add/Drop period.

Exemption credits must be evaluated by the Registrar's Office. Only official transcripts from another institution will be accepted for purposes of exemption credit.

H. **Course Exemptions Based on Departmental Examination**

Departmental examinations as a basis for exemption may be administered where non-academic experience appears to provide a basis for successful completion of such an examination. A departmental examination may also be given where transfer credit for a course has not been granted. The Academic Department Head must approve all requests for departmental examinations. A special examination to demonstrate proficiency in a course will not be authorized after a Midshipman registers for the course. Likewise, a special examination for purposes of exemption will not be authorized after a Midshipman has failed the Academy course.

AR00147

I.  **Course Exemptions**

1.  **Foreign National Midshipmen**

    A foreign national Midshipman may petition the Office of the Academic Dean for permission to waive a senior level Naval Science course.

2.  **Course Exemptions for Physical Education Courses**

    Exemptions from physical education courses may be authorized by the Dean upon recommendation of the Head, Department of Physical Education and Athletics, for appropriate medical or physical reasons. A Midshipman who has received such an exemption for these reasons is not required to make up the credits for which s/he has received an exemption. A Midshipman who, because of temporary physical limitations, is required to withdraw from a Physical Education course, must satisfy the course requirement before graduation.

3.  **Course Exemptions for Humanities Courses**

    a.  A student may apply for an exemption from Composition and Literature (English 1, LITR101) on the basis of previous completion of a college English composition course, or a score of 4 or 5 on the AP English exam, after successful performance on the Humanities Department writing diagnostic examination. The Humanities Department will evaluate the essay for exemption purposes. If a student has the requisite college or AP credit, AND has met the department's standard on the diagnostic examination s/he may then apply to the Department Head for exemption from the course.

    b.  A student may apply for an exemption from American History and/or World History if s/he has received a score of 4 or 5 on the Advanced Placement Exam.

    c.  No student will be exempted from Literature (English 2, LITR201).

    d.  A Midshipman may exempt from the mandatory Humanities Sea Project only if the student has earned an undergraduate degree with a focus on liberal arts.

4.  **Course Exemptions for Math and Science Courses**

    A student may apply for exemption from a course in the department of Math and Science on the basis of either an Advanced Placement examination or completion of college work prior to arrival at the Academy.

    a.  A student may apply for an exemption from a course in the department of Math and Science on the basis of previous completion of a comparable college course or courses. In order to exempt from

9

AR00148

Mathematics courses, the student will have to successfully pass a departmental examination.

To receive exemption based on Advanced Placement examination, a midshipman should achieve at least the scores, below. No other exemptions based on AP examinations will be granted.

    b.
- i. CHEM 100: 5 on AP Chemistry
- ii. MATH 101: 4 on AP Calculus AB
- iii. MATH 120: 4 on AP Calculus BC
- iv. PHYS 110: 4 on AP Physics C: Mechanics

**5. Course Exemptions for International Baccalaureate Degree Work**

Exemptions for coursework completed while earning the International Baccalaureate may be granted in accordance with the above departmental policies. Only scores of 6 or 7 will be considered for possible exemption.

## V. ACADEMIC STATUS

### A. Academic Proficiency

In order to continue in his or her education, a Midshipman must make normal progress towards earning the degree, i.e., remain proficient. Proficiency is defined as both proficiency in academic courses, and towards earning a USCG Merchant Mariner's Credential and STCW endorsement to that credential. A Midshipman is deemed **academically proficient** for a term if his/her CQPA is at least a 2.00, if the term QPA is also at least a 2.00 and if there are no F's earned that term. .

### B. Academic Deficiency Status

The Dean's Office analyzes all grades at the conclusion of each term, and each sailing period. A Midshipman will be assigned an **academic deficiency** status if s/he does not meet the criteria in Table 2, below. The deficiency codes assigned to Midshipmen are tracked by the Registrar's Office. Academic deficiency status has consequences for retention, especially when students are in a deficient status for successive terms.

Academic Warning **(AW)** is the least serious deficiency status, followed by Academic Probation **(AP)**, and Referred for Disenrollment **(RFD)** (the latter resulting in an Academic Review Board case (see below).

Students are notified, via email, of their deficient status immediately after the grade analysis is completed by the Dean's Office.

AR00149

1. **Midterm Grades for Fourth Class Students**

Faculty members submit mid-term grades for Fourth Class students each term. The Registrar's Office prepares a grade report for each student which shows all course grades. The grade reports are distributed to students by their Mentors. The Office of the Dean analyzes the grades and assigns deficiency codes, where applicable. While these codes do not remain on the student's permanent record, the intent is to put the student on alert of a possible deficiency status at the end of the term, if grades are not improved. Students may also be subject to appropriate restrictions described in this handbook.

AR00150

## TABLE 2
### DEFICIENCY STATUS CRITERIA

| Class Year | CQPA ≥ 2.00 No Fs | CQPA < 2.00 | QPA < 2.00 w/No Fs | Term w/Fs |
|---|---|---|---|---|
| **4th - 1st Term** | Proficient | - | 1.67 – 1.99 AW | 1F - AW |
| | | - | 1.33 – 1.66 – AP | 2 Fs - RFD |
| | | - | 0.00 – 1.32 - RFD | - |
| **4th - 2nd Term** | Proficient | 1.86 – 1.99 AW | 1.67 – 1.99 - AW | 1F - AW |
| | | 1.67 – 1.85 - AP | 1.33 – 1.66 - AP | 2 Fs - RFD |
| | | 0.00 – 1.66 - RFD | 0.00 – 1.32 - RFD | - |
| **4th - 3rd Term** | Proficient | RFD | 1.67 – 1.99 - AW | 1F - AW |
| **and** | | | 1.33 – 1.66 - AP | 2 Fs - RFD |
| **1st, 2nd, 3rd Classes** | | | 0.00 – 1.32 - RFD | |
| | Proficient | RFD | 1.67 – 1.99 - AW | 1F - AW |
| | | | 1.33 – 1.66 - AP | 2 Fs - RFD |
| | | | 0.00 – 1.32 - RFD | |

Midshipmen who are on a deficiency status for a given term, and who fail to become academically proficient the next term, will be assigned the next lower status. For example, if a Plebe is on AW status as a result of academic performance during the first term and fails one course with a CQPA = 1.90 and a QPA = 1.75 during the second term, the proper designation is AP; not AW. Midshipmen who are not academically proficient 3 terms in a row are designated **RFD** (see Section F, below.)

Note that in assigning deficiency status, the lowest designation applies. For example, a first term Plebe with one F and a QPA of 1.50 will be designated as being on Academic Probation.

C. **Other Factors Leading to Designation as Referred for Disenrollment (RFD)**

In addition to the above-indicated cases that lead to the designation of RFD, a Midshipman may be placed in this status as a result of any one of the following:
- Failing the Introduction to Nautical Science course (NAUT101)
- Failing the Introduction to Marine Engineering course (ECME101)
- Violating proficiency requirements for three or more consecutive terms
- Failing the same required course two times
- Failing two or more courses during either a residential or sea term
- Failing to achieve a CQPA of at least 2.00 in the major
- Failing a sequence of required courses; e.g., math, English, or physics, either within one term or over different terms
- Failing to achieve a combined QPA of at least 2.00 for the two sea terms
- Violating the Terms of Probation (TOP) that were in effect during the current term
- Failing to make sufficient academic progress as determined by the Academic Dean

D. **The Sea Year and Satisfactory Progress Towards the Degree**

AR00151

A Midshipman normally must have a CQPA of $\geq 2.00$ to be assigned to sea training, and must have satisfied, prior to sea duty, the Basic Safety competences required by the Standards of Training, Certification and Watchkeeping '95, (STCW) as amended 2010. Exceptions may be made by the Dean on a case-by-case basis.

Terms spent at sea are subject to the same proficiency criteria as terms spent in residence. Midshipmen who have a QPA of $< 2.00$ in a sea period are subject to the same terms in Table 2 on Academic Deficiency. Midshipmen who are RFD will be reviewed by the Academic Review Board and considered for setback, deferred graduation, or disenrollment, all defined below.

## E.  The Academic Review Board (ARB)

There are twelve different times during the academic year that grades are analyzed for proficiency: following each term, and following each sailing period. Each sailing period undergoes two separate analyses; those who left for sea on deficiency status will have their grades analyzed prior to the remainder of the split. Immediately following the academic analysis of the grades, Midshipmen who are deemed to be RFD are referred to the Academic Review Board (ARB). The Board convenes at the call of the Dean and consists of the following members: Academic Dean, Commandant, Assistant Academic Deans, Academic Department Heads, Head of Professional Development and Career Services, Director of the Academic Center for Excellence, Director of Admissions, and Director of Waterfront Activities. Members may designate alternates to act on their behalf at Board meetings. The Superintendent, at his discretion, may attend Board meetings.

Midshipmen who neglect to submit two or more sea projects by the proscribed deadline will be declared RFD and subject to an Academic Review Board which may be convened prior to the regular grade analysis. In these cases, only the Dean, Assistant Dean for Academic Programs, Director of Professional Development and Career Services, and the Department Heads of Marine Engineering and Marine Transportation will participate in the Board.

Members of the Board are apprised, in advance, of the names of students who will be reviewed. At the actual Board, the members review the transcript of each student, as presented by the Assistant Dean. Board members or their designees make available to the Board any additional information that is pertinent to the academic, regimental, Sea Year, athletic and student life aspects of the Midshipman's performance. Each case is considered individually, and the Dean requests recommendations from members of the Board. All members, except the Dean and Assistant Deans, vote on each recommendation; ties are broken by the Assistant Academic Dean for Academic Programs. At the conclusion of the Board, the Dean considers all recommendations and makes a final recommendation to the Superintendent in each case. All those recommended by the Dean for Disenrollment are referred to the Superintendent. Midshipmen recommended for Setback or Disenrollment may request an appeal of those decisions before a committee headed by the Superintendent.

AR00152

The ARB may recommend that a Midshipman be required to change majors within his or her academic department if it is deemed that this will result in a higher level of academic success.

It is within the purview of the Board to make the following recommendations: Academic Probation, Continued Academic Probation, Leave of Absence (Setback) Probationary Leave of Absence, Suspended Setback, Deferred Graduation, Suspended Disenrollment, Automatic Disenrollment, and Disenrollment. Each is a deficiency status, with implications for subsequent terms:

1. **Academic Probation (AP):** The Midshipman will remain at the Academy in the status of Academic Probation with academic proficiency (Terms of Probation) requirements established.

2. **Continued Academic Probation (CAP):** Students who were on Academic Probation during the current term will remain at the Academy and continue on Academic Probation status, with academic proficiency requirements established.

3. **Setback:** The Midshipman will be placed on official Leave of Absence status and resume his/her studies during a future term as specified by the Superintendent. S/he will be subject to formal Terms of Probation as conditions of both return and retention. The student will normally be designated a member of the following class year. In addition, a Midshipman returning from setback will be subject to all provisions of the ***Academic Policies Handbook*** in effect for the new class year.

4. **Probationary Setback (PS):** The Midshipman will remain at the Academy under explicit TOP in regards to QPA, CQPA, and course grades. If the student meets the conditions, s/he will be set back at the end of the term. Failure to meet the conditions will result in a referral for disenrollment (RFD).

5. **Suspended Setback (SS):** The Midshipman will remain at the Academy under explicit TOP in regards to QPA, CQPA, and course grades for that term. If the student meets the conditions, and is not in deficiency status at the end of that term, s/he will continue on at the Academy. If the student is in deficiency status at the end of that term, s/he will be set back.

6. **Deferred Graduate:** A Midshipman of any class year may be designated a Deferred Graduate. Special requirements relating to either the residential or Sea Year curriculum, to be completed following graduation of the Midshipman's class, are established. A Midshipman may be denied permission to present for the USCG license examination as a result of being placed in this status.

7. **Suspended Disenrollment (SD):** The Midshipman may remain at the Academy in the status of Suspended Disenrollment with academic proficiency requirements (TOP) established for the next two terms that, if not met, will result in another recommendation to the Superintendent for disenrollment (RFD). A Midshipman may be placed on Suspended Disenrollment for continuous violation of academic terms of probation, or in cases relating to performance at sea, as reflected in officer evaluations.

8. **Disenrollment:** The Midshipman will be disenrolled from the Academy.

**F. Terms of Probation**

AR00153

Every case heard before the Academic Review Board will result in a Terms of Probation letter signed by the Superintendent. The terms of the letter are binding in all cases, and neglecting to sign the TOP letter does not release the student from meeting all terms.

## G. Deficiency Status: Sailing Period and STCW Competences

### 1. The STCW Council

The STCW Council is a sub-committee of the Academic Review Board. Its purpose is to monitor Midshipmen's progress toward the issuance of a USCG Merchant Mariner's Credential and STCW endorsement to that credential.

It is the responsibility of the Council to determine whether the competences required for licensure and certification are being earned in a timely manner, both in residential courses and during the sailing periods. A Midshipman who has received multiple adverse ($< 2.0$) shipboard evaluations relating to application of STCW training at sea, and/or who faisl to demonstrate proficiency in those competences that relate to Personal Safety and Social Responsibility aboard ship, may be referred to the STCW Council.

The Council may make recommendations to the Superintendent via the Academic Dean. The recommendations may suggest that the matter be resolved in the next resident term, or during the next Sea Year assignment. The recommendation may also suggest disenrollment, academic setback, deferred graduation, conduct probation, and /or counseling.

## H. Options for Students after a Recommendation for Setback or Disenrollment

Students are contacted via email after the conclusion of the ARB and informed of the Dean's recommendation. Upperclassmen recommended for setback or disenrollment may either accept the recommendation, or request an appeal. Fourth classmen set back after the first or second term may be offered a setback to the following class. Students must respond to the email informing the Dean of their decisions. They will be informed of a deadline for responding to the recommendation; failure to respond by that deadline will result in the automatic enforcement of the recommendation.

### 1. Appealing the Decision of the Academic Review Board

In the event that the student chooses to appeal, s/he will be directed to schedule an Appeal Hearing by contacting the Superintendent's Office. The Appeal is heard before the Academic Dean, Commandant and Deputy Superintendent, and Superintendent, or their designees. The Midshipman may prepare a formal statement which includes an explanation for the academic deficiencies and a plan for future academic success, and may present statements of support from professors, staff, Mentors and sponsors. It is advisable to submit the personal statement to the Office of the Superintendent at least one day before the Appeal.

15

At the actual Appeal, the Midshipman appears alone before the Committee, and is informed immediately afterwards by the Superintendent of his decision. Within a few days, the Superintendent will issue a formal letter outlining his decision, including conditions and the Terms of Probation (TOP), if applicable. The Midshipman must sign the letter acknowledging receipt and understanding of the Terms of Probation, and retains a copy for his or her records.

Midshipmen who are sent on a Leave of Absence, and who leave the Academy premises before signing the TOP letter, are responsible for contacting the Office of the Academic Dean to procure the letter. Non-receipt of the letter will not be deemed a valid reason for failing to meet any of the conditions for return to the Academy. Failure to comply with the conditions for return, as outlined in the TOP letter, will result in the Dean's recommending to the Superintendent that the student not be cleared for return to resume his or her studies with the next class year. The student shall be asked to resign from the Academy. If the student does not respond to the call for resignation, s/he will be disenrolled.

The Superintendent is the final authority in all cases referred by the Academic Review Board. No decision may be appealed to a higher authority in the Maritime Administration.

## I.    Conditions of Setback

The decision to send a Midshipman on a leave of absence is made in the interest of strengthening the student's academic record. The Dean's Office assesses all grades earned up to that point, and designates the optimal term for return to the Academy. Students returning from academic leave of absence may be required to repeat all academic courses and all STCW competencies in deficient courses. All grades of record will be the grade earned upon repeating the course. Returning fourth classmen may be designated as Plebe Candidates, upon the recommendation of the Commandant. They will be required to participate in Indoctrination, and will repeat all requirements applicable to the new class year.

Often, the Superintendent will direct a Midshipman on setback to take a specific course or courses at another institution. The Midshipman will be required to earn a minimum grade of "C" in each course. At times, the designated course is intended to strengthen the student's understanding of a subject already failed; therefore, the outside course will not be the basis for an Exemption, and the course must be repeated when the student returns to the Academy. In particular, the Math and Science Department will consider granting an Exemption only in those cases where a pre-approved two-course sequence is completed at another institution.

Occasionally, a Midshipman on setback will be directed to take courses which will earn an Exemption at the Academy, in accordance with the procedures detailed earlier in this handbook. Grades and credit hours earned elsewhere do not transfer; the student may be exempt from taking the equivalent course at the Academy upon completion of the requisite paperwork.

AR00155

In all cases, successful completion of outside credits, as mandated by the TOP letter, will be a condition of return and setback to the next class year. Students must seek prior approval from the Academic Department for coursework completed elsewhere. At the conclusion of the course(s), students must provide an official copy of the transcript from the other institution in order to satisfy the Terms of Probation and/or to procure exemption credit. The official transcript must be sent directly to the Academy's Registrar. Faxed and/or sealed copies will not be accepted.

Note, also, that Midshipmen returning from setback may be required to purchase a newer model laptop before or during their tenure, at the discretion of the Department of Information Technology.

Students returning from an approved leave of absence/setback due to academic deficiencies will be on Academic Probation for at least two academic terms. These Terms of Probation mandate, at a minimum, that the student earn a QPA and CQPA $\geq 2.000$, and passing grades in all residential and/or Sea Project courses. Additional conditions may be specified. Failure to satisfy the Terms of Probation in any of the probationary terms will constitute a violation of the TOP, and subject the student to another Referral for Disenrollment.

A Midshipman placed on a probationary status by the Superintendent at the end of a resident term immediately prior to assignment to sea training shall be required, at a minimum, to:

1. Have no "Adverse" ratings on the *Ship's Officers' Review of Midshipman Performance* form
2. Have no failing grades in Sea Year courses (Sea Projects)
3. Have a QPA for the sea period and CQPA $\geq 2.00$

## J.  Special Leave Status: Compassionate Setback

Midshipmen who are progressing towards the degree in accordance with the standards set forth in the Tables and are in good standing with the Regiment may request a Leave of Absence for personal reasons through the Compassionate Setback Committee. An official Request for Leave of Absence should be submitted to the Assistant Academic Dean. Supporting documentation, such as a physician's or counselor's statement, should be attached, as well as a plan for completing degree requirements.

The Compassionate Setback Committee consists of the Commandant, Head of Counseling and is chaired by the Assistant Academic Dean for Academic Programs. The Committee will convene to discuss the merit of the setback request, and make a recommendation to the Superintendent for acceptance or denial of the request. The Superintendent will inform the Compassionate Setback Committee of his decision regarding the request. If approved, the Midshipman must receive formal notification of approval before the Leave of Absence is considered official. The approval will

AR00156

specify conditions for return as well as grading policies for the current term, if applicable.

### K. Sports and Extracurricular Activities Restrictions

#### 1. Restrictions on Fourth Class Midshipmen

Fourth Class Midshipmen on Academic Probation or a more serious deficiency status may not participate in any officially organized extracurricular activities, including intercollegiate athletic teams. Exceptions to this rule occur on a case-by-case basis and are decided by the Office of the Academic Dean in collaboration with the Assistant Athletic Director. However, such Midshipmen may participate in intramurals.

#### 2. Restrictions on Upperclassmen

The Superintendent may specify, following a Referral for Disenrollment, that a Midshipman be prohibited from participating in sports and extracurricular activities. The Dean may restrict any Midshipman who is on Academic Probation, Continued Academic Probation, or Suspended Disenrollment from participation in any sports or extracurricular activities at any point during the term..

### L. Academic Extra Duty

Academic Extra Duty (Academic ED) allows academically deficient Midshipmen to participate in a supervised study program when they would otherwise be assigned to extra duty work hours.

Fourth Class Midshipmen who are on "Academic Probation" or lower academic status and all other Midshipmen whose CQPAs are below 2.00 or who are on "Suspended Disenrollment" are eligible for Academic Extra Duty. Academic Officers are authorized to approve Academic Extra Duty in such cases. The Office of the Academic Dean may grant this privilege to any other Midshipmen on a case-by-case basis. The rules and procedures of the program are administered through the Regimental Academic Officer.

AR00157

VI.    **SPECIAL ACADEMIC PROGRAMS**

A.  **Academic Support Programs**

1.  English Support Program – An extra hour of instruction in grammar and writing for certain Midshipmen enrolled in English 1 is offered on a weekly basis. Midshipmen will be identified for the program based on a diagnostic essay. Midshipmen will work intensively with a writing Instructor who will assign tasks and work with individual Midshipmen to improve writing. The support class will be held for one hour a week during the 6th or 7th period. Attendance is required. This twelve-week program carries a grade of P or F. If a Midshipman fails the English Support Program, s/he will not be permitted to progress and enroll in English 2 without repeating the Support Program successfully.
2.  Calculus - All plebe candidates take a Calculus placement test during the Indoctrination period. The candidate's score will determine whether s/he is placed in a section that meets three, or four, times per week.

VII.    **RESOLVING FAILING GRADES**

Section 1 of this Instruction (**Graduation Requirements**) requires that a Midshipman pass all required resident and Sea Project courses. A failing grade must be resolved by passing the course on re-enrollment, course remediation as prescribed in this section, being exempted from the course through transfer credit or successful completion of a departmental examination, or by special action of the Dean as in the case of a medical exemption or inability to complete a required Internship.

Successful results on the USCG license examinations cannot be substituted for the requirement to pass either a Sea Project or residential course.

A.  **Resolving Failing Grades for the Third, Second and First Classes**

Repeating a failed course is the most desirable method of resolving a failure and will be employed whenever possible. In the case of courses consisting of lectures and required laboratory experience, a Midshipman may, at the option of the Academic Department, be considered to be repeating a course if s/he can be scheduled in all lecture sessions but is unable to schedule the laboratory sessions. Residential courses are to be repeated in the next resident term in which the course is offered. If a complete course repeat cannot be scheduled, a remedial or formal remedial program shall be prescribed as follows:

1.  If a Midshipman's schedule permits attending at least one, but not all of the weekly course meetings, s/he shall be enrolled in the course and required to attend all possible meetings. All assigned work must be completed and the Midshipman must take the normally scheduled final examination. This type

AR00158

of enrollment will be considered a **remedial**. The highest grade that may be earned is "C+." The code "T" will appear next to the course on the transcript.

2. If the Midshipman's schedule does not permit attending any classes, s/he may, at the discretion of the department, be enrolled in a **formal remedial** program. This format requires one meeting per week with the assigned faculty member beginning no later than the second week of the term. A Midshipman enrolled in a formal remedial will take a final examination during the regularly scheduled examination week. The code "T" will appear next to the course identifier on the transcript.

3. The designation "R" will be placed next to a course on a Midshipman's transcript in cases where a Midshipman is returning from setback and is repeating courses as part of the special schedule prescribed by the Dean's Office. Courses carrying this designation are subject to the Forgiveness Policy if repeated successfully on the first attempt.

4. At times, students may be directed to resolve failing Sea Project grades either by repeating the entire Sea Project, or via remediation of certain sections of the project. A Sea Project which is repeated may receive any grade. Like resident courses, a Sea Project which is remediated may not receive a grade higher than "C+." The code "T" will appear next to this course on the transcript.

5. In the Departments of Engineering and Marine Transportation, the following policies are followed for all Sea Year courses carrying the prefix EC and NP:

   a. Midshipmen failing a single first sailing period project will be required to complete the entire project during the second sailing period. This will be considered a Repeat of the course.

   b. Midshipmen failing a second sailing period project who are designated Deferred Graduates will normally be required to complete the entire project at sea. This will be considered a Repeat of the course.

   c. Midshipmen failing a second sailing period project and who are not disenrolled, are not designated Deferred Graduates may, at the discretion of the department, be assigned a Remedial means of completing the course.

6. In the Department of Professional Development and Career Services all Internship courses are resolved on an individual basis.

## B. Failing Grades and Changes of Major

A Midshipman who fails an elective course has the option to repeat/remediate the course or to replace the elective with another elective course. In the latter case, the "F" for the first course enrollment will remain on the record. A Midshipman who fails a core or elective course and subsequently changes major, where the new major does not require the course, has the option to repeat/remediate the course or to let the "F" remain on the record.

The *Change of Major* form must contain a notation as to the decision of the Midshipman regarding the provisions of this section.

## C. Administrative Procedures for Resolving Failing Grades

AR00159

1. A Midshipman who fails a course must immediately meet with the Academic Department Head or Assistant Academic Department Head. The academic department will notify the Midshipman that s/he is responsible to arrange for a Repeat or Remedial of the course as appropriate. This notification will be sent to the Midshipman at the time the grades are being submitted at the end of the academic term.

2. On Registration Day of the Midshipman's next residential term, s/he must report to the Special Registration session, usually held in the Library, to schedule a Repeat of the course. Any grade may be earned.

    a. If the course does not fit into the Midshipman's schedule and will be offered again the following term, the Academic Department may require the Midshipman to wait until that term to schedule the course.

    b. If a full repeat of the course cannot be scheduled, the Department may schedule a Remedial or Formal Remedial by the next term. It is the responsibility of the Midshipman to see that this is done.

    c. The Academic Department representative is responsible for completing the *Re-Enrollment for Resolution of Resident Course Failure* form, indicating whether the Midshipman is repeating, remediating, completing a Formal Remedial, or must report for assignment at the beginning of a subsequent term.

        i. The Midshipman signs the form and is given the pink copy. The yellow copy is kept by the academic department representative, and the gold copy is given to the assigned faculty member. At the end of the Add/Drop period, the academic department representative is responsible for hand-delivering the white copies to the Office of the Registrar for processing. Thus, a *Re-Enrollment for Resolution of Resident Course Failure* form will be completed by the Academic Department representative, signed by the Midshipman, and sent to the Registrar's Office at the beginning of each term for all Midshipmen in residence with outstanding deficiencies in the Academic Department.

    d. The names of all Midshipmen who are repeating or remediating a course will be included on the Secondary Class Lists and the Grade Collection Sheets for the section to which they have been assigned. A "T" will appear next to the names of those remediating the course.

    e. Separate lists will be generated for Midshipmen completing formal remedials.

    f. Faculty members are responsible for reviewing the Secondary Class Lists and verifying that the names of all Midshipmen repeating or remediating their courses are included, adding or removing names as required.

AR00160

D. **Failure to Enroll in a Repeat/Remedial Program**

It is the responsibility of each Midshipman to monitor her/his grades and progress towards the degree. Each Midshipman's Degree Audit is available to the Midshipman Portal of MyUSMMA. A Midshipman who does not enroll in a repeat/remedial program during the first residential term after an "F" is earned, and for whom a Repeat/Remedial is not deferred until the next residential term, may receive another grade of "F" for the course. Two successive grades of "F" in the same course will automatically subject the student to a Referral for Disenrollment (RFD.)

VIII.    **Understanding the Academic Transcript**

The transcript is the permanent record of all coursework undertaken at the Academy towards the earning of the degree. The transcript records the academic history by term and class year. It records all courses attempted and/or completed, the credits and quality points earned for each, the QPA for individual terms, and the CQPA. The following are the codes that may appear on the transcript:

- R   Indicates a course being repeated; any grade may be earned
- S   Indicates a course being repeated after return from setback: credits will not be used in the CQPA calculations
- P   Indicates a Plebe course being repeated; credits will not be used in the CQPA calculations
- T   Indicates a course being repeated as a Remedial; students cannot earn higher that the grade of C+

IX.    **ACADEMIC LOADS**

A. **General Course Load Requirements**

Midshipmen are required to carry the academic load for their section or group as published by the Office of the Registrar. The minimum load per term is 12 credit hours. As for maximum loads, a Midshipman with a CQPA $\geq$ 2.500 may take not more than 3 credit hours above the load prescribed in a term for his/her section or group. A Midshipman with a CQPA < 2.500 may petition the Office of the Academic Dean for an exception to take an overload up to 3 credit hours. Each condition requires the approval of the Academic Dean.

B. **Adding/Dropping Courses**

Midshipmen may petition to add/drop a required class within five business days of the start of an academic term. *Add/Drop* forms are available from the Office of the Registrar. Under extraordinary circumstances, such as illness, the Office of the Academic Dean may extend the add/drop period.

A Midshipman may drop an elective course no later than the end of the second week of the term. The grade of "W" shall be recorded when an elective is dropped.

AR00161

C. **Elective Credit Requirements**

Midshipmen are required to satisfy the curricular elective credit hour requirements as published in the catalog. Normally, electives are taken in the Second and First Class years. These elective requirements may be satisfied by extra elective credits taken in earlier terms, provided that a Midshipman does not reduce the scheduled load by more than 3 credit hours through elective credits taken in an earlier term. Approval to take electives early must be obtained from the Registrar.

X.    **DESIGNATION of MAJOR COURSE of STUDY/CHANGE of MAJOR**

A. **Selection of Major**

Midshipmen indicate their choice of department (Marine Engineering or Marine Transportation) on their admissions applications and affirm their choice of major toward the middle of the first academic term of enrollment. At some time in the second term, just before the end of the calendar year, all students must choose a specific major from among Marine Transportation or Maritime Logistics and Security in the Marine Transportation Department, or among Marine Engineering, Marine Engineering Systems, and Marine Engineering and Shipyard Management in the Marine Engineering Department.

In addition to completing core courses, both Marine Transportation and Marine Engineering major students are required to complete a number of electives. Midshipmen may elect to complete these electives as a Concentration, i.e., a series of at least three thematic courses. Concentrations are temporary curricular components created and managed by interested faculty

B. **Change of Major**

All changes of major must be requested, at the latest, at Special Registration at the start of the second term of the fourth class year. No changes of major will be permitted on or after the first day of classes. Midshipmen seeking to change their majors at any later date—especially after the first sailing period—must seek the approval of the Superintendent, via the Office of the Dean.

C. **Admission to the Marine Engineering Systems Major**

Admission to the Marine Engineering Systems (MES) Curriculum normally is limited to those Midshipmen who are Marine Engineering majors and who are in good academic standing and is confirmed prior to the start of the fourth academic term. For admission to the MES program midshipmen must have a CQPA of at least 2.67 (B-) and no unresolved F grades in their Mathematics, Science and Engineering courses.

Admission to the Marine Engineering Systems program is by application in the Fourth Class year. The Head, Department of Engineering, is the decisional authority in all cases relating to admission and retention in the Marine Engineering Systems curriculum.

AR00162

Additionally, Midshipmen who are admitted to the Systems program are required to maintain a 2.0 average in the Third Class and Second Class Mathematics and Science courses and a 2.0 average in their major courses ("E" prefix courses). Failure to meet these criteria may lead to a recommendation for change of major to Marine Engineering, or to disenrollment.

To receive a degree in Marine Engineering Systems, a Midshipman must achieve an average of at least 2.0 in all courses prefixed with "E" and satisfy all other graduation requirements.

### D. Admission to the Marine Engineering and Shipyard Management Major

Admission to the Marine Engineering and Shipyard Management major normally is limited to those Midshipmen who are in good academic standing and is confirmed prior to the start of the fourth academic term. For admission to the MESM program midshipmen must have a CQPA of at least 2.67 (B-) and no unresolved F grades in their Mathematics, Science and Engineering courses.

Admission to the Marine Engineering and Shipyard Management Major is by application in the Fourth Class year. The Head, Department of Engineering, is the decisional authority in all cases relating to admission and retention in the Marine Engineering and Shipyard Management curriculum.

Additionally, Midshipmen who are admitted to the program must maintain a 2.0 average in the Third Class and Second Class mathematics and science courses and a 2.0 average in their major courses ("E" prefix courses). Failure to meet these criteria may lead to a recommendation for a change of major to Marine Engineering, or disenrollment.

All Marine Engineering and Shipyard Management majors must complete an approved six-week internship at a shipyard or related facility. This internship constitutes the cornerstone of the Senior Design project.

To receive a degree in Marine Engineering and Shipyard Management, a Midshipman must achieve an average of at least 2.0 in all Engineering courses (prefixed with "E"), in addition to satisfying all other graduation requirements.

### E. CHANGE OF MAJOR

1. Department/Major selection (Marine Transportation or Marine Engineering) must be decided by the start of the second term of the fourth class year. Students will not be permitted to change academic departments after the start of the second term.
2. Midshipmen wishing to change majors within their Academic Department must seek the approval of the Department Head and the Office of the Dean. The Midshipman will be subject to the entrance requirements of the major, if applicable.
3. Students must complete the *Change of Major* form and seek the additional approval of the Department Heads of Math and Science and Humanities so that

AR00163

any special course deficiencies may be approved and tracked, where applicable. All departments must approve the change of major unless the Registrar indicates that no other academic department courses are affected by the change.

XI.   **DESIGNATION and CHANGE of SAILING SPLIT**

The Office of the Academic Dean will require Fourth Classmen to indicate their sea period split preference by the end of the first residential term. "A" Split Midshipmen go to sea during their fifth, eighth, and ninth terms. "B" Split Midshipmen go to sea during their fourth, sixth, and seventh terms.

A Midshipman who wishes to change sea period split after the initial groupings are designated must have permission from the Office of the Academic Dean. The student must complete a petition form requesting the change of split. The form is available in the Dean's Office and the Registrar's Office. The split change may not be possible due to course scheduling conflicts. The Office of the Academic Dean reserves the right to assign a Midshipman to any sea split.

XII.   **REQUIREMENTS of 2.00 in the MAJOR**

All Midshipmen must maintain a Cumulative Grade Point Average of 2.00 in their major courses. Failure to do so may require a change in majors or lead to a recommendation for disenrollment. (See Appendix II for Requirements by Major)

XIII.   **ACADEMIC HONORS**

A.   **Resident Academic Terms**

A Midshipman will be awarded an Academic Star on the following basis:

1. Gold Star: a QPA of at least 3.50 with no course failures in the term.
2. Silver Star: a QPA of at least 3.25 up to and including 3.49 with no course failures in the term.

B.   **Sea Year**

A Midshipman will be awarded a Scholastic Honor Ribbon for outstanding performance during a sea period on the following basis:

1. Honor Ribbon with Bronze Star: a QPA of at least 3.50 for the Sea Year, no failing grades, and above average Sea Year performance reports.
2. Honor Ribbon: a QPA of at least 3.25 up to and including 3.49 for the Sea Year, no failing grades, and above average Sea Year performance reports.

AR00164

A Midshipman who is entitled to wear the Sea Year ribbon based on first Sea Year performance and who is also entitled to the ribbon for the second sea period, in lieu of a second award:

1.  Shall wear a silver star if s/he wore a ribbon w/bronze star as a result of the first Sea Year performance;
2.  Shall wear a bronze star if s/he wore the ribbon only for the first sea period.

C.  **Scholastic Honors at Graduation**

Scholastic Honors at Graduation will be printed on the diploma according to the following criteria:

- *Summa Cum Laude:* A Midshipman who has a CQPA for all resident and sea period courses of at least 3.750 and is in the top 3% of the graduating class.

- *Magna Cum Laude:* A Midshipman who has a CQPA for all resident and sea period courses of at least 3.500 and is in the top 10% of the graduating class.

- *Cum Laude:* A Midshipman who has a CQPA for all resident and sea period courses of at least 3.000 and is in the top 20% of the graduating class.

XIV.    **INDEPENDENT STUDY – 700 SERIES COURSES**

A.  **Purpose**

Independent Study courses carry one to three credits and allow Midshipmen to extend their academic interests beyond published course offerings. Normally they are completed and the grades are awarded within the confines of one academic term. Certain research projects may be enrolled in for more than one term with the mutual agreement of the Academic Department Head, the Faculty member offering the course, and the Midshipman. If a course of Independent Study extends for two terms, only one grade and only the credits originally specified on the enrollment form will be awarded for the course.

Academy courses that comprise part of the required curriculum may not be offered as Independent Study courses. In addition, a single Independent Study course may be offered a maximum of three times before it must undergo the formal approval process by the Curriculum Committee in order to become a regular Academy course offering.

The scope and duration of the course must be outlined and approved by the Academic Dean prior to enrollment, and no later than the end of the second week of the term.

*Dean's Memorandum 211* provides additional information for independent study courses. The form – *Request for Independent Study* – is used to propose an enrollment in a course of independent study.

AR00165

B. **Qualifications**

Normally, a Midshipman is required to have a CQPA of 2.50 or better and/or have demonstrated academic ability in the subject area of the proposed project.

C. **Multiple Enrollments**

No more than nine credits of independent study may be applied toward the total elective hour requirements of a Midshipman's curriculum. Normally, a Midshipman may not enroll in more than one course of independent study in a term. Enrollments in courses of independent study subsequent to the first such course must reflect concentration on different topics.

XV.   **GRADING PROCEDURES, GRADE CHANGES, AND GRADE RECORDS OF FACULTY**

Each Faculty member teaching a course shall inform Midshipmen at the beginning of each term of the grading standards and procedures which will be used in evaluating their performance. It shall be noted that every STCW-related assessment is required to have a weight in the overall academic grade awarded for each course. The weight may vary from course to course as the Knowledge, Understanding and Proficiency (KUP) assessed may be of more or less value relative to the course and/or other KUPs.

1. Each Faculty member shall maintain a complete record of student attendance and grades:
   a. Faculty teaching STCW-approved courses are required to comply with the following statement, "For at least one year after the end of each student's enrollment in the approved program, you must maintain on file their examinations and a report of practical tests administered." One year after enrollment in the approved program means one year after graduation from the Academy. Based on correspondence with the USCG, this requirement means that the graded answer sheets of all and a *single sample* of the actual test questions for each exam given at Kings Point must be retained. In other words, 32 exams and 32 answer sheets are not required to be maintained. The Departments of Engineering, Marine Transportation, and Physical Education are affected by this requirement.
   b. Faculty teaching non-STCW courses are required to retain the final examination and the graded responses for a period of one full academic year after the term in which the course was taught.
   c. Each Faculty member resigning, retiring or otherwise leaving the Academy shall submit his or her grading documentation to the appropriate Department Head for retention.

AR00166

### 2. Grade Changes

Grade changes are restricted to cases in which an error was made in computing a final course grade, or when an Instructor re-grades an exam or paper that had been submitted while the course was ongoing. Requested changes will not be approved for other reasons such as work submitted after the course ended or when the Instructor has already submitted the final grade to the Registrar.

The *Grade Change* form is initiated by the Instructor and requires the approval of the Academic Department Head and the Office of the Academic Dean.

## XVI.    COURSE SYLLABI and COURSE OUTLINES

### A. Faculty Responsibilities

Faculty members shall prepare and maintain course syllabi as directed by the Academic Department Heads. The format to be followed is specified in *Dean's Memorandum 237*. Each syllabus shall be followed to the maximum extent possible and shall not be changed without the advance permission of the Academic Department Head.

At the beginning of each term, Faculty shall prepare and distribute to each Midshipman in their sections a course outline and schedule of assignments that is a modified version of the syllabus. The schedule shall include lecture/lab topics, reading assignments, scheduled quizzes and examinations, and the Instructor's office hours. Midshipmen are expected to complete work that is missed due to class absence in accordance with this schedule. The course outline will contain a statement of the method by which final grades will be determined.

### B. Academic Department Responsibilities

Each Academic Department shall maintain an up-to-date syllabus for each required and elective course it offers. Electronic copies of all syllabi will be sent to the Dean's Office each term.

## XVII.    ACCESS TO ACADEMIC RECORDS

Midshipmen may obtain a "Student Copy" of their transcripts at any time from the Registrar's Office. A "Student Copy" is unofficial and does not bear the impressed seal of the Academy. An "Official Transcript" contains the impressed seal of the Academy and is not released to Midshipmen under any circumstances. A Midshipman must complete a written authorization/request in order to release the official transcript to prospective employers, graduate schools, and other third parties. Graduates may obtain official transcripts in sealed envelopes upon written request; they must inform the Registrar's Office of the intended use of the official transcripts.

AR00167

An individual review of an official record maintained by the Registrar may be arranged on an appointment basis. Final decisions on any questions raised in such a review shall be made by the Office of the Academic Dean.

XVIII.   **ACCESS TO GRADED MATERIALS**

Midshipmen are to have access to graded materials that affect the reported grade in a course, including Sea Projects. Material from residential courses that is not returned to a Midshipman must be retained for at least three academic terms to allow a reasonable opportunity for the material to be reviewed and discussed. Sea Projects shall be reviewed and discussed in accordance with *Dean's Memorandum 413*.

Graded exercises, including lab reports and term papers, that are not returned to Midshipmen shall be disposed of in accordance with policy so as not to allow their unauthorized further use by Midshipmen.

XIX.   **ACADEMIC HONESTY**

The Office of the Academic Dean expects all Midshipmen to be academically honest. Academic honesty implies that vigorous punitive action will be taken in cases involving plagiarism, cheating, multiple submissions, and fabrication or falsification of research results. The use of an examination or other academic work that has been graded and/or returned by an Instructor (commonly referred to as a "pony") must be in accordance with each Instructor's policy. Academic honesty is violated when a Midshipman commits an act meeting one of the following criteria:

A.   Plagiarism – To steal and pass off the ideas or words of another as one's own without crediting the source; to present as new and original an idea or product derived from an existing source.

B.   Cheating – The possession, communication, or use of information, materials, notes, study aids, or other devices not explicitly authorized by the Instructor in any academic exercise, or any communication on the substance of the exercise with another person before, during, or after such exercise.

C.   Multiple Submissions – The submission of academic work for which academic credit has already or will be earned, when such submission is made without explicit Instructor authorization.

D.   Fabrication/Falsification of Research Results – Inventing or counterfeiting information; creating results not obtained in a study or laboratory experiment; the deliberate alteration or changing of results to suit one's needs in an experiment or other academic exercise.

E.   Ponies – Midshipmen use of ponies will be determined by a policy detailed in the syllabus of each individual Instructor. If ponies are authorized in the syllabus, their use must be cited in a manner approved by the Instructor.

AR00168

All students, in all class years, will be required to hand write the following honor pledge on all graded materials:

"I pledge that this ["Exam", "Sea project", etc.] represents all my own work in accordance with regulations."

Faculty members who detect a Midshipman committing an act in violation of standards of academic honesty are to take the following actions:

A. Inform the Midshipman of the detected act and of the Faculty member's intended actions
B. Inform the Academic Department Head of the incident and actions taken or contemplated
C. As warranted by the circumstances, the following actions may be taken by the Instructor:

1. Warn the student, ordering him/her to correct the deficient work to the satisfaction of the Instructor
2. Decrease the grade awarded to the test, homework or other submission that is considered to be dishonest
3. Fail the Midshipman on the test, homework, or other submission that is considered to be dishonest
4. Fail the Midshipman for the course, if the act of dishonesty is considered to be of sufficient magnitude to warrant it
5. Report the detected act to the Commandant. The report may be made by any means available (e.g. memo, telephone, email). Any action taken by the Commandant is independent of actions taken by the Instructor.

## XX.    GRADE ADJUDICATION PROCEDURES

A Midshipman who wishes to place a final grade before a Grade Adjudication Committee must follow the procedures detailed in this section. Normally the adjudication process must begin the term following award of the grade. In the circumstance where the Midshipman is at sea in that term, the process must begin in the term following return from sea. Unusual circumstances, such as illness, will be addressed on a case-by-case basis.

A. A Midshipman must first speak to the course Instructor by the end of the second week of the term following award of the course grade so that the basis of the awarded grade is understood. A Midshipman wishing to pursue the matter further must speak to the appropriate Academic Department Head by the end of the third week. If the dispute cannot be resolved by the end of the fourth week, a Midshipman may submit a *Grade Grievance* form to the Office of the Academic Dean. A copy of this form must be given to the course Instructor at the time it is given to the Dean's Office. This form is available from the Office of the Academic Dean.

AR00169

B.  A Midshipman wishing to initiate a grievance must submit this form to the Assistant Dean for Academics by the end of the fifth week of the term and must make an appointment to see the Assistant Dean as soon as possible. The Assistant Dean will, if necessary, consolidate related grievances into one action. An attempt will be made to resolve the grievance without referral to a Grade Adjudication Committee. The grievance may be dismissed at this point if it is considered to be without merit. When this is done, the grievance terminates and may not be reinstated. A decision by the Assistant Academic Dean to dismiss a grievance is not subject to appeal to higher administrative authority.

C.  In the event that the Assistant Dean decides to proceed with the grade adjudication, the Midshipman and the Faculty Member will be informed of the need to convene an Adjudication Committee. By the end of the sixth week, the grieving Midshipman and the course Instructor must individually notify the Assistant Academic Dean in writing of his or her choice of an individual on the Faculty who will serve on the Committee to hear the grievance. The Faculty chosen by the Midshipman will serve as Interim Chairperson of the Committee. If one or both of these individuals do not submit their choice of a Faculty member by the end of the sixth week, the Assistant Academic Dean will select one or two Faculty, as required, and notify them to select a permanent Chairperson.

D.  By the end of the seventh week, the two appointed Faculty will select a third individual on the Faculty who will serve as the Chairperson of the Grade Adjudication Committee. If the appointed Faculty cannot agree on a third person, the Assistant Academic Dean will be so notified by the Interim Chairperson by the end of the seventh week and will promptly appoint an individual on the Faculty as Chairperson.

E.  The Grade Adjudication Committee will meet at the call of the Chairperson by the beginning of the eighth week. By the end of the eleventh week, at the latest, the Committee will issue a binding decision to either:
    1.  Let the grade stand, or
    2.  Change the grade to any grade authorized in this handbook, including "P"

F.  The Committee may also report that an agreement has been reached between the parties. In this case, the Committee renders no decision.

G.  The Chairperson of the Committee will submit a revised grade to the Registrar on a *Final Grade Adjudication* form, available from the Registrar. A copy shall be sent to the Midshipman and the course Instructor whose grade was grieved.

H.  The deadline for each of the stages delineated above indicates the maximum allowable time for each stage. Should a given stage be completed earlier, deadlines for all successive stages will be moved up accordingly. It is intended that the entire process be completed well in advance of the end of the term.

I.  Normally, a Midshipman who does not follow the procedures or time guidelines prescribed herein will be subject to dismissal of the grievance. However, under exceptional circumstances, the Assistant Academic Dean may waive time requirements and deadlines.

AR00170

J.  A Midshipman may bring a case directly to the Assistant Academic Dean before an adjudication procedure is begun, without first discussing it with the course Instructor and Academic Department Head, only when there are extraordinary circumstances, generally of a personal nature.

## XXI.  SPECIAL PROGRAMS

The Office of the Academic Dean may approve a special program to accommodate a special academic or scheduling problem. It may require an under-load or overload and repeat and/or remedial courses. A special program may allow a Midshipman to accelerate his/her program if the special program results from a setback. This may result in a Midshipman rejoining his/her year group on a timelier basis.

A special program may require the repeat of all courses in a sequence regardless of individual grades received and may allow exemptions from courses previously completed with the grade of "C" or better and/or courses transferred from other academic institutions.

## XXII.  ACADEMIC SUPPORT PROGRAM

The Academy's Academic Support Program is described in *Dean's Memorandum 24*1. Midshipmen are encouraged and may be required to seek assistance through this program and through other counseling or Mentoring programs available at the Academy. Midshipmen are encouraged to gain as much as possible from the academic program through frequent contacts with Faculty and staff, through tutorial services provided by Midshipmen and professionals; through Midshipman Academic Officers; through the Mentoring Program; through the Office of the Academic Dean; and through the Academic Center for Excellence. Academic deficiency reports, in the form of Academic Alerts, are filed by instructors to flag students who may be at risk of failing a course. The Alerts are provided to the Midshipman's Mentor, and to certain Company and Regimental Academic Officers. These reports are provided on a need-to-know basis and must be considered confidential and handled in accordance with the Family Educational Rights and Privacy Act (FERPA)

## XXIII.  ACADEMIC REQUIREMENTS of the TWO SAILING PERIODS

### A.  SEA PROJECTS

Sea Projects are academic courses; they are essentially applied, independent study courses which constitute a cooperative education program between the Academy and ship owners and operators. Sea Project courses receive letter grades, earn the corresponding number of Quality Points and are included in the QPA and CQPA calculations.

1.  **Publications to be Read in Conjunction with this Handbook**

AR00171

The *Midshipman Sea Year Guide* and the *Sea Project Manual*, issued by the Department of Professional Development and Career Services, contain detailed descriptions of the requirements of the sea year program and are intended to guide Midshipmen while away from the Academy at sea. All instructions in these and any other official publications that pertain to shipboard training are to be complied with fully and read in conjunction with this *Academic Policies Handbook*. Any questions regarding conflicting requirements among these publications are to be brought to the attention of a Midshipman's Academy Training Representative (ATR) or the Head, Department of Professional Development and Career Services.

## 2. Transporting and Submitting Sea Projects

Sea Projects are always to be carried in hand-held luggage when traveling. They are never to be checked through on a common carrier. Each Sea Project submission is normally due on the first day of the academic term following the Midshipman's return from sea and will be submitted at a place and at a time specified by the Sea Project Coordinator in each Academic Department. Each Midshipman will bring his or her own Sea Project work to the collection site. At the collection site the collectors will sign the Midshipman's receipt for each Sea Project received. The receipt will be maintained at the office of the applicable Academic Department Sea Project Coordinator. Midshipmen may get copies of the receipts upon request.

Midshipmen designated as "Special Sailors" will find the due date for their projects written into the Shipping Assignment instructions set forth by the Head of the Department of Professional Development and Career Services. To comply with this requirement, Midshipmen must leave their last ship with the various Sea Project courses ready to be submitted. A Sea Project that is not submitted at the specified time and place will be considered a non-submission and will receive the grade of "F."

Exceptions to the submission policy stated in this section, including extensions of the established date of submission, must be authorized in writing by the Assistant Academic Dean for Academic Programs, as described in section 6, below.

Midshipmen who are, due to circumstances beyond their control, unable to submit sea projects by the designated deadline must secure their projects and provide proof that the projects were completed by the deadline. They are to seek a notary public or other official to witness that the projects were sealed and ready for delivery by the designated deadline. Each project submitted at any time past the deadline, without written approval from the Assistant Dean, will receive the grade of "F."

AR00172

3. **Resignations and Sea Project** Grades

A Midshipman who resigns while assigned to sea training or is on official leave status during the normal period of sea training will receive the grade of "W" (Withdraw) for all Sea Project Courses. This grading period is not included in the calculation of credit hours accrued, and will therefore not affect QPA and CQPA calculations.

A Midshipman who resigns within one week of reporting back to the Academy for the start of the first residential term following completion of a period of sea training will receive the grade "W" (Withdrawal) for all Sea Project courses. A Midshipman who resigns after one week will receive the grades earned as a result of departmental grading of the work submitted.

4. **Evaluation of Projects**

Following submission, Sea Projects are transferred to the appropriate Academic Departments for evaluation. Remediation of deficiencies will conform to policies laid out elsewhere in this handbook.

5. **Misplaced Sea Projects**

In the event that a Sea Project is misplaced by the Academic Department, and the Midshipman has a copy of the signed receipt confirming collection of the Sea Project, the Midshipman has the option to re-submit the Sea Project for grading, or accept the grade of "Pass." If the Midshipman accepts the "Pass" grade, academic credit for the Sea Project will be earned, but there will be no effect on the QPA/CQPA.

6. **Sea Project Notes**

   a. The Department of Engineering requires that Sea Project courses that are typed or word processed must be accompanied by all handwritten notes, drafts, outlines, or similar sources used in the preparation of the final submitted copy. Department of Engineering Sea Projects must be clearly identified as the source(s) for the final copy. Failure to submit such sources may result in a failing grade for the Sea Project course in question.

   b. The Department of Marine Transportation "Required Submissions" must be written or drawn by hand with the exception of the Maritime Business project. The Maritime Business project must be typed or word processed and notes, drafts, and outlines need not be submitted. Midshipmen may be required to submit the Maritime Business Sea Project using the Blackboard course management system.

   c. There is no requirement to type or word process any Sea Project course with the exception of the Maritime Business Sea Project. The need or

AR00173

desire to type or word process a Sea Project course will not be entertained as an excuse for late submittal of the Sea Project.

7. **Extension of Time to Complete Sea Projects**

Sea Project courses are due at the time and place described in this handbook. An extension of time in which to complete all or a portion of the Sea Project courses may be granted by the Assistant Academic Dean for Academic Programs. A Midshipman may request an extension in the event of major extenuating circumstances such as serious illness while assigned to a ship, a family emergency which required him/her to return home from sea, service on a ship which made extraordinary time demands on the Midshipman, or similar circumstances. Any Midshipman wishing an extension of time must complete a petition and submit it to the Office of the Academic Dean on or before the day that the Sea Project courses are due. Petition forms are available from the Office of the Academic Dean. Late submissions that are not given an exemption may receive an "F."

B. **INTERNSHIPS**

Every Midshipman is required to complete an internship. The internship is an opportunity for a Midshipman to observe the operation of a complex organization related to the maritime or transportation industries. Ordinarily, a Midshipman is assigned to an internship during the second Sea Year. Internships are coordinated through the Department of Professional Development and Career Services.

A Midshipman is required to complete a report summarizing the internship experience and to submit the report to the Head, Department of Professional Development and Career Services, in the style and according to the format specified by that Department. Internships earn one credit hour for two-week internships, two credits for four-week internships, and three credit hours for six-week internships. Deficiencies in internships are treated in the same way as deficiencies in residential academic courses and are considered in the assignment of any academic deficiency status.

C. **SHIPBOARD TRAINING/SAILING HOLDOVERS**

Midshipmen assigned to sea training may receive permission to leave for their assignments late, and are held in a duty status at the Academy. These Midshipmen are referred to as "Holdovers." Permission to hold over is normally granted only to regular participants in team sports whose regular and/or post-season activities extend into sailing periods, to those Midshipmen selected by the Commandant for Indoctrination of Plebe Candidates, and to those attending summer school.

*Dean's Memorandum 402* outlines the holdover policies of the Academy. *Form DM 402* is to be used in initiating and processing a holdover application. The form is originated by the Midshipman and endorsed by the Academic Department Head or

AR00174

responsible party requesting the holdover of the Midshipman, then forwarded to the Head, Department of Professional Development and Career Services for approval.

XXIV. **POSSIBLE ADVANCED STANDING FOR RETURNING FORMER MIDSHIPMEN**

A. **General**

Under certain circumstances, a Midshipman who resigns and is later readmitted to the Academy may receive credit for the time spent at the Academy in the first enrollment. This section contains the policies of the Academy in determining whether a former Midshipman who returns is eligible for advanced standing. Advanced standing recognizes previous attendance as creditable towards the statutory requirement that a Midshipman be enrolled for four years.

B. **Eligibility**

1. A Midshipman is considered eligible to return with advanced standing if s/he completed at least one full year of academic studies and was academically proficient at the time of resignation. Proficiency is defined in the Tables presented earlier in this document.
2. A Midshipman who leaves the Academy for more than two years is not eligible to return with advanced standing unless s/he was engaged in activities relevant to the Academy program during the period of absence. Each case will be considered on its own merits.
3. No returning Midshipman will be eligible for advanced standing after an absence of more than three years.

C. **Placement with Advanced Standing**

Subject to the provisions in section B., above, the record established by the Midshipman in his/her first enrollment will stand and will be considered in assigning a Midshipman to a class year group. Course exemptions through transfer credits from other academic institutions and any credit received through departmental examinations will also be considered. Coursework presented for exemption is subject to the policies previously outlined in this instruction, and must be presented to the Registrar within two weeks of return to the Academy.

AR00175

D. **Applicable Regulations**

Upon re-entry, a Midshipman is bound by the curriculum, catalog, academic policies and statutory provisions in effect for the class to which s/he is readmitted. A Midshipman will not be commissioned, receive a diploma, a USCG license or any other official graduation document unless all requirements as stated in this handbook, the catalog, or other official issuance of the Academy, are met.

XXV.   **CLASS ATTENDANCE, EXCUSED ABSENCES, and CANCELLATION of CLASSES**

A. **Class Attendance and Excused Absences**

Midshipmen must attend all regularly scheduled and specially announced class and laboratory periods unless authorized to be absent by proper authority. Midshipmen shall not miss final exams, tests, labs, or scheduled quizzes due to watch. Midshipmen are responsible for all course work in a missed class or laboratory period.

When a Midshipman has missed a cumulative total of 15% of lectures or 15% of laboratories in a course for any reason, the Instructor shall report this to the Academic Department Head and recommend a resolution. The Academic Department Head shall investigate the matter and may make a recommendation to the Dean. The Dean may ban further absences (unexcused as well as controllable absences such as team movements, interviews, etc.), may recommend a grade reduction if further absences occur, may withdraw the Midshipman from the course, or take other action as deemed appropriate.

Final examination periods are a part of the class schedule. They are published in the Regimental and Academic Calendar for the entire academic year and are also published each term by the Office of the Registrar. The actual schedule of final examinations for each examination period is published early in each term.

Midshipmen are expected to take all final examinations at the scheduled time and are not to make leave plans for any day in the final examination period prior to the completion of their last regularly scheduled exam.

B. **Class Cancellation Procedures When the Academy is Officially Closed**

When the Academy is officially closed due to weather conditions or other circumstances, a Faculty member may still decide to hold classes. In such cases, the Instructor must notify the Regimental Adjutant or the Midshipman Officer of the Day prior to 0730 to announce a morning class. Announcement of an afternoon class must be received by 1130. Announcements will not be made at other times.

AR00176

XXVI.    **THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT**

The Family Educational Rights and Privacy Act (FERPA) prohibits disclosure of the educational records of individuals to other persons or organizations without the written consent of the party to whom the record pertains. Without such written consent, grade reports, transcripts, and other information cannot be released to anyone, including parents, other academic institutions and employers. Notice of consent will be filed with the Office of the Registrar for each release of information covered by FERPA.

XXVII.    **ELIGIBILITY FOR U. S. COAST GUARD LICENSE EXAMINATIONS**

This section is not intended to be an extensive listing of the eligibility requirements to sit for a U. S. Coast Guard license. A detailed list of the eligibility requirements may be obtained from Dean's Memorandum 240. No Midshipman will be allowed to present for the exam that has pending disciplinary action that could result in disenrollment from the U. S. Merchant Marine Academy.

All Midshipmen must have approval from the Office of the Academic Dean and a recommendation from the respective Academic Department Head in order to examine for a U.S. Coast Guard license. The basic requirements include meeting the requirements of STCW '95, fulfilling sea time requirements, and successful completion of professional Deck and Engine courses. All license candidates must therefore successfully complete the relevant competences as required by the STCW '95 code. The amendments to the International Convention on Standards of Training, Certification and Watchkeeping for Seafarers (STCW) 1978 , the STCW Code adopted in 1995, and further amended in 2010 all set qualification standards for masters, officers and watch personnel on seagoing ships. The standards establish performance-based assessment procedures for determining proficiency in the knowledge and skills necessary to perform shipboard responsibilities. STCW competences are included in numerous Academy courses, including some taught by the Department of Physical Education and Athletics.

1. Deck license candidates must successfully complete Bridge Resource Management, ARPA, and GMDSS requirements and have no more than three outstanding Fs in their Sea Project grades.
2. Engine license candidates must have successfully completed the prescribed Engineering courses including all Engineering Sea Projects and have no more than three outstanding Fs in their Sea Project grades.

XXVIII.    **MIDSHIPMAN COMPUTING**

All students are required to own personal laptop computers throughout their tenure at the Academy. New students must arrive with, or purchase, a laptop upon arrival at the Academy. The laptops of those who purchase their own machines will be individually inspected to assure compliance with Academy standards, including compliance with the most current NIST standard. Laptops will also be available for purchase from the

AR00177

Academy NEX. Midshipmen must maintain an Academy-approved computer system during their entire tenure at the Academy and may be required to purchase an additional computer if the original computer is deemed to be no longer meeting the instructional needs. Midshipmen returning from setback may be required to purchase a new computer before or during their tenure.

## XXIX.    THE DEAN'S MEMORANDA SERIES

### A. Purpose

Dean's Memoranda establish policies and procedures that govern the conduct of the academic programs of the Academy. They provide continuity and consistency in academic matters. They are referred to in many sections of this handbook and should be reviewed for detailed guidance and instructions.

### B. Distribution

Dean's Memoranda are maintained on the Office of the Academic Dean's Intranet site and in all academic department offices, the Library, and in many administrative offices.

Questions concerning interpretations of individual memoranda should be directed to the Academic Department Heads or to the Academic Dean.

## XXX.    EXCEPTIONS AND SUBSTITUTIONS

In exceptional cases, the Academic Dean and/or the Superintendent may, at his/their discretion, permit exceptions and substitutions to the standards and procedures of this handbook.

*signed*
James A. Helis
Rear Admiral, USMS
Superintendent

AR00178

**APPENDIX I**

**TEST ADMINISTRATION PROCEDURES
AND PROCEDURES FOR THE SUBMISSION OF WRITTEN MATERIALS**

The following is an outline of test administration procedures and procedures for the submission of written materials such as lab reports, Sea Projects, term papers, reports and essays. The procedures are to be followed by all Midshipmen at all times.

I.   **Examinations**

   A. **Seating Arrangements**

     There is to be no standing during an examination unless such is directed by the proctor.

   B. **Equipment**

    i.  Nothing may be brought into the examination room unless it is expressly authorized by the proctor.
    ii.  Coats, hats, raincoats, etc. are prohibited from the examination room.
    iii.  Calculators or PDA's may be used only if the Instructor permits them.

   C. **Communicating During an Examination**

    i.  Midshipmen must not communicate or attempt to communicate with another person for any reason whatsoever, nor may a Midshipman consult any source of information to obtain assistance, unless specifically permitted by the Instructor as in the case of an open-book examination. These prohibitions include any period of time when the Midshipman is permitted to leave the examination room.
    ii.  No Midshipman is to look at, or even appear to be looking at, the paper of another Midshipman.
    iii.  Requests or comments may be made quietly to the proctor ONLY. No comments are to be called out, and no unnecessary sounds are to be made.

   D. **Proctoring Examinations**

     There should be at least one proctor per examination room at all times.

   E. **Examinations for Multiple Sections**

     A faculty member may prepare different examinations for each section of a course, unless there is a common examination administered to all sections concurrently.

   F. **Conclusion of the Examination**

AR00179

When the proctor announces that the time allotted for the examination is over, the Midshipman is to stop writing immediately.

G. **Conduct Upon Leaving the Examination**

    i.    Silence is to be maintained outside the testing area until all test papers have been submitted.

    ii.    There shall be no attempt to communicate between Midshipmen who have left the examination area and those that remain and are still taking the examination.

H. **Test Taking Exceptions**

The rules presented above represent a basic outline of test administration procedures. These rules may be modified by an individual proctor. It is the Midshipman's responsibility to abide by all the aforementioned rules. Failure to follow these rules constitutes a violation of test taking procedures. Failure to be familiar with these rules does not constitute an excuse.

AR00180

## APPENDIX II

### REQUIREMENT OF 2.00 BY MAJORS

If at any time the student's CQPA in the major falls below 2.00, the Academic Dean may assign the academic deficiency status of RFD and convene an Academic Review Board to recommend whether the student should be permitted to continue in the program, be required to change majors, or be set back to the succeeding class year.

**I.   MARINE TRANSPORTATION MAJOR**

A CQPA of 2.0 in the major is measured against the following criteria:
- 2.00 in all courses prefixed with a DN and DS
- 2.00 in all courses with a NAUT, WTRF, BUSN, EPRJ and NPRJ courses .

**II.  MARITIME LOGISTICS AND SECURITY MAJOR**

A CQPA of 2.00 in the major is measured against the following criteria:
- 2.00 in all courses with a NAUT, WTRF, BUSN, EPRJ and NPRJ courses

**III.  MARINE ENGINEERING SYSTEMS MAJOR**

A CQPA of 2.00 must be earned in all Engineering courses (prefixes E)

**IV.  MARINE ENGINEERING AND SHIPYARD MANAGEMENT**

A CQPA of 2.00 must be earned in all Engineering courses (prefixes E and EC)

**V.   MARINE ENGINEERING MAJOR**

A CQPA of 2.00 must be earned in all Engineering courses (prefixes E and EC)

AR00181

**INDEX**

2.0 in Major Requirement, **3**, **26**, **43**
Academic Counseling, **33**
Academic Deficiency, **12**, **13**, **14**
Academic Extra Duty, **19**, 20
Academic Honesty and Plagiarism, **30**
Academic Honors, **27**
Academic Probation, 13, 14, 15, 18, 19, 20
Academic Proficiency, 11
Academic Review Board (ARB), 13, 14, 16, 17, 43
Academic Support Programs, 20
Academic Warning, 13
Admission to Engineering Majors, **25**
Advanced Standing, 37
Appeal, ARB Decision, 17
Baccalaureate, International, **11**
Change of Major, 22, 26
Compassionate Setback, 19
Computer, 40
Computers, 18, 40
Course Exemption, 4, 8, 10, 18, 20, 36, 38
Course Load, 24
Course Requirements, **4**
Course Syllabi, 29
CQPA, **3**, **5**, **6**, **7**, **11**, **13**, **14**, **15**, **18**, **19**, **23**, **24**, **25**, **27**, **28**, **34**, **35**, **43**
Credit Hours, **4**
Deferred Graduate, **16**, **21**
Elective Credit, 24
Failing Grades, Resolving, 20, 22
FERPA, 34, 39
Forgiveness Policy, **7**, **18**, **21**
Grade Adjudication, 32, 33
Grade changes, 29
Grades, 4, **7**, **18**, **22**, **35**
Grading, 6, 7, 8, 28, 29, 35
Graduation, **3**
Incomplete Grades, 4, 7
Independent study, 27
Internship, 36
Internships, 25, 36
License, USCG, **3**, **4**, **16**, **20**, **38**, **39**, **40**
Major, 24, 26, 43
Marine Engineering and Shipyard Management, **24**, **25**, **26**
Maritime Operations and Technology (Ship's Officer), **3**, 24

Mentoring, 33
Midterm Grades, **13**
Professional Review Board, 16
Quality Point Average (QPA), **3**, **4**, **5**, **6**, **7**, **34**
Remedial, 20, 21, 23, 33
Resignation, **35**
Restriction, Academic, 19
RFD (Referred for Disenrollment}, **13**, **14**, **15**, **16**, **23**, **43**
Sea Projects, 3, 7, **18**, **20**, **21**, 30, 34, **35**, **36**, **39**, 40, 41
Sea Year, 14, 15, 16, 19, 21, 27, 34, 36
Setback, 7, 15, 17, 19
Split, 11, 12, 26
STCW, 14, 16, 28, 29, 39
Summer School, **7**
Suspended Disenrollment, 15, 16, 19, 20
Terms of Probation, 14, 15, 17, 18
Transcript, 23, 30
Withdrawal Grade, **5**

AR00183

UNITED STATES MERCHANT MARINE ACADEMY
KINGS POINT

16 May 2011

To:    ALL HANDS

SUBJ: REVISION TO MIDSHIPMAN REGULATIONS

Ref:    MIDSHIPMAN REGULATIONS


1. Purpose: To promulgate the MIDSHIPMAN REGULATIONS revised in their entirety.

2. Action: Replace existing Midshipman Regulations entirely with the attached. This change is effective on 16 May 2011.


Original signed

CAPT Robert DeStafney, USMS

Dist: S, DS, C, All Cmdt Staff, RC, All Department Heads


# Updated for 2011-2012 Academic Year.

3- 1

AR00184

Chapter 1

General

## 101. General:

a. Purpose. The purpose of these regulations is to establish Academy policy governing the obligations, standards, and responsibilities of Midshipmen.

b. Additional guidance will be issued through Commandant's Notices, Instructions, memoranda, and manuals.

c. Absence of Instructions.

1. In the absence of written or oral instructions, a Midshipman is expected to exercise individual good judgment, common sense, and initiative to obtain instructions.

## 102. Professional Ethics:

Midshipmen must conduct themselves with propriety, sobriety, decorum, and sound judgment. MIDSHIPMEN ARE EXPECTED TO EXERCISE MODERATION IN ALL THINGS AND MUST NOT ENGAGE IN ANY ACTIVITIES WHICH VIOLATE MUNICIPAL, STATE, OR FEDERAL LAWS. A Midshipman's word is binding; his/her signature or initials attest to the truth and accuracy of a document. A Midshipman's behavior must at all times reflect credit upon the individual, the United States Merchant Marine Academy, and the United States Maritime Service.

## 103. Integrity:

Midshipmen are expected to reflect the highest standards of integrity. The Academy Honor Code is the primary means by which excellence of character and integrity is developed in the Regiment of Midshipmen. Midshipmen at the United States Merchant Marine Academy are obligated to live by and support the Honor Code.

## 104. Duty:

a. Individual Responsibilities.

1. Midshipmen will comply with these regulations and all other written or oral directives issued.

2. Midshipmen are expected to act in accordance with the intent or spirit of these regulations, directives, and orders. A Midshipman who is reported correctly for a

3- 2

AR00185

deficiency is expected to acknowledge and accept the resultant disciplinary action.

3. A Midshipman who believes that a specified policy or regulation is detrimental to the United States Merchant Marine Academy is encouraged to present views and recommendations to the Midshipman chain of command, Company Officer or Midshipmen Council. Nevertheless, a Midshipman is expected to comply with the policy or regulation then in effect.

4. A Midshipman who receives an order which is in violation of the regulations or in violation of state or federal laws will seek recourse from a Midshipman in the chain of command senior to the Midshipman who issued the order. A Midshipman who elects to comply with what is known to be an unauthorized order is considered to be accountable for his actions.

b. Responsibility of Midshipmen in positions of authority: Any Midshipman in a position of authority (for example, a member of the chain of command, staff member, team captain, class representative, Midshipman-in-Charge, or Midshipman on watch) has the following duties:

1. Discharge all responsibilities of the position to the best of his/her ability.

2. Set a good example for subordinates in appearance, bearing, performance of duty, and personal conduct.

3. Accept the responsibility for the actions, whereabouts and conduct of the Midshipmen under his/her supervision.

AR00186

Chapter 2

Standards of Conduct

## 201. General:

Midshipmen are required to conduct themselves, at all times, in a military manner and with the propriety and decorum which characterize socially accepted behavior.

a. The above standards of conduct will apply to Midshipmen at all times, particularly at any activity sponsored by the Academy or where a midshipman is acting as a representative of the Academy.

b. Midshipmen are responsible for the conduct and decorum of their guests while those persons are visiting the Academy.

## 202. Academy Limits:

Midshipmen will not absent themselves from prescribed Academy limits without proper authority.

a. Prescribed Academy limits are shown in Figure 202-1.

b. Midshipmen are advised that between 2300 and 0600, the Academy limits are as shown in Figure 202-2. Midshipmen located outside these boundaries are considered **Absent Prescribed Academy Limits** and will be charged accordingly.

c. Midshipmen are restricted from the following areas except in an emergency or when authorized by proper authority. For the purpose of using a laboratory after 1800, the professor's written permission is required and must be presented upon request by a security guard, higher authority, or a midshipman-in-charge.

1. Any area or space marked "OFF LIMITS TO MIDSHIPMEN."

2. Any classroom after 2300 daily.

4. The roof of any Academy building.

5. Any workshop (academic), storeroom, garage or office other than daily, normal working hours.

6. Melville Hall (unless invited by the Superintendent or his designee).

AR00187

7. Any boat, water craft, or government vehicle (without proper authorization); Midshipmen on watch may board vessels for purpose of inspection while on tour.

d. Midshipmen will not visit areas outside prescribed Academy limits except when on watch, in the event of an emergency, or when permission has been granted in writing by the Commandant of Midshipmen or designee, the Midshipman Command Duty Officer (MCDO), the Command Duty Officer (CDO) or another commissioned officer. Midshipmen are responsible for knowing who has proper authority in any particular case.



Figure 202-1: Academy Limits 0600 - 2300

3- 5

AR00188



Figure 202-2: Academy Limits 2300 - 0600

3- 6

AR00189

### 203. Accidents:

Any accident involving Academy vehicles, equipment, or boats, or any accessory area in which Midshipmen are involved, must be reported to the Command Duty Officer (CDO) without delay; any statements submitted in relation to the accident must be written in the first person. Any accident involving injury to Midshipmen will be reported to the CDO immediately. The CDO and MCDO will enter pertinent facts in the CDO/MCDO log.

### 204. Alcoholic Beverages:

For the purposes of these regulations, the term "alcoholic beverages" will include all forms of beer, wine, distilled liquors, and other fermented drinks regardless of the amount.

a. Consumption of any alcoholic beverage by Midshipmen will be in conformance with state and local laws and the Academy's guidelines. **Any alcohol abuse** or drunken behavior constitutes grounds for disciplinary action. Midshipmen must accept the consequences for any misconduct occurring following consumption of an "intoxicating beverage." No person under 21 shall consume alcoholic beverages.

b. Midshipmen are, at all times, prohibited from introducing, or causing to be introduced, possessing or using intoxicating beverages on board any ship, military installations, or the Academy grounds. Should alcoholic beverages be authorized to be served by the Superintendent, they must not be removed from the designated areas. Such authorization must be in writing from the Superintendent or delegated authority and in no case will the operator, pilot, coxswain, or any crewmember actively engaged in the navigation, sailing, or driving of a vehicle or vessel consume alcohol. For any event or function on or off the U.S. Merchant Marine Academy grounds that is sanctioned by the Academy, the USMMA Parents or Alumni Association/Foundation, or an affiliated Non-Appropriated Fund Instrumentality (NAFI) or any event that involves an organization or team of the USMMA a "0-0-1-3" policy on the consumption of alcoholic beverages by midshipmen shall apply. The "0-0-1-3" policy is defined as zero (0) drinks for any midshipman under the age of 21, zero (0) drinks without a designated driver (this also means zero drinks for the designated driver), only one (1) drink per hour at an event, and no more than three (3) drinks at any event/activity.

c. Any midshipman observed to be intoxicated at a time when liberty has not been available and no functions with alcoholic beverages scheduled that day or evening, will be charged with Consumption of Alcoholic Beverages, a Class I Violation.

AR00190

d. **Midshipmen 21 years of age and older may consume alcohol at scheduled social functions while on Team Movements if permission is both requested and granted in writing on the Team Movement and the Officer Advisor is present.** In such an event the Officer Advisor may not consume alcohol. A midshipman will always be responsible for his/her actions and the MIC is always responsible for the actions/behavior of other members of the Team Movement. The MIC will also be responsible for ensuring that there is a "Designated Driver" of any Academy vessel or vehicle and for ensuring that the "Designated Driver" does not consume alcohol.

e. First Class Midshipmen 21 years of age and older may consume alcohol at the Midshipmen Activity Center (Midshipmen Pub) during authorized hours of operation or at events approved by the Superintendent. Midshipmen on restriction are not allowed in the Pub. When alcoholic beverages are authorized to be served, they will not be removed from the designated areas. Consumption of alcohol in the Midshipmen Pub, when authorized, is a privilege for First Class Midshipmen only and is not authorized for any underclass midshipmen regardless of their age. First class midshipmen 21 years of age who are invited to dine or attend a social gathering at the home of a faculty or staff member on the grounds of the USMMA are still subject to the "0-0-1-3" policy and the staff or faculty host will ensure the enforcement of the USMMA midshipmen regulations within their homes/grounds on the campus.

f. Midshipmen will employ their position, rank, and leadership experience to prevent others from drinking unlawfully and/or irresponsibly. Midshipmen of legal drinking age will not provide alcohol to underage Midshipmen. Furthermore, Midshipmen will not condone the serving of alcohol to underage Midshipmen or consumption of alcohol by underage Midshipmen.   Toleration of this act will be a Class I offence. Midshipmen of superior class/rank, when aware of unlawful or irresponsible drinking by another midshipman, must take affirmative action to make the offender aware of his/her offence, and if unable to correct the offender's behavior, the superior midshipman must remove himself/herself from the place where the offence is taking place. In every case, the superior midshipman must report the event to an appropriate academy official. Violation of this paragraph of the regulations may or may not be considered an "alcohol-related" offence depending on the circumstances of the case involved.

g. Midshipmen assigned watch on a given day may not consume alcohol on that day or within 12 hours of assuming the watch.

h. Midshipmen will be charged with being in violation of this regulation if they remain in a room or place where they are aware that alcoholic beverages are present or being used unlawfully or irresponsibly by a midshipman. The only way a midshipman may relieve himself/herself of this charge is to leave the room or place as soon as he is aware of the presence of alcoholic beverages.  . Violation

AR00191

of this paragraph of the regulations may or may not be considered an "alcohol-related" offence depending on the circumstances of the case involved.

i. Midshipmen will become familiar with the current SUPERINTENDENT'S INSTRUCTION on  Academy Alcohol Policy. It details the Academy policy concerning alcohol abuse, education, prevention, rehabilitation, and counseling.

## 205. Business Activities:

Midshipmen will not engage in business activities or financial dealings, either for themselves or as agents, which involve the selling of services or products on the United States Merchant Marine Academy grounds unless specifically authorized by the Commandant of Midshipmen.

## 206. Controlled Substances:

a.  The unauthorized use, possession, or willful involvement with drugs, narcotics, marijuana or steroids constitutes a serious breach of discipline.  Any of these offences will result in separation from the academy and could result in subsequent action by civil authorities.

b.  Midshipmen may not use or posses marijuana, narcotics, steroids or controlled substances except as prescribed by competent medical authority. Midshipmen are also in violation of this regulation if they remain in a room or space where they are aware that "controlled substances" are present whether in use or not, or are aware of the presence of any drug usage paraphernalia.

c.  If anyone other than a physician assigned to the academy or a physician to whom a midshipman has been referred by an academy physician prescribes medication to a midshipman, the midshipman will report the prescription to the academy medical officer as soon as possible.

## 207. Dangerous Material:

a. No midshipman will, without proper authority, possess, or cause to be introduced into Academy property any dangerous materials such as ammunition, explosive substances, chemicals or liquids of inflammable nature or poisonous composition, i.e., gasoline, carbon tetrachloride, lye, etc., except small quantities of cleaning fluid, lighter fluid, hobby supplies or similar items in cans or bottles.

b. Midshipmen will not keep candles, incense or any other lamp, lantern, etc., which utilizes an open flame or burning material in their rooms. Exceptions to these regulations are cigarette lighters, matches, and candles and lanterns only when issued during power failure conditions.

AR00192

## 208. Disrespectful and Profane Language:

In no case will Midshipmen:

a. Use contemptuous, disrespectful, or insolent language/gestures toward a superior officer, toward any person in authority, or towards any other midshipman in an attempt to intimidate or defame;

b. Use profane, obscene, or vulgar words in official discourse, or in a public place where one must respect the rights of others.

## 209. Official Gate of the Academy:

Midshipmen will enter and depart the Academy limits only through Vickery Gate, unless specific authorization is granted by the Commandant of Midshipmen or the Command Duty Officer (CDO).

## 210. Knives, Fireworks, Firearms, Ammunition, and Other Weapons:

a. No firearms, ammunition or fireworks of any description, air rifles, spear fishing, or archery equipment will be introduced into or used within the Academy limits except with official permission and in places specifically designated.

b. Midshipmen will not have in their possession hunting sheath knives or switchblade knives. Ordinary pen knives with blades less than three inches and the midshipman knife are authorized. Midshipmen who find it necessary to maintain hunting knives at the Academy will obtain written permission from their respective Company Officer and will store the knife with them.

c. Clubs, brass knuckles, axes, or other weapons are prohibited; possession of any of these, without written permission of the Company Officer is a Class I offense.

## 211. Floating Equipment:

a. Midshipmen Regulations will be adhered to on all Academy boats and training vessels.

b. Power boats will not be used by Midshipmen for any purpose without specific authorization of the Director of Waterfront Activities or his representative.

c. Small boats, as designated by the Director of Waterfront Activities, will be available during recreational free time periods only. Midshipmen who have been

AR00193

qualified by the Director of Waterfront Activities may use small boats for recreational purposes.

d. Midshipmen may not keep privately owned boats at the Academy without permission from the Director of Waterfront Activities. They may not exit the Academy via privately owned boats without the proper authority.

e. Midshipmen will be authorized to take guests aboard the Academy's floating equipment only when:

1. Specifically authorized to do so by the Director of Waterfront Activities.

2. A waiver of liability form has been signed by all guests and submitted to the Midshipmen on Dock Watch along with written authorization by the Director of Waterfront Activities.

## 212. Professional Relationships:

a. An improper senior-subordinate relationship (sometimes called fraternization) is defined as: An unduly familiar association or dealing between seniors and juniors, which prejudices good order and discipline, either by compromising regard and respect for authority, or by impairing the ability of the senior member to exercise fair and impartial judgment. Fraternization is an abuse of interpersonal relations between various levels, which may result in an overly familiar attitude, favoritism in treatment, or the perception of either, etc. Fraternization is a gender-neutral concept.

b. The basis for relationships between the classes must be that of a proper professional relationship between seniors and juniors. Such a relationship is based on the principles of regard for human dignity and personal respect. There must be intelligent deference by the junior, but also there must be patience, understanding, impartiality, and a feeling of responsibility on the part of the senior for the growth and professional development of the underclass. Treatment of subordinates in a manner that degrades or humiliates is a violation of these principles. Midshipmen are prohibited from relationships and actions that violate these principles. The senior midshipman bears the primary responsibility and accountability for the prevention of improper senior-subordinate relationships. The junior midshipman is accountable for any violations of this regulation and any violation of other regulations that he/she commits by virtue of acquiescing in an improper relationship.

c. Relationship of upper-class to fourth class:

1. Upper-class midshipmen shall maintain a proper professional relationship with fourth class midshipmen.

AR00194

2. Upper-class midshipmen shall not:

a. Attempt to degrade or humiliate fourth class midshipmen.

b. Date, have sexual relations, or engage in other fraternization with fourth class midshipmen.

c. Request or direct fourth class midshipmen to perform personal services.

d. Impose any informal or unauthorized punishment.

e. Touch a fourth class midshipman (exception: for the purpose of correcting or adjusting uniform, drill or rifle position, or other legitimate training purpose.)

f. Borrow anything from a fourth class midshipman.

g. Direct a fourth class midshipman to participate in any activity that could be described as a "prank".

h. Enter a fourth class midshipman's room except on official business or to provide academic assistance.

i. Use any real-time electronic communication with any fourth class midshipman for any purpose at any time. This includes, but is not limited to instant messaging (IM), ICQ, chat rooms, or any comparable mode of communication. Any electronic communication is to be via the academy e-mail system.

d. Fourth class midshipmen shall not use any real-time electronic communication with any upper-class midshipman for any purpose at any time. This includes, but is not limited to instant messaging (IM), ICQ, SMS, chat rooms, or any comparable mode of communication. Any electronic communication is to be via the academy e-mail system.

## 213. Gambling:

Midshipmen may not gamble for money within the Academy limits.

## 214. Hazing:

Hazing is prohibited. Hazing is any act committed against a candidate, plebe or midshipman that is humiliating, intimidating or demeaning, or endangers the health or safety of the person. Hazing includes active or passive participation in such acts and occurs regardless of the willingness to participate. Midshipmen will immediately report any instance of hazing to the Commandant of Midshipmen through the chain of command, Staff or Faculty.

AR00195

## 215. Identification cards:

Midshipmen will not alter, damage, lend, counterfeit, or use any ID card, including a drivers license in an unauthorized manner. Reproducing, possessing, or using false Academy, military or state or federal government Identification is a serious violation. Midshipmen will report the loss or theft of ID cards to their Company Officer and to Public Safety.

## 216. Informal Punishment:

Informal or unauthorized punishment is prohibited. Under no circumstances will Academy officers, staff or Midshipmen prescribe any punishment that is not acknowledged by the *Regulations*, or authorized by the Commandant of Midshipmen. Instances of unauthorized punishment are to be reported to the Commandant of Midshipmen through the chain of command.  The only exception to the above is that immediate corrective actions may be imposed in order to correct minor deficiencies in midshipman conduct without reference to the disciplinary system of these regulations.  Such corrective action may relate directly to the deficiency exhibited by the midshipman (e.g. sweep the hallway because the midshipman left trash in the area; stand an extra watch for failure to properly execute a minor watch duty; etc.) Other corrective actions may include Intensive Training as defined by the Commandant or physical training exercises of intensity and duration approved by the Commandant.  Any other disciplinary action must be done in accordance with the procedures in these regulations.

## 217. Marriage:

Midshipmen may be married. However, married Midshipmen will receive no special advantage in the form of leave, medical coverage, housing or privileges. The Academy assumes no responsibility of any kind for the dependents of Midshipmen.

## 218. Conduct in the Dining Hall:

a. The Regimental Commander is charged with the responsibility of the internal organization, accountability, and the conduct of the Regiment in the dining hall.

b. The Regimental Commander or, in his/her absence the senior midshipman present, will preside at meals.

c. Each table will be under the supervision of a midshipman table captain designated by the Regimental Commissary Officer. Table captains will sit at the head of their respective tables for each mandatory meal. If unable to do so they will designate another first class midshipman to serve as table captain. Each table captain will be responsible for:

AR00196

1. The enforcement of regulations at that table.

2. Maintenance of order and proper table etiquette.

3. The orderly cleaning/stacking of all eating gear/utensils at the conclusion of the meal.

4. Ensuring that no Commissary utensils/equipment leave the Dining Hall.

### 219. Military Equipment:

All military equipment including swords, rifles, belts, sidearms, and instruction manuals or binders will be signed for and issued on an individual basis. Midshipmen will use only that equipment verified by serial number (if assigned) which has been issued to them. Midshipmen who attempt to return equipment with differing serial numbers will be released from responsibility for equipment originally issued. Midshipmen will promptly report to their Company Officer the facts and circumstances attending damage, defect, or loss of any military equipment which is in their custody.

### 220. Motor Vehicles:

a. Midshipmen will not operate a government owned, rented, or leased motor vehicle assigned to the Academy unless they have been specifically authorized by the Commandant of Midshipmen, issued the appropriate license, and then only for purpose of official Academy business. Midshipmen riding in a government owned or operated vehicle must utilize seat belts as standard operating procedure.

b. **Cars are not to be brought on board** the Academy grounds (including driving down Steamboat Road between the gate and the waterfront) *without a temporary pass issued* by any officer on the Public Safety staff. Passes are issued for the purpose of bringing gear aboard or ashore and are effective for 1/2 hour and then must be returned to security. All car passes must be surrendered to security at their expiration time. The *MCDO is not authorized to issue car passes.*

c. Fourth Class Midshipmen may not maintain or operate private motor vehicles within a 10 mile radius of the Academy.

d. Second and Third Class Midshipmen may maintain and operate private motor vehicles, provided that:

1. They do not drive their vehicles within Academy limits (including the First Class Lot) without a temporary pass issued by the Public Safety Staff, and

AR00197

2. They do not park their vehicles within Academy limits, along Steamboat road west of Vickery Gate, Elmridge Road, Vickery Circle, Steppingstone Lane between Steamboat Road and Sunset Road, and Roosevelt Parking Field, without a temporary pass from the Public Safety Staff.

e. Midshipmen of the First Class may maintain and operate private motor vehicles, and may be granted the privilege of parking them in the First Class lot on a space available basis. However, they must comply with the provisions outlined in paragraphs 220 b. (1) and (2) above, except when authorized to use Roosevelt Parking Lot.

f. Midshipmen are not authorized to operate, or ride on a motorcycle, motorbike or motorscooter at any time.

g. Midshipmen owning cars or having friends with cars in the area will familiarize themselves with the current SUPERINTENDENT'S INSTRUCTION concerning Parking Permits, Traffic Regulations and Enforcement Procedures. First Class Midshipmen are responsible for the good order of the First Class Parking Lot.

### 221. Physical Violence/ Intimidating Behavior:

a. Midshipmen will not offer or accept a challenge to fight.

b. Midshipmen will not strike or attempt to strike another person or encourage someone to strike another person.

c. Midshipmen will not threaten another person or his/her property whether or not they intend to carry out such threats.

d. Midshipmen are subject to the Federal Laws and to the Criminal Code of the State of New York.

e. Intimidating behavior on the part of any Midshipmen, but especially in the case of upper classmen versus under classmen will not be tolerated. It is a violation of both this paragraph and paragraph 212, Professional Relationships.

### 222. Stowage of Personal Effects:

Midshipmen will stow their personal belongings only in spaces authorized by the Commandant of Midshipmen.

### 223. Pets:

Midshipmen will not maintain pets within the Academy limits.

AR00198

### 224. Public information:

Midshipmen may participate in interviews with members of the news media concerning official matters involving the Regiment of Midshipmen or the United States Merchant Marine Academy. However, Midshipmen should state that opinions expressed are personal opinions and are not necessarily the opinions of the Academy or the Department of Transportation. Midshipmen should be aware that they have the right to refuse interviews and should consider whether or not they have sufficient information and expertise to comment on the subjects of the interview. All interviews given by Midshipmen should be reported to the Public Information Officer.

### 225. Safety:

It is the duty of each midshipman to observe safe practices (particularly posted and published safety rules) in carrying out their daily activities and to report unsafe conditions they notice to the chain of command or to any watch officer.

### 226. Saluting:

a. The military salute, when rendered properly, is used as a greeting, an act of respect and as a means of rendering honor. A salute properly rendered must be properly returned. A social greeting such as "Good morning sir/ma'am" is always given when rendering a salute. Midshipmen will render salutes in the following cases:

1. Passing Commissioned Officers and Warrant Officers whether or not the officer is in uniform and no matter what time of day or night.

2. Hearing the National Anthem of any nation.

3. Passing the Colors. (Uncased and held)

4. Colors Ceremony (Morning and Evening).

5. Honors rendered visiting dignitaries.

6. Approaching and leaving the War Memorial in uniform.

7. Entering and leaving the Quarterdeck, the Colors must be saluted.

b. Midshipmen will not render the hand salute under the following conditions:

1. When indoors. (exceptions: O'Hara Hall when used for Military Functions; when on duty with a duty belt and covered; entering and leaving the Quarterdeck in Wiley Hall.)

AR00199

2. When not wearing a cover.

3. When engaged in work or activities, Midshipmen will not discontinue work to salute unless addressed by an officer or called to attention. When seated at work, at athletic games, at the library or at mess, Midshipmen are not required to rise when an officer passes unless called to attention or to clear the gangway.

c. Midshipmen are responsible for ensuring that their civilian guests demonstrate proper courtesy to the flag at colors and other ceremonies. (Removing hats, standing up, and placing their right hand over their heart).

d. At morning and evening colors, Midshipmen will halt, face the colors, stand at attention from the first note of attention. A salute will be rendered at the sound of "To the Colors" or "Retreat" and will be held until the Ensign is either "Two-Blocked" or "Grounded". At the sound of "Recall" Midshipmen may go about their business.

1. If out of hearing distance, the salute will be rendered from the first sign of movement of the Ensign until it is either "Two-Blocked" or "Grounded."

2. At Colors, Midshipmen in formation will be called to attention by the unit commander or section leader who will render the salute for the unit. (Exception: Morning Colors Ceremony).

e. When entering or leaving the Quarterdeck in Wiley Hall, Midshipmen will come to attention, render a salute to the Colors, and carry on.

f. Midshipmen of the Fourth Class will salute Midshipmen Officers of the rank of LTJG or above at all times.

### 227. Ship's Store and NEX Facility:

Midshipmen must be in uniform of-the-day for transactions in the uniform shop, Ship's Store, NEX, and the Seafarer until 1600 daily. Midshipmen may get their haircut at the Academy Barber Shop in clean Academy issue gym gear during the duty day.

### 228. Smoking:

a. Smoking is prohibited in all Academy buildings.

b. Midshipmen in uniform will not smoke when in public areas. They may not smoke within the confines of the barracks or any other Academy building. They may smoke in designated smoking areas only.

AR00200

c. Smokers must clean up after themselves, failure to do so will result in smoking areas becoming "smoke free".

d.  Midshipmen may use smokeless tobacco in the confines of their rooms. When using these tobacco products Midshipmen will not spit in water fountains, carry containers around, or leave containers with spit in them in any area.

## 229. Swimming, Recreational:

Midshipmen are authorized recreational swimming in Eldridge and O'Hara pools during recreational free time periods, only when there is a qualified, Academy assigned life guard on duty. Midshipmen are not authorized to swim in Long Island Sound from Academy grounds.

## 230. Use of Academy Facilities for meetings:

Midshipmen desiring to schedule meetings will obtain the necessary facilities through proper authority as follows:

a. Academic Classrooms - Registrar's Office

b. Library Facility - Head Librarian

c. Game room or Club Space - no permission required as long as space is used during authorized times.

d. Land Hall - Social Director

e. Chapel - either Chaplain

f. Any other building at the Academy - head of the appropriate department.

g. Outdoors on Board Academy Grounds - Commandant of Midshipmen.

Only after approval for use of the facility has been granted may Midshipmen log out for meetings.

## 231. Vandalism:

Midshipmen who cause the loss, destruction, removal, or damage of government property will be assessed for the value of the article as determined by the Assistant Superintendent for Administration. Such Midshipmen will also be subject to disciplinary action and may be prosecuted under federal statutes.

AR00201

### 232. Visitors:

a. Midshipmen who do not have conflicting duties may escort visitors during recreational free time periods, between the hours of 0800 to 2000 (exceptions are movies, mixers, and other authorized activities).

b. Midshipman dormitories are off-limits to visitors and guests except when authorized by the Commandant of Midshipmen.

c. During the academic day, evening study hours, or Call to Quarters period, a Midshipman may see unexpected visitors in an area designated by the Command Duty Officer for a reasonable period of time that satisfies the situation, provided he/she obtains permission only from his/her Company Officer or the Command Duty Officer. During evening study hours and Call to Quarters, he/she will also post proper accountability.

### 233. Complaints:

Midshipmen having cause for a complaint against any person attached to the United States Merchant Marine Academy will submit this complaint in writing to the Commandant of Midshipmen via the chain of command.

### 234. Appointments with the Commandant of Midshipmen:

a. Midshipmen may at any time request an appointment with the Commandant of Midshipmen, or any person subordinate to him in the chain of command, to communicate requests that warrant the personal attention of the Commandant.

b. Chain of Command: Midshipmen availing themselves of this right will proceed via the chain of command. They need not state their problem in detail to anyone except the person whom they wish to communicate with.

### 235. Redress of Grievances:

Midshipmen who seek redress of grievance will make their request to the appropriate officer via the chain of command.

### 236. Discrimination Prohibited:

No midshipman will engage directly or indirectly in an act of discrimination on the basis of race, sex, color, religion, national origin, age, sexual orientation or handicap.

AR00202

### 237. Telephones:

a. Government Telephones. Government telephones will be used in conducting official business only and will not be used for personal calls.

b. Public (Pay) Telephones. The Commandant of Midshipmen will prescribe the locations and hours of use of public telephones which Midshipmen will be authorized to use.

c. First Class Telephones.  Each midshipman is responsible for providing his/her own phone. The Academy's system will permit the following:

1. Receive and make Inter-Academy calls at no cost.

2. Call toll-free (800) numbers which will allow individuals to utilize their calling cards to make calls which will be billed to the individuals personal account.

3. First Classmen will be held financially responsible for any calls which are billed to the calling number.

### 238. Skate Boarding/Roller Blading/Bicycling:

While participating in these activities, Midshipmen are required to wear a helmet. Midshipmen are encouraged to wear knee pads, elbow pads and wrist guards/gloves while roller blading/skate boarding. Roller Blade Hockey is permitted on Barney Square after 1600 hours daily and the following equipment must be worn: helmet, gloves, knee pads, and elbow pads. Skate Boarding/ Roller Blading/Bicycling are only permitted during daylight hours. In addition, while operating bicycle, rollerblades or skateboards at any time in reduced visibility (ie, Sunset/ Sunrise) the midshipman will make use of reflector belts or other suitable reflective material.

### 239. Visiting Homes of Academy Staff:

Midshipmen are permitted to visit the homes of Academy Staff upon invitation. Accountabilities must be posted and if the Staff Member being visited lives off the Academy Grounds proper liberty forms must be completed.

### 240. Falsifying Official Documents:

Midshipmen are prohibited from falsifying any Official Document, such as a Watch Log, Ship's Log, Boat's Log, or any other Official Government/Academy Document, application or form.  Falsifying Official Documents is an Honor Offense.

AR00203

### 241. Sea Year Regulations:

Midshipmen assigned to the Department of Professional Development and Career Services (Sea Year) are provided with a personal copy of *Sea Year Regulations and Instructions* and are responsible for knowledge of contents and compliance with its directives

### 242. Arrest by Civil Authorities:

If arrested, Midshipmen will notify the CDO and /or their Company Officer. Violations of civil law which cause absence due to arrest may be subject to consideration for charges as unauthorized absences from the Academy. Any midshipman arrested for a violation of law that brings discredit upon himself, the Regiment and the Academy in the process, may be charged for Conduct Reflecting Discredit on the Regiment of Midshipman.

### 243. Sexual Misconduct:

a.  Sexual misconduct is defined as sexual acts at the Academy, on Academy vessels, on team movements, on board vessels assigned during sea training, or under circumstances that are discrediting to the Academy or the midshipman, or are prejudicial to good order and discipline in the Regiment of Midshipmen.

b.  Sexual misconduct includes, but is not limited to, any actions of a sexual nature that would reasonably excite or satisfy the sexual desires of the actor. Examples of sexual misconduct include kissing, touching, sexual intercourse of any sort, sexually motivated nudity, and indecent exposure.

c.  Requirements:

1.   Midshipmen shall keep the door to any dormitory room open with the lights on when a member of the opposite sex is in the room.

2.  Midshipmen may not:

a.  Engage in sexual misconduct as defined above.

b.  Hold hands while in uniform.

c.  Sit or lay on the same bed at the academy or aboard a ship or vessel.

d.  Display inappropriate affection when in public.

AR00204

## 244. Denying Access:

Midshipmen are permitted and are encouraged to lock their doors when they are absent from their room and when retiring for the evening. However, Midshipmen will not use any other means to deny or cause access to be denied to any area they are occupying or utilizing.

## 245. Employment On and Off Campus:

a. Plebe/Fourth Class Midshipmen may only accept employment on campus with permission of the Commandant.  Upperclass Midshipmen may work on campus provided they:

1. Maintain a quarterly conduct grade of C or better.

2. Are not in a restricted status.

3. Are not missing classes or regimental responsibilities.

b. Midshipmen may work off campus when they are free from all academy obligations provided it is during their normal liberty hours. Extensions on liberty will not be given to work.

4. Midshipmen may not wear uniforms or parts of uniforms while working.

## 246. Watchstanding/Academic Conflict Resolution:

a. In cases where there is a potential conflict concerning watchstanding requirements and academic schedules the following procedures will apply:

1. A midshipman shall not miss final exams, tests, labs, or scheduled quizzes for watch standing.

2. When there is a conflict, it is the midshipman's responsibility to change watch as per the established Change of Watch Procedures.

b. In the event there is an academic conflict and a midshipman fails to change watches, the midshipman will proceed to Watch Muster and inform the MCDO of the academic conflict.  The MCDO will advise the CDO who will take action to resolve the conflict.

AR00205

### 247. Class Rates:

Class rates are those privileges, prohibitions and requirements that are assigned according to the class of the midshipman/plebe/candidate. Class rates are published and periodically revised by or at the direction of the Regimental Commander with the approval of the Commandant. Compliance with the applicable class rates is required by all members of all classes. Failure to comply may be sanctioned under the provisions of article 216 (informal punishments), by a reduction of privileges, or by disciplinary action for failure to comply with orders.

### 248. Computer Ethics:

In addition to the requirements specified in the current Superintendent's Instruction on Computer Use Policy, Midshipmen may not store, send or generate via the computer network material that is deemed to be obscene, questionable (e.g. advocating drug use or alcohol misuse, advocating violations of rules or laws, demonstrating disrespect, showing extreme poor taste, etc.), harassing, discriminatory, frivolous (e.g. unnecessary mass emails, unwanted material, etc.), or illegal.

### 249: Tailgating at Academy Functions:

Midshipmen may not participate in or attend tailgating functions on or adjacent to academy property without the express written consent of the Commandant.

### 250: Testimony:

a. In any investigation or inquiry made by order of the Superintendent or other competent authority, it is the duty of every Midshipman to fully answer every question as to facts within their knowledge, no matter who, except themselves, may be incriminated by their answer.

b. All Midshipmen have the right to remain silent with respect to alleged offences involving themselves. However, an answer may not be refused if the Midshipman has already been punished or exonerated for their part in a suspected offence unless action is contemplated by judicial authorities.

AR00206

# CHAPTER 3

## ACCOUNTABILITY

### 301.  Company Accountability Procedures:

Midshipmen who are not present at the time of accountability will be marked absent. Midshipmen who are not present by the time the check has commenced as indicated by an order or announcement, will be marked late.  Only those Midshipmen involved in taking the muster, on watch, in the hospital, or otherwise authorized by the Company Officer or higher authority are excused from attending accountability checks.

a.  Morning mess muster accountability procedures.  The Fourth Class will muster at 0600 in the company areas under the supervision of the duty section.

1.  Duty Section.  The purpose of the duty section is to give the Fourth Class necessary supervision during the 0600-0650 period.

(a).  The Company Executive Officer will assign a Second Classman and a Third Classman duty officer to represent the duty section.  The rotation of this duty will be weekly.  Company Commanders are also tasked with the responsibility of instructing the duty officers in their assigned duties and responsibilities and checking to ensure that these instructions are followed.  Each rotation will commence at 0600 Monday morning and terminate at morning mess on Saturday.  A copy of this order is to be posted for the information of the Midshipmen concerned.  One copy of this assignment sheet is to be forwarded to the Company Officer.

(b).  Any Midshipman having special liberty, team movement or any other conflicting activity, which would interfere with the duty section, will notify the Company Executive Officer, who in-turn will designate a replacement.

2.  The Midshipman on duty will be responsible for sounding 0600 reveille and ensuring that all plebes are mustered by 0605.

3.  0605 Mess muster.  The Fourth Class and duty section will muster in their respective company areas.  Each company will be in formation.

(a).  Musters.  Musters will be taken by the section leader, signed and turned in to the MCDO prior to meal time.

(b).  At 0610, the company will march into the mess hall under the command of the Second Class duty officer.

3- 24

b. Morning Accountability Formation. Morning accountability formations are held daily at 0715 except Weekends and holidays. All Midshipmen will muster by company in company areas. On days when no colors formation is held, each company will muster on the main deck of their respective company. In either case accountability reports will be compiled by the Platoon Commander and turned in to the Company Commander.

c. Noon mess musters. Midshipmen will muster with their company by platoon for all mandatory meals as prescribed by the Plan of the Day. Accountability reports will be compiled by the Platoon Commander and turned in to the Company Commander.

d. Evening study hall check. Midshipmen will be in their rooms by 2010 for the purpose of the evening study hall check. Evening study begins with this check. The only authorized absences from this check are as follows, and a proper accountability card must be displayed giving the reason for absence:

    1. Midshipman watch.

    2. Midshipman authorized on liberty.

    3. Midshipman in-patient in hospital.

    4. Midshipmen on authorized team movement.

e. Late Lights. Midshipmen may remain up past 2320 for the purpose of studying. Midshipmen wishing to study in another room are to post proper accountability stating their exact location (room number). Land Hall and the Midshipmen Game Room will be closed to Midshipmen at 2300.

f. Call to quarters. Call to quarters is at 0100 every morning of the week including holidays. At that time, all Midshipmen not on watch, special liberty, team movement, or an in-patient in the hospital are to be in their rooms and remain there except for head calls and official duty until 0600.

g. Musters at the expiration of leave or liberty. Midshipmen, except those on watch, or a hospital in-patient, must be in their company areas following the expiration of leave or liberty. The Second, Third and Fourth Classes will be mustered in O'Hara Hall 10 minutes after the termination of their liberty or leave. The First Class must check with their company commanders within 10 minutes after the termination of their liberty or leave. Musters will be held in uniform of the day. First Class officers supervising the underclass Midshipmen will also be in the uniform of the day.

AR00208

h. Musters at regimental practice and formal reviews. Musters for practice and reviews will be taken in a similar fashion to mess musters. Platoon Commanders will take the accountability and submit their chits to their Company Commanders.

## 302. Accountability Card:

Class accountability cards. Midshipmen will display an accountability card or marked whiteboard outside their room.

1. Leaving an Accountability. Midshipmen will post an accountability of their location when they leave their rooms (except during the academic day when they are assumed to be in class.) The accountability should list the Midshipman's name, time, date, destination and any other information which will aid in locating the Midshipman. This information should be neatly written. Details on team movement, special lib, and type of sack-in should be placed on the card/whiteboard.

**2. One Midshipman will not mark the accountability of another, nor will they post or remove the same.**

## 303. Mustering Officer:

Midshipmen will not, if their duty is to muster a part of the regiment, conceal or fail to report the absence of any Midshipmen. Falsification of an accountability is considered lying and will be pursued as a violation of the Honor Code or as a violation of the Regulations 1109.18, Lying, Cheating, or Stealing.

## 304. Unauthorized absence:

If a Midshipman is unaccounted for any reason, the CDO/MCDO will be notified. If unable to locate that Midshipman, an announcement will be made for the Midshipman or any one knowing of his whereabouts to contact the CDO/MCDO. If the absent Midshipman has not contacted the CDO/MCDO within fifteen minutes he/she will be considered absent without authorization.

AR00209

# CHAPTER 4

## DAILY ROUTINES

### 401.  General:

Unless specifically authorized by proper authority, Midshipmen will follow the daily routine published by the Commandant of Midshipmen.  The Commandant will issue changes to the daily routine as needed.

### 402.  Priority of Routine and Orders:

a.  In cases where a conflict exists concerning routine or procedures, the routine with the highest priority listed on the Table of Priorities (figure 402-1) will be followed.

b.  When a Midshipman receives conflicting orders or is confronted with conflicting duties, and is in doubt as to his/her proper course of action he/she will seek the advice of his/her chain of command, or the Command Duty Officer.  In any case, when an appointment or class is missed because of a conflict of priorities, it is the responsibility of the Midshipman concerned to ensure that appropriate parties are informed.

### 403.  Weekday Routine:

a.  Weekday Routine commences on Monday at Reveille and, unless changed by the Commandant of Midshipmen or interrupted by a holiday, terminates on Saturday at Reveille.

b.  For the schedule of events during Weekday Routine, see figure 403-1.

c.  Per Plan of the Day (POD).

### 404.  Saturday Routine:

Saturday Routine commences at Reveille on Saturday and terminates at 0600 hours on Sunday.  Per POD, see figure 404-1.

### 405.  Sunday Routine:

Sunday Routine commences at 0600 hours on Sunday and terminates at Reveille on Monday.  Per POD, see figure 405-1.

AR00210

### FIGURE 402-1
### TABLE OF PRIORITIES

1.  Emergency Medical or Dental Treatment.

2.  Emergency Leave or Liberty.

3.  Regularly scheduled final examinations.

4.  Orders to report to the Superintendent, Commandant, Deputy Commandant, or CDO

5.  Critical Laboratories, scheduled tests or examinations.

6.  Watch Standing.

7.  Formations, musters and accountability checks.

8.  Routine classes (recitations).

9.  Drills and Inspections.

10. Regimental Team/Group Movement.

11. Release from Daily Routine.

12. Extra Duty Work and Restriction Musters.

13. Appointments with Faculty Members and Commissioned Officers.

14. Special Liberty or Leave. (Midshipmen must have obtained release from all other obligations).

15. Mess Duty.

16. Mast.

17. Routine (non-emergency) medical and dental treatment.

18. Divine Services.

19. Inter-collegiate Athletic Activities.

20. Evening Study Hours.

21. Intramural Activities.

4- 2

AR00211

22.   Extra-Curricular Activities.

23.   Recreational Activities.

24.   Prescribed Liberty or Leave.

| FIGURE 403-1, WEEKDAY ROUTINE | | |
|---|---|---|
| **EVENT** | **FROM** | **TO** |
| **REVEILLE  PERIOD** | **0600** | **0715** |
| Reveille | | 0600 |
| Morning Mess Formation (Fourth Class Only) | | 0605 |
| Morning Mess (Upper Classes optional) | | 0615 |
| All Room Doors Cracked | | 0615 |
| All Room Doors Opened | | 0630 |
| Morning Regimental Training | | 0645 |
| Daily Quarters Inspection | | 0650 |
| Call to Colors | | 0715 |
| Colors Muster | | 0720 |
| Morning Colors Ceremony | | 0725 |
| | | |
| **ACADEMIC DAY(MORNING) PERIOD** | **0745** | **1200** |
| First Academic Period | | 0745 |
| Second Academic Period | | 0850 |
| Third Academic Period | | 0955 |
| Fourth Academic Period | | 1100 |
| | | |
| **NOON ADMINISTRATIVE SUPPORT PERIOD** | **1210** | **1250** |
| Noon Mess Muster | | 1210 |
| Noon Mess | | 1215 |
| | | |
| **ACADEMIC DAY (AFTERNOON) PERIOD** | | **1300** |
| (*)   Fifth Academic Period | | 1300 |
| Sixth Academic Period | | 1405 |
| Seventh Academic Period | | 1505 |
| | | |
| **REGIMENTAL TRAINING  PERIOD (Mon)** | | **1610** |
| | | |
| **REGIMENTAL TRAINING PERIOD (Fri Parade)** | **1530** | **1650** |
| Muster | | 1515 |

AR00212

| Dismissal | | Completion of Parade |
|---|---|---|
| **RECREATIONAL FREE TIME PERIOD** | | (*) |
| **2000** | | |
| Extra Duty | 1700 | 1900 |
| | | |
| **EVENING ADMINISTRATIVE SUPPORT PERIOD** | | **1730** |
| **2000** | | |
| Evening Mess (Buffet) | | 1730 |
| 1945 | | |
| | | |
| **EVENING STUDY HOURS** | | **2000** |
| **2320** | | |
| Study Period | 2000 | 2320 |
| Tattoo Check (for Fourth Class) | 2005 | 2020 |
| Taps | 2300 | |
| **LATE LIGHTS PERIOD** | **2320** | **0600** |
| **CALL TO QUARTERS** | | **0100** |

(*)     The Academic Day shall end and Recreational time shall begin at 1700 hrs, after the last        scheduled class, or after Regimental Training, whichever is later.

---

### FIGURE 404-1

### SATURDAY ROUTINE

| **EVENT** | | **FROM** |
|---|---|---|
| **TO** | | |
| | | |
| **REVEILLE PERIOD** | **0700** | **0745** |
| Reveille | | 0700 |
| Morning Mess Muster (Fourth Class) | | 0705 |
| Morning Mess | 0700 | 0730 |
| Reveille (Upper Class) | | 07000 |
| Call to Colors | | 0735 |
| Colors Muster | | 0740 |
| Morning Colors Ceremony | | 0745 |
| | | |
| **FIELD DAY PERIOD** | | **0800** |
| **0900** | | |
| Officers Call | 0810 | 0830 |

4- 4

AR00213

| | | |
|---|---|---|
| **INSPECTION** | **0910** | |
| **1000** | | |
| | | |
| **REGIMENTAL TIME (AS ANNOUNCED)** | **1000** | |
| **1200** | | |
| Liberty (as announced or as authorized) | | |
| | | |
| **NOON ADMINISTRATIVE SUPPORT PERIOD** | **1200** | **1300** |
| Noon Mess Muster | 1210 | |
| Noon Mess | 1215 | |
| | | |
| **AFTERNOON ADMINISTRATIVE SUPPORT  PERIOD** | **1310** | **1600** |
| Regimental Training (as announced) | (*) | |
| Liberty (as announced or as authorized) | | |
| Extra Duty | 1310 | 1600 |
| | | |
| **RECREATIONAL FREE TIME PERIOD** | **1600** | |
| **2330** | | |
| Evening Mess | 1730 | 1945 |
| | | |
| **TAPS** | **2330** | |
| | | |
| **CALL TO QUARTERS** | **0100** | |
| | | |
| (*)  Further Regimental Training may occur on Saturday Afternoons. | | |

**406.  Holiday Routine:**

a. Holiday Routine commences at the termination of the academic day on the calendar day before the holiday and terminates at 0600 hours on the calendar day following the holiday.  Per POD, see figure 406-1.

| | |
|---|---|
| **FIGURE 405-1** | |
| **SUNDAY ROUTINE** | |
| **EVENT** | **FROM** |
| **TO** | |

AR00214

| **RECREATIONAL FREE TIME PERIOD** **2200** | | **0600** | |
|---|---|---|---|
| (Restricted Midshipmen and other Midshipmen Remaining Aboard) | | | |
| | | | |
| **DIVINE SERVICES** | **1000** | | **1200** |
| Catholic | | 1000 | |
| Protestant | | 1115 | |
| | | | |
| **MORNING MESS (OPTIONAL)** **1215** | | **1015** | |
| | | | |
| **EVENING MESS (OPTIONAL)** **1945** | | **1730** | |
| | | | |
| **EVENING STUDY HOURS** **2330** | | **2030** | |
| Plebe Knowledge Test | | 1810 | |
| Liberty Expires for 3/C | | 1900 | |
| Accountability for 3/c | | 1910 | |
| Liberty Expires for 2/C | | 2000 | |
| Accountability for 2/C | | 2010 | |
| Liberty and Free Gangway expire for 1/C | | 2100 | |
| Accountability Check for 1/C | | 2110 | |
| | | | |
| **TAPS** | | **2330** | |
| Late Lights Period | 2330 | | 0600 |
| | | | |
| **CALL TO QUARTERS** | | **0100** | |

## 407. Reveille Procedures:

a. The Reveille period is that time when Midshipmen will turn out of their bunks and prepare themselves, and the barracks, for the activities of the day.

b. Midshipmen will be considered to be up and about only if they turn out of their bunks at the last note of reveille and remain up and about their business until authorized to turn in.

c. It is the responsibility of each Midshipman to turn to no later than 0600 regardless of:

1. When or how reveille was sounded or if it was sounded at all.

AR00215

2.  When or how the deck was notified of reveille or if it was notified at all.

---

### FIGURE 406-1

### HOLIDAY ROUTINE

| EVENT | FROM | TO |
|-------|------|-----|

**1.  DAY BEFORE THE HOLIDAY**

**RECREATIONAL FREE TIME PERIOD** (*)
**2330**

| | FROM | TO |
|-------|------|-----|
| Extra Duty | 1615 | 1800 |
| Liberty (for those authorized) | (*) | |
| Evening Mess | 1800 | 1830 |

**TAPS**                                                      **2330**

**CALL TO QUARTERS**                              **0100**

**2.  DAY OF THE HOLIDAY**

**RECREATIONAL FREE TIME PERIOD**         **0600**
**2200**

| | FROM | TO |
|-------|------|-----|
| Morning Mess (Optional) | 1015 | |
| 1215 | | |
| Evening Mess (Optional) | 1800 | |
| 1830 | | |

### WHEN THE HOLIDAY IS ON A FRIDAY OR A SATURDAY, FOLLOW SATURDAY ROUTINE AFTER EVENING MESS OTHERWISE:

| EVENING STUDY HOURS | 2030 | 2330 |
|---------------------|------|------|
| Plebe Knowledge Test | 1810 | |
| Liberty Expires for 3/C | 1900 | |
| Accountability for 3/c | 1910 | |
| Liberty Expires for 2/C | 2000 | |
| Accountability for 2/C | 2010 | |
| Liberty and Free Gangway expire for 1/C | 2100 | |
| Accountability Check for 1/C | 2110 | |

| TAPS | 2330 | |
|------|------|------|
| Late Lights Period | 2330 | 0600 |

AR00216

---

**CALL TO QUARTERS**                                                      **0100**

(*)  Recreational Free Time and Liberty will commence at 1315 hours or after the last
regularly scheduled class, whichever is later.

---

### 408.  Mess Procedures:

Mess periods are times which allow Midshipmen to take their meals.   Mess will usually
be mandatory during the weekday routine but may, as prescribed by the Commandant of
Midshipmen, be optional.

    a.  Mandatory Mess Procedures.  Midshipman will:

        1.  Muster with their assigned company by the time of formation unless
otherwise directed by proper authority.

        2.  March to the Mess Hall in formation when outside.

    b.  Optional Mess Procedures.  Midshipmen who decide to go to Mess will:

        1.  Proceed independently to the Mess Hall in the Uniform of the Day or
the service dress uniform prescribed for liberty. <u>At no time is civilian
attire permitted to be worn by Midshipmen in the mess hall.</u>

        2.  Midshipmen must arrive in the Mess Hall during serving period.

        3.  Varsity Teams in season that practice in the mornings and evenings
**may** enter the Mess Hall in Academy Issued Gym Gear or Authorized
Varsity Attire after 0635 hrs and 1900 hrs respectively.

    c.  Midshipmen will be out of the Mess Hall by

        1.  0650 at Morning Mess.

        2.  1245 at Noon Mess.

        3.  2000 at Evening Mess.

    d.  Upperclassmen, not assigned to the Duty Section, may enter the Mess Hall at
any time prior to 0615 for Morning Mess, but will not interfere with the Fourth
Class formations.

AR00217

e.  Upperclassmen will be permitted to enter the galley for the purpose of obtaining the food for their tables only if they receive permission from a Company Fitness Officer or higher authority on each and every occasion necessary to enter the galley.


## 409.  Quarters Inspection Procedure:

a.  Quarters Inspection Periods are those periods when Midshipmen and regimental spaces are inspected by assigned Midshipmen and/or officers to ensure that the proper standards of personal appearance and material upkeep are maintained.

b.  The standard inspection procedures as described in Chapter 5, paragraph 509 of this publication will be followed in all cases of Quarters Inspection except when special procedures are specifically authorized by the Commandant of Midshipmen.

1.  During the period of 0650 to 1200 daily, except Sundays and Holidays, Midshipmen rooms and cleaning stations will be in a <u>neat and orderly</u> condition, ready for inspection.

2.  After 1200 daily and all day on Sundays, Holidays, and regimental long weekends, Midshipmen rooms and cleaning stations will be in a presentable condition.

3.  Midshipmen will not absent themselves from any Quarters Inspection without proper authority.


## 410.  Colors Procedures:

a.  The Colors Ceremony will be executed at 0725 and at sunset daily.

b.  Midshipmen will attend Morning Colors Ceremony, unless specifically authorized otherwise by proper authority.  Whenever weekday or Saturday Routines are being followed, Midshipmen will:

1.  Muster and proceed to the Oval in accordance with instructions established by the Commandant of Midshipmen.

2.  Render honors during the playing of the National Anthem or during the Raising of the Colors.

3.  Dismiss only in areas prescribed by the Commandant of Midshipmen.

AR00218

**411.  Academic Day Procedures:**

    a.  Recreational free time is that period during which Midshipmen who are eligible may utilize recreational facilities or proceed on liberty when entitled.

    b.  Procedures. Midshipmen will:

        1.  If proceeding on liberty, obtain the proper authorization to leave the Academy.

        2.  Follow all instructions and regulations posted in the various recreational facilities of the Academy.

**412.  Administrative Support Period Procedures:**

The Administrative Support Period is the period provided to Midshipmen in order that they may perform certain administrative, extracurricular, or personal duties.  (See Figure 403-1 of this publication).

**413.  Evening Study Hours Procedures:**

    a.  Evening Study Hours are the time periods in which Midshipmen are to prepare for class, do homework, perform other academic duties, or perform assigned administrative duties.  Quiet study hours 2030 - 2330 will be enforced Sunday through Thursday.  No deviation from this rule will be allowed.

    b.  Procedures.

        1.  Midshipmen are permitted to be engaged in the following activities during study hall:

- Studying (including use of the academic buildings and library).
- Wednesday movie (as authorized by the Dean).
- Approved classes/tests (as authorized by the Dean).
- Approved guest lecture (as authorized by the Superintendent, Dean, and Commandant.
- Religious instruction and meetings (Mondays).
- AA meetings (as authorized).
- Team movements (as authorized by the Dean and Commandant).
- Watch.
- Team practices (as authorized by the Dean and Commandant).
- Team/Club Meetings (optional for Midshipmen - requires prior approval of the Dean and Commandant).
- Extra-curricular activities may be pursued after the 2010 check (i.e. use of O'Hara Hall, game room, bowling alley, etc.) as per class rates.
- Evening tattoo check for the Fourth Class lasting fifteen (15)

AR00219

minutes. The check will begin at 2005 but must end at 2020 in the uniform specified. In no case will tattoo last longer than fifteen (15) minutes.

2. The following are prohibited during study hall:

- Extra Duty.
- Working off slips/Extra Duty.
- Field days.
- Loud conversations in the passageway which are audible in Midshipmen's rooms.
- Any behavior not conducive to studying.

3. Midshipmen on **Academic Warning (AW), Academic Probation (AP), Continued Academic Probation (CAP), Suspended Setback (SUSP SETBACK), Suspended Disenrollment (SUSP DISN.), or Referred for Disenrollment (RFD)**, must get a Special Privilege Pass from their CAO to be released from Study Hall. This pass must be posted on their accountability card and is good for one day only. The CAO will keep a record of passes issued. If the Midshipmen wish to study in an academic building, special privilege passes are not required. However, CAOs will keep a record of this to ensure the privilege is not abused.

4. Trips to the Great Neck Library will be recommended by the professor of the class assigning the project, then forwarded to the CAO and the CC. These trips must be made in appropriate liberty attire and Special Liberty requests must be submitted to and approved by the Company Officer.

c. The MOD will make daily announcements at 1945. At 2030 the MOD will announce Study Hall. This will normally be the last announcement made until reveille the next morning. Announcements may be made for emergency reasons with the permission of the Regimental Commander or designee. Taps will be sounded at 2330.

d. The PC, appointed Petty Officer, or Squad Leader will also ensure that:

1. Midshipmen are physically present in their rooms at the Accountability Check and remain in their rooms until their respective deck has been entirely checked by the Midshipman in charge. The checks will be conducted between 2030 - 2040 and 2330 - 2340.

2. There will be no traffic in the passageway during the deck check unless it is a Midshipman or Midshipman Officer on designated duties.

3. Quiet is maintained on the deck during Study Hall. Radios, phonographs, tape recorders, etc., will not be audible outside of rooms.

AR00220

e. Late study procedures in the barracks may be utilized after 2330.

    1.  The overhead light will be turned off after 2330, unless both roommates consent to leaving it on.

    2.  Late study outside a Midshipman's room past 0100 will require a special privilege pass signed by the CAO.  This pass will be posted outside the Midshipman's room indicating the barracks room where the Midshipman is studying and the time of return.  In addition the OOD and MCDO must be notified.

f. During finals week for all Classes and USCG license week for the First Class the following procedures will be adhered to:

    1.  Quiet in the barracks at all times.

    2.  Midshipmen must be present for all accountability checks.

    3.  Special privilege passes for studying after 0100 with another Midshipman are not required.  However, you are required to post accountability.

    4.  Sack-in is authorized for all Midshipmen except for the hours of 0600 - 1700 for the Fourth Class and 0600 - 0800 for the Upperclass.

## 414.  Taps:

Taps will be sounded or announced at 2330.  Midshipmen desiring to retire may do so.

## 415.  Call to Quarters:

a.  Call to Quarters is that period when Midshipmen not specifically authorized otherwise or performing official duties will be in their rooms.  Midshipmen have the option to go to bed or remain up and about in their room for individual quiet study.  No departures from this regulation are acceptable.

b.  Procedures.  Midshipmen will:

    1.  Remain in their rooms except for emergencies, head calls or official duty, from the commencement of the Call to Quarters period until Reveille commences.  At anytime a Midshipman must be absent from their room during this period an Accountability must be posted.

AR00221

2. Call to Quarters is at 0100 every day of the week including holidays.

3. Official Duty is defined as situations where Midshipmen officers must leave their rooms to take care of an emergency, and the case of a Midshipman on watch.

## 416.  Field Day Procedures:

a.  Field Day periods are those times when Midshipmen may be required to perform certain work which is necessary for the maintenance and repair of areas and spaces for which they are responsible.

b.  Midshipmen in a duty status or who have not been specifically authorized otherwise by the Commandant of Midshipmen will:

1.  Attend Field Day.

2.  Perform work as may be directed by the person in charge.

3.  No sack-in is authorized during field days.

## 417.  Drill Procedures:

a.  General.  Drill periods are prescribed by the Commandant of Midshipmen in order to conduct training in military drill and/or to participate in military ceremonies such as parades, reviews, or other related functions.

b.  Procedures.  Drill procedures are outlined in detail in the United States Merchant Marine Academy Midshipman Drill Manual.

AR00222

# CHAPTER 5

## BARRACKS AND QUARTERS

### 501.  Assignment of Rooms:

a.  General. All rooms will be assigned by the Commandant of Midshipmen.  At the time of assignment, individuals assuming responsibility for the room will make an inspection of the room and all its contents and sign a property inventory accepting the room, all of its equipment, furniture, and physical condition.  The property inventory control sheet must be placed in the front of the Midshipman Regulations binder in each Midshipman's room.

b.  Roommates.  Roommates will be assigned as follows:

   1.  Midshipmen of the First, Second, or Third class may select their own roommate from among their classmates assigned to the company, when approved by the Company Officer.  Classes must room together; in no instance will members of different classes be berthed together.  If the berthing list permits, First Classmen will have the privilege of singling up with priority based on Midshipman Officer rank.  Fourth Classmen will be tripled or singled up only if there is an odd number of Fourth Classmen in the company.

   2.  Before the end of the first trimester Midshipmen of the Fourth Class may make a request to the Company Officer, via the Company Commander, to change roommates for the academic year.

   3.  Upon submission of sufficient justification, changes of roommates may be authorized by the Company Officers during the academic year.

c.  Room Changes.  When Company Officers approve any room change, Midshipmen making the change will properly check out of their old rooms and into their new rooms. The Midshipmen Personnel Officer must be notified in writing of the approved room changes.

### 502.  Assignment of Activity Spaces:

a.  General.  All activity spaces will be assigned to the editor, chief, or president of the activity to which the space is assigned.

b.  Acceptance.  At the time of assignment, the individual assuming responsibility for the space will make an inspection of the space and all its contents and will

AR00223

sign a property inventory accepting the space, all its furniture and equipment and the condition of space contents.

c.  Transfer of Responsibility.  Upon the removal or replacement, for any reason, of an individual responsible for an activity space, the relieving individual will perform an inspection of the space in the presence of the Activities Club Advisor. The relieving individual will examine all of the equipment and furniture and their condition. All missing items and all damaged items not previously noted will be reported and investigated. When damage or loss is the result of negligence, the cost will be evaluated and assessed against the organization or individuals responsible.

### 503. Battalion Study Rooms:

Rooms specifically designated as battalion study rooms (if available spacing permits) will be maintained by the Midshipmen of the responsible battalion.  An appropriate sign will be posted identifying the room as a study room.  A letter of instruction to Midshipmen which outlines the restrictions and policies governing use will be posted in the room.

### 504. Work Orders:

All damaged government-owned property or equipment will be reported:

a.  Work Order Requests will be submitted to the Company Officer, with the white copy placed on the area or space where damage is located.

b.  Emergency Repair Requests will be reported immediately to the Company Logistics Officer who will report the condition immediately to the Company Officer during normal business hours and to the CDO/MCDO otherwise.

### 505. Electrical Appliances:

a. Window Fans.  Midshipmen are authorized to maintain a window fan in their rooms provided the following guidelines are met:

1.  Only one window fan and one desk fan is authorized per Midshipman.

2.  Window fans may be left in window frames; however, the fan must be turned off whenever the room is unoccupied.  If the room is not going to be occupied for more than 24 hours, the window fan should be removed from the window and placed on the deck.

b.  Miscellaneous Electrical Equipment.

AR00224

1. The following electrical appliances are authorized in Midshipmen rooms: computers, toothbrushes, razors, clocks, calculators, hand-held hair dryers, curling iron, clothes iron, halogen desk lamps with protective guard, therapeutic devices prescribed by the medical officer and stereo equipment.

2. The following electrical appliances **are not authorized** in Midshipmen rooms without special approval of the Commandant of Midshipmen:

> (a). Television sets.
>
> (b). Electrical coffee pots or heating coils, except First Class wardrooms.
>
> (c). Refrigerators.
>
> (d). Air conditioners.
>
> (e). Microwave ovens.
>
> (f). Floor standing Halogen Lamps without protective screening.

### 506.  Daily Routine For Finals Week and USCG License Week:

a. The following modifications to the regulations are in effect during finals week each academic trimester.  Plebes are allowed to lie on their bunks during those times of the day when they have no scheduled examinations, or duties, except as indicated below:

> All hands are to be up at reveille for the respective classes, attend morning mess and muster as normally required, clean rooms and cleaning stations and attend inspections and relevant musters.  The noon meal muster is mandatory.  At times other than those mentioned above, reclining on bunks will be permitted.

b. The following modifications to the Regulations are in effect for First Classmen sitting for a United States Coast Guard License:

> Effective Tuesday and continuing through Friday, First class Midshipmen are not required to follow the normal academic and regimental routine between the hours of 0745 and 1600.  These Midshipmen are only required to maintain their rooms in condition "A" as per paragraph 519 of Midshipman Regulations and to maintain their personal appearance in a satisfactory manner.  The noon meal may be attended between the hours of 1210 and 1245, unless watch chow is requested by the Dean due to Coast Guard examiners special test schedule.  Sack-in is permitted

AR00225

whenever the Midshipman is not taking license exams, and accountability cards will be maintained on each Midshipman's door.

## 507. Food In Rooms:

a. General. The cooking or preparation of food in Midshipmen rooms is prohibited. The use of instant beverages is permitted provided supplies used in preparation are packages for individual servings or are kept in air tight containers.

b. Commissary Food. The removal of food from the Commissary is not permitted, unless authorized by sick chit.

c. Non-Perishables. Non-Perishable foods may be retained in a Midshipman's room indefinitely provided they are stored in an airtight container.

d. Food purchased in the canteen or ship's service facilities, food sent from home, and foods purchased on liberty are permitted in Midshipmen rooms if consumed or thrown out prior to the 0730 daily inspection the following morning. However, food may be retained if stored in an airtight container.

e. In no case are any food stuffs to be left out open in any Midshipman's room when that room is unoccupied.

f. Midshipmen are not to remove any commissary gear from the Mess Hall, unless specifically given permission by the Food Service Officer and then that item must be promptly returned to the Mess Hall.

g. Outside food deliveries. Midshipmen are permitted to order food to be delivered to Vickery Gate from outside establishments.

## 508. Holiday Decorations:

It is traditional each year for Midshipmen to display holiday decorations. While such activities are encouraged, Midshipmen must have the approval of their Company Officer or his/her delegated representative (live trees may not be used).

## 509. Inspection Of Rooms:

a. General. Midshipmen rooms may be inspected at any time by authorized personnel.
b. Daily Room Inspection. Midshipmen rooms will be inspected each weekday (except Holidays) at 0650 by a Midshipman Officer assigned by the Company Commander and may be inspected by an officer of the Commandant's Staff.

AR00226

Rooms will be in Condition "B" from 0650-1200. Company Officers will spot check during morning inspections and between the hours of 0800-1200. Inspecting Midshipmen Officers will be expected to be occupied with their assigned inspection duties during the entire 0650-0715 period. The wardroom will be off limits during this 25 minute period.

c. Weekly Room Inspections. Rooms will be inspected each week at times prescribed by the Commandant of Midshipmen, by Midshipmen officers assigned by the Battalion Commander and by Commissioned Officers assigned by the Commandant.

> 1. Midshipmen will be present at weekly inspection unless specifically authorized otherwise in writing by the Commandant of Midshipmen.

> 2. Fourth Classmen will stand at attention outside their doors; all other underclassmen will be at a position of parade rest. Midshipmen of the Second, Third and Fourth Class will be stationed outside their rooms six (6) inches away from the bulkhead. When a Midshipman Officer or Commissioned Officer approaches, the Midshipman will come to a position of attention and sound off.

> 3. First Classmen and Upperclassmen, if authorized, may be seated at their desks studying during daily inspection. They may not be eating, dressing, brushing their teeth, etc.

> 4. All shades will be lowered completely.

d. Command Inspections. Midshipmen will be in the appropriate uniform as determined by the Regimental Commander, and will be outside their rooms. Fourth Class Midshipmen will be at attention outside their door, while upperclass Midshipmen will be at parade rest.

> 1. Rooms will be in Condition "B". (See paragraph 519.c. of this chapter)

> 2. All reported deficiencies will be corrected by the responsible Midshipman and inspected by a Midshipman Officer assigned by the Company Commander before the reported Midshipman will be authorized to proceed on liberty.

e. Health, Safety, and Welfare Inspections. Maybe conducted on a periodic or as needed basis. The primary purpose is to ensure that all room equipment is in working order and that the room, clothing, and equipment are maintained in a healthy clean condition. In addition the HSW Inspection maybe used to periodically check to ensure that no contraband is being stored in the barracks complex.

AR00227

1.  HSW Inspections must be carried out in the presence of a commissioned officer and in the case where the occupant of the room is not present, two commissioned officers should be present.

## 510.  Laundry Rooms:

There are three laundry rooms located in the barracks area for the exclusive use of Midshipmen.  **Midshipmen should not leave their clothing and belongings unattended.  The use of the laundry facility is at the Midshipman's own risk.**  It will be each individual's responsibility not to leave the laundry room in a disorderly condition.

## 511.  Linen Schedule:

Each Midshipman shall be issued two blankets, one pillow, one pillowcase, one mattress cover and two sheets upon arrival at the Academy each year.  The two blankets are to be considered organizational equipment and must be turned in upon departing the Academy for sea year or graduation.  The pillow, pillowcase, mattress cover, and two sheets belong to the Midshipmen and should be maintained by them at all times.

## 512.  Midshipmen Attire:

Unless specifically authorized elsewhere in these Regulations or by class privileges, Midshipmen will wear the complete uniform anytime they are out of their rooms.

a.  From the hours of 1600-0600, civilian clothing as authorized may be worn while in the barracks by First and Second Classmen.

b.  When in his/her assigned room, a Midshipman will wear the apparel authorized by Class Privileges or required by the daily routine.

c.  When enroute to or from the head or shower if not required to be otherwise attired, Midshipmen will wear a bathrobe and shower clogs.

d.  The authorized academy issued gym gear may be worn to evening sporting events by Midshipmen unless otherwise required in the Orders of the Day.

## 513.  Routes of Travel:

a.  The passageways of the barracks complex are maintained by Midshipmen.  It is incumbent upon Midshipmen of the Regiment to cooperate in maintaining these areas at a high standard of cleanliness and to maintain a quiet and orderly atmosphere conducive to study at all times.

AR00228

b. Zero decks (Basements) of Barracks. The Zero deck passageway is the primary route of travel between barracks.

c. Main Deck Passageways. Midshipmen are not authorized to transit Main Deck passageways for the purpose of passing between Companies. Exceptions are those Midshipmen on watch, First Classmen, and company personnel. Zero deck will be used by other Midshipmen traveling to different parts of the Regiment and when returning from Delano Hall.

d. The following entrances and passages will not be used except when on official business:

    1. Regimental Row.

    2. Dining Hall as passage from Murphy to Cleveland Hall.

    3. Academic Building (unless authorized).

    4. Gymnasium Floor.

c. Except as required for formations, Midshipmen will not walk on the grass.


### 514. Property Accountability:

a. Midshipmen are responsible for safeguarding the property for which they have signed as well as that which is entrusted to them without signature, such as barracks fixtures. Any government property lost, destroyed, or damaged as a result of negligence will result in the financial liability of the responsible Midshipman.

b. Moving Equipment and Furniture. No person will move or change any piece of equipment or furniture in any academic facility or barracks without the permission of the Company Officer. The Company Officer will designate where such equipment or furniture may be stored for future use.

c. Academy Liability For Personal Property. The United States Government and the Merchant Marine Academy are not responsible for the loss of personal property in any building or areas of the Academy, whether the loss occurs by theft, fire, or other causes. Midshipmen are advised to have personal property covered by their family's insurance policy or a personal insurance policy. This includes any belongings left in a company baggage locker.

AR00229

### 515.  Room Arrangement:

    a.  Equipment and Furniture in Midshipmen Rooms.  Only that equipment and furniture authorized by the Commandant of Midshipmen and his staff will be allowed.

    b.  Authorized Optional Items.  All optional equipment and furniture must be authorized by the respective Company Officer.

    c.  Room Arrangement.  Room arrangements for all classes will be standard and approved by the Company Officer.

    d.  Flags and Posters may be displayed in rooms if permitted within the Class Rates System and hung flat against the bulkhead.  No Midshipman room may have more than two normal size flags displayed, and the flags must be in good taste.  Each room, subject to class privilege is permitted to have only five (5) framed pictures or posters and two appropriate flags.  In all cases, pictures and decorations will be in good taste and not detract from the neat and orderly appearance of the room.

    e.  Athletic Gear and Equipment:

        1.  General.  Unless specifically authorized by the Commandant of Midshipmen, no athletic gear or equipment which could cause any damage will be permitted in Midshipmen's rooms.

        2.  Cleated, Spiked Shoes, or Roller Blades.  Cleated, spiked shoes, or roller blades of any kind, will not be worn in the barracks.

        3.  Other sporting equipment that cannot fit into Midshipman's locker may be stowed in a Midshipman's room if the permission is granted by the Midshipman's Company Officer.

            (a)  Bicycles.  All bicycles will be stored in a suitable locker under the direction of the Commandant of Midshipmen.

            (b)  Skis/surfboards.  No skis/surfboards are to be stored in rooms.  All skis are to be stowed in the respective company baggage locker.

    f.  Musical Instruments:

        1.  General.  Midshipmen are authorized to keep any musical instruments in their rooms which can be neatly stowed in the upper cabinet or next to the wardrobe locker.  Instruments will be properly stowed when not in use.

AR00230

2. Restrictions on use. Musical instruments will not be played in Midshipmen's rooms or in the barracks during inspection periods, the Academic Day, and from the commencement of evening study hall until reveille.

## 516. Ice Chests/Ice Buckets:

Midshipmen are not authorized to have or utilize ice chests in barracks rooms, nor are they allowed to be stowed in any storage locker in the Barracks.

## 517. Security:

a. Keys. Each Midshipman assigned to a room or in charge of a space will be issued a key for which he will be responsible until he/she is required to return the key.

b. Rooms will be secured when not occupied and may be secured after tattoo and/or when retiring for the night.

c. Lost Key Procedure. When a key is lost, the Midshipman responsible for it will report personally to the Company Officer in whose area the space or room is located, or the Midshipmen's Activities Coordinator whose space is involved. A replacement key will be issued, and disciplinary action may or may not be taken, depending on circumstances. Disciplinary action will be taken against any Midshipman who fails to notify the appropriate authority of a lost key.

d. Possession of Unauthorized Keys. No Midshipman will maintain or possess the key to any room, space or lock on any Academy facility unless that key has been issued to him/her by proper authority. This is a Class II offense.

e. Found Keys. All keys that are found will be turned into the Deputy Commandant's office.

f. Locks. No Midshipman will change, remove or tamper with the lock to any room, space or facility belonging to or on loan to the United States Merchant Marine Academy.

g. Combinations. No Midshipman will pass on his/her combination to another outside of his/her roommates. No Midshipman will pass out the pass code. No Midshipman will tamper with the combination locks.

AR00231

## 518.  Skylarking:

Midshipmen will not engage in athletic type games or horseplay in barracks areas. Midshipmen involved will be held financially responsible for replacement of damaged property, gear or other issue.

## 519.  Standards of Cleanliness:

a.  General.  Midshipmen rooms will be maintained in a high standard of order and cleanliness.

b.  Condition "A" (Orderly).  Condition "A" requires the room to present a neat and orderly appearance and will have:

1.  Bunks made (except during clean linen days and when being used.)

2.  No gear adrift.

c.  Condition "B" (Ready for Inspection).  Condition "B" requires the room to have:

1.  Bunks made (except on linen day).

2.  Deck windows, mirrors, glass shelves, radiators, light fixtures, doors will be clean.

3.  All damage noted with reference to a recent Work Order previously filed with the Company Logistics Officer.

## 520.  Stereo Equipment:

One integrated stereo system per Midshipman is authorized.  No component systems are authorized.

a.  Times of use.  Audio equipment may be used with earphones at any time except during inspection.  Equipment may be used (per Class Rates) without earphones anytime except during inspection periods, the academic day, and from the commencement of evening study hall until reveille.  IN ANY CASE, ELECTRONIC RECORDING AND LISTENING EQUIPMENT WILL BE PLAYED IN SUCH A MANNER THAT IT CANNOT BE HEARD OUTSIDE THE ROOM INVOLVED - AT ANYTIME.  In the event the electronic equipment is disturbing to a resident of the room, the Midshipman desiring to listen to the device will do so utilizing a headset.

AR00232

b. Plebe radio privileges.  Fourth Classmen receive radio privileges upon recognition but may be granted limited radio privileges prior to recognition by the senior Midshipman Officer in charge of Plebe training.

c. Abuse of stereo and radio privileges.  Midshipmen abusing this privilege by violating any of the above restrictions are subject to having the privilege withdrawn indefinitely with subsequent removal of such equipment and award of appropriate disciplinary measures.  Return of such equipment will be at the discretion of the Company Officer.

## 521.  Storage Lockers:

Secure spaces are provided in the barracks complex in order that Midshipmen may store excess gear, out of season gear, or material not allowed in rooms.  All stored gear must be clearly marked with the Midshipman's Name, Class and Company.

a. Company and Battalion Lockers are to be utilized only by those Midshipmen presently in residence at the Academy.

b. The Regimental Baggage Locker is to be utilized by only those Midshipmen presently detached from the Academy and assigned to the Academy Training Representative(ATR) for Sea Year.

c. **Midshipmen are advised that all items stored in any lockers at the Academy are stored at the owner's risk of loss or damage.**

## 522.  Valuables:

a. General.  Articles of value must not be left exposed in rooms.  Large sums of money should be deposited in a bank.  Checkbooks and credit cards are to be regarded as money and should be guarded accordingly.

b. Personal portable boxes.  Midshipmen are authorized the use of portable boxes equipped with lock and key.  Only small boxes for sewing and writing materials and small trinkets will be permitted in the chest of drawers.

c. Personal drawer.  Each Midshipman is permitted to store items of a personal or valuable nature in the  drawer of his/her desk, **which should be locked**. Midshipmen wishing to use this drawer as a personal drawer are advised to keep the drawer locked.  In cases where the personal drawer lock is broken, the Midshipman concerned may maintain the drawer only by placing a current work order properly processed, on the drawer front.  Personal drawers so marked are to be treated as locked personal drawers.

AR00233

d. Personal drawers.  Midshipmen should be aware that Company Officers are allowed to inspect personal drawers.


## 523.  Visitation Between Midshipmen in Midshipmen Rooms:

Midshipmen must understand the Academy's responsibility in (1) ensuring the maintenance of a quiet study hall environment, and (2) strictly enforcing a mature policy regarding male-female visitation rules:

a.  Visiting between Midshipmen will be unrestricted during the hours between reveille and call to quarters, (see chapter 4 of this publication) provided all regulations concerning professional relationships are strictly observed.
b.  For the purpose of this regulation, the term visiting will be defined as association between Midshipmen not required by the performance of their duties or as authorized by a commissioned officer.

c.  When the door to a Midshipman's room is closed, persons desiring entry will knock and await acknowledgment before entering.  For persons in authority, if an acknowledgment is not made from within (e.g.., "dressing" . . . . etc.), entry may be made.

d.  Between the hours of 2320 and reveille, Midshipmen may lock their doors.  However, at no time are Midshipmen of the opposite sex or Midshipmen other than the designated occupants allowed to be behind a locked door.

e.  When a violation is reported, all the occupants present in the room at the time of the violation will be held responsible.


## 524.  Visitors in Barracks:

a.  General.  **The barracks are off limits to all except Midshipmen and persons with specific authority**.

b.  Visitors.  Midshipmen may have visitors (including Academy graduates) in their rooms only when proper authority is received from an officer of the Commandant's Staff, and only for the time authorized by the officer.

c.  Open House.  At times prescribed by the Commandant of Midshipmen, barracks may be open to the general public for inspection.  When open house is in effect, visitors will be permitted on all decks of each barracks.

d.  Midshipmen observing unauthorized visitors in the barracks should challenge them politely, requesting their business and request that they depart unless

AR00234

escorted.  They then should report this incident to the Midshipman Officer of the Day (MOD) or Midshipman Command Duty Officer (MCDO), whichever one can be located.

## 525.  Windows:

a.  Appearance before windows.  Midshipmen will not appear before windows undressed or improperly dressed.  While dressing, shades will be drawn.

b.  Sitting in windows.  Midshipmen will not sit on window sills at any time.

c.  Articles in/on windows.  Midshipmen will not hang any articles in or from windows, or store any article on window sills or throw any articles from windows.

d.  Window decorations.  Windows will not be decorated.

e.  Window cleaning.  Midshipmen will be responsible for the cleanliness of both inside and outside of windows in their rooms.

f.  Broken window shades should be reported immediately and a work order submitted to the Department of Maintenance and Repair as soon as possible.

## 526.  Midshipmen Boarders:

This paragraph establishes the special routines and regulations for Midshipmen boarding at the Academy for Athletic or Midshipmen Activities programs, Midshipmen returning early either from sea or home, or assigned aboard for temporary berthing from the Academy Training Representative.

a.  All Midshipmen remaining aboard for deficiencies, whether academic, disciplinary or other will comply fully with Academy regulations and will be granted the same liberty as their class or deficiency permits.  No extra liberty or privileges will be granted.

b.  All Midshipmen who are returning early or in transit, either from sea or from leave, must report to the Midshipmen Personnel Officer, to the Office of the Commandant, Wiley Hall, or to the Command Duty Officer after hours.  Midshipmen will then comply with the following:

1.  Notify your appropriate Company Officer and Company Commander concerning your status (reason for and length of stay) and to receive room assignment.
2.  Advise the Midshipmen Personnel Officer of room assignment.

AR00235

3.  Midshipmen will be added to company accountabilities and will follow the plan of the day without interfering with the normal daily routine of the members of the Regiment.

c.  All Midshipmen who are remaining aboard to finish a varsity sport season (assigned to Dept. of Shipboard Training) or are taking part in a special academic or activities program (assigned to Commandant's Dept.) shall conform to the following:

1.  Observe all regulations, instructions, notices and mess announcements.

2.  Occupy and maintain only that room which was assigned to them by the Berthing Officer or their Company Officer, whether in the Regiment or aboard the T/V Kings Pointer.

3.  Observe all daily routines, except as modified by the Commandant of Midshipmen.

4.  Attend all required musters and accountabilities.

5.  Maintain the appearance of his/her self and room throughout the day in compliance with Academy Regulations, whether in the Regiment or aboard the T/V Kings Pointer.

6.  Doors will be tagged as follows:

> NAME OF OCCUPANT
> NAME OF SPORT OR REASON ABOARD
> DATE OF DEPARTURE

7.  Wear the prescribed uniform of the day, if possible.

8.  Perform such duties as may be prescribed by the Commandant, his staff or the Master of the T/V Kings Pointer.

9.  May utilize free gangway as approved by the Commandant or Master of the T/V Kings Pointer, but must be in the proper liberty uniform for the Midshipman's respective class.

10.  Use of Personally Owned Vehicle (POV) must be coordinated with both the Deputy Commandant and the Director of Public Safety prior to bringing the vehicle aboard.

AR00236

Failure to comply with any stipulation of the above instructions may result in the termination of boarding privileges and/or immediate reassignment either to Shipboard Training or being placed in a leave status.

### 527.  Personal Property of Graduated, Resigned, or Disenrolled Midshipmen:

Upon graduation, resignation, or disenrollment, a Midshipman must remove all his/her personal property from Academy grounds.  Baggage lockers, the bike locker, club spaces and the first class parking lot exist for the convenience and welfare of Midshipmen. There is no room to store former Midshipmen's property on Academy grounds.  Personal property left behind, for any reason, shall be considered to be abandoned and appropriate actions will be taken to remove abandoned property from Academy Grounds.

AR00237

# CHAPTER 6

## LIBERTY AND LEAVE

## 601.  Authorizations:

Liberty and leave privileges are extended to Midshipmen when the regimental and academic requirements of the Regiment of Midshipmen permit.  Liberty and leave privileges will be prescribed by the Commandant of Midshipmen.

> a. Eligibility Criteria.

>> 1.  No conflicting duties.  A conflicting duty may be regimental or academic by nature and may not necessarily appear in writing.

>> 2.  Midshipmen are advised to be familiar with the Tables of Priorities, figure 402-1 in Chapter 4 of this publication.

## 602.  Cancellation of Liberty or Leave:

> a.  General.  Midshipmen are entitled to prescribed liberty and leave privileges only when all duty requirements have been satisfied and when they are not in a special status such as administrative or medical restriction.

> b.  Authority to cancel liberty or leave privileges.  For just cause and when necessary for the benefit of the Academy, liberty or leave privileges for individuals, classes, or the entire Regiment of Midshipmen, may be canceled.

## 603.  Proper Planning Travel Arrangements:

> a.  General.  **It is the individual Midshipman's responsibility to return from liberty or leave on time.  Failure to allow for ample time or lack of prudent planning on the part of the Midshipman will not be an excuse for returning late from liberty or leave.**

> b.  Procedure when returning late:

>> 1.  Notify the Command Duty Officer (CDO).  The Midshipman will telephone the Midshipman Officer of the Day (MOD) USMMA, Kings Point, New York (516-773-5282) and notify the CDO via the MOD of the cause of delay and probable time of return to the Academy.

AR00238

2. Statements.  The Midshipman will obtain statements from public carriers when reservations, scheduled flights, or timetables are unavoidably delayed or canceled.

3. Establish his/her time of arrival.  He/she will establish his/her time of arrival at the Academy by reporting in person to the MOD and MCDO, ensuring that an entry listing his/her name and time of arrival are made in the MCDO logbook.

c. Modes of Travel:

1. If public or commercial transportation is used and the Midshipman is in full compliance with paragraph  (a) and (b) of this regulation and the delay was unavoidable, then "absent over leave" will not be charged.  This is not applicable to failed plans involving space available or military flights.

2. Any Midshipman who returns late and has used private transportation will be charged with absent over leave.

## 604.  Weekend and Holiday Liberty:

a. Normal Weekend Liberty.  Weekend liberty is an authorized liberty which runs from Saturday to Sunday for the purpose of fulfilling the social, cultural and recreational needs of Midshipmen.  Liberty commences after regimental functions  on Saturday, and terminate, for the Fourth Class at the discretion of the Regimental Commander, or at the conclusion of liberty on Sunday,  1800 for the Fourth, 1900 for the Third Class, 2000 for the Second Class, and 2100 for the First Class.

b. Regimental Long Weekends.  Regimental long weekends commence after last academic class or regimental function, whichever is later and terminates as in paragraph 604.a.

c. Weekend Quotas.  On weekends when Midshipmen are able to utilize their long weekend privileges, a quota system will be used to ensure that an adequate representation for each class remains on board to attend to the business of administering the Regiment.  On weekends with a Saturday Formal Parade or Command Inspection, no liberty will be authorized until completion of  the event.

1. Liberty Quotas.  The following percentages of Midshipmen may be on liberty:     50% 1/c
                              35% 2/c
                              25% 3/c

AR00239

### 605.  Dinner Liberty:

Per Class Rates.


### 606.  Special Liberty:

Special liberty is an authorized liberty for the purpose of (1) receiving medical treatment or (2) conducting important personal obligations which cannot be taken care of during regular liberty hours.

    a.  Weddings:  It <u>is incumbent upon all Midshipmen to consider all their responsibilities at the Academy including Formal Inspections and parades prior to committing themselves to outside engagements.</u>

        1.  When there is a conflict with the Regimental Calendar, special liberty requests will be approved for the purpose of attending a wedding in the <u>immediate family</u> only.

    b.  Restrictions.  In cases where a Midshipman has been granted a special liberty request, and subsequently becomes restricted because of a Class II or Class III offense, such restriction may be lifted or deferred, as determined by the respective Company Officer, following written request by the charged Midshipman.

    c.  Procedures.  Midshipmen who receive special liberty will conform to the following procedure for returning their liberty passes:

        1.  Unused Special Liberty Passes.  Midshipmen who do not use approved special liberty requests must return same to the Company Officer prior to the close of business and before their authorized liberty request goes into effect.

        2.  Used Special Liberty Passes.  All expired special liberty passes properly stamped in and out on at the MOD will be turned in at the office of the Company Officer in the company area.  Liberty Passes must be turned in between the hours of 0800 and 1200 daily upon the return from liberty (Monday morning for weekend passes).  After 1200 the liberty passes must be handed to the Company  Officer personally and will be considered late in returning.


### 607.  Cross Country Course/Bicycle Club/Roller Blading:

Midshipmen desiring to run the cross country course in Kings Point Park, ride a bicycle, or go roller blading during authorized recreational hours must sign in and out at the MOD office.  All Midshipmen riding a bicycle or roller blading must wear a protective helmet.  Midshipmen **may not** run, bicycle, or roller blade off Academy Grounds after dark unless

AR00240

wearing reflective gear; however, they may use the track.   **Those Midshipmen on restriction are not authorized to depart Academy Grounds.**


### 608.  Aboard While In A Liberty Status:

Midshipmen in a liberty status, may remain on board the Academy.  Midshipmen doing so must follow the published plan of the day.


### 609.  Uniform For Liberty:

When departing and returning from liberty, the service dress uniform in season will be worn by all classes, or as prescribed by class rates.

> **No partial uniforms or individual uniform items, except the "A" Jacket and Reefer Jacket, may be worn off campus for any reason (this includes for the purpose of civilian employment)**


### 610.  First Class Free Gangway:

Upon receipt of the United States Coast Guard license examination results in the Spring, the Commandant of Midshipmen <u>MAY</u> grant extended liberty privileges to the First Classmen who have successfully passed the US Coast Guard examination.  Midshipmen must also be academically satisfactory and not on conduct probation.  When granted, the procedures will be outlined in a Commandant's Notice.  Free Gangway commences after the last scheduled class or 1220 hrs, which ever is later and ends at 0100 hrs; except for Sunday when it ends at 2100 hrs and does not commence again until Thursday afternoon.

> a.  Midshipmen on Conduct Probation are not authorized  to take free gangway at anytime.

> b.  Free gangway is authorized for Midshipmen Officers,  in good academic and regimental standing, throughout the academic year in accordance with published instructions from the Commandant.

> c.  Midshipmen who volunteered during INDOC will be granted one trimester of free gangway in accordance with the published instructions of the Commandant.


### 611.  Leave:

Leave is any authorized absence from duty for a period of more than 48 hours.

AR00241

a. Prescribed Leave. Prescribed leave is that period during which all eligible Midshipmen may be absent from duty, and when normal routine is suspended. Such prescribed leaves are Thanksgiving, Christmas, Spring and Summer leave and such other leaves prescribed by the Commandant and approved by the Superintendent. Midshipmen or Midshipmen's Parents making flight reservations during leave periods must ensure they do not conflict with classes, exam schedules, or Regimental obligations.

b. Emergency Leave. A Midshipman may request emergency leave at times such as the serious illness or death of a member of the **immediate family**. Emergency leave will normally be such that no more than five academic days will be missed. Requests will be forwarded via the Company Officer to the Commandant. Requests will be handled in non-working hours by the CDO/MCDO. The request for emergency leave will be approved for up to 72 hours with instructions to the Midshipman to call the Commandant of Midshipmen prior to the expiration of that 72 hours if more time is required.

c. Special Leave. Special leave is that authorized an individual for reasons of sickness or for administrative reasons in the best interest of the Academy.

## 612.  Room Condition Prior To Departure On Leave or Liberty:

Prior to departing on leave, Midshipmen will place their rooms in "A" condition (see paragraph 519 of these Midshipmen Regulations), and lock their door.

## 613.  Returning From Leave:

All Midshipmen returning from leave UNDER LEAVE ORDERS will ensure that the authorized leave papers are stamped at Vickery Gate and signed in the appropriate place by the MOD.

## 614.  Visiting the Academy while in leave status or assigned to Academy Training Representatives:

Midshipmen visiting the Academy while in leave status either for business or other reasons, will identify themselves to the MOD to be logged in.

## 615.  Liberty for Academically Deficient Midshipmen:

Liberty during designated study hours is a privilege that will only be available to Midshipmen who are in good academic standing.

AR00242

a.  <u>Midshipmen on Academic Probation, Continued Academic Probation, Suspended Disenrollment and Suspended Setback or who are in the temporary categories of Refer for Evaluation (RFE) or Refer for Disenrollment (RFD), while awaiting an Academic Review Board, are not considered to be in good academic standing.</u>  Accordingly, liberty for Midshipmen in one of the above academic conditions is limited as shown below. [a status of Academic Warning (AW) will not effect liberty].

    1.  <u>Midshipmen on Suspended Setback (SS) or Suspended Disenrollment (SD) and those who are Refer for Evaluation (RFE) or Refer for Disenrollment (RFD)</u>

        (a).  No free gangway
        (b).  No extended dinner libs
        (c).  Weekend liberty including long weekends expires at 1945 on Sunday evening

    2.  <u>Midshipmen on Academic Probation (AP) or Continued Academic Probation (CAP)</u>

        (a).  Free gangway expires at 1800
        (b).  Extended dinner libs expire at 1945
        (c).  Weekend liberty including long weekends expires at 1800 Sunday

b.  Midshipmen will be advised of their academic status as soon as possible after the beginning of each academic trimester.  Each trimester the Academic Dean will publish a list of academically deficient Midshipmen.

AR00243

**CHAPTER 7**

**DISCIPLINARY SYSTEM OVERVIEW**

### 701.  Disciplinary System Purposes:

The purposes are to develop self discipline as a daily way of life, to correct Midshipmen whose conduct is not in accordance with prescribed standards, and in some cases, to separate those Midshipmen who are unwilling to conform to the minimum standards of conduct required at the United States Merchant Marine Academy.  Disciplinary measures include counseling, demerits, reprimands, restriction, loss of privileges, loss of Midshipmen Officer rank, and suspension or disenrollment from the Academy.

### 702.  Standards of Conduct:

The Standards of Conduct for Midshipmen are promulgated in these Regulations, Superintendent's Instructions, and Commandant's Notices.

### 703.  Demerits:

Demerits are marks against a Midshipman's record, reflecting failure to maintain expected standards.  The accumulation of demerits is one of the primary means by which a Midshipman's conduct is evaluated.

### 704.  Classification of Violations:

Violations of the standards of conduct for Midshipmen (Honor Violations may also be classified as Class I violations, see paragraph 1109) will be classified as follows:

    a.  CLASS I OFFENSES:  are grave and/or deliberate violations of the standards of conduct, and may result in:

        1.  Disenrollment

        2.  Suspension

        3.  Assignment of any other authorized disciplinary action, short of the above, as may be deemed appropriate.

    b.  CLASS II OFFENSES:  are serious and/or deliberate violations of the standards of conduct which are beyond reasonable limits and may result in:

AR00244

    1. Assignment of not more than 100 demerits for each offense or,

    2. Such other authorized disciplinary action short of 704.b.1 deemed appropriate.

c. <u>CLASS III OFFENSES</u>:  are errors or minor violations of the standards of conduct which are severe enough that they cannot be overlooked or accepted and may result in:

    1. Assignment of not more than 50 demerits or

    2. Such other authorized disciplinary action short of 704.c.1 deemed appropriate.

## 705.  Conduct Periods:

There are five conduct periods utilized to operate the Disciplinary System.  These conduct periods will commence and end as indicated below:

    a. Fourth Class Period.  The period in residence as a Fourth Classman.

    b. Third Class Period.  Period in residence as a Third Classman.

    c. Second Class Period.  Period in residence as Second Classman.

    d. First Class Period.  The period in residence as First Classman.

    e. Sea Year Period.  The combined periods assigned to sea training.

## CONDUCT PERIODS

| | |
|---|---|
| Fourth Class Period: | **COMMENCES:**  At 0800 on the first day of the first academic trimester assigned to the Academy. **ENDS:**  At the time the Fourth Class is detached from the Academy for leave or sea duty. |
| Second and Third Class Period: | **COMMENCES:**  When the Midshipman's Class returns to the Academy from either leave or sea duty. **ENDS:**  At the time the Midshipman is detached from the Academy for leave or sea duty. |
| First Class Period: | **COMMENCES:**  Same as for Second and Third Class Period. |

AR00245

**ENDS:** 1200 on Graduation Day; however, any First Classman with excess demerits at Graduation will not receive his/her diploma, commission, or license until his/her period of restriction is completed.

Sea Year Period:        **COMMENCES:** At the time the Midshipman is detached from the Academy for sea duty.
**ENDS:** At 0800 or when directed to return on the day the Midshipman is assigned to the Academy from sea duty.

## 706. Conduct Trimesters:

The Academic year is divided into three demerit trimesters which coincide with the academic trimesters. The conduct trimesters will commence and end after the last day of final exams.

## 707. Conduct Grades:

Conduct grades will be determined on a Trimester basis in accordance with the following:

Total Demerits Assigned During A Conduct Trimester

| Conduct Grade | First Class Period | Second & Third Class Period | Fourth Class Period |
|:---:|:---:|:---:|:---:|
| A | 00-11 | 00-14 | 00-21 |
| B | 12-22 | 15-28 | 22-42 |
| C | 23-33 | 29-42 | 43-63 |
| D | 34-44 | 43-56 | 64-84 |
| F | 45 OR OVER | 57 OR OVER | 85 OR OVER |

AR00246

## 708.  Conduct Actions:

The following table sets forth the demerit boundaries for  Midshipman conduct:

| Conduct Year | Verbal Warning | Official Warning | Conduct Probation | Demerit Limit |
|---|---|---|---|---|
| Fourth Class Period | 84 | 200 | 250 | 300 |
| Third Class | | | | |
| A | 56 | 100 | 130 | 170 |
| B | 28 | 50 | 65 | 85 |
| Second Class | | | | |
| A | 28 | 40 | 55 | 65 |
| B | 56 | 80 | 110 | 130 |
| First Class Period | 32 | 100 | 125 | 150 |
| Sea Year Period | | 100 | 125 | 150 |

a.  Official Conduct Warning:  The Deputy Commandant will personally meet with the subject Midshipman and his/her Company Officer when a Midshipman has accrued sufficient demerits to be placed on official conduct warning.  The purpose of this meeting will be to mutually identify the reason(s) for the unsatisfactory conduct record and advise the Midshipman how to develop a better approach toward achieving the Standards of the Regimental System.  At the time of this official conduct warning meeting, an individual letter will be given to the Midshipmen detailing the number of demerits earned at the time of this meeting, and officially warning the Midshipman that if the yearly demerit limit is exceeded, he/she may be subject to disenrollment from the Academy.  A copy of this letter, signed by the Midshipman and the Deputy Commandant, will be made a permanent part of the Midshipman's Company Jacket and the Midshipman's Official Jacket.

b.  Official Conduct Probation:  The Deputy Commandant of Midshipmen will place a Midshipman on official conduct probation when he/she accrues demerits as set forth above or, if warranted, when a Midshipman is found guilty of a Class I or II offense.  At the time the Deputy Commandant will meet with the Midshipman and his/her Company Officer for the purpose of discussing the Midshipman's record.  A letter detailing the number of demerits earned by the

AR00247

time of the meeting, and explaining the terms of probation will be presented the Midshipman for his/her signature. This letter will also be signed by the Deputy Commandant. The letter will be a permanent part of the Midshipman's Company Jacket and the Midshipman's Official Jacket.

c. <u>Extended Conduct Probation</u>: A Midshipman having exceeded the demerit total for his/her class may be placed on extended conduct probation for one or more trimesters, the terms (including the conduct grade to be earned each trimester on extended conduct probation) to be at the discretion of the Deputy Commandant. Extended conduct probation may be granted in the following circumstances:

   1. In cases where a Midshipman has exceeded his/her period demerit allowance and the Commandant feels it is warranted, the Commandant may elect to place the subject Midshipman on extended conduct probation in lieu of recommending the Midshipman to the Superintendent for an Executive Board to review the case at the particular time.

   2. In cases where a Midshipman has exceeded his/her allowable demerits and an Executive Board has been convened by the Superintendent to review the case, the Executive Board may recommend to the Superintendent that the Midshipman be placed on extended conduct probation subject to specific terms (minimum trimester conduct grade) in lieu of recommending disenrollment or suspension.

d. <u>Special Conduct Probation</u>: A Midshipman may be placed on special conduct probation by the Superintendent in the following situations:

   1. In cases where a Midshipman is appearing before an Executive Board for conduct reason, <u>other than having exceeded demerit limit for his/her Class,</u> the Executive Board may recommend to the Superintendent that the Midshipman be placed on a special conduct probation and specify the terms of that probation (minimum trimester conduct grade to be earned, restrictions to be imposed, extra duty to be worked, the number of trimesters such special conduct probation is in effect, special training, etc.). This recommendation by the Executive Board may or may not be accompanied by a demerit and restriction award at the discretion of the Executive Board.

   2. In cases where a Midshipman has appeared before an Executive Board for conduct reasons other than having exceeded the demerit limit for his/her class, <u>and</u> the Executive Board's recommendation to the Superintendent involves either disenrollment or suspension, the Superintendent may elect to place the subject Midshipman on Special Conduct Probation. Such special conduct probation will dictate the terms of the probation (minimum trimester conduct grade to be earned,

AR00248

restrictions to be imposed, extra duty to be worked, the number of trimesters such special conduct probation is in effect, etc.). Such special conduct probation may or may not include a demerit award at the discretion of the Superintendent.

e. Suspension (Setback): Any Midshipman having appeared before an Executive Board for aptitude problems or Regimental problems may be suspended by the Superintendent and directed to leave the Academy for a specified period of time. Recommendation as to the commencement and length of the suspension action will be made by the Executive Board. Return to the Academy may be conditioned on particular terms of performance while on suspension, and such terms to be set by the Superintendent. Upon return to the Academy from a suspension action, the Midshipman will be expected to earn at least a C in conduct each trimester for that current academic year. A suspension action from the Superintendent is final and there is no appeal to the Maritime Administrator. Midshipmen who are suspended, normally, return to the Academy with no outstanding demerits to work off or restriction.

f. Disenrollment: Any Midshipman receiving demerits in excess of the demerit limit for his/her class as set forth in these regulations, or who has failed to abide by the terms of a conduct probation, an extended conduct probation, or a special conduct probation may be subject to separation from the Academy. Any Midshipman in this situation will automatically be reported through the chain of command (Company Officer, Deputy Commandant, Commandant of Midshipmen) to the Superintendent, who may refer such a case to the Executive Board for its consideration. In cases where the Midshipman has already appeared before an Executive Board for reasons relative to the current extended conduct probation, and the Executive Board's recommendation to the Superintendent was disenrollment, the Superintendent may elect to disenroll the Midshipman without convening a second Executive Board if he no longer sees any reason for the Midshipman to continue training at the Academy.

1. When it becomes necessary for an officer to report a Midshipman who has exceeded his/her annual allowance of demerits or violated the terms of his/her extended or special conduct probation, the officer will prepare a Midshipman profile accompanied by a brief endorsement by the officer. The officer's endorsement will present the officer's opinion of the Midshipman.

2. The Commandant of Midshipmen will forward the Company Officer's profile and endorsement with his/her own endorsement to the Superintendent.

3. In those cases that are referred to the Executive Board by the Superintendent, the procedures described in Chapter 10 will be followed.

AR00249

**709.  Conduct Records:**

    a. Company Jacket:  The reports of violations of the standards of conduct and other pertinent material concerning the conduct record of each Midshipman will be maintained in the Midshipman's Company Jacket.

        1. Dates Of Record.  The date the demerits are awarded by the disciplining authority (See Paragraph 809 of these Regulations) will be used for conduct record purposes.  In cases where Midshipmen are appealing an award, the source of the final appeal available under these Regulations will be considered the disciplining authority, and the date of record for such awards will be the day final appeal procedures are concluded.

        2. Midshipman's Unofficial Personal Record Card.  The Company Officer will maintain the Midshipman's unofficial Personal Record Card.  The card will show the following information:

            (a).  Trimester demerit total and applicable grade.

            (b).  Annual demerit totals.

            (c).  Counseling record.  Midshipmen are to be counseled by their Company Officer whenever they accumulate demerits rapidly, whenever they earn a failing trimester conduct grade, go on official conduct warning or conduct probation, or any time deemed necessary by the officer or the Midshipman concerned.

    b. Commandant's Records.  A Midshipman's conduct record will also be maintained by the Operations Officer in a master record maintained on all Midshipmen in the Regiment.

    c. Midshipman's Official Jacket.  The Midshipmen Personnel Officer maintains the Midshipman's Official Jacket; including the official Personal Record Card.  The following conduct information is recorded therein:

        1. Trimester conduct demerit accumulations and corresponding grade.

        2. Period demerit accumulation.

        3. Listing of all Class II and Class I offenses and resulting awards.

        4. Any other official correspondence relating to conduct; including letters of reprimand, letters of commendation, letters of official conduct warning, official conduct probation, and letters of suspension, extended and special

AR00250

conduct probation letters, letters of suspension and disenrollment and letters resulting from resignation with prejudice.

d. Ramifications of the 1974 Privacy Act. The Privacy Act of 1974 places restrictions on the collection, use, maintenance, and release of personal information by Federal agencies about individuals. It also gives individuals the right, subject to certain conditions, to see agency records about themselves, to obtain copies of their records, to request correction or amendment of their records, and to file a statement of disagreement in their records if the agency does not agree to a requested correction or amendment.

1. Midshipmen are advised that should they desire a recommendation from any employee of the Academy, prior to or subsequent to graduation, it will be necessary for such Midshipman/graduate to authorize the release of such information in writing. This authorization may be submitted in the form of a company form, or via a letter from the Midshipman/graduate. Unless such release is provided, the Commandant's department will limit its information about any Midshipman/graduate to the following:

(a). The Midshipman attended the Academy from . . . to . . . and resigned (a particular date).

(b). The Midshipman graduated from the Academy (a particular date).

2. Midshipmen are also advised that should any United States Government Agency request any information about a particular Midshipman/graduate, that the provisions of the Privacy Act allow the following dissemination of information <u>without</u> the Midshipman/Graduate's permission:

(a). Government employees may provide personal information about other individuals in the following exceptional circumstances without clearance with their immediate supervisors: as individuals and as known to them personally <u>without reference to record</u>, when the information is requested by a Federal investigator or other appropriate Federal official in connection with the Federal agency procedures such as suitability for Federal employment or security clearance checks, investigations of discrimination complaints, adverse actions, or grievance proceedings.

(b). Government employees may disclose personal information to other authorized Federal employees who have <u>an official need to know</u>.

AR00251

e. Dispositions of Midshipmen Records. Midshipmen are hereby informed about the dispositions of their records after Midshipmen are graduated or separated for other reasons.

1. Midshipmen Who Graduate. Conduct records of Midshipmen who graduate are disposed as follows:

(a). The Company Jacket is maintained for one year and then destroyed.

(b). The Official Jacket, along with the official personal Record Card, and the medical record are kept at the Academy for a period of five years. At the end of that time those records are shipped to a government storage center for records, and are subject to retrieval by the Academy if necessary.

2. Midshipmen who are separated in any way other than through graduation. The Company Jacket, Official Personal Record Card, and medical records are combined into the official jacket and stored at the Academy for five years, at which time they are shipped to a government storage center for records and subject to retrieval if necessary. The principal difference in the handling of conduct records is that Midshipmen who do not graduate have their actual KP1-8's (Report of Deficiency) forms preserved in the official jacket, where as those that do graduate have the whole Company Jacket (containing the actual KP1-8's) destroyed one year after graduation.

AR00252

# CHAPTER 8

## ADMINISTRATIVE PROCEDURES FOR OPERATING THE DISCIPLINARY SYSTEM

### 801.  Reporting Deficiencies:

Violations of the standards of conduct for Midshipmen may be reported at any time by officers, instructors, staff members, ship's officers (when the Midshipman is on sea duty), Midshipmen acting in an official capacity and other persons authorized by the Superintendent. Violations are to be reported on Form KP1-8 (Report of Deficiency) or via the computer/Progress.  It is the obligation of the reporting authority to notify the charged Midshipman immediately or as soon as practicable that he/she is being placed on report and what the charge will be.  However, it is recognized that there exists a number of violations such as "hands in pockets," "public display of affection," etc., where notification via the mast list is considered adequate notification.  The following guidelines shall be observed when addressing a violation of the Midshipmen Regulations:

CLASS I:   1.  Place the individual(s) on report or,
                  2.  Discuss the violation with the individual's Company Officer and decide jointly on a course of action.

CLASS II:   1.  Place the individual(s) on report or,
                  2.  Counsel the individual(s) or,
                  3.  Discuss the violation with the individual(s) Company Officer and decide jointly on a course of action.

A Company Officer is the only individual authorized to prescribe alternative punishment (AP).  Midshipmen Officers with mast responsibility may recommend AP.  AP is only appropriate for Class III and less severe Class II violations.  AP may be used in conjunction with other sanctions.  If a Company Officer prescribes AP, it will be delineated in writing and a copy given to the individual being punished and the individuals who will administer the punishment.  The Company Officer may use assets throughout the Academy (for example the Director of Character Development, the Marine Corps Representative, the Master of the Kings Pointer, etc.) to provide a worthwhile and meaningful AP.  The Company Officer is responsible for the proper administration and oversight of the AP.

### 802.  Initial Routing of KP1-8's:

a.  Midshipmen who have prepared Class III Reports of Deficiency (see paragraph 806) will submit the KP1-8's to their Battalion Commander or via the computer/Progress.  The Battalion Commander  will forward all reports on Midshipmen not in his/her Battalion to the other Battalion Commander for processing.

AR00253

b. Any other authorized persons preparing Class III, II, and I Reports of Deficiency will submit the KP1-8's to the Commandant's Operations Officer who will forward such reports to the appropriate Battalion Officer or via the computer/Progress.

c. Midshipmen who have prepared Class I or II Deficiency Reports (see paragraph 704 and paragraph 1109 and 1110) on any Midshipman in the Regiment will submit the KP1-8 to either their Battalion Officer for proper routing or directly to the Commandant's Operations Officer in Wiley Hall.

### 803. Procedure For Handling Class I Violations:

a. Any report of a violation which may meet the criteria for a Class I offense as set forth in Section 1109 of these regulations, should be submitted to the Commandant of Midshipmen via the Commandant's Operations Officer in Palmer Hall.

b. The Deputy Commandant of Midshipmen will have the reported violation investigated by a Company Officer other than the Midshipman's Company Officer or the reporting officer.

c. The Investigating Officer will, whenever possible, interview all those individuals involved with first-hand knowledge of the case and obtain written statements. The **statements must be written in the first person**; statements written in the third person are not acceptable.

> 1. The Investigating Officer will inform the Midshipman to be interviewed as to the purpose of the investigation.

> 2. The Investigating Officer is not precluded from obtaining and submitting a telephonic statement from a witness provided the witness has sworn the oath as prescribed in Section 1008e of these regulations

d. The Investigating Officer will then prepare a written report to the Deputy Commandant presenting findings and conclusions.

> 1. The report will include a draft of the Notification of Formal Class I Charges which outlines the recommended type and classification of the charge(s).

> 2. The draft of the Notification of Formal Class I Charges should be specific, detailed and explicit.

e. The Deputy Commandant will review the Investigation report and interview the Midshipman with his/her Company Officer. The Deputy Commandant will take one of the following actions:

> 1. Exonerate the Midshipman of charges, if no violation has occurred, or

AR00254

    2.  Reclassify the violation as a Class II or III offense, or

    3.  Recommend to the Commandant that the charge(s) remain classified as a Class I offense.  If a number of offenses arise out of a single event or a series of related events, the appropriate disposition will be made of any Class II or III offenses before a Class I offense is recommended.

f.  The Commandant will review the following Investigation Report and the recommendation of the Deputy Commandant, then take one of the actions:

    1.  Clear the Midshipman of charges, if no violation has occurred, or

    2.  Reclassify the violation as a Class II or III offense, or

    3.  Convene a hearing with the Midshipman and his/her Company Officer to take final action, or

    4.  Forward the case with a recommendation to the Superintendent.

g.  The Superintendent will take one of the following actions:

    1.  Remand the case back to the Commandant for a Class I hearing, or

    2.  Convene a hearing with the Midshipman and his/her Company Officer to take final action, or

    3.  Forward the case to an Executive Board.

h.  Upon confirmation of the Class I offense, the charged Midshipman will take one of the following actions:

    1.  Appear with his/her Company Officer before the Commandant for a hearing as directed.  If given punishment, may appeal the sanctions of the Commandant to the Superintendent, whose decision will be final.  In this event the Commandant will forward, with recommendations, any appeal of disciplinary action.

    2.  Appear with his/her Company Officer before the Superintendent for a hearing as directed.  All sanctions short of disenrollment will be final.

    3.  Appear before an Executive Board as directed.  When notified there will be an Executive Board, select an Academy faculty or staff member other than a Chaplain, Academy Counselor, Lawyer, or member of the Commandant's Department to act as advisor.  In the event that the Midshipman is unwilling or unable to obtain an advisor, the Superintendent may appoint an Advisor.

AR00255

i. Advisor's Duties:  The advisor for the charged Midshipman will:

    1. Furnish the Midshipman with guidance in order to enable him/her to present his/her position truthfully and with clarity and accuracy. All information, remarks and advice between advisor and Midshipman will be confidential until the law or these regulations require otherwise.

    2. Appear at the Executive Board with the Midshipman and all subsequent proceedings with the Midshipman, including the appeal to the Superintendent and Maritime Administrator, if applicable.

    3. Render such other assistance to the Midshipman as the Superintendent or Executive Board Chairman deem necessary.

    4. The Advisor may at any reasonable time request a recess for the purpose of meeting with the members of the Board to discuss the conduct of the hearing. The Executive Board Chairman will determine whether the request is reasonable.

    5. The Advisor may ask questions that will clarify issues and improve the conduct of the hearing.
    6. The Advisor may consult with and advise the Midshipman during the Midshipman's questioning by members of the Board.

    7. The Advisor will be permitted to summarize the position of the Midshipman in an opening statement to the Board and to provide clarifying comments in a closing statement to the Board.

j. The Executive Board will consider the facts of the case in accordance with the guidelines outlined in Chapter 10 of <u>USMMA Midshipmen Regulations</u>. The Executive Board will arrive at a recommendation to be made to the Superintendent based on the merits of the case and will recommend one of the following courses of action after having taken into account overall record of the charged Midshipman including the academic, conduct and sea year record:

    1. Disenrollment from the Academy, or

    2. Suspension from the Academy for a specified period of time, or

    3. Assignment of any other authorized punishment, short of the above, as may be deemed appropriate by the Board, or

    4. Exoneration of the charges.

AR00256

k. The Superintendent will review and act on the recommendation of the Executive Board. The Superintendent may uphold the recommendation of the Executive Board or may depart from the recommendation as deemed appropriate.

l. The charged Midshipman may request an appeal of the Executive Board recommendation from the Superintendent.

m. The Superintendent will hear any request for the appeal of the Executive Board recommendation made by the charged Midshipman.

n. Final appeal:  In event that the Superintendent acts to disenroll the Midshipman, the Midshipman may make an appeal to the Maritime Administrator whose decision will be final.  Such appeal will be submitted in writing to the Superintendent, via the Commandant of Midshipmen, no later than seven days after the Superintendent's action.  <u>Midshipmen are eligible to appeal to the Maritime Administrator only when facing disenrollment action in disciplinary cases</u>.  If the Midshipman seeks such an appeal, that Midshipman is entitled to continue the course of instruction at the Academy until the results of the appeal are made known; Midshipman status continues.  If the Midshipman does not appeal the Superintendent's disenrollment action, the Midshipman is to proceed immediately with checkout procedures.

o. The Superintendent will forward, with recommendations, any appeal of disciplinary cases of disenrollment that is made by the charged Midshipman.

p. If the Maritime Administrator upholds the decision of the Superintendent to disenroll a Midshipman, that Midshipman will be notified in writing and disenrolled immediately.

## 804.  Midshipman Performance Review Board:

General:  A Midshipman Performance Review Board is convened under the authority of the Commandant of Midshipmen by the Deputy Commandant of Midshipmen.  The Board will identify deficiencies, and assist in development of Midshipmen with substandard performance in; regimental participation, conduct, physical fitness, human relations, and other areas as requested by the initiating officer.  A recommendation to convene the Board is not only contingent upon a Midshipman possessing conduct warning, probation, or a limit level of demerits.  the Board is an optional resource available to the Company Officers, before recommending a Midshipman for an Executive Board, Suitability Board, or further administrative action.  Any statements submitted to the Performance Review Board must be written in the first person; statements written in the third person are not acceptable.  Further and more detailed descriptions refer to Chapter 9.

AR00257

## 805.  Procedures for Handling Class II violations:

a.  When a reporting official classifies a violation as a Class II or reduces a Class I to a Class II violation, that individual will submit the report to the Commandant's Operations Officer.  An Investigating Officer may be assigned to investigate the offense.

b.  The Commandant's Operations Officer will record the charge and forward the report to the Midshipman's Battalion Officer who will notify the Midshipman of the charges.

c.  The charged Midshipman will within 24 hours after notification of the Formal charges, report to the Battalion Officer indicating whether or not he/she wishes to make a statement.  Any statement submitted must be written in the first person.  An indication of no statement will be acceptance of the charge as preferred to be correct and that no extenuating or mitigating circumstances exist.

d.  The Battalion Officer will review the statement of the charged Midshipman and convene a formal hearing composed of the Midshipman with his/her Company Commander to review the facts of the case.  Based on the facts of the case, the Battalion Officer will take one of the following actions:

   1.  Clear the Midshipmen of charges, or

   2.  Reclassify the violation as a Class III Offense, or

   3.   Assign demerits, not to exceed 100 for each violation, and/or

   4.  Assign such other authorized punishments, short of (3) above, as is deemed necessary.

   5.  Refer the case to the Deputy Commandant with a recommendation that an Executive Board or Midshipman Performance Board be convened to review the Midshipman's entire record and standing should the facts indicate some grave defect or lack of aptitude on the part of the Midshipman:

   6.  Upon completion of the Class II hearing, the Battalion Officer is to forward all paperwork to the Commandant's Operations Officer for formal Recording.

e.  Final Appeal:  The Midshipman may make an appeal to the Deputy Commandant of Midshipmen whose decision will be final.  Such appeal will be submitted in writing to the Deputy Commandant of Midshipmen, via the Commandant's Operations Officer, no later than 24 hours after the Battalion Officer's action.  The Commandant's Operations Officer will forward to the Deputy Commandant of Midshipman any appeal of the charged Midshipman.  He will include Battalion Officer's recommendation in the case and include all documents, so that the Deputy

AR00258

Commandant may be aware of the facts when hearing the appeal of the charged Midshipman.

## 806. Procedures For Handling Class III Violations:

a. When a reporting authority classifies a violation as a Class III violation, that individual will submit the report to the charged Midshipman's Battalion Commander for action via the Battalion Operations Officer. All KP1-8's will be submitted to the respective Battalion Operations Officer by 1400 Mondays.

b. The Battalion Commander will have the Battalion Operations Officer prepare a Mast List of violations charged to Midshipmen in that Battalion. The Mast List will be posted on the Battalion Bulletin Board, no later than 1900 Tuesday each week. The Mast List will show:

    1. The Midshipman's name.

    2. His/her Company and class.

    3. The recommended demerits and/or punishments in the outside right-hand margin.

    4. The charge.

    5. A place to indicate, by initials, whether or not a statement will be submitted.

c. The charged Midshipman will:

    1. Initial the Mast List Tuesday evening in the appropriate space indicating whether or not he/she wishes to make a statement. An indication of no statement will be acceptance of the charge as preferred to be correct and that there are no extenuating or mitigating circumstances involved. In such cases appropriate disciplinary action will be assigned by the Battalion Commander.

    2. If a statement is to be submitted, it will be delivered to the Battalion Operations Officer no later than 1600 on Wednesday. Any statements submitted must be written in the first person.

    3. Any charged Midshipman, submitting a statement, will report to the Battalion Commander's Mast Wednesday evening to answer any questions put to him/her by the Mast.

d. The Battalion Commander (Battalion Executive Officer), as chairman, and one senior Midshipman Officer from each Company in the Battalion will convene a hearing authority (Battalion Commander's Mast). The chairman of the Mast will

AR00259

consider each case listed on the Mast List where the charged Midshipman has written a statement (Form KP1-60, Disciplinary Statement Form). The Battalion Commander must disqualify him/herself from hearing any case that he/she personally reported. In such cases the Battalion Executive Officer will preside over the Mast. Upon hearing the charged Midshipman's extenuating circumstances the BC/BX will render an initial decision subject to review by the Regimental Commander. The Battalion Commander's decision will not normally be questioned unless a technical error exists. The Battalion Commander may make:

    1. Assignment of not more than 50 demerits and/or,

    2. Assignment of such other authorized punishments, short of number (1) above, as the mast deems necessary.

    3. Clear the Midshipman of the charge.

e. The Battalion Commander will then inform the charged Midshipman of the Mast's decision and ascertain whether or not the Midshipman desires to appeal to the Regimental Commander's Mast. In the case of any Midshipman who wishes to appeal the demerit recommendation at Mast, the Battalion Commander will notify the Regimental Commander, making an appointment with the Regimental Commander for the Midshipman that same Wednesday evening. He will forward the disputed KP1-60 to the Regimental Commander along with his recommendation on the KP1-60.

f. The Regimental Commander will hear all disputed Battalion Commander Mast decisions (Regimental Executive Officer, if the Regimental Commander was the reporting Officer). He/she will notify the affected Midshipman of his/her recommendation to the Commandant's Operations Officer and will submit all recommendations in writing on KP1-60 to the Commandant's Operations Officer by 0800 Thursday weekly.

g. In cases where the charged Midshipman does not desire to appeal to the Regimental Commander, the Battalion Commander will prepare decisions and submit the KP1-8 and KP1-60 to the Commandant's Operations Officer for review and assignment of punishment. The Mast decision will be forwarded to the Operations Officer by 0800 Thursday weekly.

h. The Commandant's Operations Officer will assign appropriate demerits in Class III violations.

i. Reconsideration of Class III Awards: After award of demerits by the Commandant's Operations Officer, every Midshipman has the right to request reconsideration by the Battalion Officer.

AR00260

j. Appeal of Class III Awards:  Appeal to the Battalion Officer is the final source of appeal in a Class III violation, and must be completed prior to 1600 Friday of the week the charge was masted.

## 807.  Disciplinary Statements:

A Midshipman may submit a written statement on any report of a violation of the standards of conduct.  It is desired that any mitigating or extenuating circumstances, error in the report, or other matters which might be favorable to the reported Midshipman be set forth in the statement.  <u>In a Class II or Class III Offense, the lack of a statement regarding a conduct report constitutes agreement that the report is correctly stated and that there are no mitigating or extenuating circumstances</u>:

a. Preparation:  Statements will be typed only on form KP1-60 (Disciplinary Statement) or use the computer program that is available.  When needed, extra plain white sheets will be used to provide extra space.

b. Contents:  Statements will consist of a straight-forward account of the facts relating to the offense.  Group statements will not be submitted.  Statements will not be the medium for counter charges.  It should not contain irrelevant or improper material (such as the use of slang, gross comments, or opinion).  If the statement places the blame on another Midshipman, that Midshipman must be named.  Any statement submitted that does not adhere to the above will be an additional report offense with the charge "Failure to Comply with General Instructions with Minor Effect" and a recommended award of 10 demerits.

c. Composition:  Statements must be written in the first person.

## 808.  Resignation While Under Charges:

Prior to the convening of a hearing authority (Mast, Battalion Officers Mast or the Executive Board) a reported Midshipman may elect to resign without prejudice, but the Superintendent may refuse to accept the resignation of the Midshipman under charges.

a. If the Superintendent allows a Midshipman to resign at any time prior to the actual moment of an adverse decision by a hearing authority, no entry will be placed in his/her personal jacket reflecting the disciplinary charges.  The only entry will be voluntary resignation for personal reasons, or words to that effect.

b. Midshipmen who evade the disciplinary process by electing to resign will not be eligible for readmission.

AR00261

## 809.  Disciplinary Actions:

a.  Persons authorized to act as hearing or disciplining authorities:  The authority reporting the violation, the investigating officer, or the reported Midshipman's Battalion Officer will not be authorized to act as or sit as a member of a hearing or disciplining authority.  Authorized disciplinary action will be assigned as follows:

    1.  Class I offenses:  By the Superintendent or Commandant.

    2.  Class II offenses:  By the Battalion Officers

    3.  Class III offenses: By the Regimental Commander.

b.  Deficiency Award Guide:  In order to effect uniformity throughout the Regiment, the Deficiency Award Guide (Chapter 11) is a tabulated guide to govern demerit awards.  It is intended that this table of offenses be used as a guide by reporting Officers, Staff members, Instructors, and Midshipmen in Regimental Mast Procedure. The demerit award listed at the right of each Class III offense is to be considered the normal award for that violation and matters considered in mitigation, extenuation, or aggravation could warrant an award either higher or lower than the norm.  Where such matters exist, it should be noted briefly on the KP1-8 or in the statement for the benefit of reviewing authorities.  Disciplining and appeal authorities are authorized and directed to change the assignment of disciplinary action if considered appropriate.

c.  Authorized Disciplinary Actions:  The following actions are authorized in disciplinary cases.  Actions marked with an asterisk (*) are authorized in the case of Class I offenses.

    1.  Not Guilty.  To be recorded on Conduct Record Card using "X" for exoneration.

    2.  Demerits.  Recorded on Conduct Record Card, Restricted/Extra Duty as appropriate.

    3.  Extra Work Assignments.  As authorized by the Commandant's Operations Officer.

    4.  Extra Duty.

    5.  Extra Restrictions.  As authorized by the Deputy Commandant of Midshipmen.

    6.  Reduction/Loss of Privileges.  As authorized by the Deputy Commandant of Midshipmen.

    7.  Reduction/Loss of Midshipman officer rank.  As authorized by the Commandant of Midshipmen.

AR00262

8.  Conduct Probation:  When a Midshipman is placed on Conduct Probation, the terms of probation will state that the Midshipman must either maintain a specific conduct grade or not exceed a specified number of demerits over a stated period of time.

(a) When a Midshipman accrues demerits as set forth in Section 709 he/she will be placed on Conduct Probation.

(b) When a Midshipman is found guilty of a Class I or II offense he/she may be placed on Conduct Probation.

(c) If a Midshipman fails to meet the conditions of any Conduct Probation, he/she may be subject to separation from the Academy.

9.  Any Combination of the Above:  Recorded on Conduct Record Card.

10.  *Suspension

11.  *Disenrollment

d.  Disciplinary Actions Due to Excessive Demerits:  Disciplinary actions of restriction and extra duty will be incurred automatically when a Midshipman receives excessive demerits in a Conduct Month.  Such actions will normally be served as provided below:

### DISCIPLINARY ACTION DUE TO EXCESSIVE DEMERITS

### EXTRA DUTY SERVICE:

| HOURS ASSIGNED | TOTAL DEMERITS ASSIGNED DURING A CONDUCT MONTH (ALL CLASSES) |
|---|---|
| 0 | 00-10 |
| 2 | 12-13 |
| 4 | 14-15 |
| 6 | 16-17 |
| 8 | 18-19 |
| 10 | 20-21 |
| 12 | 22-23 |

AR00263

14                          24-25

EXTRA DUTY for demerits in excess of 25 demerits is a logical extension of the above table.

**RESTRICTION SERVICE:**

| WEEKS RESTRICTION | TOTAL DEMERITS ASSIGNED DURING A CONDUCT MONTH | | | |
|---|---|---|---|---|
| CONDUCT PERIOD | First Class Period | Second & Third Class Period | | Fourth Class Period |
| 0 | 00-10 | 00-14 | --- | 00-20 |
| 1 | 11-20 | 15-24 | --- | 21-30 |
| 2 | 21-30 | 25-34 | --- | 31-40 |
| 3 | 31-40 | 35-44 | --- | 41-50 |
| * | 40 | 44 | --- | 50 |

*RESTRICTION for demerits in excess of number listed for each class will be assigned by the Deputy Commandant.

e.  Effective Date of Demerit Awards.

   1.  For the purposes of assigning extra duty and restriction, demerits will be charged to the conduct period in which awarded.  Demerits are considered awarded the day the Commandant's Operations Officer officially records the assigned demerits.  This is indicated by the date stamp appearing on the Class III KP1-8 or the date of the Battalion Officer's hearing in Class II situations.  However, in no case will demerits be considered "awarded" until the final appeal is completed when a case has been appealed (See paragraph 803.l-o and 805.e of these Disciplinary System Regulations).

   2.  For the purpose of determining conduct period demerit accumulation and conduct grades, demerits will be charged to the conduct period in which the violation occurred.

f.  Commencement of Disciplinary Actions.  All disciplinary actions will commence at 1600 on the Monday following the date of the demerit award, and if the Monday is a holiday, then at the termination of normal class liberty.

AR00264

g. Appeal of Disciplinary Action. No disciplinary action will be imposed until the final appeal, if made, has been completed. Final appeal of assigned disciplinary action will be made in accordance with paragraph 803.l-o or 805.e as appropriate.

 1. The appeal authority for the three classifications of Disciplinary action are as follows:

  (a) Class I Offense: The Superintendent (In cases of disenrollment, the Maritime Administrator).
  (b) Class II Offense: The Deputy Commandant of Midshipman

  (c) Class III Offense: The Battalion Officer

 2. Final appeals of disciplinary action will be submitted to the appealing authority via the Disciplining authority (See paragraph 808.a). The Disciplining authority will endorse the appealing and forward it with pertinent material to the appeal authority.

  (a) Preparation. The Midshipman's appeal will be in the form of a memorandum.

  (b) Contents. The appeal will clearly state the reasons and justifications for the requested action.

  (c) Action. The appealing authority will review the case on the merits of the appeal. After deciding the case, the appealing authority will note his disposition of the case upon the appeal memorandum and on the KP1-60 and return all pertinent material to the appropriate authority.

h. Outstanding Disciplinary Action At Graduation. Any Midshipman who has outstanding punishments will not be considered to have fulfilled the requirements for graduation. The Midshipman will not be eligible to receive graduation documents until all disciplinary action has been served.


## 810.  Weekly Disciplinary Action Report:

a. Purpose: This report lists the disciplinary actions assigned during the week. It will be prepared by the Commandant's Operations Officer.

b. Contents: It will list the Midshipman's name, company, class, demerits assigned during the week, total demerits for the month, total demerits for the period, total unserved Extra Duty, total unserved restrictions.

c. Posting: It will be posted on the Battalion Bulletin Board.

AR00265

d. Corrections:  When a Midshipman does not agree with the Weekly Disciplinary Action Report, he/she will notify the Commandant's Operations Officer who will resolve the discrepancy.

## 811.  Restriction.

a.  Conditions of restriction:  When restriction is imposed, the Midshipman will be confined to the Academy Limits except for emergency absences authorized by the Commandant of Midshipmen or when authorized to participate on team movements away from the Academy.  Restricted Midshipmen will not act as watch replacement for another Midshipman without the approval of the Command Duty Officer (CDO).  When it is not possible for Midshipmen to stand a consecutive seven day week of restriction (such as Christmas or Summer leave) those Midshipmen will not be restricted that partial week.   That week of restriction will be postponed until the next full seven day week in residence at the Academy during Academic year.  Midshipmen going to sea will be restricted upon their return from sea.  Midshipmen may elect on a voluntary basis to work off Extra Duty daily, but such days will not be counted toward their restriction remaining.  Midshipmen serving restriction will muster at the announced muster area at times prescribed by the Commandant of Midshipmen, in the uniform of the day.

b.  Periods of Restriction:  Each restriction will be a period of one (1) week.

1.  Non-Holiday Weekends. Restriction will commence at 1600 on the Monday following the date of the demerit award, and end at 1600 on the following Monday.

2.  Holiday Weekends. If Monday is a holiday, restrictions commence that week at termination of normal class liberty Monday night and end at 1600 the following Monday.  Midshipmen completing their last week of restriction on a Monday that is a holiday are entitled to liberty after 1600 until the termination of their class liberty.  On these holiday weekends, the restriction lists for the week prior to the holiday weekend will be posted on Friday of that weekend so Midshipmen will know their restriction status for both weeks.

c.  Restriction and Team Movements.

1.  Any Midshipmen may participate on academic team movements regardless of their status.

2.  Midshipmen on Class III may participate in Academy recognized varsity athletics, Academy recognized varsity waterfront activities, and academic team movements.  Midshipmen on Class I or II restriction must request permission from the Commandant of Midshipmen to participate in recognized varsity activities.

AR00266

3. Midshipmen participating in **non-varsity** Academy recognized, organized athletics may continue to participate if they are on Class I, II, and III restriction **only** if they have been authorized to defer their restriction by the Deputy Commandant, otherwise they are removed from the team roster.

4. All team movements are to return to the Academy in a timely fashion upon completion of the scheduled activity.

5. Restricted personnel participating on a team movement are expected to notify the MCDO prior to departing and immediately upon their return. They will then resume the conditions of their restriction.

6. Until Acceptance Day, plebe candidates may only participate on team movements limited to the Academy grounds. Requests for exceptions will be carefully reviewed and rarely approved. Vessels will be considered as part of the Academy grounds provided they remain in the waters adjacent to the grounds.

d.  Deferment of Restrictions.

1. Restriction is punishment failure to adhere to the system. In as much as restriction is a punishment, it is not something that should be arranged at the convenience of the Midshipman. Midshipmen with six or more weeks of restriction **may not** defer restriction.

2. The general policy of the Commandant of Midshipmen is in the opposition to the deferral of restrictions. Where extremely compelling reasons may exist for a Midshipman to request absence from the Academy grounds during a period of restriction, the Commandant of Midshipmen would be more inclined to lift the restriction for a specified short interval of time rather than defer the restriction. This, provided such lifting would not interfere with the standing of a routinely assigned watch or some other prescribed duty. Company Officers may lift or defer restriction in accordance with the Commandant's guideline.

3. With the exception of finals week, Thanksgiving, Christmas and Summer Leave, restriction will remain in effect during holiday weekends. **Class I restrictions will remain in effect during finals week. Spring leave will commence for Class I restrictions at 1615 hrs on the Monday following the last exam.**

4. Procedure.

(a) Form KP1-12 requesting deferment of restriction and Extra Duty may be procured in the BOOWs' offices. Deferments for restriction and/or Extra Duty are granted only on a weekly basis Monday to Monday.

AR00267

(b) Form KP1-12 requesting deferment of restriction and Extra Duty must be turned in to the respective Company Officer for approval well in advance of the week the deferment is requested but in any case no later than 1600 Friday before the week of restriction to be deferred. <u>Midshipmen are advised that it is incumbent upon them to obtain official release from Regimental commitments before committing themselves to social commitments.</u>

(c) Requests for deferment of Class II restriction must be submitted to the Deputy Commandant no later than 1600 Friday before the week of restriction to be deferred.

## 812. Extra Duty.

The following are policies and instructions for the performance of Extra Duty. The concept of Extra Duty is consistent with the principles of regimental training programs. Extra Duty fulfills a two fold purpose. Along with restriction, it is a source of negative reinforcement to Midshipmen to encourage them to live within the guidelines of the Regimental System, and it also permits the directing of such punitive energies to a useful objective that benefits Midshipmen; namely, the maintenance of regimental spaces.

a. Musters and Times.

1. Extra Duty musters will be held daily, Monday through Friday at 1615, except for Wednesday's muster which will be held at either 1615 or 1715 as announced.

2. All Extra Duty musters will be held by the Regimental Logistics Officer, his petty officers or by one of the Battalion Logistics Officers. All announcements will be made to this effect at 1600 by the MOD at the direction of the Regimental Logistics Officer.

3. Midshipmen possessing medical passes for "Light Duty or No Formation" may be excused only after the muster has been taken, but will <u>not</u> be given extra duty credit.

4. Midshipmen who have scheduled eighth period classes, examinations scheduled through the Registrar's Office, field trips or other valid reasons as determined by the Commandant of Midshipmen for missing the 1615 muster, will report to the Regimental Logistics Officer to work out the conflicts.

5. Midshipmen reporting to the Extra Duty muster will present a neat appearance. The uniform will be the BOILER SUIT or Academy issued Gym Gear.

AR00268

6. On reporting to the Extra Duty muster, <u>Midshipmen will fall in at "Parade Rest" and there will be no talking in ranks</u>. When the Regimental Logistics Officer gives the order to "Fall In", Midshipmen will come to attention and answer to the roll call in a loud and clear manner.

7. First Classmen with Class III Restrictions do not work E.D. and therefore do not muster at the E.D. muster. However, First Classmen with Class II or Class I demerits to work off will comply with provisions of paragraph 811.a above.

8. Midshipmen with Class II awards comprised of demerits and concurrent restriction will work Extra Duty until the respective number of demerits are worked off, exactly like Class III demerits. However, Midshipmen with Class II awards comprised of demerits and a specified number of weeks of restriction will work Extra Duty at the rate of 14 hours per week times the number of weeks of restriction.

b. Extra Duty Slips (Form KP1-34).

1. A Midshipman will <u>Print In Ink,</u> his name, class, and company, location of work, date and time in the appropriate blocks on the front of the slip.

2. The time to be filled in for weekday Extra Duty is 1615 to 1800. THERE ARE NO EXCEPTIONS TO THIS UNLESS SPECIFIC INSTRUCTIONS ARE GIVEN BY THE COMMANDANT OF MIDSHIPMEN TO THE REGIMENTAL LOGISTICS OFFICER. Midshipmen working one hour extra duty will fill in 1615 to 1715.

3. Midshipmen working the battalion areas, on watch, with an activity, or Class II Extra Duty assignment, will have the Battalion Logistics Officer, the Officer-in-charge of the watch, or the officer-in-charge of the activity, as the case may be, sign the slip (KP1-34) in the space marked "Signature of Commissioned Officer."

4. Sunday and Holiday Extra Duty work is on a voluntary basis and is subject to the approval of the Commandant of Midshipmen. Midshipmen wishing to work such Extra Duty should report to the Commandant's Operations Officer prior to 1615 on the Friday preceding the Sunday or the day preceding the holiday.

5. Midshipmen are to turn in their Extra Duty slips to the Regimental Logistics Officer prior to 2200 Sunday. Failure to do so is a report offense and Midshipmen will <u>not</u> receive Extra Duty credit for that week.

6. No Extra Duty credit will be given for Extra Duty preformed without the approval of the Regimental Logistics Officer.

AR00269

c. Procedures.

    1. Demerits received in excess of the allotted 10 per month will be worked off at the rate of two (2) hours per day unless otherwise authorized by the RLOG.

    2. Midshipmen working extra duty on Saturdays will be required to secure their extra duty by reporting to the Regimental Logistics Officer at 1430. Midshipmen working four hours extra duty on Saturday will be required to make the 1630 restriction muster. Midshipman working extra duty on weekends will be required to make all restriction musters.

    3. Midshipmen having outstanding demerits remain in a restricted status until completion of all outstanding demerits.

    4. Midshipmen will not perform extra duty in any Midshipman's room unless specifically approved by the Commandant of Midshipmen or his representative.

d. Academic Extra Duty. Fourth Classmen on Academic Probation are eligible for academic extra duty. Upperclassmen with cumulative grade point averages which fall below 2.0, in a suspended disenrollment status, or in an RFD status pending a decision are also eligible for academic extra duty. There may be other compassionate cases which will be dealt with individually with recommendations from the Dean's Office. Those Midshipmen who are eligible for academic extra duty and who have extra duty to perform, will muster with the regular Extra Duty Squad at 1615 in the Uniform of the Day with their study materials. Midshipmen on Academic Probation will pick up extra duty slips from the First Lieutenant mustering the Extra Duty Squad daily. They will be signed by the Regimental Academic Officer at the completion of the Extra Duty Hours. <u>Academic Extra Duty must be approved by the Office of the Academic Dean and submitted to the Commandant's Operations Officer.</u>

e. Remedial Program, Fourth Classmen. Midshipmen of the Fourth Class who are assigned to the Remedial Mathematics Program and who have extra duty to perform will report to the Remedial Class, and upon securing subject class, will report to the respective Regimental Logistics Officer for extra duty assignment. Extra Duty credit will be given for attendance at this class in the same manner as those Midshipmen having a scheduled eighth period class; the Instructor must sign each Midshipman's form and the class roster which must be turned into the Regimental Academic Officer.

AR00270

# CHAPTER 9

## MIDSHIPMAN PERFORMANCE REVIEW BOARD

### 901.  General:

A Midshipman Performance Review Board is convened by the Deputy Commandant of Midshipmen or Regimental Officer, under the authority of the Commandant of Midshipmen, at the request of a Company Officer. The Board will review performance, and assist in development of Midshipmen with substandard performance in: regimental participation, conduct, physical fitness, human relations, and other areas. A recommendation to convene the Board is not always contingent upon a Midshipman's possessing a conduct warning, being on probation, or having an excessive number of demerits. The Board is an optional resource available to the Company Officers, before they recommend a Midshipman for an Executive Board or other administrative action.

    a. Regimental Participation.  Midshipmen are expected to assume leadership responsibilities as they advance in the regiment. Midshipmen who demonstrate a lack of motivation and fail to assume leadership responsibility, may be recommended for a Board.

    b. Conduct. Midshipmen are expected to comply with the Midshipmen Regulations.   Midshipmen who demonstrate recurring non-compliance with the Midshipmen Regulations may be recommended for a Board.

    c. Physical Fitness. Midshipmen who are unable to meet required physical fitness standards (including height and weight standards), and have failed to respond to counseling from their Company Officer, or the Commandant's Fitness Coordinator,  may be recommended for a Board.

    d. Human Relations Skills. Midshipmen who establish a history of deficient human relations, including incidents of harassment, that have not been resolved by counseling may be recommended for a Board.

    e. Other Areas. Midshipmen may be brought before a Board as directed by the Deputy
        Commandant of Midshipmen.

### 902.  Rights of Midshipmen:

 A midshipman appearing before the Performance Review Board will:

    a. Receive notification at least 48 hours prior to convening of the Board of the time and

location of the Board.

b.  Be allowed to review their company jacket and conduct record card prior to convening of the Board.

c.  Receive a copy of the Board's recommendation to the Commandant.

### 903.  Performance Review Board Membership:

A Performance Review Board convened by the Deputy Commandant of Midshipmen or Regimental Officer will be comprised of:

a.  The Deputy Commandant of Midshipmen or Regimental Officer, as Chairman of the Board.

b.  A uniformed member of the Faculty and Staff, excluding members of the Department    of Naval Science

c.  A Company Officer from outside the Midshipman's Battalion.

d.  The Midshipman's Company Commander as Board Recorder.*

* non-voting member

### 904.  Responsibilities of the Deputy Commandant/Regimental Officer:

Upon request from a Company Officer for a Performance Review Board for a Midshipman in his/her respective company, the Deputy Commandant/Regimental Officer shall review the petition for a Performance Review Board.  If a determination is made that a Board should be convened, the Deputy Commandant/Regimental Officer will:

a. Notify the Midshipman in question, of the time and location of the Board.

b. Conduct the Performance Review Board proceedings in accordance with the Performance Review Board guidelines as per paragraphs 907, 908, & 909.

c. Inform the Midshipman in question, prior to dismissing the Board, of the Board's
recommendation to the Commandant.

### 905.  Responsibilities of the Company Officer to the Midshipman:

Change June 1, 2008

If a Company Officer makes a determination that a Performance Review Board is appropriate, the Company officer will:

    a. Recommend a Performance Review Board to the Deputy Commandant of Midshipmen.

    b. Explain the Midshipman's rights as per paragraph 902 to the concerned Midshipman.

    c. Provide an opportunity for the Midshipman in question to view his/her company jacket and conduct record card prior to the convening of the Board.

    d. Ensure in matters relating to deficient human relations skills, that the Midshipman in    question is referred to the Academy Counseling Department as soon as possible.

### 906.  Responsibilities of the Midshipman's Company Commander:

The Company Commander shall serve as Recorder for the Board and perform other duties as directed by the Chairman of the Board. The Recorder shall serve during all sessions of the Board and transcribe minutes of the Board's proceedings. The Recorder shall serve at the pleasure of the Chairman until relieved.

### 907.  Midshipman Performance Review Board Procedures:

Performance Review Board hearings are conducted in an informal, cooperative manner. The Performance Review Board is a fact finding body charged with assessing Midshipman performance, and determining a course of action in the best interests of the Midshipman in question, and the United States Merchant Marine Academy. The specific format and sequence for the Performance Review Board shall be at the discretion of the Chairman. The general procedures for the Performance Review Board are:

    a. Opening statement by the Chairman.

    b. Opening statement by the Midshipman.

    c. A review of the record of performance as contained in the Midshipman's company    jacket, sea year record, and other records as determined by the Chairman.

    d. Closing statement by the Midshipman.

    e. Closed session of the Board to review the record and Midshipman's performance, and make a determination by simple majority of their recommendation to the Commandant.

AR00273

f. Board notifies the Midshipman of their recommendation to the Commandant.

g. Board is adjourned.

## 908.  Board Results:

 The Board Recommendation may include any combination of the following:

a. Refer the Midshipman to the Academy Counseling Department for further counseling.

b. Establish conditions of probation for the Midshipman.

c. Restrict participation by the Midshipman in extra-curricular activities.

d. Recommend an Executive Board be convened.

e. Establish a course of action not aforementioned, that the Board concludes is in the best interests of the Midshipman in question and the United States Merchant Marine Academy.

## 909.  Close Out Procedures:

Upon adjournment of the Performance Review Board, the Chairman shall submit a written report to the Commandant of Midshipmen of the Board's determination and recommendation, and as enclosure, the Board transcript. Additionally, a copy of the Chairman's report shall be forwarded to the Midshipman in question.   A copy of the report shall be inserted into the Midshipman's company jacket.

**CHAPTER 10**

AR00274

# EXECUTIVE BOARD

## 1001.  General.

An Executive Board is established to afford due process in cases concerning deficiencies of Midshipmen in academics, aptitude or adaptability, or in other matters that the Superintendent may submit to the Board.  The Superintendent may, upon the recommendation of the Commandant, order the Executive Board Chairman to convene an Executive Board for its consideration and recommendation on the following:

    a.  Any offense committed by a Midshipman that, in the opinion of the Superintendent, may be sufficiently grave as to warrant a recommendation for disenrollment.

    b.  Any report which, in the opinion of the Superintendent, indicates a serious lack of adaptability, suitability or desirability of a Midshipman for a career in the Merchant Marine or the United States Naval Reserve.

    c.  Any other matter for consideration.

The rules of evidence for judicial proceedings do not apply to Executive Board proceedings.  Since the appearance before the Executive Board may have a major effect on the status of the Midshipman, it is essential that the individuals involved become knowledgeable in all of the proceedings and in their duties and responsibilities.  Any statements submitted to the Executive Board must be written in the first person; statements written in the third person are not acceptable.

## 1002. Rights of Midshipmen.

A Midshipman appearing before the Executive Board has the following rights:

    a.  To receive written notification of the charges.

    b.  To receive written notification of the time and place of the hearing and to be given a reasonable period of time to prepare his/her case.

    c.  To appear before the Executive Board.

    d.  To seek advice and assistance of legal counsel in the preparation of his/her case at the Midshipman's own expense.  Legal counsel will not be present during the Executive Board hearing.  Legal counsel will, however, be allowed to be present solely to serve as legal counsel to the charged Midshipman when the Midshipman is, at the time of the Board, charged with a criminal offense by a Federal, state, or local jurisdiction arising out of the same circumstances as the

Change June 1, 2008

charge before the Board.  Counsel shall not actively participate in the proceedings but shall be allowed to consult with the Midshipman and provide advice.

e.  To select an Officer Advisor.  A Midshipman appearing before an Executive Board will select any <u>Academy faculty or staff member other than a Chaplain, Academy Counselor, or member of the Commandant's Department</u> to act as advisor.  In the event that the Midshipman is unwilling or unable to obtain an advisor, the Superintendent may appoint one.

f.  To examine all pertinent records being presented to the Executive Board.

g.  To challenge the impartiality of any or all members of the Executive Board. Such challenges must be justified and submitted to the Executive Secretary of the Executive Board in writing within 24 hours of being informed of the membership of the particular Executive Board.  <u>The Executive Board Chairman will rule on challenges of members</u>.  Members disqualified will be replaced.  Challenge of the Executive Board Chairman will be resolved by the Superintendent.

h.  To present evidence (including the testimony of reasonably available witnesses) to justify retention at the United States Merchant Marine Academy.

i.  To be present and question all witnesses during the hearing.

Note:  Any statements submitted to the Board must be written in the first person; statements written in the third person are not acceptable.

## 1003.  Executive Board Membership.

Each Executive Board will consist of five (5) members, each with one vote. The Executive Board Secretary will not vote.

a.  Chief of Staff as Chairman and permanent member.

b.  Head of the Department of Naval Science as a permanent member. If challenged or unable to serve he/she will be replaced by another officer assigned to the Department.

c.  Assistant Academic Dean for Support Programs (Chairman of the Professional Review Board) as a permanent member.  If challenged or unable to serve, he/she will be replaced by a senior licensed member of the Professional Review Board

d.  Any two (2) officers, faculty or senior staff, at least one of whom will have five (5) or more years at the Academy. The members for each particular Board will be selected by the Executive Board Chairman from a list provided by the Superintendent.

e. In the absence of the Chief of Staff, the Superintendent will appoint a Chairman.

### 1004.  Responsibilities of the Superintendent.

a. Direct the Chairman of the Executive Board to convene an Executive Board.

b.  Appoint an Advisor if the Midshipman does not have one.

c.  Review and act on the recommendation of the Executive Board and advise the Midshipman of the decision.

d.  Hear appeal of the final decision by the Midshipman.

e.  Forward to the Maritime Administrator, with recommendations, any appeal by the Midshipman in cases where the Superintendent's final decision results in the disenrollment of the Midshipman and furnish copies to the Midshipman and his/her advisor.

### 1005.  Responsibilities of the Executive Board Chairman.

a.  Schedule and preside over the Executive Board Hearing.

b.  Act upon the Midshipman's written challenge of any Executive Board member.

c.  Explain the Midshipman's rights to the Midshipman in the presence of the convened Executive Board.

d.  Inform the Midshipman that he/she must remain on the Academy grounds while awaiting the Superintendent's decision and inform the Midshipman of the right to appeal the Superintendent's decision, and the procedures for making such an appeal.

e.  Conduct the Executive Board proceedings in accordance with the Executive Board guidelines.

### 1006.  Responsibilities of the Advisor to the Midshipman.

a.  Furnish the Midshipman with guidance in order to enable him or her to present his/her position truthfully and with clarity and accuracy.  All information, remarks, and advice between advisor and Midshipman will be confidential.

AR00277

b.  Appear at the Executive Board and subsequent proceedings, including any appeal to the Superintendent, with the Midshipman.

c. Request a recess at any time for the purpose of meeting with the members of the Board to discuss the conduct of the hearing.

d.  Ask questions that will clarify the issues and improve the conduct of the hearing.

e. Summarize the position of the Midshipman in an <u>opening</u> statement and provide clarifying comments in a <u>closing</u> statement to the Board.

## 1007.  Responsibilities of the Executive Board Secretary.

The Executive Board Secretary will be appointed by the Chairman of the Executive Board.  The Executive Board Secretary is charged with the duties and responsibilities enumerated below:

a.  Contact members of the Executive Board and schedule the time for the Board to convene.

b.  Obtain the following data on the Midshipman scheduled to appear before the Board.

1.  Official Jacket

2.  Company Jacket

3.  Personal Record Card

4.  Academic Transcript

5.  The Commandant's recommendation that an Executive Board be convened and the Superintendent's notification that a hearing will be held.

6.  The Midshipman profile prepared by the Midshipman's Company Officer.

7.  The investigation report by a member of the Commandant's Staff including statements, logs, addenda, and endorsements.

c.  At least four working days, if practicable, prior to the scheduled Executive Board, the Executive Board Secretary will:

1.  Inform the Midshipman of the administrative nature of the proceedings and that the Executive Board is an advisory board to the Superintendent.

Change June 1, 2008

2. Have the Midshipman review all pertinent data in the Executive Board folder for any discrepancies, omissions or additions.

3. Brief each Midshipman on the right to appeal the Superintendent's decision, and the right of appeal to the Maritime Administrator in cases where the Superintendent's decision is to disenroll the Midshipman in non-academic cases.

4. Ensure that the Midshipman is aware of the right to an advisor and obtain the name of the advisor. A Midshipman desiring to waive the right to an advisor must do so in writing. The Superintendent will then be notified, via the Executive Board Secretary and Chairman, at which time the Superintendent may decide to assign an advisor to the Midshipman.

5. Determine whether the Midshipman intends to challenge any Executive Board Member and, if so, notify the Executive Board Chairman and forward the Midshipman's written justification for the challenge to the Chairman.

6. Obtain a list of witnesses to be called by the Executive Board Chairman and the Commandant and furnish a copy to the Midshipman.

7. Obtain a list of witnesses requested by the Midshipman and furnish a copy to the Executive Board Chairman.

8. <u>Executive Board Folders</u>. The Executive Board Secretary will prepare and distribute, at least four days (if practicable) prior to the convening of the Board, Executive Board folders, as described below, to every Midshipman appearing before the Executive Board and to Board members.

    (a) <u>Each folder will contain copies of</u>:

        (1) The investigation report and statements from witnesses.

        (2) The Executive Board Chairman's memorandum convening the Executive Board.

        (3) Such other data as deemed appropriate by the Chairman of the Executive Board.

    (b) <u>Distribution</u>

        (1) Five Members of the Board.

AR00279

(2)  Midshipman concerned

(3)  Secretary to the Executive Board

(4)  Advisor(s)

(5)  Executive Board file.

(6)  Investigating Officer

9.  On the day of the Executive Board hearing, the Executive Board Secretary will make available in the E. M. See Room, Wiley Hall, the following:

(a)  Updated Company Personal Jackets and Official Personal Jackets.

(b)  One updated copy of the Midshipmen Regulations.

(c)  Note pads and pencils for the Board members.

10.  During the Executive Board hearing, the Executive Board Secretary will maintain a detailed, but not necessarily verbatim, record of the Executive Board proceedings.

11.  Preparation of the Executive Board Recommendation. After the hearing, the Executive Board will prepare a written report (including the recommendation of the Board) to the Superintendent.

a.  The format of the Report will be:

(1)  Cover Sheet signed by all members of the Executive Board.

(2)  Findings of the Board.

(3)  Documents considered by the Executive Board.

b. The complete report will be hand delivered to the Superintendent.

c. A copy of the Superintendent's memorandum to the Midshipman conveying the final decision will be distributed to board members, and to the Registrar and Midshipmen Personnel Officer for the Official and Company Jacket.

Change June 1, 2008

AR00280

## 1008.  Executive Board Procedures.

Executive Board Hearings will be conducted in an informal, non-adversarial manner. The Executive Board is a fact-finding body charged with presenting an objective recommendation to the Superintendent.  Members should convey to the Midshipman that they are acting in his/her best interest as well as that of the United States Merchant Marine Academy.

    a.  The Executive Board Hearing will be conducted in two steps, Phase I and Phase II.

        1.  Phase I will deal exclusively with the determination of the facts pertaining to the case at hand, the objective evaluation of those facts and a determination of guilt or innocence.  The facts of the case will be presented by the Investigating Officer or the Deputy Commandant, as appointed under section 803.

        2.  Phase II will deal exclusively with the discussion of the course of action which will be recommended to the Superintendent.

        3.  Should the charged Midshipman elect to plead guilty to the charges as specified, the Chairman may dispense with Phase I of the hearing, provided:

            (a).  The Chairman has advised the Midshipman, before the Executive Board Members, of the consequences of pleading guilty, namely that an admission of guilt may be used in proceedings outside the jurisdiction of the Executive Board, the United States Merchant Marine Academy, or the Maritime Administration.

            (b).  The Midshipman has submitted a signed statement which indicates formal admission of guilt to the charges as specified and that the admission is given freely, without coercion and with the full knowledge of the Midshipman's Advisor.

    b.  The specific format and sequence for the Executive Board Hearing will be at the discretion of the Chairman. The general procedures will be as follow:

        1.  Opening statements by the Chairman.

        2.  Presentation by the Investigating Officer.

        3.  Opening statement by the Midshipman and the Midshipman's  Advisor.

        4.  Presentation of witnesses.
        5.  Closing statement by Investigating Officer.

AR00281

6.  Closing statement by the Midshipman and the Advisor.

7.  Closed session of the Board to evaluate the facts and determine guilt or innocence of the charge(s).

8.  If the Midshipman is found guilty, the Midshipman may then make a presentation of witnesses and evidence to support retention at the United States Merchant Marine Academy or minimum disciplinary action.

9.  Closed session of the Board to determine the recommendation to the Superintendent.

10.  Presentation to the Midshipman and Advisor of the Board's recommendation to the Superintendent.

c.  It is preferred that all witnesses appear personally before the Executive Board.

d.  All witnesses will be sworn in by the Executive Board Chairman.

e.  When a witness is to be sworn, the Executive Board Chairman will say, "Please raise your right hand and answer the following: Do you swear or affirm that the evidence you will give in the case now in hearing will be the truth, the whole truth, and nothing but the truth." If a witness is recalled, the Chairman will remind him that he/she is still under oath.

f.  The Midshipman will be present during the presentation of all evidence and will be permitted to question any witnesses.

g..  After all the witnesses have been heard, the Midshipman will be given the opportunity to testify before the Executive Board.

h.  When the Executive Board is in closed session, the Midshipman, the Midshipman's Advisor and the Investigating Officer will be excused. No individuals other than members of the Executive Board and the Executive Board Secretary will be permitted in the Hearing room during closed session.

i.  During Phase I the Executive Board will consider all the data available pertaining to the offense in order to arrive at an objective determination as to whether the Midshipman is guilty or not guilty. If the Executive Board determines the Midshipman is not guilty, they will recommend to the Superintendent that the Midshipman be exonerated. If the Executive Board determines the Midshipman is guilty they will, in Phase II, examine the Midshipman's entire record (academic, regimental, sea year and extra-curricular) in order to provide the Superintendent with a recommendation for disciplinary action.

j. During Phase II, the Midshipman may present evidence and call witnesses to demonstrate exceptional potential for development and present arguments for retention at the United States Merchant Marine Academy or for minimum disciplinary action. The burden for demonstrating cause for retention is on the Midshipman.

k. The Executive Board will consider the overall fitness of the Midshipman for a career in the Merchant Marine and the United States Naval Reserve.

l. The deliberations of the Executive Board will be confidential. The Chairman will also remind the Midshipman of the right to appeal to the Superintendent and the procedures for making such an appeal.

m. Upon completion of the hearing, the Executive Board Chairman will submit a written report of the Board's recommendation to the Superintendent.

n. Executive Board Action Recommendations:

    1. Disenrollment from the Academy, or

    2. Suspension from the Academy for a specified period of time,

    3. Assignment of any action, short of the above, as may be deemed appropriate by the Board, or

    4. Exoneration of the Charge/s.

## 1009.  Midshipman's Appeal to the Superintendent.

The Midshipman has the right to appeal the Superintendent's decision in non-academic cases. Intent to appeal must be submitted, in writing to the Superintendent within 24 hours after receiving the decision. The appeal itself, must be submitted in writing to the Superintendent within seven days after receiving the decision.

## 1010.  Final Action by the Superintendent.

After the Superintendent has arrived at a final decision regarding a disciplinary case, the charged Midshipman will be presented a memorandum from the Superintendent, via the Executive Board Secretary indicating the disposition of the case and the nature of the disciplinary action. After completion of the memorandum and presentation to the charged Midshipman, the Executive Board Secretary will ensure that copies are distributed to:

    a. Executive Board members (5)

    b. Executive Board Secretary

    c. Midshipman Official Jacket

d. Commandant of Midshipmen

e. Registrar

f. Executive Board File

## 1011.  Appeals to the Maritime Administrator.

a. In the event the Superintendent's decision is to disenroll the Midshipman, the Midshipman may make an appeal to the Maritime Administrator whose decision will be final.  Such appeal will be submitted in writing to the Superintendent, via the Commandant of Midshipmen, no later than seven days  after the Superintendent's action.  Midshipmen are eligible to appeal to the Maritime Administrator only when facing disenrollment action in disciplinary cases.  If the Midshipman seeks such an appeal, that Midshipman is entitled to continue the course of instruction at the Academy until the results of the appeal are made known as long as the subject Midshipman lives within the Regimental guidelines. If the Midshipman does not appeal the Superintendent's disenrollment action, the Midshipman is to proceed immediately with checkout procedures.

b. The Superintendent will forward to the Maritime Administrator, with recommendations, any appeal of disenrollment that is made by the charged Midshipman and a copy of the Superintendent's recommendation will be provided to the Midshipman and his/her advisor.

c. Should the Maritime Administrator uphold the decision of the Superintendent, the charged Midshipman will be disenrolled immediately upon receipt of the Maritime Administrator's response in writing to the charged Midshipman.

## 1012.  Close out Procedures.

Upon completion of all appeals procedures, the Executive Board Secretary will ensure the return of all items of the "Record" to the appropriate departments and the Executive Board Copy of the Executive Board folder to the Executive Board file located in the Chief of Staff's Office.

# CHAPTER 11

## DEFICIENCY AWARD GUIDE

### 1101.  General:

a.  The Deficiency Award Guide is designed to provide guidance for the administration of uniform, just, and equitable discipline within the Regiment of Midshipmen.

b.  The rewording of an original deficiency report solely to fit the phraseology or wording of infractions listed in this chapter is unnecessary.  <u>It is not intended that all possible violations of regulations or breaches of discipline be listed herein</u>, but rather only typical deficiencies.  Anyone authorized to place a Midshipman on report will rely on these typical deficiencies for guidance and seek the advice of the Commandant's Department in cases not covered.

c.  Some offenses listed may be adjudicated at various classification levels.  All reporting authorities must investigate adequately and objectively to ensure that awards are handled at an appropriate level to ensure fairness.

d.  Investigations must be thorough at all levels.  Considerations include how deliberate was the offense, the experience of the Midshipman, and the amount of judgment exercised by the Midshipman.  Deficiencies that are not deliberate usually involve some degree of ignorance, carelessness, or neglect which must be considered in ascertaining the deficiency award.

> 1.  <u>Ignorance of regulations and directives is no excuse for a violation of those directives when it is due to neglect on the part of the Midshipman.</u>

e.  Loss of Liberty.  Class liberty is automatically forfeited when a Midshipman is restricted as a result of disciplinary awards.

### 1102.  Adherence to Regulations, Orders and Instructions:

a.  Disobedience of orders and regulations is more serious than a mistake in judgment.  Orders are given with the expectation of <u>compliance both in spirit and in letter.</u>

b.  Specific orders/instructions are those given to subordinates individually.  Examples: "Midshipman Jones, do this", or in a publication, "Following Midshipmen are directed to report to...: Midshipman Jones, 98-1".  Conversely, general orders and instructions are not directed to subordinates individually, but rather to the members of a group.  Example: "All Midshipmen will comply with today's Plan of the Day."

c. Particular care will be taken to avoid enforcing the Fourth Class System by means of the disciplinary system. Failure of Fourth Classmen to comply with orders and restrictions imposed by the Fourth Class System will be corrected through that system. Any deficiency involving hazing is a Class I violation of these Regulations and will be reported through the disciplinary system.

## 1103. Adherence to Duty:

a. Consideration for determining the correct award for deficiencies involving duty should include: the nature of the duty, the Midshipman's position, and whether the deficiencies resulted from laxness, carelessness, negligence, or gross negligence.

b. Experience is also a factor to be considered; (e.g. a Fourth Class Section Leader may deserve a lesser award than an upperclassman who commits the same deficiency).

c. Failing to assume a responsibility, evading a regulation, permitting other Midshipmen under one's command to evade their responsibilities or regulations, and overlooking or failing to report breaches of regulations are all deficiencies which indicate poor motivation and a low concept of duty and responsibility.

## 1104. Standards Of Behavior:

Midshipmen are expected to maintain a standard of behavior well above what may be acceptable social standards for college age men and women, and to exhibit maturity and responsibility in all environments. Those standards of manner and decorum expected from a commissioned officer and a gentleman or lady are expected of Midshipmen at all times. A Midshipman's action or words should not bring criticism against the Academy. If such conduct is observed of an individual who is identifiable as a member of the Regiment of Midshipmen, the charge will include that such conduct reflected discredit upon the Academy and the disciplinary award will be appropriately increased.

## 1105. Substance Abuse:

a. General Academy Policy. The United States Merchant Marine Academy does not condone substance abuse. All reported incidents of substance abuse will be investigated. Substance abuse by any Midshipman constitutes a serious breach of discipline and will not be tolerated.

b. Drugs. Midshipmen who violate Federal or State Laws relative to drug abuse are subject to the penalties prescribed by law. The Academy is subject to

concurrent Federal, State and Local jurisdiction and will in no way provide protection from the law.  When a Midshipman is found using, possessing, or distributing illegal drugs, he/she will be subject to disenrollment.

1.  The Academy will investigate reported instances of drug abuse. Drugs and other drug culture paraphernalia confiscated from Midshipmen involved in a controlled substances investigation will be turned over to the Federal Drug Enforcement Agency for analysis and possible subsequent prosecution by the Federal District Attorney.  The following disciplinary action will be taken for the use, possession and or distribution of illegal drugs.

a.  On duty or on Academy grounds - subject to disenrollment  .

b.  Conviction by a court - subject to disenrollment.

c.  Positive test, pre-sea year, pre-commissioning, reasonable suspicion testing:

(1)  If Executive Board determines that the offense took place on duty or on Academy grounds - subject to disenrollment.

(2)  If Executive Board determines that the offense took place off-duty (Off-duty is defined as when a Midshipman is on authorized liberty) - subject to medical disenrollment/leave to pursue rehabilitation.

d.  Positive test, sea-year - disenrolled.

e.  Positive test, follow-up testing - disenrolled

f.  Positive test, voluntary test - opportunity for rehabilitation or medical disenrollment.

2.  For the purpose of this Regulation, Midshipmen will be charged with being in violation of this Regulation if they remain in a room or space where they are aware that Illegal Drugs are present or being used.  The only way Midshipmen may relieve themselves of this charge is to leave the room or space as soon as they are aware of the presence of such drugs.

3.  The Academy will treat any reported information and the identity of its bearer as confidential.

4.  When the Commandant of Midshipmen feels that information obtained about an individual Midshipman gives him/her a definite reason to suspect

that the Midshipman is involved in one or more instances of drug abuse, he/she will have the Midshipman confronted with the nature and extent of the information, may require testing for reasonable suspicion and offer the following alternatives:

(a) The Midshipman may either resign without prejudice, or

(b) The Commandant may request the Superintendent to convene an Executive Board to investigate the case.

(c) The Commandant may transmit the information to an appropriate law enforcement agency with the understanding that the Academy will cooperate fully with any investigation, and that any information derived from the investigation will be used for criminal prosecution by the outside agency.

5. An opportunity for rehabilitation will be offered to a Midshipman who identifies him/herself as a drug user or tests positive as the result of a voluntary test or when the Executive Board identifies that drugs have been used off-duty. Any Midshipman who refuses to enter a rehabilitation program or is unsuccessful in completing a rehabilitation program (at his/her own expense) shall be subject to disenrollment.

c. Alcohol. For the purposes of these regulations, the term "alcoholic beverages" will include all forms of beer, wine, and distilled liquors regardless of the amount.

1. Midshipmen 21 years of age may consume alcohol as long as they do so in conformance with local, state, and federal law. Under New York State law, no person under 21 shall consume alcoholic beverages.

2. Midshipmen are prohibited from introducing (or causing to be introduced), possessing or using alcoholic beverages (including the possession of containers with alcoholic residue) in or on Academy grounds, vessels, vehicles, or Academy sponsored team movements, or other military installations, except as authorized by the Superintendent or delegated authority. Such authorization must be in writing from the Superintendent or delegated authority.

(a.) Midshipmen 21 years of age and older may consume alcohol at social functions while on Team Movements if permission is both requested and granted in writing on the Team Movement and the Officer Advisor is present.

(b.) A Midshipman will always be responsible for his/her actions and the MIC is always responsible for the actions/behavior of other

members of the Team Movement.  The MIC will also be responsible for insuring that there is a "Designated Driver" of any Academy vessel or vehicle and for ensuring that the "Designated Driver" does not consume alcohol.

3.  Any alcohol abuse or drunken behavior constitutes grounds for disciplinary action.  Midshipmen who violate these regulations while drinking, or who are not physically capable of performing their duty, remain totally responsible for their actions and must accept the consequences for any misconduct occurring as a result of consuming alcoholic beverages.

4.  First Class Midshipmen 21 years of age and older may consume alcohol in the Midshipmen Activity Center (Midshipmen Pub) during authorized hours of operation or at events approved by the Superintendent, provided they are not restricted.  When alcoholic beverages are authorized to be served,  they will not be removed from the designated areas.

5.  Midshipmen will use their position, rank, and leadership experience to prevent others from drinking unlawfully and/or irresponsibly.  Midshipmen of legal drinking age will not provide alcohol to underage Midshipmen. Furthermore, Midshipmen will not condone the serving of alcohol to underage Midshipmen or consumption of alcohol by underage Midshipmen.   Toleration of this act will be a Class I offense.

6.  Midshipmen assigned watch on a given day may not consume alcohol on that day or within 12 hours of assuming the watch.

7.  For the purposes of this Regulation,  Midshipmen will be in violation of this Regulation if they remain in a room or space where they are aware that alcoholic beverages are present or being consumed.  The only way Midshipmen may relieve themselves of this charge is to leave the room or space as soon as they are aware of the presence of alcoholic beverages

8.  During Sea Year Midshipmen will:

(a).  Remain accountable for their actions, regardless of the consumption of alcohol by others.

(b).  Acquaint themselves with the alcohol policies of the companies with which they are sailing.  These policies and Coast Guard  regulations will supersede the alcohol policies of the Academy and  those of the host port while working for that company.  For example, Midshipmen under 21 years of age may consume alcohol if they are not in violation of Coast Guard or company rules and are of legal drinking age in the host country.

AR00289

Reports of conduct unbecoming a Midshipman, or other problems associated with drinking habits of a Midshipman during Sea Year will be reviewed and appropriate action will be taken.

(c). Not be under the influence of alcohol at any time while standing watch. A Midshipman choosing to consume alcoholic beverages, will allow a sufficient amount of time prior to the watch so that they are in an alert and sober state of mind (per Coast Guard regulations, no individual may consume alcohol within 4 hours of standing a watch).

9. Any Midshipman involved in two (2) alcohol related incidents will be referred to the Commandant of Midshipmen for action and may be disenrolled. An alcohol related incident is one in which alcohol consumption is a contributing factor leading to: the serious injury of any person, absence from duty, conviction for a moving motor vehicle violation, damage to property, or additional Class I violations of the Midshipmen Regulations. Consuming alcohol underage will also be considered an alcohol related incident.

10. Disciplinary Action:

a. First Offense - referral to Academy Substance Abuse counselor, with awarding of Class I or II violation. A first offense involving possession or use of alcohol on Academy grounds, vehicles or boats will be treated as a Class I offense and may result in a minimum punishment of a one year suspension.

b. Second Offense - awarding of a Class I violation and referral to Executive Board with recommendation of disenrollment.

c. Third Offense - disenrollment.

d. Court conviction of alcohol-related offense could subject Midshipman to disenrollment.

11. Counseling/Rehabilitation:

a. Counseling service and rehabilitation opportunity from the Academy Substance Abuse Counselor is available to Midshipmen on a voluntary basis.

b. First Violation - referral to Counselor for evaluation and treatment with therapy sessions on Academy grounds. If extensive therapy is required, the Superintendent may grant medical leave.

c. Second Violation - if Midshipman is allowed to remain on board, will complete an extensive rehab program at the direction of the Academy Substance Abuse Counselor. If the Midshipman is suspended, the rehabilitation program must be completed off campus.

d. Counseling services by Academy Counselor are provided at no cost to the Midshipmen. Cost of off-campus rehabilitation is responsibility of Midshipmen.

## 1106. Appearance, Equipment and Quarters:

No more than 16 demerits may be awarded for any single inspection where Class II's or Class I's are not involved. When the awards for individual deficiencies reported at a single inspection total sixteen or more demerits, they will be combined into a single report, ("Unprepared for inspection") with an award of 16 demerits. Wording of the specifications of the report will include the specific deficiencies, for example; "Unprepared for inspection; i.e., unshined shoes, tarnished brass, etc., Saturday inspection in ranks. "

## 1107. Accountability:

a. Be on time to all formations .

b. A Midshipman who is unable to return from leave or liberty by the designated time is required to notify the Midshipman Officer of the Day prior to the termination of leave or liberty for his class, stating the circumstances and expected time of arrival. In some cases, failure to notify could be cause for an increased award per the following examples:

1. Weather problems, but original travel plans not adequate to traverse the Metropolitan area or not adequate to allow for slight tardiness of public transportation; and MOD Not notified. (26 demerits, Class II).

2. Weather problems, travel plans adequate, but MOD not notified. (16 demerits, Class III).

3. Weather problems, travel plans adequate and MOD notified. ("X"-Exonerated).

4. Private transportation involving breakdown: use same criteria used with weather problems.

c. Late vs. Absent at Restriction Musters.

1.  Late. Any Midshipman arriving at the muster after the Midshipman Command Duty Officer commences to take the muster is to be considered late; will be marked late on the Restriction Muster list; and placed on report 16 demerits. It is incumbent on the MCDO to hold the Restriction Muster in the same place at all times, and to not call the names until the proper restriction muster time.

2.  Absent. Any Midshipman arriving to the Restriction mustering area after the MCDO has finished calling the roll for the second time and has dismissed the other restricted Midshipmen will be considered absent from restriction muster and marked accordingly on the restriction muster sheet. The absent Midshipman will also be placed on report for 26 demerits for absent accountability check.

d. Late vs. Absent Company musters (including Mess Musters).

1.  Late. Any Midshipman arriving to the formation after the Company Chief Petty Officer calls the Company to "fall in" will be considered late and placed on report for 10 demerits.

2.  Absent. Any Midshipman arriving to the formation after the Company moves out under the command of the Company Commander will be considered absent, so indicated on the muster sheet and placed on report for 16 demerits. Midshipmen who are not in place by the time the company moves out are not to march in formation but rather report to their Company Officer or Command Duty Officer.

## 1108.  Operations of Vehicles such as Automobiles, Boats, Bicycles, Motorcycles, or Trucks:

When a Midshipman has been reported by an outside agency and has been punished by a fine or other administrative procedures, the use of the disciplinary system for additional punishment is inappropriate, unless the outside report brings forth a violation of Academy Regulations or conduct that reflects discredit on the Academy, etc. Midshipmen will not operate or ride on motorcycles, at any time.

## 1109.  Class I Offense:

Class I offenses represent such a severe breach of Academy regulations and standards that they warrant special consideration by either an Honor or an Executive Board.

Change June 1, 2008

As indicated in Chapter 8, Section 803, any offense which is considered serious enough to qualify as a Class I offense will be reported to the Commandant. It is the Commandant who will investigate and determine if an offense is Class I.

In any case where it may not be clear whether the Commandant or the Honor Board should investigate a violation, the Honor Board Chairman/Advisor and the Commandant will confer with the Superintendent who will determine the order of precedence. Any Midshipman found to have violated the Honor Code twice (i.e. found Guilty of an Honor offense by either the Midshipmen Honor Board or an Executive/Suitability Board on two separate occasions) will be disenrolled.

> 1. If in the course of the Honor Board Process, it is determined that a violation of the Academy Disciplinary Regulations has also been committed, then regardless of whether the Midshipman is found guilty of an Honor Board violation, the Commandant will be notified so that further action can be taken if warranted.

> 2. If in the course of an Executive Board process, it is determined that an Honor Code Offense or that an additional Honor Code Offense has also been committed, then regardless of whether the Midshipman is found guilty by the Executive Board, the Regimental Honor Board Chairman will be notified so that further action can be taken, if warranted.

> 3. Violations of the Academy Honor Code will be subject to sanctions recommended to the Superintendent by the Honor Board.

> 4. Violations of Academy Disciplinary Regulations will be subject to sanctions recommended to the Superintendent by the Executive Board.

The following indicates general guidelines for offenses which the Commandant could determine to be Class I. The offenses listed below are examples of Class I offenses. However, this list is exemplary only and is not intended to be an all inclusive listing of Class I offenses.

1. Failure to comply with specific oral or written instruction or orders of a commissioned officer or superior while at the Academy, in any Academy related activity, or while engaged in a sea year status.

> Example: Failure to report aboard a ship as ordered by an Academy Training Representative.

> Example: Failure to leave an Academy social function when ordered to do so by the Command Duty Officer.

2. Failure to comply with Academy or shipboard rules or regulations.

> Example: Leaving the Academy while restricted.

Example:  Failure to be aboard a vessel one hour before the posted sailing time.

3. Improper performance of duties and responsibilities.

Example:  Leaving a watch without the permission from an authorized superior.

4. Interference with an individual who is performing his/her duty.
Example:  Preventing another Midshipman from conducting a proper accountability check.

Example:  Preventing an authorized Midshipman from securing an Academy social function.

5. Willful vandalism of personal, real, commercial, or government property.

Example:  Damaging an Academy clock, drinking fountain, or corridor speaker.

6. Unauthorized use of personal, commercial or government property.

Example:  Use of an Academy van for purposes other than those authorized.

7. Arrest and conviction for inappropriate behavior/actions while under the influence of alcohol.

Example:  Arrest and conviction by any police force, foreign nation or local government for harassing a local citizen.

8. Breaking and entering any Academy building or office.

Example:  Breaking into the Mess Hall for food after the building is secured.

9. Unauthorized possession of any firearm, ammunition, explosive, or flammable item or substance.

Example:  Possessing fireworks aboard Academy grounds.

10. Hazing - forcing another person to do hard, humiliating, or unnecessary work in order to punish or harass.  Hazing also includes the use of excessive physical or mental demands upon another individual.

Example:  Singling out a Fourth Classman for excessive verbal abuse by a group of upperclassmen.

11. Conduct which reflects discredit on the Academy and the Regiment of Midshipmen.

Example:  Verbal abuse while observing an athletic event.

AR00294

Example:  Intoxication in a public place while in uniform.

12.  Displaying a disrespectful attitude towards a superior or an individual in a position of authority.

Example:  Verbal abuse of a superior during a regimental formation.

Example:  Verbal abuse of a superior aboard ship.

13.  Operating a vessel or vehicle in a reckless or careless manner in such a way as to endanger the lives or property of others.

Example:  Driving in a personal vehicle with other Midshipmen at high speeds.

Example:  Failure to abide by the International and Inland Regulations for Preventing Collisions at Sea while on watch or command of an Academy vessel.

14.  Engaging directly or indirectly in any act of discrimination on the basis of race , sex, color, national origin, religion, age or handicap.

Example:  Preventing another Midshipman from participating in some Academy activity on the grounds of race, color, creed, or gender.

Example:  Addressing another Midshipman by using a racial or sexual epithet.

15.  Engaging directly or indirectly in physical violence towards another person.

Example:  Fighting with another Midshipman.

16.  Sexual misconduct as defined by the regulations.

17.  The possession, sale, use or transfer of controlled substances.

18.  Lying, cheating, or stealing may be considered as a Class I offense or as an Honor offense (see the Honor Code Manual for more examples and definitions).

Example:  Falsifying a Watch Log or other official documentation.

## 1110.  Class II Offenses:

(*) indicates offense may be classified as a Class I offense or as a Class II offense depending on the circumstances of the case. (^) indicates offense may be classified as a Class II offense or a Class III offense depending on the circumstances of the case.

a.  Orders and Instructions:

Change June 1, 2008

1. *Failing to comply with specific written or oral instructions or orders of a Commissioned officer.

2. *Continuing to violate or disregard instructions, orders, regulations, or corrections which were previously promulgated.

3. *Demonstrating gross ignorance of regulations or directives.

4. Failing to comply with general instructions, orders or regulations through neglect, laxness or ignorance, resulting in a serious violation of these directives.

5. Failure to assist investigation or activity hindering such.

b. <u>Duty</u>:

1. *Interfering with an individual who is performing his duty.

2. *Gross failure to properly perform a duty.

3. Absent from watch.

4. ^Improper performance of duty.

5. Neglect of duty.

6. Sleeping on watch.

c. <u>Government property</u>:

1. Unauthorized possession of keys.

2. Losing drill rifle, sword, or other government equipment.

3. ^Damaging government property through carelessness or improper use.

4. *Unauthorized use of government property.

d. <u>Standards of Behavior</u>:

1.*Guest unauthorized.

2. ^Improper liberty procedure.

3. ^Hazardous skylarking.

Change June 1, 2008

AR00296

4. ^Unwarranted assumption of duty/authority.

5. ^Unauthorized destruction of a report or document, including posted material or official bulletin boards.

6. ^Failing to submit a report, or rendering an inaccurate report.

7. ^Demonstrating gross laxness or inattention to detail in the submission of a written document.

8. Throwing articles from window.

9. Gross display of affection reflecting discredit on the Regiment of Midshipmen.

10. Engaged in unauthorized business activities.

11. Gambling.

12. *Demonstrating conduct which reflects discredit on the Regiment of Midshipmen.

13. *Displaying a disrespectful attitude toward a superior or an individual in a position of authority.

14. ^Displaying insubordination toward a superior or an individual in a position of authority.

15. ^Demonstrating conduct which reflects discredit on self.

16. *Unauthorized possession or use of fire works.
17. Entering an unauthorized area outside prescribed Academy limits (see discussion in paragraph 202.c.1 through 7 of <u>Midshipmen Regulations</u>).

18. Absent unauthorized from prescribed Academy limits.

19. Absent overleave in excess of 30 minutes.

20. Violation of Limits during room restriction.

21. *Operating vehicles in a reckless manner such as to endanger lives or property on or off Academy grounds.

22. ^Unprofessional relationship.

### 1111.  Class III Offenses:

(^) indicates offense may be classified as a Class II or as a Class III Offense depending on the circumstances of the case.

a.  Academic Classes:

| | | |
|---|---|---|
| 1. | Absent from class | 16 |
| 2. | Absence from Physical Fitness Examination, or remedial Physical Training. | 16 |
| 3. | Late to class | 6 |
| 4. | Failure to bring proper equipment to class | 6 |
| 5. | Leaving class unauthorized | 16 |
| 6. | Unauthorized use of classroom | 16 |
| 7. | Inattention in class during a period of instruction | 6-16 |
| 8. | Classroom not secured | 6 |
| 9. | ∧Engaging directly or indirectly in disruption within the classroom or academic building passageways | 16-26 |

b. Accountability:

| | | |
|---|---|---|
| 1. | Absent accountability check | 26 |
| 2. | Late to accountability check | 10-16 |
| 3. | Absent Regimental Formation, Function, Muster, or official scheduled activity. | 16 |
| 4. | Late to Regimental Formation, Function, Muster, or official scheduled activity. | 10-16 |
| 5. | Accountability card, failure to post | 10 |

Change June 1, 2008

AR00298

| | | |
|---|---|---|
| 6. | Accountability card, improperly marked | 6 |
| 7. | Failure to log out | 16 |
| 8. | Improper logging | 16 |
| 9. | Absent Call to Quarters (observed by officers taking the check) | 26 |
| 10. | Absent Call to Quarters (Not observed by officers taking the check within 15 minutes of the room check) | 50 |

c. <u>Appearance</u>:

| | | |
|---|---|---|
| 1. | Chewing gum while in uniform or formation | 6 |
| 2. | Bathrobe, untied | 6 |
| 3. | Belt buckle, unshined | 4 |
| 4. | Chin strap, tarnished | 4 |
| 5. | Collar open, tie not two blocked | 10 |
| 6. | Button unbuttoned (for each button) | 2 |
| 7. | Not properly shaven | 16 |
| 8. | Gross personal appearance | 26 |
| 9. | Haircut, in need of | 16 |
| 10. | Hair not combed | 10 |
| 11. | Hands in pockets | 10 |
| 12. | Hat cover, dirty, loose | 10 |
| 13. | Hat on back of head | 10 |
| 14. | Hat on in room | 4 |
| 15. | Shoes unshined | 10 |
| 16. | Uniform, article not wearing | 10 |
| 17. | Uniform, not properly striped | 16 |

Change June 1, 2008

| 18. | Uniform, out of at a social function (first offense) | 16 |
| 19. | Uniform, out of at a social function (second offense) | 26 |
| 20. | Wearing a spotted, soiled uniform | 10 |
| 21. | Wearing or possession of dilapidated clothing | 10 |
| 22. | Wearing an improper uniform in the area of company barracks | 10 |
| 23. | Wearing civilian clothing at unauthorized time | 10 |
| 24. | Wearing an improper uniform or civilian clothes outside the company barracks | 16 |
| 25. | Unauthorized wearing of earring <u>at anytime</u> | 26 |
| 26. | Wearing of earrings other than gold posts by female Midshipman | 10 |
| 27. | Uniform improperly worn ashore reflecting unfavorably on the Regiment of Midshipmen | 16-26 |
| 28. | Wearing an article of civilian clothing with the uniform | 16 |
| 29. | Wearing uniform insignia not entitled to | 10 |

d. <u>Duty</u>:

| 1. | ^Improper performance of duty | 16 |
| 2. | Failing to maintain order | 16 |
| 3. | Failing to correct a report of deficiency | 10 |
| 4. | Demonstrating indifference toward the Fourth Class system | 10 |

Change June 1, 2008

e. <u>Liberty</u>:

| | | | |
|---|---|---|---|
| | 1. | Absent overleave | 16-26 |
| | 2. | Dinner pass, submitting more than allowed | 26 |
| | 3. | ^Improper liberty procedures | 26 |
| | 4. | Failure to turn in special liberty pass by 1200 the day after the expiration of liberty | 10 |
| | 5. | Failure to turn in special liberty or dinner liberty | 26 |

f. <u>Mess Hall</u>:

| | | | |
|---|---|---|---|
| | 1. | Commissary gear, unauthorized possession of | ·16 |
| | 2. | Handling food before seats | 6 |
| | 3. | Food, throwing in Mess Hall | 26-50 |
| | 4. | Mess Hall Duties, improper performance of | 10 |
| | 5. | Improper Mess procedure | 16 |
| | 6. | Seats, taking prior to order | 10 |
| | 7. | Talking in Mess Hall unauthorized | 10 |
| | 8. | ^Causing a disturbance in the Mess Hall | 16 |
| | 9. | ^Table captain permitting improper table decorum | 16 |
| | 10. | Failing to maintain discipline or expected standards of behavior in the Mess Hall | 16 |
| | 11. | Removing any food from Delano Hall or galley unauthorized | 16 |

g. <u>Orders and Instructions</u>:

Change June 1, 2008

AR00301

| | | |
|---|---|---|
| 1. | Failing to comply with general instructions, orders, or regulations through neglect, laxness or ignorance, with minor effect | 10-16 |
| 2. | Failing to comply with a specific oral or written instructions or orders of Midshipmen or commissioned officers | 26-50 |
| 3. | Orders, slow in carrying out | 10 |

h. <u>Quarters</u>:

| | | |
|---|---|---|
| 1. | Reveille, violation of | 16 |
| 2. | Bunk, not made | 6 |
| 3. | Bunk, improperly made | 4 |
| 4. | Bunk, lying on unauthorized | 10 |
| 5. | Bunk, sitting on unauthorized | 6 |
| 6. | ∧Bunk, smoking on | 26 |
| 7. | Bunk, not stripped (Linen Day) | 6 |
| 8. | Use of desk type fan on window sill | 16 |
| 9. | Food on window sill | 16 |
| 10. | Articles hanging out of window | 16 |
| 11. | Yelling out of window | 10-16 |
| 12. | Sweeping dirt into corridor from room | 10 |
| 13. | Failure to initial cleaning bill | 10 |
| 14. | Cleaning station not done | 16 |
| 15. | Cleaning station improperly done | 10 |
| 16. | Barracks entrance steps, sitting on | 10 |
| 17. | Dirty woodwork | 4 |

Change June 1, 2008

| | | |
|---|---|---|
| 18. | Dust, dirt, or lint in cleaning station | 4 |
| 19. | Inspection, not ready for | 16 |
| 20. | Possession of unauthorized electrical equipment | 16-50 |
| 21. | Possession or use of ice chests or coolers in barracks | 16 |
| 22. | Lost key | 16 |
| 23. | Baggage locker unlocked | 10 |
| 24. | Improper baggage locker stowage | 10 |
| 25. | Preparing food in room | 16 |
| 26. | ∧Locks, unauthorized types | 16 |
| 27. | Unauthorized furniture in room | 10 |
| 28. | Improper room arrangement | 16 |
| 29. | Out of season gear stowed in room | 4 |
| 30. | Unstencilled gear | 4 |
| 31. | Inspection sheet, lack of or improperly written | 4 |
| 32. | Lights on, occupants absent | 4 |
| 33. | Linen, dirty | 4 |
| 34. | Linen, missing | 4 |
| 35. | Gear adrift (1 or 2 items) | 4 |
| 36. | Room in disorder (3 or 5 items adrift) | 10 |
| 37. | Room in gross disorder (more than 5 items adrift or improper) | 16 |
| 38. | Room occupied and door locked | 16 |
| 39. | Sinks dirty | 4 |
| 40. | Improper door tag | 10 |

Change June 1, 2008

| | | |
|---|---|---|
| 41. | Unauthorized presence in watch office | 16 |
| 42. | Regs books, failure to maintain and/or keep current | 16 |
| 43. | Failure to stencil name on all personal copies of Academic Books | 6 |
| 44. | Defacing Midshipmen publications on loan to Midshipmen | 16 |
| 45. | No door tag | 16 |
| 46. | Television, watching unauthorized in room | 16 |
| 47. | Leaving money or valuables unsecured in room | 16 |
| 48. | Deck improperly swept or vacuumed | 4 |
| 49. | Stereo too loud | 10-16 |
| 50. | Radio playing, unauthorized | 10 |
| 51. | Visiting of Midshipmen of opposite sex other than authorized times | 26 |
| 52. | ^Public address system, unauthorized use of | 16 |

i. Standards of Behavior:

| | | |
|---|---|---|
| 1. | ^Failing to submit a report, or rendering an inaccurate report | 16 |
| 2. | ^Demonstrating gross laxness or inattention to detail in the submission of a written report or muster | 16 |
| 3. | ^Displaying insubordination toward a superior or individual in a position of authority | 16-26 |
| 4. | ^Demonstrating conduct which reflects discredit on self | 16-50 |

Change June 1, 2008

AR00304

| | | |
|---|---|---|
| 5. | Discourteous conduct | 16-26 |
| 6. | ^Unprofessional relationship | 10-16 |
| 7. | Failing to demonstrate proper military courtesy | 10 |
| 8. | Using obscene, profane or improper language | 10-26 |
| 9. | Improper etiquette while escorting | 10 |
| 10. | Public display of affection | 10 |
| 11. | Creating a disturbance | 16 |
| 12. | Skylarking | 16 |
| 13. | ^Hazardous skylarking | 26 |
| 14. | Smoking unauthorized | 10 |
| 15. | ^Unauthorized assumption of duty/authority | 16 |
| 16. | Failing to safeguard government property | 10-26 |
| 17. | ∧Removing articles from a building, room, locker, or classroom without the permission of proper authority | 16-26 |
| 18. | ∧Unauthorized possession of library materials | 16 |

j. <u>Vehicles</u>:

| | | |
|---|---|---|
| 1. | Car, parked or driven aboard unauthorized (including Vickery Gate Circle) | 26 |
| 2. | Allowing unauthorized persons to operate vehicle | 16-26 |
| 3. | Exceeding posted speed limits on board the Academy grounds | 16-26 |

k. <u>Watches</u>:

Change June 1, 2008

| | | |
|---|---|---|
| 1. | Late to watch (up to ten minutes) | 16 |
| 2. | Late to watch (over ten minutes) | 26-50 |
| 3. | Watch bill, failure to initial | 16 |
| 4. | Watch bill, initialed by someone other than the assigned Midshipman | 16 |
| 5. | Permitting unauthorized personnel in watch office | 16 |
| 6. | Violation of watch standing orders(no watch credit inclusive) | 10 |
| 7. | Leaving watch post without proper relief | 50 |
| 8. | Watch, using to avoid taking scheduled examination | 26-50 |
| 9. | Food on the window sill of watch office, (Current watch stander responsible regardless of who put food on sill) | 16 |
| 10. | Gross negligence as to duties | 26 |
| 11. | ∧Unauthorized log entries | 16 |

l. Miscellaneous Regulations.

| | | |
|---|---|---|
| 1. | Failure to use chain of command | 10 |
| 2. | Broken dental appointment | 16 |
| 3. | Extra Duty, absent from | 16 |
| 4. | Extra Duty, improper performance of | 10 |
| 5. | Extra Duty, late to | 10 |
| 6. | Extra Duty, leaving prior to completion | 16 |
| 7. | Extra Duty Slip,  improper procedure | 10 |
| 8. | Identification card lost | 10 |
| 9. | Mast list, failure to initial | 6 |

AR00306

| | | |
|---|---|---|
| 10. | Medical Pass, failure to have logged | 6 |
| 11. | Medical Pass, failure to surrender by 0800 the day the pass expires | 10 |
| 12. | Musters, late in submitting | 10 |
| 13. | Negligence as to reports | 10 |
| 14. | Ranks, falling out of without authorization | 16 |
| 15. | Improper route of travel | 10 |
| 16. | Failure to render a salute | 10 |
| 17. | Straggling | 6 |
| 18. | Improper conduct in ranks | 6-16 |
| 19. | Unmilitary bearing | 10 |
| 20. | Whistling (in uniform) | 6 |
| 21. | Sitting on window sill | 6 |
| 22. | Sitting on steps | 6 |
| 23. | Failure to reconcile overdrawn civilian bank account within one month of notice from the bank | 16 |
| 24. | Lending unauthorized item, uniform, or government equipment to a visitor | 10 |
| 25. | Snowball throwing | 16 |

Change June 1, 2008

AR00307

| | |
|---|---|
| **From:** | Acquaro, Paul <AcquaroP@USMMA.EDU> |
| **Sent:** | Tuesday, February 16, 2016 12:53 PM |
| **To:** | 2018Hearn, John |
| **Subject:** | RE: Update |

Thanks for the update. Please keep focused and work hard. I like this plan of attack and hope that the ship keeps working with you so you can be successful.

Regards,
LCDR Paul D. Acquaro, USMS

-----Original Message-----
From: 2018Hearn, John [mailto:John.Hearn.2018@midshipman.usmma.edu]
Sent: Tuesday, February 16, 2016 11:54 AM
To: Acquaro, Paul <AcquaroP@USMMA.EDU>
Cc: Boyle, LT Fionna <BoyleF@USMMA.EDU>
Subject: RE: Update

Sir,

I am writing you a brief email from port to give you an update on my status. I apologize for not writing earlier and will work harder to update you more often, however my access to email was far more limited than I had anticipated.

As far as projects go I had worked the first few days to gather as much information as I could, I have since been organizing and using the information to work on my projects. Specifically the sketches and drawings for engineering, navigational essays as well as planning out what pilot ages to chart, drawings and study guides for cargo, stability, and seamanship. I have also worked on getting sign offs done where they are needed. I work a four hour shift in the morning doing deck work, and then am off for eight hours until I stand a night watch with the third mate for four hours from 2000-0000. I worked this out with the chief mate so I may put in my work hours and still have ample time to work on projects.

Thank you sir. I apologize for any typos or errors as this had to be sent from my cell phone.

Very respectfully,

M/N John Hearn 3/C
Deck Cadet 2018-A

AR00308

| | |
|---|---|
| **From:** | Acquaro, Paul <AcquaroP@USMMA.EDU> |
| **Sent:** | Wednesday, February 24, 2016 9:18 AM |
| **To:** | 2018Hearn, John |
| **Cc:** | Boyle, LCDR Fionna |
| **Subject:** | RE: Update |

MIDN Hearn
Thanks for the update. I didn't see a reference to your Navigation Law plots. Please make sure that you do section two and answer all questions. Stay focused and be aggressive while still demonstrating you desire to stand watch and show your value to the deck department. I know you are in a time crunch, but I believe in you and know that you can be successful if you give 100%.

Very Respectfully,
Paul D. Acquaro
LCDR     USMS
Director of the Academic Center for Excellence United States Merchant Marine Academy
516-726-5961

-----Original Message-----
From: 2018Hearn, John [mailto:John.Hearn.2018@midshipman.usmma.edu]
Sent: Tuesday, February 23, 2016 10:48 PM
To: Acquaro, Paul <AcquaroP@USMMA.EDU>
Cc: Boyle, LT Fionna <BoyleF@USMMA.EDU>
Subject: Update

Sir,

I am again writing an update to inform you on my progress thus far at sea. I have finished almost all sign offs for the engineering project. I have worked on the pilotages for navigation and intend to complete my second pilotage tomorrow morning if possible. I hope that by arrival in Hawaii (ETA is 0730 on 28 February) I will have finished or be almost complete with the Cargo, Seamanship, and Navigation projects, as well as having much more progress on the rest of my projects.

I have been trying my best to satisfy the crew in assisting at sea and in port, while still giving myself ample time to work on projects as well. So far I have managed to stay productive as in both areas.

The crew has been very good to me, they are all patient and take extra time to work with me. They all go out of their way to help me to complete sign offs or find information I may need for projects.

While I am nervous as my short time on this vessel is nearing an end I am beginning to see a light at the end of the tunnel and I have started to feel more and more confident as I make progress on my projects.

Thank you again for your time.

Very respectfully,

M/N John Hearn 3/C
Deck Cadet 2018-A

AR00309

| | |
|---|---|
| **From:** | Acquaro, Paul <AcquaroP@USMMA.EDU> |
| **Sent:** | Tuesday, March 1, 2016 7:38 AM |
| **To:** | 2018Hearn, John |
| **Cc:** | Boyle, LCDR Fionna |
| **Subject:** | RE: Update |

MIDN Hearn
What is the status of your Engine for Deck Project? There are a great deal of drawing and signoff in that project as well.

Regards,
LCDR Paul D. Acquaro, USMS

-----Original Message-----
From: 2018Hearn, John [mailto:John.Hearn.2018@midshipman.usmma.edu]
Sent: Tuesday, March 01, 2016 12:13 AM
To: Acquaro, Paul <AcquaroP@USMMA.EDU>
Cc: Boyle, LT Fionna <BoyleF@USMMA.EDU>
Subject: Update

Sir,

I am writing this to again update you on my status at sea.

I have been working vigourously the past few days to accomplish as much as possible. I am almost completely finished with all sign offs throughout my various projects. I have completed the cargo project, as well as seamanship and most of navigation. I have also near completion on the I-Nav project, as well as Nav Law section 2 entirely. I am expecting to have everything in order for arrival to LA, in the event that I depart from the vessel with my Sea Partners.

I have continued to work full days with the crew and I have assisted in any way possible at sea or especially in port with cargo operations.

Thank you for your time.

Very respectfully,

M/N John Hearn 3/C
Deck Cadet 2018-A

1

| | |
|---|---|
| **From:** | Taha, Dianne <TahaD@USMMA.EDU> |
| **Sent:** | Thursday, April 21, 2016 2:29 PM |
| **To:** | 2018Hearn, John |
| **Cc:** | Acquaro, Paul |
| **Subject:** | Hearn RFD |

Midn Hearn,


You have been referred for disenrollment to the Academic Review Board due to two sea project failures, which is also a violation of you terms of probation. The ARB will meet on Thursday 4/28, and you will be informed of its recommendation some time on Friday.

It's recommended that you consult the Academic Policies Handbook, pp. 13 – 17 for information about the ARB
https://intranet.usmma.edu/AcademicDean/Deans%20Memoranda/dm210-18.docx

If you wish to consult LCDR Acquaro, you may see him until 1600 today, and again on Monday. He will not be at the Academy tomorrow, Fri. 4/22

Dean Taha

AR00311

| | |
|---|---|
| **From:** | Taha, Dianne <TahaD@USMMA.EDU> |
| **Sent:** | Friday, April 29, 2016 9:21 AM |
| **To:** | 2018Hearn, John |
| **Cc:** | Acquaro, Paul |
| **Subject:** | RE: Hearn RFD |

Midn Hearn,

The Supt has accepted the recommendation of the Interim Dean and the ARB that you be put on Academic Probation status and repeat the failed projects during the second sailing period.

You will be summoned to the Dean's Office to sign a formal Terms of Probation letter sometime within the next two weeks.

Dean Taha

From: Taha, Dianne
Sent: Thursday, April 21, 2016 2:29 PM
To: 2018Hearn, John <John.Hearn.2018@midshipman.usmma.edu>
Cc: Acquaro, Paul <AcquaroP@USMMA.EDU>
Subject: Hearn RFD

Midn Hearn,

You have been referred for disenrollment to the Academic Review Board due to two sea project failures, which is also a violation of you terms of probation. The ARB will meet on Thursday 4/28, and you will be informed of its recommendation some time on Friday.

It's recommended that you consult the Academic Policies Handbook, pp. 13 – 17 for information about the ARB
https://intranet.usmma.edu/AcademicDean/Deans%20Memoranda/dm210-18.docx

If you wish to consult LCDR Acquaro, you may see him until 1600 today, and again on Monday. He will not be at the Academy tomorrow, Fri. 4/22

Dean Taha

1

AR00312

| | |
|---|---|
| **From:** | Taha, Dianne <TahaD@USMMA.EDU> |
| **Sent:** | Monday, April 24, 2017 10:02 AM |
| **To:** | 2018Hearn, John |
| **Cc:** | Acquaro, Paul |
| **Subject:** | Hearn RFD |

MIDN Hearn,


You have been referred for disenrollment to the Academic Review Board due to a second failure of NPRJ225. Your case will be reviewed on Tuesday 4/25 and you will be informed of its recommendation to the SUPT some time on Wednesday.


Dean Taha

AR00313

**From:**          Taha, Dianne <TahaD@USMMA.EDU>
**Sent:**          Monday, June 20, 2016 5:44 PM
**To:**            2018Hearn, John
**Cc:**            Acquaro, Paul
**Subject:**       Hearn RFD

Midn Hearn,

You have been referred for disenrollment to the Academic Review Board due one earned F, which constitutes a violation of the terms of probation imposed after the first sailing period. The ARB will meet on Wednesday, and you will be informed of its recommendation to the Supt.

Dean Taha

AR00314

███████████████████████████████████████████████

| From: | Taha, Dianne <TahaD@USMMA.EDU> |
| Sent: | Thursday, June 23, 2016 11:13 AM |
| To: | 2018Hearn, John |
| Cc: | Acquaro, Paul; Flynn, Cynthia |
| Subject: | RE: Hearn RFD |

Midn Hearn,

The Superintendent has accepted the recommendation of the Interim Dean and ARB that you proceed on leave of absence and be put on probationary setback status to the Class of 2019.

My understanding is that you will return aboar the TV/KPer on Sunday 26 June. You must respond to this email stating whether you accept these terms, or if you intend to appeal the setback. You must respond to all in this email by 1200 on Monday 27 June, and if you plan to appeal, you must appear in person at the Office of the Superintendent to book the appointment.

Dean Taha

From: Taha, Dianne
Sent: Monday, June 20, 2016 5:44 PM
To: 2018Hearn, John <John.Hearn.2018@midshipman.usmma.edu>
Cc: Acquaro, Paul <AcquaroP@USMMA.EDU>
Subject: Hearn RFD

Midn Hearn,

You have been referred for disenrollment to the Academic Review Board due to one earned F, which constitutes a violation of the terms of probation imposed after the first sailing period. The ARB will meet on Wednesday, and you will be informed of its recommendation to the Supt.

Dean Taha

AR00315

| | |
|---|---|
| **From:** | 2018Hearn, John <John.Hearn.2019@midshipman.usmma.edu> |
| **Sent:** | Saturday, June 25, 2016 6:42 PM |
| **To:** | Acquaro, Paul |
| **Cc:** | Jack Hearn |
| **Subject:** | Meeting |

Sir,

I am writing this email to schedule a time to meet with you tomorrow so I may discuss my ARB/setback. Please let me know when you are free to meet, and thank you for your time.

Very respectfully,
M/N John Hearn 3/C
1st Company CTO PO
2018-A

"All the adversity I've had in my life, all my troubles and obstacles, have strengthened me... You may not realize it when it happens, but a kick in the teeth may be the best thing in the world for you." -Walt Disney

AR00316

**From:**      Acquaro, Paul <AcquaroP@USMMA.EDU>
**Sent:**      Tuesday, May 16, 2017 2:13 PM
**Subject:**   Confirmation of Appeal-MN Hearn

MIDN Hearn,

I haven't heard from you since the ARB nor has any letters been submitted to date for your appeal that is tomorrow. Did you meet with someone besides me to prepare and discuss your appeal?

Respectfully,

Paul D. Acquaro

Commander, USMS

Director, Academic Center for Excellence

United States Merchant Marine Academy

(516) 726-5961

From: Flynn, Cynthia
Sent: Thursday, May 11, 2017 8:41 AM
To: 2018Hearn, John <John.Hearn.2019@midshipman.usmma.edu<mailto:John.Hearn.2019@midshipman.usmma.edu>>
Cc: Taha, Dianne <TahaD@USMMA.EDU<mailto:TahaD@USMMA.EDU>>; Acquaro, Paul <AcquaroP@USMMA.EDU<mailto:AcquaroP@USMMA.EDU>>; Pilosi, Kathleen <PilosiK@USMMA.EDU<mailto:PilosiK@USMMA.EDU>>
Subject: Confirmation of Appeal-MN Hearn

MN Hearn,

This is to confirm your appeal is scheduled for Wednesday, 17 May 2017 at 1400 in the Patterson Conference Room, Wiley Hall, 2nd Deck. Please see me in the Superintendent's Office when you arrive for your appeal. Uniform is Summer Whites.

You may prepare an appeal letter if you wish. You may also email or drop off, any letters of recommendation at least 24 hours prior to your appeal.

1

AR00317

PLEASE CONFIRM THAT YOU HAVE RECEIVED THIS EMAIL.  THANK YOU.

Cynthia Flynn

Executive Assistant to the Superintendent

U.S. Merchant Marine Academy

300 Steamboat Road, Wiley Hall

Kings Point, NY 11024


Phone: 516-726-5815

Fax: 516-773-5582

AR00318

**Reilly, Virginia**

| | |
|---|---|
| **From:** | Albert, CAPT Gene E. R. |
| **Sent:** | Thursday, November 17, 2016 11:11 AM |
| **To:** | Taha, Dianne; Reilly, Virginia |
| **Subject:** | RE: John Hearn |

Ginny

I agree with return date to get him prepared for sea year.

Regards

Gene

CAPT Eugene Albert KP'79, Master Mariner
Department Head, PDCS – Shipboard Training
United States Merchant Marine Academy
Kings Point, NY 11024-1699
tel: 516.726.5821
albertg@usmma.edu

**From:** Taha, Dianne
**Sent:** Thursday, November 17, 2016 10:47 AM
**To:** Reilly, Virginia <ReillyV@USMMA.EDU>; Albert, CAPT Gene E. R. <AlbertG@USMMA.EDU>
**Subject:** RE: John Hearn

I defer to Gene Albert, as the circumstances of the stand-down may have changed that directive.

Dianne

**From:** Reilly, Virginia
**Sent:** Thursday, November 17, 2016 10:06 AM
**To:** Taha, Dianne <TahaD@USMMA.EDU>; Albert, CAPT Gene E. R. <AlbertG@USMMA.EDU>
**Subject:** John Hearn
**Importance:** High

According to his TOP, John Hearn (2018) is scheduled to receive orders to return to clear for sea duty on or about Dec. 15, 2016.

Please confirm if my office should issue orders for him to return.

Ginny

*Virginia A. Reilly*
Midshipman Personnel Officer
Office of the Commandant

1

AR00319

| | |
|---|---|
| **From:** | Acquaro, Paul <AcquaroP@USMMA.EDU> |
| **Sent:** | Tuesday, May 16, 2017 2:13 PM |
| **To:** | 2018Hearn, John |
| **Cc:** | Taha, Dianne; Pilosi, Kathleen |
| **Subject:** | RE: Confirmation of Appeal-MN Hearn |

MIDN Hearn,

I haven't heard from you since the ARB nor has any letters been submitted to date for your appeal that is tomorrow. Did you meet with someone besides me to prepare and discuss your appeal?

Respectfully,

Paul D. Acquaro

Commander, USMS

Director, Academic Center for Excellence

United States Merchant Marine Academy

(516) 726-5961

From: Flynn, Cynthia
Sent: Thursday, May 11, 2017 8:41 AM
To: 2018Hearn, John <John.Hearn.2019@midshipman.usmma.edu>
Cc: Taha, Dianne <TahaD@USMMA.EDU>; Acquaro, Paul <AcquaroP@USMMA.EDU>; Pilosi, Kathleen <PilosiK@USMMA.EDU>
Subject: Confirmation of Appeal-MN Hearn

MN Hearn,

This is to confirm your appeal is scheduled for Wednesday, 17 May 2017 at 1400 in the Patterson Conference Room, Wiley Hall, 2nd Deck.  Please see me in the Superintendent's Office when you arrive for your appeal.  Uniform is Summer Whites.

You may prepare an appeal letter if you wish.  You may also email or drop off, any letters of recommendation at least 24 hours prior to your appeal.

AR00320

PLEASE CONFIRM THAT YOU HAVE RECEIVED THIS EMAIL.  THANK YOU.

Cynthia Flynn

Executive Assistant to the Superintendent

U.S. Merchant Marine Academy

300 Steamboat Road, Wiley Hall

Kings Point, NY 11024

Phone: 516-726-5815

Fax: 516-773-5582

AR00321

| | |
|---|---|
| **From:** | 2018Hearn, John <John.Hearn.2019@midshipman.usmma.edu> |
| **Sent:** | Monday, June 27, 2016 11:58 AM |
| **To:** | Taha, Dianne |
| **Cc:** | Acquaro, Paul; Flynn, Cynthia |
| **Subject:** | RE: Hearn RFD |

Dean Taha,

Following a discussion with CDR Acquaro, I understand that there is opportunity for remedial academics and sea project completions. Therefore, I accept the decision to setback to the Class of 2019.

Very respectfully,
M/N John Hearn 3/C
1st Company CTO PO
2018-A

"All the adversity I've had in my life, all my troubles and obstacles, have strengthened me... You may not realize it when it happens, but a kick in the teeth may be the best thing in the world for you." -Walt Disney

_____
From: Taha, Dianne [TahaD@USMMA.EDU]
Sent: Thursday, June 23, 2016 11:12 AM
To: 2018Hearn, John
Cc: Acquaro, Paul; Flynn, Cynthia
Subject: RE: Hearn RFD

Midn Hearn,

The Superintendent has accepted the recommendation of the Interim Dean and ARB that you proceed on leave of absence and be put on probationary setback status to the Class of 2019.

My understanding is that you will return aboar the TV/KPer on Sunday 26 June. You must respond to this email stating whether you accept these terms, or if you intend to appeal the setback. You must respond to all in this email by 1200 on Monday 27 June, and if you plan to appeal, you must appear in person at the Office of the Superintendent to book the appointment.

Dean Taha

From: Taha, Dianne
Sent: Monday, June 20, 2016 5:44 PM
To: 2018Hearn, John <John.Hearn.2018@midshipman.usmma.edu>
Cc: Acquaro, Paul <AcquaroP@USMMA.EDU>
Subject: Hearn RFD

AR00322

Midn Hearn,

You have been referred for disenrollment to the Academic Review Board due to one earned F, which constitutes a violation of the terms of probation imposed after the first sailing period. The ARB will meet on Wednesday, and you will be informed of its recommendation to the Supt.

Dean Taha

AR00323

| | |
|---|---|
| **From:** | Acquaro, Paul <AcquaroP@USMMA.EDU> |
| **Sent:** | Tuesday, May 16, 2017 2:13 PM |
| **To:** | 2018Hearn, John |
| **Cc:** | Taha, Dianne; Pilosi, Kathleen |
| **Subject:** | RE: Confirmation of Appeal-MN Hearn |

MIDN Hearn,

I haven't heard from you since the ARB nor has any letters been submitted to date for your appeal that is tomorrow. Did you meet with someone besides me to prepare and discuss your appeal?


Respectfully,

Paul D. Acquaro

Commander, USMS

Director, Academic Center for Excellence

United States Merchant Marine Academy

(516) 726-5961


From: Flynn, Cynthia
Sent: Thursday, May 11, 2017 8:41 AM
To: 2018Hearn, John <John.Hearn.2019@midshipman.usmma.edu>
Cc: Taha, Dianne <TahaD@USMMA.EDU>; Acquaro, Paul <AcquaroP@USMMA.EDU>; Pilosi, Kathleen <PilosiK@USMMA.EDU>
Subject: Confirmation of Appeal-MN Hearn


MN Hearn,


This is to confirm your appeal is scheduled for Wednesday, 17 May 2017 at 1400 in the Patterson Conference Room, Wiley Hall, 2nd Deck.  Please see me in the Superintendent's Office when you arrive for your appeal.  Uniform is Summer Whites.

You may prepare an appeal letter if you wish.  You may also email or drop off, any letters of recommendation at least 24 hours prior to your appeal.

AR00324

PLEASE CONFIRM THAT YOU HAVE RECEIVED THIS EMAIL.  THANK YOU.



Cynthia Flynn

Executive Assistant to the Superintendent

U.S. Merchant Marine Academy

300 Steamboat Road, Wiley Hall

Kings Point, NY 11024


Phone: 516-726-5815

Fax: 516-773-5582

AR00325



**From:** Flynn, Cynthia
**Sent:** Friday, August 4, 2017 3:41 PM
**To:** Kreitzer, Ilene <KreitzerI@USMMA.EDU>
**Subject:** FW: MN Hearn's appeal

**From:** Flynn, Cynthia
**Sent:** Tuesday, May 16, 2017 2:07 PM
**To:** Acquaro, Paul <AcquaroP@USMMA.EDU>
**Subject:** MN Hearn's appeal

Just FYI- I have not received any letters from him as of yet.....his appeal is tomorrow

*Cynthia Flynn*
Executive Assistant to the Superintendent
U.S. Merchant Marine Academy
300 Steamboat Road, Wiley Hall
Kings Point, NY 11024

Phone: 516-726-5815
Fax: 516-773-5582

AR00326

**From:**          Acquaro, Paul <AcquaroP@USMMA.EDU>
**Sent:**          Tuesday, May 16, 2017 2:13 PM
**Subject:**       Confirmation of Appeal-MN Hearn

MIDN Hearn,

I haven't heard from you since the ARB nor has any letters been submitted to date for your appeal that is tomorrow. Did you meet with someone besides me to prepare and discuss your appeal?

Respectfully,

Paul D. Acquaro

Commander, USMS

Director, Academic Center for Excellence

United States Merchant Marine Academy

(516) 726-5961

From: Flynn, Cynthia
Sent: Thursday, May 11, 2017 8:41 AM
To: 2018Hearn, John <John.Hearn.2019@midshipman.usmma.edu<mailto:John.Hearn.2019@midshipman.usmma.edu>>
Cc: Taha, Dianne <TahaD@USMMA.EDU<mailto:TahaD@USMMA.EDU>>; Acquaro, Paul <AcquaroP@USMMA.EDU<mailto:AcquaroP@USMMA.EDU>>; Pilosi, Kathleen <PilosiK@USMMA.EDU<mailto:PilosiK@USMMA.EDU>>
Subject: Confirmation of Appeal-MN Hearn

MN Hearn,

This is to confirm your appeal is scheduled for Wednesday, 17 May 2017 at 1400 in the Patterson Conference Room, Wiley Hall, 2nd Deck.  Please see me in the Superintendent's Office when you arrive for your appeal.  Uniform is Summer Whites.

You may prepare an appeal letter if you wish.  You may also email or drop off, any letters of recommendation at least 24 hours prior to your appeal.

1

AR00327

PLEASE CONFIRM THAT YOU HAVE RECEIVED THIS EMAIL.  THANK YOU.

Cynthia Flynn

Executive Assistant to the Superintendent

U.S. Merchant Marine Academy

300 Steamboat Road, Wiley Hall

Kings Point, NY 11024

Phone: 516-726-5815

Fax: 516-773-5582

AR00328



**From:** Flynn, Cynthia
**Sent:** Friday, August 4, 2017 3:41 PM
**To:** Kreitzer, Ilene <KreitzerI@USMMA.EDU>
**Subject:** FW: MN Hearn's appeal

**From:** Flynn, Cynthia
**Sent:** Tuesday, May 16, 2017 2:07 PM
**To:** Acquaro, Paul <AcquaroP@USMMA.EDU>
**Subject:** MN Hearn's appeal

Just FYI- I have not received any letters from him as of yet.....his appeal is tomorrow

*Cynthia Flynn*
Executive Assistant to the Superintendent
U.S. Merchant Marine Academy
300 Steamboat Road, Wiley Hall
Kings Point, NY 11024

Phone: 516-726-5815
Fax: 516-773-5582

AR00329

**Reilly, Virginia**

| | |
|---|---|
| **From:** | Taha, Dianne |
| **Sent:** | Wednesday, May 17, 2017 3:20 PM |
| **To:** | Reilly, Virginia; Lisa Jerry, Registrar; Widelo, Maribeth; Aberger, Antoinette |
| **Subject:** | Hearn '19 |

All,

Hearn, John was disenrolled after an academic appeal.

Dianne Taha

AR00330

## Reilly, Virginia

| | |
|---|---|
| **From:** | Stroud, CAPT Mikel |
| **Sent:** | Thursday, May 18, 2017 8:52 AM |
| **To:** | 2018Hearn, John |
| **Cc:** | DeJean, Preston; McCarthy, CDR Andrew; Reilly, Virginia |
| **Subject:** | APPEAL OF YOUR APPEAL |

M/N Hearn,

Per your request this morning I approached the Dean and Superintendent about your thought that you can Appeal your Appeal. This is not an option as you the right to appeal and you have used that appeal yesterday. I will need you to report to Mrs. Reilly's office and start your out processing paperwork. We should plan for you to be completed and off Academy grounds by COB this Friday 19 May 17.

CAPT Stroud
Commandant of Midshipmen

AR00331



**From:** Taha, Dianne
**Sent:** Monday, January 8, 2018 8:21 AM
**To:** Kreitzer, Ilene <Kreitzerl@USMMA.EDU>
**Subject:** FW: Hearn RFD

Sent on 5/4/17

**From:** Taha, Dianne
**Sent:** Thursday, May 04, 2017 3:08 PM
**To:** 2018Hearn, John <John.Hearn.2019@midshipman.usmma.edu>
**Cc:** Acquaro, Paul <AcquaroP@USMMA.EDU>; Flynn, Cynthia <FlynnC@USMMA.EDU>
**Subject:** RE: Hearn RFD

MIDN Hearn,

The SUPT has accepted the recommendation of the Interim Academic Dean and the ARB that you be disenrolled.

If you wish to appeal this decision, you must appear in person, by COB Monday 8 May, at the Office of the Superintendent to book the appeal with Ms. Flynn.

CDR Acquaro will both be on leave tomorrow, and we will both be available on Monday should you have questions.

Dean Taha

**From:** Taha, Dianne
**Sent:** Monday, April 24, 2017 10:02 AM
**To:** 2018Hearn, John <John.Hearn.2019@midshipman.usmma.edu>
**Cc:** Acquaro, Paul <AcquaroP@USMMA.EDU>
**Subject:** Hearn RFD

MIDN Hearn,

You have been referred for disenrollment to the Academic Review Board due to a second failure of NPRJ225. Your case will be reviewed on Tuesday 4/25 and you will be informed of its recommendation to the SUPT some time on Wednesday.

Dean Taha

*M/V CAPE RISE*
2 Harper Ave.
Portsmouth, VA  23707
(757) 328-6916

Call Letters: KAFG

**KEYSTONE SHIPPING CO.**
**SUITE 600**
**ONE BALA PLAZA EAST**
**610-617-6800**

Fleet Broad-Band: (870) 773 153 661

## <u>LETTER OF SERVICE</u>

Date:   12/04/2015

To Whom It May Concern:

The *M/V CAPE RISE* is a Ready Reserve Fleet vessel in ROS, owned by the U.S. Department of Transportation, Maritime Administration, operated by Keystone Shipping Services, Inc., and berthed at 2 Harper Ave., Portsmouth, VA.  The vessel is not under any form of shipping articles and, therefore, no Certificate of Discharge is issued.

This letter is issued by Keystone Shipping Services, Inc. as evidence of employment on the *M/V CAPE RISE*.  The *M/V CAPE RISE*, is US 31,236 grt, with a total horsepower of 28,000.  Those employed aboard must ensure that the vessel is ready to go to sea within four days.  Keystone Shipping Services, Inc. requests that the time worked onboard the *M/V CAPE RISE* be given full consideration for upgrade and renewal of license as stated in CFR 46 10.211 and NMC Policy 09-01 as relates to ROS service.

| | |
|---|---|
| Name of Seaman: | John Hearn |
| M.M.C. Reference No. | 3564930 |
| | |
| Rating: | Deck Cadet |
| | |
| Date of Employment: | 11/11/2015 |
| Place of Employment: | Portsmouth, VA . |
| | |
| Date of Discharge: | 12/04/2015 |
| Place of Discharge: | Portsmouth, VA |
| | |
| Name of Ship: | *M/V CAPE RISE* |
| Official Number: | 996086 |
| Class of Vessel: | Motor, RO/RO |
| Nature of Voyage: | MARAD R.O.S., 46 – CFR 10.211 |

Respectfully,
Keystone Shipping Services, Inc.

Gary W. Hill
Chief Mate
MV Cape Rise

AR00334

**U.S. Department**
**of Transportation**

**U.S. Merchant Marine Academy**
**Department of Shipboard Training**
**SHIPBOARD TRAINING ORDERS**

Kings Point, NY 11024-1699
Tel: 516-726-5828
Fax: 516-706-2643

Orders of ATR: treacys@usmma.edu
**STO:** SE201510944

**Maritime**
**Administration**

**Academy Training Representative**
**Southeast**

*Assigned Region:* ATR-NE

To: **Midshipman John B Hearn**
Class of 2018 (15-2)
Major: Marine Transportation

Date: **November 10, 2015**

4.   Estimated Joining Date: **11/10/2015**

1.   **You are assigned to shipboard training duty as a(n) Deck Cadet aboard the vessel:**

5.   Joining Location: **Portsmouth, VA**

6.   Estimated Discharging Date: **When directed by ATR (on or about 11/20/2015)**

2.   **Vessel:   CAPE RISE (AKR 9678)**

3.
**Vessel Type:   Roll-On/Roll-Off**
**Vessel Route:   ROS**

7.   Coordinator: **Karen  Watson**
               **Personnel Manager**

8.   Special Instructions:

4.   Shipping Company:
**KEYSTONE SHIPPING CO.**
Keystone Shipping Company
One Bala Plaza, Suite 600
Bala Cynwyd, PA 19004-1496

Contact me at any time with any questions you may have.

9.   You are directed to contact the ship's agent within two days, during business hours, to ascertain the ships ETA, berthing location, and agency information. Unless instructed otherwise by the shipping company's coordinator, you will report with all required shipping documents and gear to the Master on 11/10/2015 when directed.

16.  Documentation Instructions:
Within ten (10) days of your detachment from this ship are directed to send the following material to your Academy Training Representative (franked envelopes have been provided to you for this very purpose):

10.   Cadet pay while assigned to the vessel is currently $1027.2 per month, effective 6/15/2015.

11.   You will comply with the policies and procedures listed in the MIDSHIPMAN SEA YEAR GUIDE. All communications to Academy personnel, including your Company Officer and for recruiting to them Sea Project Coordinator, are to be sent to me.

a)   A *copy* of these Orders, endorsed by ships master:
b)   A *copy* of your USCG form CG-718A (Certificate Of Discharge) for this assignment.
c)   Request for Reimbursement form for this assignment:
d)   All required Shipboard Assignment Reports and forms for this assignment (i.e. Midshipman Assignment Report and Ship's Officer Review of Midshipman Performance: see your Sea Year Guide for details).

12.   You are hereby ordered to send me a message of your safe arrival within 2 hours of reporting aboard this ship at 516.726.5828(voice or voice mail) OR text me at 516.526.6234 or email TreacyS@usmma.edu. At the end of your service aboard this ship you are ordered to likewise report your departure from the ship within 2 hours of detaching.

17.  I wish you a safe and exciting voyage.  I hope that this experience will inspire a long and prosperous career for you in the United States Merchant Marine!

**13.   You are not to detach from this ship without PRIOR authorization from me and the Ship's Master.**

14.  The Chief Medical Officer has certified that you underwent urinalysis drug testing and tested negatively for all drugs indicated in 49 CFR 40.25.

Stephen T. Treacy
CAPTAIN
United States Maritime Service

15.  You are in a LEAVE WITHOUT PAY (LWOP) status until you report aboard the vessel.

Joining Endorsement
1.   **Upon reporting aboard, you will request that the Master endorse these orders.**

Discharge Endorsement
2.   **Upon receiving orders from the company or your Academy Training Representative to detach, you will request that the Master endorse these orders.**

Port: _PORTSMOUTH, VA_

Port: _NORFOLK, VA_

Date: _11/11/15_   Time: _0800_

Date: _12/4/15_   Time: _1700_

Signature of Master

Signature of Master

**Did Cadet maintain grooming standards while assigned? ___Yes ___No**

NOTE: Cadet you are to get these Orders signed upon joining and detaching and return the original signed page with your discharge and other Sea Year paperwork.

AR00335

# DEPARTMENT OF HOMELAND SECURITY
## U.S. Coast Guard
OMB No. 1625-0012
### CERTIFICATE OF DISCHARGE TO MERCHANT MARINER
Exp. 05/31/2018

| | |
|---|---|
| Signature of Mariner | Date of Shipment *Month/Day/Year (Example: 01/20/2012)* |
| *[signature]* | **01/26/2016** |
| Name of Mariner *(Print in Full, Last, First, and Middle Initial)* | Place of Shipment *(Port or City, State or Country)* |
| Hearn        John        B | U.S.M.M.A., Kings Point, NY |
| Citizenship | Credential No. ☐ Or  Reference No. ☒  3564930 | Date of Discharge *Month/Day/Year (Example: 01/20/2012)* |
| U.S.A. | | **01/29/2016** |
| Rating *(Capacity in Which Employed)* | Place of Discharge *(Port or City, State or Country)* |
| Deck Cadet | U.S.M.M.A., Kings Point, NY |
| Nature of Voyage *(Check only one box)*  ☐ Foreign  ☐ Intercoastal  ☐ Coastwise  ☒ Other: ROS | Name of Operating Company  United States Merchant Marine Academy |

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated: **01/29/2016**
*Month/Day/Year (Example: 01/20/2012)*

*[signature] Adam Donohoe*

Signature of Master

Master's Reference No. **2253832**

**Note** -- This form is required by law (46 USC 10311). Failure to submit can result in a civil penalty of $5,000 as prescribed by 46 USC 10321.

| Name of Ship |
|---|
| TV Kings Pointer |

| Official No. | Horsepower |
|---|---|
| 627296 | 2900 |

| Class of Vessel |
|---|
| ☐ Tank   ☐ Freight  ☒ Other: Public Nautical School Ship |

| Mode of Propulsion |
|---|
| ☒ Motor   ☐ Gas Turbine  ☐ Steam   ☐ Other: |

| Tonnage | | | | | |
|---|---|---|---|---|---|
| 484 | ☒ | GRT | OR | ☐ | ITC |

## INSTRUCTIONS

The vessel master or individual in charge shall prepare the CG-718A.
A Certificate of Discharge and two copies should be printed out.
All three copies of the form must be signed in ink by the vessel master and the discharged mariner.
Distribute the Certificates of Discharge as follows:
1 – One copy shall be given to the discharged mariner.
2 – One copy shall be mailed in accordance with Title 46 Code of Federal Regulation Part 14, Subpart C, by the operating company to the following address:
   Commanding Officer
   United States Coast Guard
   National Maritime Center (NMC-41)
   100 Forbes Drive
   Martinsburg, WV 25404
3 – One copy shall be maintained by the operating company for a period of three years from date of issuance.

## PRIVACY ACT STATEMENT

In accordance with 5 U.S.C. § 552a(e)(3), THE FOLLOWING INFORMATION IS PROVIDED TO YOU WHEN SUPPLYING PERSONAL INFORMATION TO THE U.S. COAST GUARD.
1.  AUTHORITY WHICH AUTHORIZED THE SOLICITATION OF INFORMATION:
    A.  46 U.S.C. § 10311
    B.  SEE 46 CFR PART 14.
2.  PRINCIPLE PURPOSES FOR WHICH INFORMATION IS INTENDED TO BE USED:
    A.  TO ESTABLISH ELIGIBILITY FOR A MERCHANT MARINER'S CREDENTIAL, DUPLICATE CREDENTIAL, OR ADDITIONAL ENDORSEMENTS ISSUED BY THE U.S. COAST GUARD.
    B.  TO ESTABLISH AND MAINTAIN A RECORD OF THE PERSONS SEA SERVICE.
    C.  PART OF THE INFORMATION IS TRANSFERRED TO A FILE MANAGEMENT COMPUTER SYSTEM FOR A PERMANENT RECORD.
3.  THE ROUTINE USES WHICH MAY BE MADE OF THE INFORMATION:
    A.  TO MAINTAIN RECORDS REQUIRED BY 46 U.S.C. 7319 AND 7502.
    B.  TO ENABLE ELIGIBLE PARTIES (*i.e. the mariner's heirs or properly designated representative*) TO OBTAIN INFORMATION.
    C.  TO PROVIDE INFORMATION TO THE U.S. MARITIME ADMINISTRATION FOR USE IN DEVELOPING MANPOWER STUDIES AND TRAINING BUDGET NEEDS.
    D.  TO DEVELOP INFORMATION AT THE REQUEST OF COMMITTEES OF CONGRESS.
    E.  TO PROVIDE INFORMATION TO LAW ENFORCEMENT AGENCIES FOR CRIMINAL OR CIVIL LAW ENFORCEMENT PURPOSES.
    F.  TO ASSIST U.S. COAST GUARD INVESTIGATING OFFICERS AND ADMINISTRATIVE LAW JUDGES IN DETERMINING MISCONDUCT, CAUSES OF CASUALTIES, AND APPROPRIATE SUSPENSION AND REVOCATION ACTIONS.
4.  WHETHER OR NOT DISCLOSURE OF SUCH INFORMATION IS MANDATORY OR VOLUNTARY (REQUIRED BY LAW OR OPTIONAL) AND THE EFFECTS ON THE INDIVIDUAL, IF ANY, OF NOT PROVIDING ALL OR PART OF THE REQUESTED INFORMATION: DISCLOSURE OF THIS INFORMATION IS VOLUNTARY, BUT SUBJECT MARINERS MAY NOT BE PERMITTED TO ENGAGE IN EMPLOYMENT ABOARD THE VESSEL FOR WHICH CERTIFICATES OF DISCHARGE ARE REQUIRED.

An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. The United States Coast Guard estimates that the average burden for this report is 2 minutes. You may submit any comments concerning the accuracy of this burden estimate or any suggestions for reducing the burden to the National Maritime Center, 100 Forbes Drive, Martinsburg, WV 25404, or Office of Management and Budget, Paperwork Reduction Project (1625-0012), Washington, DC 20503.

CG-718A (05/12)                                                                 Page 1 of 1

| U.S. Department of Transportation | U.S. Merchant Marine Academy<br>Department of Shipboard Training<br>**SHIPBOARD TRAINING ORDERS** | Kings Point, NY 11024–1699<br>Tel: 516-726-5827<br>Fax: 516-706-2643 |
|---|---|---|
| **Maritime Administration** | Academy Training Representative<br>West Coast | Email: farmerd@usmma.edu<br>STO:WC201611315<br>Assigned ATR-NE |

To:
Midshipman **John B Hearn**
Class of **2018 (15-2)**
Major: **Marine Transportation**
1. You are hereby assigned to shipboard training duty as a **Deck Cadet** aboard the vessel:

2. **Vessel:      KINGS POINTER**
Vessel Type:    **Training Vessel**
Vessel Route    **ROS**

3. Shipping Company:
**USMMA - WATERFRONT ACTIVITIES OFFICE**
U.S. Merchant Marine Academy
Waterfront Activites Office
Yoccum Sailing Center
Kings Point, NY 11024-1699

Date: 1/27/2016

4. Estimated Join Date:
1/26/2016 KINGS POINT, NY

5. Estimated Discharge Date:
2/1/2016 KINGS POINT, NY

6. Coordinator:
**CAPT Adam Donohoe**
Master, T/V Kings Pointer
Tel:
Fax:

7. Special Instructions:

8. You are directed to contact the shipping company coordinator within two days, during business hours, to ascertain the ships ETA, berthing location and agency information. Unless instructed otherwise by the shipping company's coordinator, you will report with all required shipping documents and gear to the Master on **1/26/2016 at 0800**.

9. Midshipman pay while signed on commercial Articles is $0 per month effective .

10. You will comply with the policies and procedures listed in the MIDSHIPMAN SEA YEAR GUIDE. You will diligently follow the directions listed in the endorsement sections below and the attached TRAVEL EXPENSE REIMBURSEMENT REQUEST.

11. You are not to detach from any vessel without authorization from your ATR or the Master. You are directed to contact your ATR after joining (if possible) and prior to detaching (mandatory). If you are unable to contact me leave a voice message on the Academy line.

D.C. Farmer
Captain, USMS

12. The Chief Medical Officer has certified that you underwent urinalysis drug testing and tested negatively for all drugs indicated in 49 CFR 40.25.

13. You are in a LEAVE WITHOUT PAY (LWOP) status until you report aboard the vessel.

14. **DOCUMENTATION INSTRUCTIONS:**
Within ten (10) days of the date of your discharge, you are directed to send the following material (a franked envelope is provided) to your Academy Training Representative:

A) A **copy** of these orders, a **copy** of your USCG form CG-718A (**Certificate Of Discharge**) for this assignment,

B) A **Request for Reimbursement** form for this assignment

C) All required shipboard assignment reports and forms for this assignment (i.e. **Midshipman Assignment Report** and **Ship's Officer Review of Midshipman Performance** – see your Sea Year Guide for details).

You are directed to make and maintain a complete set of copies of each of the above mentioned documents prior to disembarkation.

I wish you a safe and exciting voyage and hope that this experience will be the beginning of a long and prosperous career in Merchant Marine.

Joining Endorsement
1. Upon reporting aboard, you will request that the Master endorse these orders.

Port: USMMA, KINGS POINT, NY

Date: 01/26/16   Time: 0800

_Adam Donohoe_
Signature of Master

Discharge Endorsement
2. Upon receiving orders from the company or your Academy Training Representative to detach, you will request that the Master endorse these orders.
Port: USMMA, KINGS POINT, NY

Date: 01/29/16   Time: 160

_Adam Donohoe_
Signature of Master
☒ Did maintain grooming standards while assigned?

NOTE: Cadet you are to get these Orders signed upon joining and detaching and return the original signed page with your discharge and other Sea Year paperwork.

**U.S. Department**
**of Transportation**

**Maritime**
**Administration**

**U.S. Merchant Marine Academy**
**Department of Shipboard Training**
**SHIPBOARD TRAINING ORDERS**

Academy Training Representative
Southeast

Kings Point, NY 11024-1699
Tel: 516-726-5828
Fax: 516-706-2643

Orders of ATR: treacys@usmma.edu
**STO: SE201510981**

*Assigned Region:* ATR-NE

To: **Midshipman John B Hearn**
Class of 2018 (15-2)
Major: Marine Transportation

1.   You are assigned to shipboard training duty as a(n) **Deck Cadet** aboard the vessel:

2.   Vessel:      **MAERSK KENTUCKY**

3.
Vessel Type:       **Container**
Vessel Route:      **Mid East**

4.   Shipping Company:
**MAERSK LINE, LTD.**
Maersk Line, Limited
One Commercial Place, 20th Floor
Norfolk, VA 23510-2103

9.   You are directed to contact the ship's agent within two days, during business hours, to ascertain the ships ETA, berthing location, and agency information. Unless instructed otherwise by the shipping company's coordinator, you will report with all required shipping documents and gear to the Master on 12/3/2015 when directed.

10.   Cadet pay while assigned to the vessel is currently $1027.2 per month, effective 6/15/2015.

11.   You will comply with the policies and procedures listed in the MIDSHIPMAN SEA YEAR GUIDE. All communications to Academy personnel, including your Company Officer and for recruiting to them Sea Year Coordinator, are to be sent to me.

12.   You are hereby ordered to send me a message of your safe arrival within 2 hours of reporting aboard this ship at 516.726.5828(voice or voice mail) OR text me at 516.526.6234 or email TreacyS@usmma.edu. At the end of your service aboard this ship you are ordered to likewise report your departure from the ship within 2 hours of detaching.

13.   **You are not to detach from this ship without PRIOR authorization from me and the Ship's Master.**

14.   The Chief Medical Officer has certified that you underwent urinalysis drug testing and tested negatively for all drugs indicated in 49 CFR 40.25.

15.   You are in a LEAVE WITHOUT PAY (LWOP) status until you report aboard the vessel.

Date: **November 16, 2015**
4.   Estimated Joining Date: **12/3/2015**
5.   Joining Location: **Norfolk, VA**
6.   Estimated Discharging Date: **When directed by ATR (on or about 2/25/2016)**

7.   Coordinator: **Robert Lambourne**
**Crewing Agent**

8.   Special Instructions:

Contact me at any time with any questions you may have.

16.   Documentation Instructions:
Within ten (**10**) **days** of your detachment from this ship you are directed to send the following material to your Academy Training Representative (franked envelopes have been provided to you for this very purpose):

a)   A copy of these Orders, endorsed by ships master:
b)   A copy of your USCG form CG-718A (Certificate Of Discharge) for this assignment,
c)   Request for Reimbursement form for this assignment:
d)   All required Shipboard Assignment Reports and forms for this assignment (i.e. Midshipman Assignment Report and Ship's Officer Review of Midshipman Performance: see your Sea Year Guide for details).

17.   I wish you a safe and exciting voyage.   I hope that this experience will inspire a long and prosperous career for you in the United States Merchant Marine!

Stephen T. Treacy
CAPTAIN
United States Maritime Service

Joining Endorsement
1.   **Upon reporting aboard, you will request that the Master endorse these orders.**

Port: _Norfolk, VA_
Date: _12/11/15_      Time: _1900_

Signature of Master

Discharge Endorsement
2.   **Upon receiving orders from the company or your Academy Training Representative to detach, you will request that the Master endorse these orders.**

Port: _Bremerhaven, Germany_
Date: _12/18/15_      Time: _0500_

Signature of Master

**Did Cadet maintain grooming standards while assigned?**
✔ Yes ___ No

NOTE: Cadet you are to get these Orders signed upon joining and detaching and return the original signed page with your discharge and other Sea Year paperwork.

AR00338

# DEPARTMENT OF HOMELAND SECURITY
## U.S. Coast Guard
## CERTIFICATE OF DISCHARGE TO MERCHANT MARINER

**Print**

| | |
|---|---|
| Signature of Mariner, | Date of Shipment *Month/Day/Year (Example: 01/20/2012)* |
| | 02/01/2016 |

| Name of Mariner *(Print in Full, Last, First, and Middle Initial)* | Place of Shipment *(Port or City, State or Country)* |
|---|---|
| Hearn          John          B | Los Angeles, United States |

| Citizenship | Credential No. ☐ Or Reference No. ☒   RN3564930 | Date of Discharge *Month/Day/Year (Example: 01/20/2012)* |
|---|---|---|
| United States | | 03/07/2016 |

36 days

| Rating *(Capacity in Which Employed)* | Place of Discharge *(Port or City, State or Country)* |
|---|---|
| Deck Cadet | Los Angeles, United States |

| Nature of Voyage *(Check only one box)* | ☐ Foreign  ☐ Intercoastal  ☒ Coastwise  ☐ Other: ___ | Name of Operating Company |
|---|---|---|
| | | TOTE Services, Inc. |

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Name of Ship
CONRO MARJORIE C

Dated: 03/07/2016
*Month/Day/Year (Example: 01/20/2012)*

| Official No. | Horsepower |
|---|---|
| 1241578 | 19040.0 |

Signature of Master

MV MARJORIE C
IMO#9619684
HONOLULU, HI

Class of Vessel: ☐ Tank  ☒ Freight  ☐ Other: ___

Master's Reference No. RN2281624

Mode of Propulsion: ☒ Motor  ☐ Gas Turbine  ☐ Steam  ☐ Other: ___

**Note –** This form is required by law (46 USC 10311). Failure to submit can result in a civil penalty of $5,000 as prescribed by 46 USC 10321.

| Tonnage | | | | |
|---|---|---|---|---|
| 47279 | ☐ | GRT | OR | ☒ ITC |

## INSTRUCTIONS

The vessel master or individual in charge shall prepare the CG-718A.
A Certificate of Discharge and two copies should be printed out.
All three copies of the form must be signed in ink by the vessel master and the discharged mariner.
Distribute the Certificates of Discharge as follows:
1 - One copy shall be given to the discharged mariner.
2 - One copy shall be mailed in accordance with Title 46 Code of Federal Regulation Part 14, Subpart C, by the operating company to the following address:
Commanding Officer
United States Coast Guard
National Maritime Center (NMC-41)
100 Forbes Drive
Martinsburg, WV 25404
3 - One copy shall be maintained by the operating company for a period of three years from date of issuance.

## PRIVACY ACT STATEMENT

In accordance with 5 U.S.C. § 552a(e)(3), THE FOLLOWING INFORMATION IS PROVIDED TO YOU WHEN SUPPLYING PERSONAL INFORMATION TO THE U.S. COAST GUARD.
1. AUTHORITY WHICH AUTHORIZED THE SOLICITATION OF INFORMATION:
   A.   46 U.S.C. § 10311
   B.   SEE 46 CFR PART 14.
2. PRINCIPLE PURPOSES FOR WHICH INFORMATION IS INTENDED TO BE USED:
   A.   TO ESTABLISH ELIGIBILITY FOR A MERCHANT MARINER'S CREDENTIAL, DUPLICATE CREDENTIAL, OR ADDITIONAL ENDORSEMENTS ISSUED BY THE U.S. COAST GUARD.
   B.   TO ESTABLISH AND MAINTAIN A RECORD OF THE PERSONS SEA SERVICE.
   C.   PART OF THE INFORMATION IS TRANSFERRED TO A FILE MANAGEMENT COMPUTER SYSTEM FOR A PERMANENT RECORD.
3. THE ROUTINE USES WHICH MAY BE MADE OF THE INFORMATION:
   A.   TO MAINTAIN RECORDS REQUIRED BY 46 U.S.C. 7319 AND 7502.
   B.   TO ENABLE ELIGIBLE PARTIES (i.e. the mariner's heirs or properly designated representative) TO OBTAIN INFORMATION.
   C.   TO PROVIDE INFORMATION TO THE U.S. MARITIME ADMINISTRATION FOR USE IN DEVELOPING MANPOWER STUDIES AND TRAINING BUDGET NEEDS.
   D.   TO DEVELOP INFORMATION AT THE REQUEST OF COMMITTEES OF CONGRESS.
   E.   TO PROVIDE INFORMATION TO LAW ENFORCEMENT AGENCIES FOR CRIMINAL OR CIVIL LAW ENFORCEMENT PURPOSES.
   F.   TO ASSIST U.S. COAST GUARD INVESTIGATING OFFICERS AND ADMINISTRATIVE LAW JUDGES IN DETERMINING MISCONDUCT, CAUSES OF CASUALTIES, AND APPROPRIATE SUSPENSION AND REVOCATION ACTIONS.
4. WHETHER OR NOT DISCLOSURE OF SUCH INFORMATION IS MANDATORY OR VOLUNTARY (REQUIRED BY LAW OR OPTIONAL) AND THE EFFECTS ON THE INDIVIDUAL, IF ANY, OF NOT PROVIDING ALL OR PART OF THE REQUESTED INFORMATION: DISCLOSURE OF THIS INFORMATION IS VOLUNTARY, BUT SUBJECT MARINERS MAY NOT BE PERMITTED TO ENGAGE IN EMPLOYMENT ABOARD THE VESSEL FOR WHICH CERTIFICATES OF DISCHARGE ARE REQUIRED.

An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. The United States Coast Guard estimates that the average burden for this report is 2 minutes. You may submit any comments concerning the accuracy of this burden estimate or any suggestions for reducing the burden to the National Maritime Center, 100 Forbes Drive, Martinsburg, WV 25404, or Office of Management and Budget, Paperwork Reduction Project (1625-0012), Washington, DC 20503.

CG-718A (05/12)

AR00339

| U.S. Department of Transportation | U.S. Merchant Marine Academy Department of Shipboard Training **SHIPBOARD TRAINING ORDERS** | Kings Point, NY 11024-1699 Tel: 516-726-5827 Fax: 516-706-2643 |
|---|---|---|
| **Maritime Administration** | Academy Training Representative West Coast | Email: farmerd@usmma.edu STO:WC201611325 Assigned ATR-NE |

To:
Midshipman **John B Hearn**
Class of **2018 (15-2)**
Major: **Marine Transportation**

1. You are hereby assigned to shipboard training duty as a **Deck Cadet** aboard the vessel:

2. Vessel: **MARJORIE C**
Vessel Type: **Roll-On/Roll-Off**
Vessel Route: **Coastwise**

3. Shipping Company:
**TOTE SERVICES INC.**
10550 Deerwood Park Blvd. Ste 509
Jacksonville, FL 32256

Date: 1/27/2016

4. Estimated Join Date:
**2/1/2016 Honolulu, HI**

5. Estimated Discharge Date:
**3/14/2016 TBD**

6. Coordinator:
**Ms. Nicole Self**
Crewing Coordinator
**Tel: 904-248-4718**
**Fax: 904-998-7575**

7. Special Instructions:

8. You are directed to contact the shipping company coordinator within two days, during business hours, to ascertain the ships ETA, berthing location and agency information. Unless instructed otherwise by the shipping company's coordinator, you will report with all required shipping documents and gear to the Master on **2/1/2016 at 0800.**

9. Midshipman pay while signed on commercial Articles is **$1027.2** per month effective 6/15/2015.

10. You will comply with the policies and procedures listed in the MIDSHIPMAN SEA YEAR GUIDE. You will diligently follow the directions listed in the endorsement sections below and the attached TRAVEL EXPENSE REIMBURSEMENT REQUEST.

11. You are not to detach from any vessel without authorization from your ATR or the Master. You are directed to contact your ATR after joining (if possible) and prior to detaching (mandatory). If you are unable to contact me leave a voice message on the Academy line.

*D.C. Farmer*

**D.C. Farmer**
**Captain, USMS**

12. The Chief Medical Officer has certified that you underwent urinalysis drug testing and tested negatively for all drugs indicated in 49 CFR 40.25.

13. You are in a LEAVE WITHOUT PAY (LWOP) status until you report aboard the vessel.

14. **DOCUMENTATION INSTRUCTIONS:**
Within ten (10) days of the date of your discharge, you are directed to send the following material (a franked envelope is provided) to your Academy Training Representative:

A) A **copy** of these orders, a **copy** of your USCG form CG-718A **(Certificate Of Discharge)** for this assignment,

B) A **Request for Reimbursement** form for this assignment

C) All required shipboard assignment reports and forms for this assignment (i.e. **Midshipman Assignment Report** and **Ship's Officer Review of Midshipman Performance** - see your Sea Year Guide for details).

You are directed to make and maintain a complete set of copies of each of the above mentioned documents prior to disembarkation.

I wish you a safe and exciting voyage and hope that this experience will be the beginning of a long and prosperous career in Merchant Marine.

Joining Endorsement
1. Upon reporting aboard, you will request that the Master endorse these orders.

Port: **HONOLULU, HI**

Date: **02/01/16** Time: **0800**

Signature of Master

Discharge Endorsement
2. Upon receiving orders from the company or your Academy Training Representative to detach, you will request that the Master endorse these orders.

Port: **Los Angeles, CA**

Date: **03/07/16** Time: **1000**

Signature of Master

Did maintain grooming standards while assigned?

NOTE: Cadet you are to get these Orders signed upon joining and detaching and return the original signed page with your discharge and other Sea Year paperwork.

AR00340